UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                Telephone
Clerk                                                                                              (215) 408-2800

December 16, 2021

Re:      Lyndel Toppin
         Plaintiff;
         Jewell Williams
         Sheriff of the City of Philadelphia;
         Abdeldayem Hassan
         aka Abdeldyem Hassan
         Defendants
         Bankruptcy No.: 18-13098-mdc
         Adversary No.  18-00137-mdc
         Civil Action No.  21-5144

Dear Kate Barkman, Clerk of Court:

      We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

      () Certificate of appeal from order entered  by the Honorable .
         Notice of appeal filing fee ()paid    ()not paid

      (X) Designation of Record on Appeal Filed
      () Designation of Record on Appeal Not Filed

      () Supplemental certificate of appeal.

      () Motion for leave to appeal filed .
         () Answer to motion filed .

      () Proposed findings of fact and conclusions of law entered  by the Honorable .
         () Objections filed .

      () Report and recommendation entered  by the Honorable .

         () Objections filed .

      () Original record transferred to the District Court pursuant to the order of the Honorable .

      () Other:

      Kindly acknowledge receipt on the copy of the letter provided.

                                        For the Court

                                        Timothy B. McGrath
                                        Clerk

                                        By: Virginia S. DeBuvitz_____
                                        Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20     .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____        Date: _____

Assigned to Judge _____                                    BFL5.frm(rev 11/8/17)