B

# P1

GRB LA

City of Philadelphia Taxes

**Statement of Account**

APR 22 2016

BY:

To:

Fax:

## Property Information

**OPA #: 031193800**

Property Address: 146 S 62ND ST

| Year | Principal | Interest | Penalty | Attorney Fees | Lien Cost | Eligible Expenses | Total Due |
|------|-----------|----------|---------|---------------|-----------|-------------------|-----------|
| 2012 | $225.65 | $152.91 | $36.83 | $78.35 | $20.00 | $0.00 | $513.74 |
| 2013 | $526.13 | $110.52 | $36.83 | $124.82 | $20.00 | $0.00 | $818.30 |
| 2014 | $95.54 | $11.50 | $6.69 | $20.47 | $0.00 | $0.00 | $134.20 |
| 2015 | $95.54 | $2.87 | $2.87 | $18.23 | $0.00 | $0.00 | $119.51 |
| Exp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.00 | $102.00 |
| **Total** | **$942.86** | **$277.80** | **$83.22** | **$241.87** | **$40.00** | **$102.00** | **$1,687.75** |

**TOTAL AMOUNT DUE**     **$1,687.75**
If Payment Received By:   **4/30/2016**

For inquiries, please call or fax:
Phone: 215-735-1910
Phone: 866-671-5970 (toll free)
Fax:     215-735-1618

Make check or money order payable to:

**City of Philadelphia**

Include OPA# on payment

**Payments to GRB Law Office:**

GRB Law
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**Payments to Lockbox:**

**\*\*DO NOT SEND PAYMENT PLANS OR OTHER
DOCUMENTS TO A LOCKBOX\*\***

**Via Regular Mail:**

City of Philadelphia Department of Revenue
Lockbox # 1087
P.O. Box 8500
Philadelphia, PA 19178-1087

**Via Overnight Mail:**

Wells Fargo Bank
City of Philadelphia Department of Revenue
101 Independence Mail East
Attn: Lockbox # 1087
Philadelphia, PA 19106

For information on paying your taxes at a United Bank
location, please call 866-677-5970

**CASH PAYMENTS ARE NOT ACCEPTE**

...e as provided by law.

..., LLC to make a one-time electronic funds transfer from your account to collect
...ayment.

...ON OBTAINED MAY BE USED FOR THAT PURPOSE.     Created:     4/22/2016 12:50:52 PM

To:

Fax:

**GRB L**
**City of Philadelphia Taxes**
**Statement of Account**

For inquiries, please call or fax:
Phone: 215-735-1910
Phone: 866-677-5970 (toll free)
Fax:    215-735-1618

PAID
APR 22 2016
By

**Property Information**
OPA #: 031193800
Property Address: 146 S 62ND ST

**TOTAL AMOUNT DUE** $1,687.75
**If Payment Received By:** 4/30/2016

| Year | Principal | Interest | Penalty | Attorney Fees | Lien Cost | Eligible Expenses | Total Due |
|------|-----------|----------|---------|---------------|-----------|-------------------|-----------|
| 2012 | $225.65 | $152.91 | $36.83 | $78.35 | $20.00 | $0.00 | $513.74 |
| 2013 | $526.13 | $110.52 | $36.83 | $124.82 | $20.00 | $0.00 | $818.30 |
| 2014 | $95.54 | $11.50 | $6.69 | $20.47 | $0.00 | $0.00 | $134.20 |
| 2015 | $95.54 | $2.87 | $2.87 | $18.23 | $0.00 | $0.00 | $119.51 |
| Exp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.00 | $102.00 |
| Total | $942.86 | $277.80 | $83.22 | $241.87 | $40.00 | $102.00 | $1,687.75 |

Make check or money order payable to:
**City of Philadelphia**
Include OPA# on payment

**Payments to GRB Law Office:**
GRB Law
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**Payments to Lockbox:**
**DO NOT SEND PAYMENT PLANS OR OTHER**
**DOCUMENTS TO A LOCKBOX**

**Via Regular Mail:**
City of Philadelphia Department of Revenue
Lockbox # 1087
P.O. Box 8500
Philadelphia, PA 19178-1087

**Via Overnight Mail:**
Wells Fargo Bank
City of Philadelphia Department of Revenue
101 Independence Mall East
Attn: Lockbox #1087
Philadelphia, PA 19106

For information on paying your taxes at a United Bank
location, please call 866-677-5970

**CASH PAYMENTS ARE NOT ACCEPTE**

ue as provided by law.

t, LLC to make a one-time electronic funds transfer from your account to collect
ayment.

ION OBTAINED MAY BE USED FOR THAT PURPOSE.

Created: 4/22/2016 12:53:44 PM

P0003



MoneyGram.

INTERNATIONAL MONEY ORDER

04/22/2016

10702415004
MONEY ORDER 49975

ONE HUNDRED *****
NINETEEN DOLLARS *****
51 CENTS *****

**PAY EXACTLY**

To Validate: Touch the stop sign,
then watch it fade and reappear

IMPORTANT - SEE BACK BEFORE CASHING

PAY TO THE
ORDER OF: CITY OF Philadelphia
PAGAR A LA
ORDEN DE

ADDRESS/
DIRECCION 146 S 62nd Street

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

Payable Through
Citizens Alliance Bank
Clara City, MN

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

55172260137601
25563000113123004

MONEY ORDER NUMBER

GRB'y
City of Philadelphia Taxes
**Statement of Account**

To:

Fax:

For inquiries, please call or fax:
Phone: 215-735-1910
Phone: 866-677-5970 (toll free)
Fax:      215-735-1618

Make check or money order payable to:
**City of Philadelphia**
Include OPA# on payment

**Payments to GRB Law Office:**
GRB Law
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**Payments to Lockbox:**
**DO NOT SEND PAYMENT PLANS OR OTHER
DOCUMENTS TO A LOCKBOX**

**Via Regular Mail:**
City of Philadelphia Department of Revenue
Lockbox # 1087
P.O. Box 8500
Philadelphia, PA 19178-1087

**Via Overnight Mail:**
Wells Fargo Bank
City of Philadelphia Department of Revenue
101 Independence Mall East
Attn: Lockbox # 1087
Philadelphia, PA 19106

For information on paying your taxes at a United Bank
location, please call 866-677-5970

**CASH PAYMENTS ARE NOT ACCEPTED**

**Property Information**
**OPA #: 031193800**
Property Address: 146 S 62ND ST

| Year | Principal | Interest | Penalty | Attorney Fees | Lien Cost | Eligible Expenses | Total Due |
|------|-----------|----------|---------|---------------|-----------|-------------------|-----------|
| 2012 | $225.65 | $152.91 | $36.83 | $78.35 | $20.00 | $0.00 | $513.74 |
| 2013 | $526.13 | $110.52 | $36.83 | $124.82 | $20.00 | $0.00 | $818.30 |
| 2014 | $95.54 | $11.50 | $6.69 | $4.26 | $16.21 | $0.00 | $134.20 |
| 2015 | $95.54 | $2.87 | $2.87 | ($68.47) | $86.70 | $0.00 | $119.51 |
| Exp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.00 | $102.00 |
| **Total** | **$942.86** | **$277.80** | **$83.22** | **$138.96** | **$142.91** | **$102.00** | **$1,687.75** |

**TOTAL AMOUNT DUE**          **$1,687.75**
**If Payment Received By:**   4/29/2016

The total due does not include additional taxes or other charges which may accrue as provided by law.

*Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20.00; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.*

PLEASE BE ADVISED THAT THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

Created:  3/22/2016 5:06:02 PM

P0004

**GRB LAW**

City of Philadelphia Taxes

**Statement of Account**

RECEIVED
NOV 1 7. 2015
BY

To:

Fax:

For inquiries, please call or fax:
Phone: 215-735-1910
Phone: 866-677-5970 (toll free)
Fax:    215-735-1618

Make check or money order payable to:

**City of Philadelphia**

Include OPA# on payment

**Payments to GRB Law Office:**

GRB Law
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**Payments to Lockbox:**

**\*\*DO NOT SEND PAYMENT PLANS OR OTHER
DOCUMENTS TO A LOCKBOX\*\***

**Via Regular Mail:**

City of Philadelphia Department of Revenue
Lockbox # 1087
P.O. Box 8500
Philadelphia, PA 19178-1087

**Via Overnight Mail:**

Wells Fargo Bank
City of Philadelphia Department of Revenue
101 Independence Mall East
Attn: Lockbox # 1087
Philadelphia, PA 19106

For information on paying your taxes at a United Bank
location, please call 866-677-5970

**CASH PAYMENTS ARE NOT ACCEPTED**

as provided by law.

, LLC to make a one-time electronic funds transfer from your account to collect
ayment.

ON OBTAINED MAY BE USED FOR THAT PURPOSE.

Created:  11/17/2015 9:12:05 AM

**Property Information**

OPA #: 031193800
Property Address:  146 S 62ND ST

| Year | Principal | Interest | Penalty | Attorney Fees | Lien Cost | Eligible Expenses | Total Due |
|------|-----------|----------|---------|---------------|-----------|-------------------|-----------|
| 2012 | $526.13 | $138.13 | $36.83 | $129.79 | $20.00 | $0.00 | $850.88 |
| 2013 | $526.13 | $90.77 | $36.83 | $121.27 | $20.00 | $0.00 | $795.00 |
| 2014 | $95.54 | $7.90 | $6.69 | $3.61 | $16.21 | $0.00 | $129.95 |
| Exp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $742.44 | $742.44 |
| Total | $1,147.80 | $236.80 | $80.35 | $254.67 | $56.21 | $742.44 | $2,518.27 |

**TOTAL AMOUNT DUE**    $2,518.27
If Payment Received By:  11/30/2015

MoneyGram.

To Validate: Touch the stop sign,
then watch it fade and reappear

Valid Money Order includes: 1, heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view

INTERNATIONAL MONEY ORDER

11/17/2015

10704928578
MONEY ORDER 8497

**SIX HUNDRED *****
**SIXTY-THREE *****
**DOLLARS 00 CENTS

5517222462622
11513003210279578

PAY EXACTLY

PAY TO THE
ORDER OF/
PAGAR A LA
ORDEN DE:    City of Philadelphia

IMPORTANT - SEE BACK BEFORE CASHING

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS/
DIRECCION:    146 S 62nd Street

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

Payable Through
Citizens Alliance Bank
Clara City, MN

CALL 1-800-542-3590 TO VERIFY

MONEY ORDER NUMBER

R10704928578

⑊091916187:1070 49285783⑊ 90

P0005

To:

Fax:

## GRB LAW
## City of Philadelphia Taxes
## Statement of Account

**Property Information**
OPA #: 031193800
Property Address: 146 S 62ND ST

| Year | Principal | Interest | Penalty | Attorney Fees | Lien Cost | Eligible Expenses | Total Due |
|------|-----------|----------|---------|---------------|-----------|-------------------|-----------|
| 2012 | $526.13 | $138.13 | $36.83 | $129.79 | $20.00 | $0.00 | $850.88 |
| 2013 | $526.13 | $90.77 | $36.83 | $121.27 | $20.00 | $0.00 | $795.00 |
| 2014 | $95.54 | $7.90 | $6.69 | $3.61 | $16.21 | $0.00 | $129.95 |
| Exp | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $742.44 | $742.44 |
| Total | $1,147.80 | $236.80 | $80.35 | $254.67 | $56.21 | $742.44 | $2,518.27 |

**TOTAL AMOUNT DUE**          **$2,518.27**
**If Payment Received By:**   **11/30/2015**

*(handwritten: Rec'd $660.69   $1,857.66)*

For inquiries, please call or fax:
Phone: 215-735-1910
Phone: 866-677-5970 (toll free)
Fax:     215-735-1618

Make check or money order payable to:
**City of Philadelphia**
Include OPA# on payment

**Payments to GRB Law Office:**
GRB Law
1425 Spruce Street, Suite 100
Philadelphia, PA 19102

**Payments to Lockbox:**
**"DO NOT SEND PAYMENT PLANS OR OTHER DOCUMENTS TO A LOCKBOX"**

**Via Regular Mail:**
City of Philadelphia Department of Revenue
Lockbox # 1087
P.O. Box 8500
Philadelphia, PA 19178-1087

**Via Overnight Mail:**
Wells Fargo Bank
City of Philadelphia Department of Revenue
101 Independence Mall East
Attn: Lockbox # 1087
Philadelphia, PA 19106

For information on paying your taxes at a United Bank location, please call 866-677-5970

**CASH PAYMENTS ARE NOT ACCEPTE**

*Returned Checks.* If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20.00; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

PLEASE BE ADVISED THAT THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

The total due does not include additional taxes or other charges which may accrue as provided by law.

Created:   11/16/2015 11:26:48 AM

P2

Court of Common Pleas of Philadelphia County

Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

JANUARY 2018          003400

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ABdel DYEM  HASSAN | unknown occuppant |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| 309 BARker AVE LonSdowre PA 19050 | 146 S 62 ST Phila 19139 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| | | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal |
| | | ☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less | ☐ Arbitration | ☐ Mass Tort | ☐ Minor Court Appeal | ☐ Settlement |
| ☐ More than $50,000.00 | ☐ Jury | ☐ Savings Action | ☐ Statutory Appeals | ☐ Minors |
| | ☐ Non-Jury | ☐ Petition | ☐ Commerce (Completion of | ☐ W/D/Survival |
| | ☐ Other: | | Addendum Required) | |

CASE TYPE AND CODE (SEE INSTRUCTIONS)

STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

IS CASE SUBJECT TO COORDINATION ORDER?

Hassan Vs Unknown Occupants-CMPLC

||||| (barcode)
18010340000002

Yes      No

☐        ☐

☐        ☐

☐        ☐

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| ABdel DYEM HASSAN | 309 BARker AVE |
| PHONE NUMBER          FAX NUMBER | Lansdowne PA 19050 |
| 484 5571737 | |
| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| | |
| SIGNATURE | DATE |
| Abdel C | 1-22-2018 |

01-101 (Rev. 6/08)

P0008

# Instructions for Completing Civil Cover Sheet

Rules of Court require that a Civil Cover Sheet be attached to any document commencing an action (whether the action is commenced by Complaint, Writ of Summons, Notice of Appeal, or by Petition). The information requested is necessary to allow the Court to properly monitor, control and dispose cases filed. A copy of the Civil Cover Sheet must be attached to service copies of the document commencing an action. The attorney or non-represented party filing a case shall complete the form as follows:

**A. Parties**

    *i. Plaintiffs/Defendants*
    Enter names (last, first, middle initial) of plaintiff, petitioner or appellant ("plaintiff") and defendant. If the plaintiff or defendant is a government agency or corporation, use the full name of the agency or corporation. In the event there are more than three plaintiffs and/or three defendants, list the additional parties on the Supplemental Parties Form. Husband and wife are to be listed as separate parties.

    *ii. Parties' Addresses*
    Enter the address of the parties at the time of filing of the action. If any party is a corporation, enter the address of the registered office of the corporation.

    *iii. Number of Plaintiffs/Defendants:* Indicate the total number of plaintiffs and total number of defendants in the action.

**B. Commencement Type:** Indicate type of document filed to commence the action.

**C. Amount in Controversy:** Check the appropriate box.

**D. Court Program:** Check the appropriate box.

**E. Case Types:** Insert the code number and type of action by consulting the list set forth hereunder. To perfect a jury trial, the appropriate fees must be paid as provided by rules of court.

**Proceedings Commenced by Appeal**

Minor Court
  5M   Money Judgment
  5L   Landlord and Tenant
  5D   Denial Open Default Judgment
  5E   Code Enforcement
      Other:
Local Agency
  5B   Motor Vehicle Suspension - Breathalizer
  5V   Motor Vehicle Licenses, Inspections, Insurance
  5C   Civil Service
  5K   Philadelphia Parking Authority
  5Q   Liquor Control Board
  5R   Board of Revision of Taxes
  5X   Tax Assessment Boards
  5Z   Zoning Board
  52   Board of View
  51   Other:
Other:

**Proceedings Commenced by Petition**
  8P   Appointment of Arbitrators
  8C   Name Change - Adult
  8L   Compel Medical Examination
  8D   Eminent Domain
  8E   Election Matters
  8F   Forfeiture
  8S   Leave to Issue Subpoena
  8M   Mental Health Proceedings
  8G   Civil Tax Case - Petition
      Other:

*Actions Commenced by Writ of Summons or  Complaint*

Contract
  1C   Contract
  1T   Construction
  1O   Other:
Tort
  2B   Assault and Battery
  2L   Libel and Slander
  4F   Fraud
  1J   Bad Faith
  2E   Wrongful Use of Civil Process
      Other:
Negligence
  2V   Motor Vehicle Accident
  2H   Other Traffic Accident
  1F   No Fault Benefits
  4M   Motor Vehicle Property Damage
  2F   Personal Injury - FELA
  2O   Other Personal Injury
  2S   Premises Liability - Slip & Fall
  2P   Product Liability
  2T   Toxic Tort
      *T1   Asbestos*
      *TZ   DES*
      *T2   Implant*
  3E   Toxic Waste
      Other:

Professional Malpractice
  2D   Dental
  4L   Legal
  2M   Medical
  4Y   Other:
1G Subrogation
Equity
  E1   No Real Estate
  E2   Real Estate
  1D   Declaratory Judgment
  M1   Mandanus
Real Property
  3R   Rent, Lease, Ejectment
  QI   Quiet Title
  3D   Mortgage Foreclosure - Residential Owner Occupied
  3F   Mortgage Foreclosure - Not Residential Not Owner Occupied
  1L   Mechanics Lien
  P1   Partition
      Prevent Waste
  1V   Replevin
1H Civil Tax Case - Complaint
      Other:

**F. Commerce**
                                                         **Program**
Commencing January 3, 2000 the First Judicial District instituted a Commerce Program for cases involving corporations and corporate law issues, in general. If the action involves corporations as litigants or is deemed a Commerce Program case for other reasons, please check this block AND complete the information on the "Commerce Program Addendum". For further instructions, see Civil Trial Division Administrative Docket 01 of 2000.

**G. Statutory Basis for Cause of Action**
If the action is commenced pursuant to statutory authority ("Petition Action"), the specific statute must be identified.

**H. Related Pending Cases**
All previously filed related cases, regardless of whether consolidated by Order of Court or Stipulation, must be identified.

**I. Plaintiff's Attorney**
The name of plaintiff's attorney must be inserted herein together with other required information. In the event the filer is not represented by an attorney, the name of the filer, address, the phone number and signature is required.

## The current version of the Civil Cover Sheet may be downloaded from the FJD's website
## http://courts.phila.gov

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

ABdel dyem HASSAN

unKnown occuppant

JANUARY 2018

003400

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6333**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania 19107
(215) 238-6333**

10-284

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

Abdel dyem HASSAN

_____
Plaintiff(s)

vs.

unKnown occuppant

_____
Defendant(s)

JANUARY 2018

Court Term_____, _____
            (month)    (year)

& No. _____ **003400**

## COMPLAINT IN EJECTMENT

1. Plaintiff(s) is (are) Abdel dyem HASSAN _____ with an address of 146 S. 62nd ST _____, Philadelphia, PA 19139.

2. Defendant(s) is (are) unKnown occuppant _____ who occupy the Property located at 146 S. 62nd ST Phila PA 1939 _____, Philadelphia, PA 19 .

3. Plaintiff(s) is (are) the legal owner(s) of the property by virtue of the attached Deed. A complete copy of the Deed attached is the last recorded Deed. **[Exhibit A – Deed]** ✓

4. Defendant(s) do not have a lease and Plaintiff(s) and Defendant(s) are not Landlord(s) and Tenant(s).

5. Plaintiff(s) is (are) entitled to immediate possession of the Property.

6. Plaintiff(s) has (have) demanded possession of the Property from the Defendant(s) and Defendant(s) has (have) refused to deliver up possession to Plaintiff(s).

WHEREFORE, Plaintiff(s) requests Judgment for possession of the Property.

By: _____
                              Signature

Abdel dyem HASSAN
                              Print

Address: 309 BARKer AVE
         Langhorne PA
         19050

**(ATTACH A COMPLETE COPY OF THE DEED AS EXHIBIT A)**

<u>VERIFICATION</u>

Plaintiff(s) Abdel dyem     HASSAN

hereby verify that the statements set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that these statements are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

Signature

Signature

Dated: 1.22.018

P0012

eRecorded in Philadelphia PA   Doc Id: 53294873
11/21/2017 05:01 PM   Page 1 of 6   Rec Fee: $252.00
Receipt#: 17-121162
Records Department   Doc Code: DS
State RTT: $343.40   Local RTT: $1,064.54

1707-5002

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for and in consideration of the sum of THIRTY THOUSAND AND XX / 100 [$30,000.00] dollars, to me in hand paid, do hereby grant and convey to ABDELDAYEM HASSAN .*

## DESCRIPTION

BRT#:  031193800

Premises Being:   146 S 62ND ST, PHILADELPHIA, PA 19139-2928

SEE ATTACHED LEGAL DESCRIPTION

The same having been sold, on the 5th day of October Anno Domini Two Thousand Seventeen, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of April Term, Two Thousand Fifteen Number T0192 as the suit of:

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

In witness whereof, I have hereunto affixed my signature this 9th day of November Anno Domini Two Thousand Seventeen.

**SEALED AND DELIVERED**
**IN THE PRESENCE OF:**

_Marilyn R Franks_
Marilyn R Franks (Nov 10, 2017)
Witness

_Richard Tyer_
Richard Tyer (Nov 10, 2017)
Witness

**Jewell Williams, SHERIFF**

**BY**

_Inspector Richard Verrecchio_
Inspector Richard Verrecchio (Nov 10, 2017)

Richard Verrecchio, Real Estate Inspector

53294873   Page 3 of 6   11/21/2017 05:01 PM

Commonwealth of Pennsylvania
County of Philadelphia

On this, the 09 Nov 2017, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER REAL ESTATE INSPECTOR RICHARD VERRECCHIO, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

Steven J. Wulko
Steven J. Wulko (Nov 10 2017)

Office of Judicial Records
Steven J. Wulko, Deputy Director

Book No. _____ 1707
Writ No. _____ 5002
Control No. _____

**Deed = Poll**

Jewell Williams, SHERIFF

TO

ABDELDAYEM HASSAN

CITY OF PHILADELPHIA

vs.

STANLEY ZALKIN AND ELEANOR ZALKIN

Apr. T. 2015

No. _____ T0192

Premises:
146 S 62ND ST
PHILADELPHIA, PA19139-2928

Sheriff of the County of Philadelphia
Captain Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
309 BARKER AVENUE
LANSDOWNE, PA19050
On behalf of the Grantee

Jewell Williams, SHERIFF
Philadelphia Sheriff Office

REV-183 EX 

**pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

53294873    Page 4 of

**REALTY TRANSFER TAX
STATEMENT OF VALUE**

See reverse for instructions.

**RECORDER'S USE ONLY**

| | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT - All inquiries may be directed to the following person:

Name
**Sheriff of the County of Philadelphia**

Telephone Number
**(215) 686-3530**

Mailing Address
**Land Title Building 100 South Broad Street 5th Floor**

City
**Philadelphia**

State
**PA**

ZIP Code
**19110**

### B. TRANSFER DATA

Date of Acceptance of Document

Grantor(s)/Lessor(s)
**Jewell Williams, Sheriff**

Grantee(s)/Lessee(s)
**ABDELDAYEM HASSAN**

Mailing Address
**Land Title Building 100 South Broad Street 5th Floor**

Mailing Address
**309 BARKER AVENUE**

City
**Philadelphia**

State
**PA**

ZIP Code
**19110**

City
**LANSDOWNE**

State
**PA**

ZIP Code
**19050**

### C. REAL ESTATE LOCATION

Street Address
**146 S 62ND ST**

City, Township, Borough
**PHILADELPHIA**

County
**Philadelphia**

School District

Tax Parcel Number
**031193800**

### D. VALUATION DATA

Was transaction part of an assignment or relocation?   ☐ Y   ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| **$30,000.00** | **+ $0.00** | **= $30,000.00** |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| **$34,000.00** | **x 1.01** | **= $34,340.00** |

### E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| | | |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____ _____
                                            (Name of Descendant)          (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____
    If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation orin lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Correspondent or Responsible Party
**Tiffany Harrison**

Date
**11/09/2017**

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

| | BOOK NO. | PAGE NO. |
|---|---|---|

## PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

| DATE RECORDED |
|---|
| CITY TAX PAID |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT - All inquiries may be directed to the following person:**

NAME
**Sheriff of the County of Philadelphia**

TELEPHONE NUMBER
**(215) 686-3530**

STREET ADDRESS
**Land Title Building 100 South Broad Street 5th Floor**

| CITY | STATE | ZIP CODE |
|---|---|---|
| Philadelphia | PA | 19110 |

**B. TRANFER DATA**

DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S)
**Jewell Williams, Sheriff**

GRANTEE(S)/LESSEE(S)
**ABDELDAYEM HASSAN**

STREET ADDRESS
**Land Title Building 100 South Broad Street 5th Floor**

STREET ADDRESS
**309 BARKER AVENUE**

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | LANSDOWNE | PA | 19050 |

**C. PROPERTY LOCATION**

STREET ADDRESS
**146 S 62ND ST**

CITY, TOWNSHIP, BOROUGH
**PHILADELPHIA**

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| PHILADELPHIA | | 031193800 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $30,000.00 | + $0.00 | = $30,000.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| $34,000.00 | X 1.01 | = $34,340.00 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | |
|---|---|---|
| | | **Transfer Tax:  $1,407.94** |

**2. Check Appropriate Box Below for Exemption Claimed**

☐  Will or intestate succession _____

                                                  (NAME OF DECEDENT)                     (ESTATE FILE NUMBER)

☐  Transfer to Industrial Development Agency.

☐  Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐  Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐  Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐  Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____
Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐  Corrective deed (Attach copy of the prior deed).

☐  Other (Please explain exemption claimed, if other than listed above.) _____

_____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Tiffany Harrison | 11/9/2017 |

P0017

53294873   Page 6 of 6   11/21/2017 05:01 PM

/ 170% - 5002

## Legal Description

BRT/OPA #:   031193800

Assessed Legal Description:      139' 3" S OF SANSOM   15' 4" X 94' 5"

Abbreviated Legal Description:   15' 4" X 94' 5-7/8"

Actual Legal Description for Premises:                                             146 S 62ND ST

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the West side of 62nd Street at the distance of 138 feet 3 inches Southward from the South side of Sansom Street.

CONTAINING in front or breadth on 62nd Street 15 feet 4 inches and extending of that width in length or depth Westwardly at right angles with 62nd Street 94 feet 5-7/8 inches to a certain 3 feet wide alley leading Northward and Southward between Sansom Street and Walnut Street.

BEING the same premises which Patricia Roberts Harris, Secretary of Housing and Urban Development, of Washington, D.C. by Deed dated 02/01/1978 and recorded 03/08/1978 at Philadelphia in Deed Book DCC 1603 - 269 granted and conveyed unto Stanley Zalkin and Eleanor, h/w in fee.

Case ID: 1504T0192

B

# P3

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_Abdelaym HASSAN_ **Plaintiff**

v.

_Unknown occupant_ **Defendant**

_January_ TERM, 20_18_

NO. _3400_

Hassan Vs Unknown Occupants-AFDVT

18010340000004

## RETURN OF SERVICE/AFFIDAVIT

I, _Ahmed Nafie_ , hereby certify that I served a true and
correct copy of the (Complaint) / Notice of Appeal / Rule on _Unknown occupants_

(Insert Name of Party)

1) By handing a copy to the (Defendant) / Appellee, _Unknown occupants_

on the _27_ day of _JAN_ , 20_18_ at _6.00_ AM/(PM) at

_146 s 62nd st_ , Philadelphia, PA. _19139_

2) By handing a copy to _____, an adult

member of the family/adult person in charge of Defendant's / Appellee's residence,

on the ___ day of _____, 20___, at _____AM/PM, at

_____, Philadelphia, PA.

I verify that the statements in this Return of Service are true and correct. I further verify
that I am an adult over the age of 18 and not related to any party in this action.
I understand that this unsworn document contains statements that are made subject to
the penalties of 18 P.C.S. §4904 relating to unsworn falsification to authorities.

Sworn to and Affirmed
This _27_day _JAN_ 20_18_

Notary Public
(SEAL)

_Ahmed Nafie_ (Sign)

_Ahmed Nafie_ (Print Name)

Return of Service – rev. 4-27-15

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RAED ALTAYEB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 17, 2018

P0020

# P4

By: ABDELDYEM HASSAN.

Address: 309 BAKER AVE

LANSDOWNE, PA 19050.

Telephone: 484-557-1737.

HASSAN.
_____

_____

Plaintiff(s)

vs.

All UNKNOWN
OCCUPANTS.
_____

Defendant(s)

FILE

2018 APR -5 PM 4:

OFFICE OF JUDI
FIRST JUDICIAL DISTRICT OF PA

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

_____ Term, _____
(month)        (year)

No. 180103400

(4 digits)

## PRAECIPE TO ENTER DEFAULT JUDGMENT
## FOR POSSESSION

TO THE OFFICE OF JUDICIAL RECORDS:

Please enter a default judgment in favor of Plaintiff(s), ABDELDYEM HASSAN.

and against Defendant(s), All UNKNOWN OCCUPANTS ; for failure to answer or otherwise

respond to the Complaint.

1.      The complaint was served upon Defendant(s) on 1/27/18 by PERSONAL DELIVERY.

(manner of service)

A copy of the Proof of Service is attached hereto / filed of record.

2.      A copy of the Notice pursuant to Pa.R.C.P. 237.1(2) is attached hereto. A copy of the

Certification of Service of the Notice is attached hereto.

3.      Enter Judgment for Possession of premises known as 146 S. 62ND ST.

PHILA PA 19139

Hassan Vs Unknown Occupants-JDDFF

||||||| ||| |||| ||| ||||||| |||
18010340000005

(c) _____

Plaintiff

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

*Abdelgem HASSAN* Plaintiff

v.

*Unknown occupant* Defendant

*January 10* TERM, 2018

NO. *3400*

Hassan Vs Unknown Occupants-AFDVT

18010340000004

## RETURN OF SERVICE/AFFIDAVIT

I, *Ahmed Nafie*, hereby certify that I served a true and correct copy of the Complaint / Notice of Appeal / Rule on *UNKNOWN occupants*

(Insert Name of Party)

1) By handing a copy to the Defendant / Appellee, *UNKNOWN occupants*

on the *27* day of *Jan*, 20*18* at *6.00* AM/PM at

*146 S 62nd st*, Philadelphia, PA. *19139*

2) By handing a copy to _____, an adult

member of the family/adult person in charge of Defendant's / Appellee's residence,

on the ___ day of _____, 20__, at _____AM/PM, at

_____, Philadelphia, PA.

I verify that the statements in this Return of Service are true and correct. I further verify that I am an adult over the age of 18 and not related to any party in this action.
I understand that this unsworn document contains statements that are made subject to the penalties of 18 P.C.S. §4904 relating to unsworn falsification to authorities.

Sworn to and Affirmed
This *27* day *Jan* 20*18*

_____
Notary Public
(SEAL)

*Ahmed Nafie* (Sign)

*Ahmed Nafie* (Print Name)

Return of Service – rev. 4-27-15

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RAED ALTAYEB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 17, 2018

P0023

By: ABDELDYEM HASSAN.

Address: 309 BAKER AVE.

LANDSDOWN, PA 19050.

Telephone: 484-557-1737,

HASSAN

---

Plaintiff(s)

vs.

All UNKNOWN

OCCUPANTS.

---

Defendant(s)

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

_____ Term, _____
(month)      (year)

No. 18D103400.
(4 digits)

## CERTIFICATION OF SERVICE OF NOTICE OF PRAECIPE
## TO ENTER JUDGMENT OF DEFAULT

On 4-5-18, the undersigned caused a copy of the Notice of Praecipe to Enter Judgment of

Default to be served by CERTIFIED MAIL upon Defendant(s) All UNKNOWN OCCUPANTS

_____
(manner of service)

I verify that the facts are true and correct and understand that the statements made in this Certification

have been made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

_____
Plaintiff

P0024

By: ABDELDYM HASSAN.

Address: 309 BARKER AVE,

LANDSDOWNE, PA 19050.

Telephone: 484~557-1737

HASSAN.

_____

_____

Plaintiff(s)

vs.

ALL UNKNOWN

OCCUPANTS.

_____

Defendant(s)

PHILADELPHIA COUNTY

COURT OF COMMON PLEAS

TRIAL DIVISION – CIVIL

_____ Term, _____
(month)        (year)

No. 180103400

(4 digits)

## AFFIDAVIT OF NON-MILITARY SERVICE

The above-named defendant resides at 146 S. 62ND St, Phila and the defendant is not in

the Military Service of the United States, nor any State or Territory thereof or its allies as defined in the

Servicemembers Civil Relief Act of 2003 and the amendments thereto.

(X) _____ Plaintiff

Sworn to and subscribed
Before me this 5TH day
Of April 2018
_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TAMMY V. BYARS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 24, 2020

OFFICE OF JUDICIAL RECORDS
COURT OF COMMON PLEAS
ROOM 284, CITY HALL PHILADELPHIA, PA 19107

ERIC FEDER
DIRECTOR, OFFICE OF JUDICIAL RECORDS

† ABdelayen HASSAN
_____
Plaintiff

vs.

Unknown Occupants
_____
Defendant

COURT OF COMMON PLEAS
(Philadelphia County)

Jan._____ Term, 20 18

No. 3400

To: Unknown Occupants (Defendant)
(NOTE: Serve on unrepresented defendant or on defendant's attorney)

Date of Notice: 2-20-18

## Notice, Rule 237.5
## Notice of Praecipe to Enter Judgment by Default

### IMPORTANT NOTICE

You are in default because you have failed to enter a written appearance personally or by attorney and file in writing with the Court your defenses or objections to the claims set forth against you. Unless you act within ten days from the date of this notice, a judgment may be entered against you without a hearing and you may lose your property or other important rights.

You should take this paper to your lawyer at once. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer.

If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee.

Philadelphia Bar Association
Lawyer Referral and Information Service
1101 Market Street, 11th Floor Philadelphia, Pennsylvania 19107
(215) 238-6333

### NOTIFICACION IMPORTANTE

Usted está en defecto porque usted no ha podido entrar en un aspecto escrito, personalmente o mediante abogado y archivo por escrito ante el Tribunal sus defensas u objeciones a las alegaciones expuestas en su contra. A menos que usted actúa dentro de los diez días siguientes a la fecha de esta notificación, la resolución podrá ser en su contra sin una audiencia y usted puede perder su propiedad u otros derechos importantes.

Usted debe tomar este trabajo con su abogado a la vez. Si usted no tiene un abogado, vaya a o llamar por teléfono a la oficina se establece a continuación. Esta oficina puede proporcionarle información sobre la contratación de un abogado.

Si usted no puede permitirse el lujo de contratar a un abogado, esta oficina puede ser capaz de proporcionarle información acerca de las agencias que pueden ofrecer servicios legales a personas con derecho a una tarifa reducida o ninguna cuota.

Asociacion de Licenciados de Filadelfia
Servicio de Referencia e Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215)238-6333

### If you have any questions concerning this notice, please call:

ABddayen HASSAN
_____
(Name of Attorney or Plaintiff)

146 S. 62nd st PHilia PA 19139
_____
(Attorney's or Plaintiff's Address)

at this telephone number: 484 557 1737

10-205 (Rev. 4/2015)

P0026

P5

PHILADELPHIA COURT OF COMMON PLEAS
PETITION/MOTION COVER SHEET

| CONTROL NUMBER: |
| **045073** |
| *(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)* |

FOR COURT USE ONLY
RESPONSE DATE
APR 2 5 2018
OFFICE OF JUDICIAL RECORDS

ASSIGNED TO JUDGE: _____   ANSWER/RESPONSE DATE _____

*Do not send Judge courtesy copy of filing. Wait for response.*
*Status may be obtained online at http://cr...*

_____ Term, _____
Month                           Year

Hassan _____                    No. 1801034CC

Name of Filing Party: Abdelayem Hassan

vs.

Unknown Occupants

*(Check one)* ☑ Plaintiff  ☐ Defendant
*(Check one)* ☑ Movant   ☐ Respondent

Has another petition/motion been decided in this case?  ☐ Yes ☐ No
Is another petition/motion pending?

INDICATE NATURE OF DOCUMENT FILED:

*If the answer to either question is yes, you must identify the judge(s):*  ☐ Yes ☐ No

☐ Petition (Attach Rule to Show Cause)   ☑ Motion
☐ Answer to Petition                      ☐ Response to Motion

TYPE OF PETITION/MOTION *(see list on reverse side)*
Motion for writ of possession

PETITION/MOTION CODE *(see list on reverse side)*
MTWPS

ANSWER/RESPONSE FILED TO *(Please insert the title of the corresponding petition/motion to which you are responding):*

**I. CASE PROGRAM**

Is this case in the *(answer all questions)*:

A. COMMERCE PROGRAM

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

B. DAY FORWARD/MAJOR JURY PROGRAM — Year_____

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

C. NON JURY PROGRAM

Date Listed: ✓

D. ARBITRATION PROGRAM

Arbitration Date: _____

E. ARBITRATION APPEAL PROGRAM

Date Listed: _____

F. OTHER PROGRAM: _____

Date Listed: _____

**II. PARTIES** (required for proof of service)
(Name, address and *telephone number* of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

Unknown Occupants
146 S. 62 St.
Phila PA 19139

309 Barker Ave
Lansdowne PA 1905c

Hassan Abdelayem

484 557 1337

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____                          4-5-2018                HASSAN ABdelayem        _____
*(Attorney Signature/Unrepresented Party)*    *(Date)*              *(Print Name)*              *(Attorney I.D. No.)*

The Petition, Motion and Answer or Response, if any, will be forwarded ... date. No extension of the
Answer/Response Date will be granted.

Hassan Vs Unknown Occupants-MTWPS

30-1061 (Rev. 8/2014)



18010340000006

P0028

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

H 2552n

———————————————
Plaintiff/Petitioner

v.

uncnun occup2n4s

———————————————
Defendant/Respondent

:
:
:
:
:
:
:
:
:
:

_____ Term, 20_____

No. 1801O34OO

Control No. **045073**

### RULE

AND NOW, this _____ day of _____, _____, upon consideration of the foregoing Motion/Petition _____

_____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested therein should not be granted.

RULE RETURNABLE on the _____ day of _____, _____, at _____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA 19107.

BY THE COURT:

_____
J.

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

Hasan

_____
                    Plaintiff

v.

unknown occupants

_____
                    Defendant

: : : : : : : : : : : :

_____Term, 20_____

No. 180103400

Control No. **045073**

## ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Motion/Petition _____

_____, and

any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____

_____.

_____

_____

_____

_____

BY THE COURT:

_____
                                    J.

## IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION - CIVIL

Hassan

_____ :
_____ :
                 Plaintiff  :          _____ Term, 20 _____
                            :
              v.            :          No. 180103400
                            :
unknown occupants           :          **045073**
                            :
_____   :          Control No. _____
                 Defendant  :

motion for writ of possession

(Please fill in information below)

see attached

P0031

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

Hassan _____   :   _____ **TERM,** _____

_____   :

_____   :

Plaintiff(s)   :   **No.** 80103400

**vs.**

Unknown Occupants   :   **045073**

_____   :

Defendant(s)

---

### MOTION FOR WRIT OF POSSESSION

1. On, 10|5|2017 _____, Plaintiff became the record owner of the property

   located at 146 S. L2nd Street _____, Philadelphia, PA 19139 _____

   by virtue of a DEED recorded on 11|21|2017 _____ at Document Identification

   Number 53294873 _____. A true and correct copy of the DEED is

   attached hereto as Exhibit "A".

2. Plaintiff commenced this Civil Action in Ejectment by Complaint on

   1|22|2018 _____.

3. Service process/Affidavit of Service was made in accordance with PA. R.C.P. and/or

   Court Order for Alternative Service against the occupants of the Property.

4. Judgment by Default was entered of record on ___4|5|2018_____

against the occupants of the Property. A true and correct copy of the Plaintiff's Praecipe

to Enter Default Judgment is attached hereto as Exhibit "B" and made a part hereof.

5. With respect to enforcement of judgments in ejectment actions, PA. R.C.P. 3160

provides (in pertinent part) the following: "[a] judgment for possession shall be enforced

by a Writ of Possession substantially in the form provided by Rule 3254."

6. The Property continues to be occupied by individuals other than the legal owner,

necessitating issuance of a Writ of Possession followed by scheduling of a lock-out.

7. Plaintiff has not permitted or authorized any individual to occupy the Property.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order

authorizing the issuance of a Writ of Possession of the real property situated at

___146 S. 62nd Street_____, Philadelphia, PA __19139___.

Respectfully submitted,

___HASSAN ABdul___ce__
Print

___GU___C___
Sign

Date: __4 5 18_____

## VERIFICATION

I, _HASSAN ABdel ehm_, Plaintiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_HASSAN ABdel ehm_
(Print Name)

_(signature)_
(Signature)

Date: _4-5 2018_

P0034

## CERTIFICATION OF SERVICE

I, _HASAN ABdel k̲ei̲m̲_, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____(date):

Name: _Unknown Occupants_

Address: _146 S. 63rd Street_

Address:_____

City, State, Zip Code: _Phila. PA 19139_


Name:_____

Address:_____

Address:_____

City, State, Zip Code:_____


Name:_____

Address:_____

Address:_____

City, State, Zip Code:_____


Date: _4.5. 2018_                    By: _____

eRecorded in Philadelphia PA   Doc Id: 53294873
11/21/2017 05:01 PM    Page 1 of 6    Rec Fee: $252.00
Receipt#: 17-121162
Records Department    Doc Code: DS                     1707-5002
State RTT: $343.40    Local RTT: $1,064.54

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for*

*and in consideration of the sum of THIRTY THOUSAND AND XX / 100 [$30,000.00] dollars, to me in*

*hand paid, do hereby grant and convey to ABDELDAYEM HASSAN .*

### DESCRIPTION

BRT#: 031193800

Premises Being:    **146 S 62ND ST, PHILADELPHIA, PA 19139-2928**

SEE ATTACHED LEGAL DESCRIPTION

*The same having been sold, on the 5th day of October Anno Domini Two Thousand Seventeen, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of April Term, Two Thousand Fifteen Number T0192 as the suit of:*

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

In witness whereof, I have hereunto affixed my signature this 9th day of November Anno Domini Two Thousand Seventeen.

**SEALED AND DELIVERED
IN THE PRESENCE OF:**

*Marilyn R Franks*
Marilyn R Franks (Nov 10, 2017)
_____
Witness

*Richard Tyer*
Richard Tyer (Nov 10, 2017)
_____
Witness

**Jewell Williams, SHERIFF**

**BY**

*Inspector Richard Verrecchio*
Inspector Richard Verrecchio (Nov 10, 2017)
_____
Richard Verrecchio, Real Estate Inspector

Commonwealth of Pennsylvania        :
County of Philadelphia              :

On this, the 09 Nov 2017, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER REAL ESTATE INSPECTOR RICHARD VERRECCHIO, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Steven J. Wulko*
Steven J. Wulko (Nov 30, 2017)

Office of Judicial Records
Steven J. Wulko, Deputy Director

---

Book No. ____ 1707 ____
Writ No. ____ 5002 ____
Control No. _____

# Deed = Poll

Jewell Williams, SHERIFF

TO

ABDELDAYEM HASSAN

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

Apr. T. 2015

No. ____ T0192 ____

Premises:
146 S 62ND ST
PHILADELPHIA, PA19139-2928

Sheriff of the County of Philadelphia
Captain Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
309 BARKER AVENUE
LANSDOWNE, PA19050
On behalf of the Grantee

Jewell Williams, SHERIFF
Philadelphia Sheriff Office

P0038

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

53294873   Page 4 of ~~RECORDER'S USE ONLY~~

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

| | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT - All inquiries may be directed to the following person:

| Name | | | Telephone Number |
|---|---|---|---|
| Sheriff of the County of Philadelphia | | | (215) 686-3530 |
| Mailing Address | City | State | ZIP Code |
| Land Title Building 100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

### B. TRANSFER DATA

Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| Jewell Williams, Sheriff | ABDELDAYEM HASSAN |
| Mailing Address | Mailing Address |
| Land Title Building 100 South Broad Street 5th Floor | 309 BARKER AVENUE |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | LANSDOWNE | PA | 19050 |

### C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 146 S 62ND ST | PHILADELPHIA |

| County | School District | Tax Parcel Number |
|---|---|---|
| Philadelphia | | 031193800 |

### D. VALUATION DATA

Was transaction part of an assignment or relocation?   ☐ Y   ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $30,000.00 | + $0.00 | = $30,000.00 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| $34,000.00 | x 1.01 | = $34,340.00 |

### E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| | | |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____

                  (Name of Descendant)              (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____

    If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Tiffany Harrison | 11/09/2017 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

P0039

| BOOK NO. | PAGE NO. |
|---|---|

# PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT - All inquiries may be directed to the following person:

NAME
**Sheriff of the County of Philadelphia**

TELEPHONE NUMBER
**(215) 686-3530**

STREET ADDRESS
**Land Title Building100 South Broad Street 5th Floor**

CITY **Philadelphia**  STATE **PA**  ZIP CODE **19110**

## B. TRANFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S)
**Jewell Williams, Sheriff**

GRANTEE(S)/LESSEE(S)
**ABDELDAYEM HASSAN**

STREET ADDRESS
**Land Title Building100 South Broad Street 5th Floor**

STREET ADDRESS
**309 BARKER AVENUE**

CITY **Philadelphia**  STATE **PA**  ZIP CODE **19110**

CITY **LANSDOWNE**  STATE **PA**  ZIP CODE **19050**

## C. PROPERTY LOCATION

STREET ADDRESS
**146 S 62ND ST**

CITY, TOWNSHIP, BOROUGH
**PHILADELPHIA**

COUNTY
**PHILADELPHIA**

SCHOOL DISTRICT

TAX PARCEL NUMBER
**031193800**

## D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION<br>**$30,000.00** | 2. OTHER CONSIDERATION<br>**+ $0.00** | 3. TOTAL CONSIDERATION<br>**= $30,000.00** |
|---|---|---|
| 4. COUNTY ASSESSED VALUE<br>**$34,000.00** | 5. COMMON LEVEL RATIO FACTOR<br>**x 1.01** | 6. FAIR MARKET VALUE<br>**= $34,340.00** |

## E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | Transfer Tax:  **$1,407.94** |
|---|---|---|

### 2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____
*(NAME OF DECEDENT)*  *(ESTATE FILE NUMBER)*

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____
Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY<br>**Tiffany Harrison** | DATE<br>**11/9/2017** |
|---|---|

53294873   Page 6 of 6   11/21/2017 05:01 PM

*1 170% - 5002*

## Legal Description

BRT/OPA #:      031193800

Assessed Legal Description:      139' 3" S OF SANSOM   15' 4" X 94' 5"

Abbreviated Legal Description:      15' 4" X 94' 5-7/8"

146 S 62ND ST

Actual Legal Description for Premises:

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the West side of 62nd Street at the distance of 138 feet 3 inches Southward from the South side of Sansom Street.

CONTAINING in front or breadth on 62nd Street 15 feet 4 inches and extending of that width in length or depth Westwardly at right angles with 62nd Street 94 feet 5-7/8 inches to a certain 3 feet wide alley leading Northward and Southward between Sansom Street and Walnut Street.

BEING the same premises which Patricia Roberts Harris, Secretary of Housing and Urban Development, of Washington, D.C. by Deed dated 02/01/1978 and recorded 03/08/1978 at Philadelphia in Deed Book DCC 1603 - 269 granted and conveyed unto Stanley Zaltkin and Eleanor, h/w in fee.

Case ID: 1504T0192

P6

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

HASSAN
_____
Plaintiff

COURT OF COMMON PLEAS

vs.                                         _____ Term, 20_____

UNKOWN OCCUPANTS                    NO. 180103400
_____
Defendant

# Praecipe for Writ of Possession

***TO THE OFFICE OF JUDICIAL RECORDS:***

Issue Writ of Possession in the above matter, for possession of: *(describe property)*

146 S 62nd ST

Phila PA 19013 9



*Attorney(s) for Plaintiff(s)*

Hassan Vs Unknown Occupants-WRPOS

Ejectment Quiet Title

5-116 (Rev. 8/2014)

18010340000010

Form C.P. 109

*Ejectment*
*Quiet Title*

# Commonwealth of Pennsylvania
# County of Philadelphia

HASSAN

COURT OF COMMON PLEAS

vs. UNKOWN
OCCPANTS

_____ Term, 20_____

No. 180103460 _____

# Writ of Possession

To the Sheriff of Philadelphia County:

(1)  To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to:

HASSAN ABdd yen

(2)  To satisfy the costs against

NNOWN OCCUPCCANTS

you are

directed to levy upon any property of

146 S. 62nd St
PHila PA 19139

and sell

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By _____
            *Clerk*

Date May 7, 2018 _____

10-207 (Rev. 1/01)

Court of Common Pleas

_____ Term, 20____

No. 1 80103400

HASSAN    vs. UNkown occupnTs

WRIT OF POSSESSION

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

HASAN                                    :      Case No.  180103400
                                         :
        v.                               :      Control No.  18045073
                                         :
UNKNOWN OCCUPANTS                        :

<p style="text-align:center">ORDER</p>

AND NOW, this 27th day of April, 2018, upon consideration of Plaintiff's Motion for

Writ of Possession, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the Office of Judicial Records for the First Judicial District is

directed to issue a Writ of Possession for the real property located at 146 S. 62nd Street,

Philadelphia, PA 19139 upon Praecipe of Plaintiff.



BY THE COURT:

_____ J.

RECEIVED

APR 3 0 2018

OFFICE OF JUDICIAL
RECORDS

Hassan Vs Unknown Occup-ORDER

18010340000008

P7

# FAX COVER SHEET

| | |
|---|---|
| TO | Sheriff |
| COMPANY | Sheriff |
| FAX NUMBER | 12156863555 |
| FROM | Stephen Dunne |
| DATE | 2018-05-08 22:25:14 GMT |
| RE | Notice of Bankruptcy Case Filing – Book/Writ1707-5002 |

## COVER MESSAGE

Please see Notice of Bankruptcy Case Filing for Lyndel Toppin, who resides at 146 S. 62nd Street, Philadelphia, PA 19145.

Book/Writ1707-5002

Thank you.

Stephen M. Dunne, Esq.

P0048

6/7/2018       Case 2:21-cv-05144-WB - Successful transmission to 12156863555. Re: Notice of Bankruptcy Case Filing - Book/Writ1707-5002

Case 2:21-cv-05144-WB Document 4-7 Filed 12/16/21 Page 49 of 205



**Stephen Dunne <stephen@dunnelawoffices.com>**

---

## Successful transmission to 12156863555. Re: Notice of Bankruptcy Case Filing - Book/Writ1707-5002

1 message

---

**NoReply@myfax.com** <NoReply@myfax.com>
To: stephen@dunnelawoffices.com

Tue, May 8, 2018 at 6:27 PM

The fax you sent through MyFax to 12156863555 was successfully transmitted.



Hi Stephen,            **Re: Notice of Bankruptcy Case Filing - Book/Writ1707-5002**

The fax you sent through MyFax to 12156863555 was successfully transmitted.

| Fax Details | |
| --- | --- |
| Date: | 2018-05-08 22:27:38 (GMT) |
| Number of Pages: | 2 |
| Length of Transmission: | 114 seconds |
| Receiving Machine Fax ID: | 111 |

If you have any questions, please call (866) 563-9212 or visit our online help center at www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

---

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Live Database Area                                              Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

                                              **Timothy B McGrath**

B

# P8



**Stephen Dunne <stephen@dunnelawoffices.com>**

---

## Successful transmission to 12156863971. Re: Notice of Bankruptcy Case Filing - Book/Writ1707-5002
1 message

---

**NoReply@myfax.com** <NoReply@myfax.com>        Tue, May 8, 2018 at 6:28 PM
To: stephen@dunnelawoffices.com

The fax you sent through MyFax to 12156863971 was successfully transmitted.



Hi Stephen,        **Re: Notice of Bankruptcy Case Filing - Book/Writ1707-5002**


The fax you sent through MyFax to 12156863971 was successfully transmitted.

| **Fax Details** | |
| --- | --- |
| **Date:** | 2018-05-08 22:28:02 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 114 seconds |
| **Receiving Machine Fax ID:** | Sheriff-Real Estate |

If you have any questions, please call (866) 563-9212 or visit our online help center at
www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

---

    



© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

P0052

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

P0053

B

# P9

CallLog_20180611-200801

| Type | Direction | From | To | Forwarded To | Name | Extension | Date | Time | Action | Action Result | Result Description | Duration | Included | Purchased |
|------|-----------|------|-----|--------------|------|-----------|------|------|--------|---------------|--------------------|----------|----------|-----------|
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Thu 06/07/2018 | 4:06 PM | VoIP Call | Call connected | | 0:00:37 | 0 | - |
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Tue 05/15/2018 | 11:31 AM | VoIP Call | Call connected | | 0:00:14 | 0 | - |
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Tue 05/15/2018 | 11:27 AM | VoIP Call | Call connected | | 0:01:05 | 0 | - |
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Thu 05/10/2018 | 11:15 AM | VoIP Call | Call connected | | 0:13:24 | 0 | - |
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Wed 05/09/2018 | 12:12 PM | VoIP Call | Call connected | | 0:01:02 | 0 | - |
| Voice | Outgoing | Softphone | (215) 686-3565 | | | 101 - Stephen Dunne | Mon 05/07/2018 | 2:59 PM | VoIP Call | Call connected | | 0:02:19 | 0 | - |

1

B

# P10



**Stephen Dunne <stephen@dunnelawoffices.com>**

---

## Successful transmission to 12156863555. Re: Notice if Bankruptcy -
1 message

---

**NoReply@myfax.com** <NoReply@myfax.com>                          Thu, May 10, 2018 at 11:28 AM
To: stephen@dunnelawoffices.com

The fax you sent through MyFax to 12156863555 was successfully transmitted.



Hi Stephen,                                             **Re: Notice if Bankruptcy -**


The fax you sent through MyFax to 12156863555 was successfully transmitted.

| **Fax Details** | |
|---|---|
| **Date:** | 2018-05-10 15:28:09 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 112 seconds |
| **Receiving Machine Fax ID:** | 111 |

If you have any questions, please call (866) 563-9212 or visit our online help center at
www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

P0058

B

# P11



**Stephen Dunne <stephen@dunnelawoffices.com>**

## Successful transmission to 12156863555. Re: 146 S 62ND ST, 19139
1 message

**NoReply@myfax.com** <NoReply@myfax.com>                                    Thu, May 10, 2018 at 11:31 AM
To: stephen@dunnelawoffices.com

The fax you sent through MyFax to 12156863555 was successfully transmitted.



Hi Stephen,                                                              **Re: 146 S 62ND ST, 19139**

The fax you sent through MyFax to 12156863555 was successfully transmitted.

**Fax Details**

| | |
|---|---|
| **Date:** | 2018-05-10 15:31:27 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 111 seconds |
| **Receiving Machine Fax ID:** | 111 |

If you have any questions, please call (866) 563-9212 or visit our online help center at
www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

P0060

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

B

# P12



## FAX COVER SHEET

| TO | PhillySheriff |
|---|---|
| COMPANY | PhillySheriff |
| FAX NUMBER | 12156863971 |
| FROM | Stephen Dunne |
| DATE | 2018-05-15 14:43:00 GMT |
| RE | Bankruptcy Notice |

## COVER MESSAGE

Book/Writ  1703-021

Book/Writ  1707-519

Address 1431-39 N 52ND ST, 19131

Live Database Area                                                          Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

P0064

B

# P13

6/7/2018    Dunne Law Offices... Mail - Successful transmission to 12156863555. Re: Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA 19145

Case 2:21-cv-05144-WB   Document 84-7   Filed 12/16/21   Page 66 of 205



**Stephen Dunne <stephen@dunnelawoffices.com>**

---

## Successful transmission to 12156863555. Re: Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA 19145
1 message

---

**NoReply@myfax.com** <NoReply@myfax.com>                                Thu, Jun 7, 2018 at 4:18 PM
To: stephen@dunnelawoffices.com

The fax you sent through MyFax to 12156863555 was successfully transmitted.



Hi Stephen,      **Re: Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA 19145**

The fax you sent through MyFax to 12156863555 was successfully transmitted.

| **Fax Details** | |
| --- | --- |
| **Date:** | 2018-06-07 20:18:07 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 113 seconds |
| **Receiving Machine Fax ID:** | 111 |

If you have any questions, please call (866) 563-9212 or visit our online help center at
www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

     

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

# FAX COVER SHEET

| TO | Sheriff'sOffice |
|---|---|
| COMPANY | Sheriff'sOffice |
| FAX NUMBER | 12156863555 |
| FROM | Stephen Dunne |
| DATE | 2018-06-07 20:01:07 GMT |
| RE | Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA  19145 |

## COVER MESSAGE

Please be advised that Lyndel Toppin filed a Chapter 13 bankruptcy case on 05/08/2018.

Name: Lyndel Toppin

Address: 146 S. 62nd Street, Philadelphia, PA 19145

Live Database Area                                                                Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.



**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550

The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

file:///S:/ECF/Toppin,%20Lyndel/Filed%7BEmergency%7D/Ecf%20NoticeOfFiling%2020...   5/8/2018

B

# P14



P0071

P13

# myfaxcentral

MessageCenter™ › View Faxes

MyFax Number(s)   12155295721

| Search Faxes

Sent | Contacts | Fax Viewer -1 | Fax Viewer -2 | Fax Viewer -3 |

Tag Action

**Folders**
- New / Rename ⊘ Delete
- 📁 INBOX (640)
- 📁 Sent
- 🗑 Trash

⊘ Compose | ⊘ Delete | ⊘ Move ▾ | 🖨 Print | 🖫 Download | ↪ Forward | 📠 Fax | 🏷 Tag

| Subject | Sent | Recipient | Status |
|---|---|---|---|
| Successful transmission to 17575640386, Re: RE: Janet L. Sydnor | 07/15/2018 02:22 PM | 17575640386 | Completed |
| Successful transmission to 17179011565, Re: RE: Christopher Bolbat | 07/15/2018 12:06 PM | 17179011565 | Completed |
| Successful transmission to 19147473673, Re: RE: James A. Stidham | 07/11/2018 11:23 AM | 19147473673 | Completed |
| Successful transmission to 18003755288, Re: Income - Driven Repa... | 06/27/2018 08:27 AM | 18003755288 | Completed |
| Successful transmission to 16082461608, Re: Income - Driven Repa... | 06/27/2018 08:24 AM | 16082461608 | Completed |
| Successful transmission to 18665459166, Re: Income - Driven Repa... | 06/27/2018 08:02 AM | 18665459196 | Completed |
| Successful transmission to 12156277734, Re: Trace Payment - $8,0... | 06/19/2018 04:32 PM | 12156277734 | Completed |
| Successful transmission to 12073174809, Re: UNKNOWN | 06/15/2018 09:21 AM | 12073174809 | Completed |
| Successful transmission to 12119603555, Re: Notice of Bankruptcy Case Filing... | 06/07/2018 04:19 PM | 12119603555 | Completed |
| Successful transmission to 12152802255, Re: Notice of Bankruptcy - Bill Num... | 06/05/2018 11:27 AM | 12152802255 | Completed |
| Successful transmission to 12156863555, Re: 15033 London Road,... | 06/05/2018 07:57 AM | 12156863555 | Completed |
| Successful transmission to 12156863971, Re: 15033 London Road,... | 06/05/2018 07:57 AM | 12156863971 | Completed |
| Successful transmission to 12672995057, Re: Status Letter - Civil Ac... | 05/31/2018 02:12 PM | 12672995057 | Completed |
| Successful transmission to 12155991505, Re: Debtor: Valerie A. Dan... | 05/29/2018 08:29 AM | 12155991505 | Completed |
| Successful transmission to 12159233613, Re: Lawsuit and Summons | 05/25/2018 03:09 PM | 12159233613 | Completed |

⏮ ◀ | Page 9 of 75 | ▶ ⏭

Displaying faxes 121 - 135 of 1115

Successful transmission to 12119603555, Re: Notice of Bankruptcy Case Filing - 145 S. 62nd Street, Phila, PA
From: NoReply@MyFax.com   View fax: 20180607_131809926_STORAGE_179RP55874.tif   Date: 6/7/2018

Toll Fring Customer Service: 1-(866) 563-9212 | support@my-fax.com | Contact MyFax
© 2019 j2 Global, Inc. and its affiliates (collectively, "j2"). All rights reserved. MyFax® is a registered trademark of j2.

# P15

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13098-mdc
Lyndel Toppin                                                       Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv            Page 1 of 1          Date Rcvd: May 29, 2018
                            Form ID: 309I         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db            +Lyndel Toppin,    146 S. 62nd Street,    Philadelphia, PA 19139-2928
14104029      +Abdeldayem Hassan,    309 Barker Avenue,    Lansdowne, PA 19050-1215
14104033      +City of Philadelphia,    Lockbox # 1087,    PO BOX 8500,   Philadelphia, PA 19178-8500
14104035      +FIRST FEDERAL CREDIT & COLLECTIONS,     24700 CHAGRIN BLVD,   SUITE 205,
               CLEVELAND, OH 44122-5662
14104036      +FIRST FEDERAL CREDIT & COLLECTIONS,     24700 CHAGRIN BLVD STE 2,    CLEVELAND, OH 44122-5662
14104037      +GRB Law,    1425 Spruce Street,    Suite 100,   Philadelphia, PA 19102-4578
14104038       Philadelphia Court of Common Pleas,     Philadelphia City Hall,   Philadelphia, PA 19107
14104039      +Philadelphia Department of Revenue,     1401 John K. Kennedy Blvd.,    Concourse Level,
               Philadelphia, PA 19102-1613
14104041      +Philadelphia Sheriff's Office,    100 S. Broad Street,    5th Floor,
               Philadelphia, PA 19110-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bestcasestephen@gmail.com May 30 2018 02:05:47     STEPHEN MATTHEW DUNNE,
               Dunne Law Offices, P.C.,    1515 Market Street,    Suite 1200,   Philadelphia, PA 19102,
               U.S.A.
tr            +E-mail/Text: bncnotice@ph13trustee.com May 30 2018 02:06:51     WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg            E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2018 02:06:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2018 02:06:23     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 30 2018 02:06:15     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14104031       EDI: CAPITALONE.COM May 30 2018 06:03:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
               RICHMOND, VA 23238
14104030      +EDI: CAPITALONE.COM May 30 2018 06:03:00     CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,
               SALT LAKE CITY, UT 84130-0285
14104032       E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:35     City of Philadelphia,
               1515 Arch Street,    Law Department, 15th Floor,    Philadelphia, PA 19102
14104034       E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:35     City of Philadelphia,
               Attn: James Zwolak,    1401 JFK Blvd., 5th Floor,    Philadelphia, PA 19102
                                                                                        TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14104040*     +Philadelphia Department of Revenue,     1401 John K. Kennedy Blvd.,    Concourse Level,
               Philadelphia, PA 19102-1613
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
            STEPHEN MATTHEW DUNNE    on behalf of Debtor Lyndel  Toppin bestcasestephen@gmail.com,
            dunnesr74587@notify.bestcase.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                     TOTAL: 3

P0073

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lyndel Toppin** | Social Security number or ITIN **xxx–xx–2550** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **18–13098–mdc** | | Date case filed for chapter **13   5/8/18** |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                    12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lyndel Toppin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 146 S. 62nd Street<br>Philadelphia, PA 19145 | |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>U.S.A. | Contact phone 215–551–7109<br><br>Email:  bestcasestephen@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/29/18 |

**For more information, see page 2**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 11, 2018 at 1:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **Suite 18−341, 1234 Market Street, Philadelphia, PA 19107** |
|---|---|---|
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/9/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/17/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/4/18** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 200.00 per month for 60 months. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: **8/2/18** at **9:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

P0075

# P 16

Sheriff's procedures per Filing of BK, Stay Order

PHILADELPHIA SHERIFF'S OFFICE

DATE:           May 12, 1988, Revised August 1, 2014
DIRECTIVE:   #28
SUBJECT: ENFORCEMENT     (STAY ORDER)

## I. PURPOSE

The purpose of this Directive is to establish a policy of receiving, recording and the handling of stay order, bankruptcy, petitions and appeals when received by the Sheriff's Office.

## II. POLICY

A. Bankruptcy.

1. When received by the Sheriff's Office, all legal action is to stop. Details, numbers and other particulars are to be recorded in division docket and on writ. If there is any question as to the validity, postpone any action. Must check with attorney on writ for Bar Order.

B. Orders and Stays

1. When received by the Sheriff's Office, will stop only the action that the order or stay pertains to. Details, numbers and other particulars are to be recorded in division docket and on writ.

C. Petitions and Appeals

1. When received by the Sheriff's Office, will stop legal action only if so stated in the petition and/or appeal. Details, numbers and other particulars are to be recorded in division docket and on writ.
2. All appeals don't stop action.

D. Property Claim and Exemption Claims

1. When received by the Sheriff's Office, will stop action on a Sheriff's Sale (Personal Property) temporarily, until the Under-Sheriff makes a determination on property claims. Exemption claims will be heard at a hearing. Details, numbers and other particulars are to be recorded in division docket and on writ.

E.  Culmination of Stays

    1.  Bankruptcy Orders, Stays, Petitions and Appeals will be held in abeyance for disposition.

    2.  Upon receipt of determination, the division supervisor will abandon or continue enforcement, if requested, depending on contents of determination.

    3.  The time lapse between the filing of the Bankruptcy Order, Stays, Petitions and Appeals when received, and the determination date of the said orders are to be computed and added to the "Life of the Writ. Determination and further sheriff's action is to be    recorded    in division docket.

III. This Directive supersedes all other Enforcement Division procedures.

IV. This Directive is effective immediately.

<div align="right">

BY ORDER OF:

_____

SHERIFF

</div>

B

# P 17

Notice to Vacate



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# <span style="color:red">NOTICE TO VACATE</span>

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a ***Writ of Possession of Real Property*** a copy of which is attached
<span style="color:red">**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**</span>

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/18/18

P0080

B

P 18



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

### SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/24/18

1P0082

B

# P 19

B



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/30/18

P0084

P 20

b



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER

THAN: _June 25th, 2018_
_@ 9AM_

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

6/1/18          146  S  62nd  ST
UNKOWN OCCUPCCANTS

ted to levy upon any property of                                    you are

0 S. 62nd ST
PHila 8 A 19139

interest therein.                                                   and sell

ERIC FEDER
Director, Office of Judicial Records

By _____
                    Clerk          **ATTEST**

                              MAY 07 2018
Date _May 7, 2018_
                              D. SAVAGE
                              JUDICIAL RECORDS

v. 1/01)

P0086

B

# P 21

B



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER

THAN: _June 25th 2018_
_@ 9am_

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

_6/5/18_

_146 S 62nd St_
_UNOWN OCCUPECANTS_

ted to levy upon any property of                                  you are

_a S.62nd St_
_PHila PA 19139_

and sell

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By _N. Jang_ _Clerk_     **ATTEST**

MAY 07 2018

Date _May 7, 2018_     D. SAVAGE
JUDICIAL RECORDS

v. 1/01)

B

# P 22



P0090

P23

**RESPONSE:** Objection. The Sheriff specifically objects to this request as vague and ambiguous, overly broad and unduly burdensome. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this request. The Sheriff specifically reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure made applicable hereto pursuant to the Federal Rules of Bankruptcy Procedure.

15.    Admit that You received notice of the Lyndel Toppin bankruptcy on May 8, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted that the Sheriff's Real Estate Unit received notice of Lyndel Toppin's bankruptcy on or about May 8, 2018.

16.    Admit that You received notice of the Lyndel Toppin bankruptcy from the Bankruptcy Noticing Center at the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only, upon information and belief, that on May 31, 2018, the Bankruptcy Noticing Center mailed a Meeting of Creditor Notice for Lyndel Toppin's bankruptcy to the address set forth in the request. After reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

17.    Admit that Your [sic] or your Attorney at the Philadelphia Law Department received notice of the Lyndel Toppin bankruptcy from the Bankruptcy Noticing Center at bankruptcy@phila.gov on May 30, 2018 at 2.06 AM.

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted in part, denied in part. It is admitted only, upon information and belief, that the City of Philadelphia Law Department received notice from the Bankruptcy Noticing Center at bankruptcy@phila.gov on the date and at the time set forth in the Request.

18.    Admit that You received a fax at 215-686-3555 from Stephen Dunne on May 8, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only that on May 8, 2018 a fax was transmitted to a fax number for the Civil Enforcement Unit of the Sheriff's Office, which had a subject line "Notice of Bankruptcy Case Filing – Book/Writ1707-502." After

# P24

**RESPONSE:** Objection. The Sheriff specifically objects to this request as vague and ambiguous, overly broad and unduly burdensome. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this request. The Sheriff specifically reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure made applicable hereto pursuant to the Federal Rules of Bankruptcy Procedure.

15.     Admit that You received notice of the Lyndel Toppin bankruptcy on May 8, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted that the Sheriff's Real Estate Unit received notice of Lyndel Toppin's bankruptcy on or about May 8, 2018.

16.     Admit that You received notice of the Lyndel Toppin bankruptcy from the Bankruptcy Noticing Center at the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only, upon information and belief, that on May 31, 2018, the Bankruptcy Noticing Center mailed a Meeting of Creditor Notice for Lyndel Toppin's bankruptcy to the address set forth in the request. After reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

17.     Admit that Your [sic] or your Attorney at the Philadelphia Law Department received notice of the Lyndel Toppin bankruptcy from the Bankruptcy Noticing Center at bankruptcy@phila.gov on May 30, 2018 at 2.06 AM.

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted in part, denied in part. It is admitted only, upon information and belief, that the City of Philadelphia Law Department received notice from the Bankruptcy Noticing Center at bankruptcy@phila.gov on the date and at the time set forth in the Request.

18.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on May 8, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only that on May 8, 2018 a fax was transmitted to a fax number for the Civil Enforcement Unit of the Sheriff's Office, which had a subject line "Notice of Bankruptcy Case Filing – Book/Writ1707-502." After

# P25

reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

19.   Admit that You received a fax at 215-686-3971 from Stephen Dunne on May 8, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

20.   Admit that You received a telephone call at the following telephone number (215 686 3565) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 7, May 9, May 10, May 15, and June 7 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this Request. The Sheriff's Office does not maintain a log of incoming calls and there are no records documenting that a call was received from either Stephen Dunne or 215-551-7109.

21.   Admit that You received a telephone call from Stephen Dunne at 215-551-7109 on May 9, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this Request. The Sheriff's Office does not maintain a log of incoming calls and there are no records documenting that a call was received from either Stephen Dunne or 215-551-7109.

22.   Admit that You received a fax at 215-686-3555 from Stephen Dunne on May 10, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only that on May 10, 2018 a fax was transmitted to fax number 215-686-3555, which had a subject line "Notice of Bankruptcy." After reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

23.   Admit that You received a fax at 215-686-3971 from Stephen Dunne on May 15, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry, the Sheriff is without sufficient information to admit or deny this Request.

P26

reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

19.    Admit that You received a fax at 215-686-3971 from Stephen Dunne on May 8, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

20.    Admit that You received a telephone call at the following telephone number (215 686 3565) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 7, May 9, May 10, May 15, and June 7 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this Request. The Sheriff's Office does not maintain a log of incoming calls and there are no records documenting that a call was received from either Stephen Dunne or 215-551-7109.

21.    Admit that You received a telephone call from Stephen Dunne at 215-551-7109 on May 9, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry of the available information, the Sheriff is unable to admit or deny this Request. The Sheriff's Office does not maintain a log of incoming calls and there are no records documenting that a call was received from either Stephen Dunne or 215-551-7109.

22.    Admit that You received a fax at 215-686-3555 from Stephen Dunne on May 10, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. It is admitted only that on May 10, 2018 a fax was transmitted to fax number 215-686-3555, which had a subject line "Notice of Bankruptcy." After reasonable inquiry, the Sheriff is without sufficient information to admit or deny the remainder of the request.

23.    Admit that You received a fax at 215-686-3971 from Stephen Dunne on May 15, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Unknown. After reasonable inquiry, the Sheriff is without sufficient information to admit or deny this Request.

# P27

24.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on June 7, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

25.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

26.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

27.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

28.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

29.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

30.    Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

31.    Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

# P28

24.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on June 7, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

25.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

26.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

27.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

28.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

29.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

    30.    Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

    31.    Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

# P29

24.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on June 7, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

25.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

26.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

27.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

28.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

29.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

30.   Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

31.   Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

# P30

24.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on June 7, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

25.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

26.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

27.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

28.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

29.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

30.    Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

31.    Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

# P31

24.     Admit that You received a fax at 215-686-3555 from Stephen Dunne on June 7, 2018 containing a Notice of Bankruptcy Case Filing on behalf of Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Admitted.

25.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

26.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

27.     Admit that You served a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted a Notice to Vacate at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about May 10, 2018.

28.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

29.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

    30.    Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

    31.    Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

P32

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

30.     Admit that You served an Eviction Notice on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 7, 2018?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: Denied as stated. Based upon available information, it is admitted only that the Sheriff posted an Eviction Notice at the property located at 146 S. 62nd Street, Philadelphia, PA 19139 on or about June 1, 2018.

31.     Admit that serving a Writ of Possession in an active bankruptcy case is a violation of the automatic stay?

**RESPONSE:** Objection. The Sheriff specifically objects to this request as an improper request for an admission as to a legal conclusion regarding an ultimate issue in this case. The Sheriff further specifically objects to this request as irrelevant, outside the scope of matters allowed under Rule 36 of the Federal Rules of Civil Procedure and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing objections and the General Objections, the Sheriff responds as follows: Denied as an improper request.

P33

describe in detail and with particularity, the process, events, and circumstances under which the Sheriff handled each.

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows:

- Deputy Sheriff Jetaria Taylor posted the Notice to Vacate at 146 S. 62nd Street, Philadelphia, PA 19139, on May 10, 2018.

- On or about June 01, 2018, Deputy Taylor posted an Eviction Notice on the property.

- At all relevant times hereto, Inspector Monte' Guess oversaw the Sheriff's Civil Enforcement Unit.

- On or about June 07, 2018, Inspector Guess received the fax mailed to 215-686-3555 with the subject line "Notice of Bankruptcy Case Filing – 146 S. 62nd Street, Phila, PA 19145."

- Inspector Guess noted "6/7/18, Bankruptcy filed, Inspector Guess" on the face of the Writ of Possession and noted "Bankruptcy filed" in the possession log book next to 146 S. 62nd Street, Phila, PA 19145.

- On June 25, 2018, Inspector Guess entered a Service Event Report in JEWELL noting the receipt of the bankruptcy notice and the actions he took to stay the eviction process.

5.      Have you, or has anyone on your behalf, received any report from any employee, vendor, contractor, sub-contractor, agent, representative or other service provider concerning the plaintiff's bankruptcy? If so, state:

(a)     The date of each;
(b)     The name and address of the person from whom each was received and of the person who has custody of each;
(c)     Whether each such report was written or oral.

**RESPONSE:** Objection. The Sheriff specifically objects to this request as vague and ambiguous. Subject to, and without waiving the foregoing objection and the General Objections, the Sheriff responds as follows: No.

6.      Identify and describe each document known to the Sheriff, which is related to or contains information about the allegations in the Complaint?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: In addition to those documents produced by Plaintiff:

- See the Service Event Report, dated 05/10/2018, attached to the Sheriff's responses to document requests;

- See the Service Event Report, dated 06/25/2018, attached to the Sheriff's responses to document requests;
- See the Writ of Possession attached to the Sheriff's responses to discovery requests;
- See the page from the possession log book attached to the Sheriff's responses to discovery;
- See the fax from Stephen Dunne to 215-686-3971 dated 5/8/2018, attached to the Sheriff's responses to document requests; and
- See the fax from Stephen Dunne to 215-686-3555 dated 6/7/2018attached to the Sheriff's responses to document requests.

7.      Identify all software applications that you use in connection with acknowledging, processing, identifying or flagging bankruptcy cases?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: The Sheriff uses the "JEWELL" system for recording notes including notes regarding notice of bankruptcy.

8.      Identify and describe any and all documents that describe, record, or establish your methods and techniques used to comply with the U.S. Bankruptcy Code and avoid Stay Violation?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: There are no documents that meet the description in this interrogatory.

9.      Identify and describe with particularity all training received by you and any other person involved in the plaintiff's bankruptcy case, including but not limited to:

(a)     The training content, timing, and duration
(b)     All documents and audio or visual materials used in such training and
(c)     Each person involved in providing such training.

**RESPONSE:** Objection. The Sheriff objects to this request as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10.     Identify all communications between the Sheriff and Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows:

- Notice to Vacate, posted at the property on May 10, 2018.
- Eviction Notice, posted at the property on or about June 01, 2018.

11.     State the name, address, title and job description of each officer, director and employee (whether present or former) of defendant Sheriff who was working at the dates/times alleged in the Complaint whereby the plaintiff alleged that telephone calls and facsimiles were transmitted to the Sheriff?

P34

describe in detail and with particularity, the process, events, and circumstances under which the Sheriff handled each.

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows:

- Deputy Sheriff Jetaria Taylor posted the Notice to Vacate at 146 S. 62nd Street, Philadelphia, PA 19139, on May 10, 2018.

- On or about June 01, 2018, Deputy Taylor posted an Eviction Notice on the property.

- At all relevant times hereto, Inspector Monte' Guess oversaw the Sheriff's Civil Enforcement Unit.

- On or about June 07, 2018, Inspector Guess received the fax mailed to 215-686-3555 with the subject line "Notice of Bankruptcy Case Filing – 146 S. 62nd Street, Phila, PA 19145."

- Inspector Guess noted "6/7/18, Bankruptcy filed, Inspector Guess" on the face of the Writ of Possession and noted "Bankruptcy filed" in the possession log book next to 146 S. 62nd Street, Phila, PA 19145.

- On June 25, 2018, Inspector Guess entered a Service Event Report in JEWELL noting the receipt of the bankruptcy notice and the actions he took to stay the eviction process.

5.     Have you, or has anyone on your behalf, received any report from any employee, vendor, contractor, sub-contractor, agent, representative or other service provider concerning the plaintiff's bankruptcy? If so, state:

(a)     The date of each;
(b)     The name and address of the person from whom each was received and of the person who has custody of each;
(c)     Whether each such report was written or oral.

**RESPONSE:** Objection. The Sheriff specifically objects to this request as vague and ambiguous. Subject to, and without waiving the foregoing objection and the General Objections, the Sheriff responds as follows: No.

6.     Identify and describe each document known to the Sheriff, which is related to or contains information about the allegations in the Complaint?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: In addition to those documents produced by Plaintiff:

- See the Service Event Report, dated 05/10/2018, attached to the Sheriff's responses to document requests;

- See the Service Event Report, dated 06/25/2018, attached to the Sheriff's responses to document requests;
- See the Writ of Possession attached to the Sheriff's responses to discovery requests;
- See the page from the possession log book attached to the Sheriff's responses to discovery;
- See the fax from Stephen Dunne to 215-686-3971 dated 5/8/2018, attached to the Sheriff's responses to document requests; and
- See the fax from Stephen Dunne to 215-686-3555 dated 6/7/2018attached to the Sheriff's responses to document requests.

7.      Identify all software applications that you use in connection with acknowledging, processing, identifying or flagging bankruptcy cases?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: The Sheriff uses the "JEWELL" system for recording notes including notes regarding notice of bankruptcy.

8.      Identify and describe any and all documents that describe, record, or establish your methods and techniques used to comply with the U.S. Bankruptcy Code and avoid Stay Violation?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows: There are no documents that meet the description in this interrogatory.

9.      Identify and describe with particularity all training received by you and any other person involved in the plaintiff's bankruptcy case, including but not limited to:

(a)     The training content, timing, and duration
(b)     All documents and audio or visual materials used in such training and
(c)     Each person involved in providing such training.

**RESPONSE:** Objection. The Sheriff objects to this request as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

10.     Identify all communications between the Sheriff and Lyndel Toppin?

**RESPONSE:** Subject to, and without waiving the General Objections, the Sheriff responds as follows:

- Notice to Vacate, posted at the property on May 10, 2018.
- Eviction Notice, posted at the property on or about June 01, 2018.

11.     State the name, address, title and job description of each officer, director and employee (whether present or former) of defendant Sheriff who was working at the dates/times alleged in the Complaint whereby the plaintiff alleged that telephone calls and facsimiles were transmitted to the Sheriff?

P35

# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY



**Jewell Williams**
*Sheriff*

**Kevin Lamb**
*Chief Deputy*

**Richard Verrecchio**
*Chief Inspector*

**Robert Jackson**
*Chief of Staff*

CITY OF PHILADELPHIA
vs.
STANLEY ZALKIN AND ELEANOR ZALKIN

**Case Number**
1504T0192
(1707-5002)

## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| 04/27/2017 | COURT DECREE, HANDBILL, LEGAL DESCRIPTION |
| 04/27/2017 | WRIT DATA VERIFIED BY TOMIKO VAUGHON |
| 07/06/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 9/7/2017 |
| 09/07/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 10/5/2017 |
| 10/05/2017 | REAL ESTATE SOLD AT SHERIFF'S SALE |
| 10/05/2017 | SALES RECEIPT DATA VERIFIED BY TOMIKO VAUGHON |
| 10/05/2017 | AUTOMATED DEED ASSIGNMENT PATRIOT LAND TRANSFER, LLC |
| 10/06/2017 | BUYER'S ACKNOWLEDGEMENT |
| 11/03/2017 | SHERIFF'S SETTLEMENT |
| 11/03/2017 | PRINTED ON NOVEMBER 03, 2017 BY MARK WILSON WITH TRACKING ID: 1509726459 |
| 11/09/2017 | REAL ESTATE: ABDELDAYEM HASSAN 309 BARKER AVENUE LANSDOWNE, PA 19050 |
| 05/08/2018 | DEFENDANT ATTORNEY |
| 05/09/2018 | BANKRUPTCY FILED IN SHERIFF'S OFFICE |
| 07/26/2018 | DART DISTRIBUTION POLICY REQUESTED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY BADIA BEASLE) |
| 11/07/2018 | DISTRIBUTION POLICY RECECIVED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY RICHARD VERRECCHIO) |

SHERIFF COST: $2,931.71

SO ANSWERS,

JEWELL WILLIAMS, SHERIFF

August 20, 2019

(c) CountySuite Sheriff, Teleosoft, Inc.

P36

Abdeldayem Hassan

Page 32

1    time period about what the law may be in this area?

2         A.    No.

3         Q.    The people in this house that you

4    thought may have been living there, did anybody ever

5    tell you anything directly?

6         A.    Yes.

7         Q.    Who told you what directly?

8         A.    When we went to give them this paper, we

9    gave them the paper, the guy told me he was going to

10   move by March.

11              The guy with long hair came out and he

12   met me and he said he was moving by March

13   (indicating).

14        Q.    Now, when was that conversation?

15        A.    I think that was in January.

16        Q.    January?

17        A.    Yeah.

18        Q.    So, January of 2018, you know somebody

19   is living there, right?

20        A.    Yeah.

21              Like I told you, the guy.

22        Q.    So somebody did come out finally and

23   your testimony is he told you something?

24        A.    Yeah.

25        Q.    Did you ask him his name?

P37

Abdeldayem Hassan

Page 43

```
 1                  The next exhibit will be Exhibit K.
 2                  (Exhibit K, Contact Details, is marked for
 3  identification)
 4  BY MR. FILIPOVIC:
 5       Q.    Sir, I've handed you a document that has
 6  been provided in prior filings to your attorney.
 7                  Tell me if you know -- first of all, is
 8  that your name and address that you see on that
 9  document?
10       A.    Yes.
11       Q.    Is your contact information there
12  correct?
13       A.    Uh-huh.
14       Q.    Is that yes?
15       A.    Yes.
16            MR. FILIPOVIC:  Can we take a
17  five-minute break?
18                  (BRIEF RECESS)
19  BY MR. FILIPOVIC:
20       Q.    Mr. Hassan, in May of 2018, did you
21  receive a letter from the offices of Attorney Dunne?
22       A.    About what?
23       Q.    Anything.
24                  In May of 2018, do you recall a letter
25  from the offices of Attorney Dunne?
```

Abdeldayem Hassan

Page 44

```
 1       A.      Only one letter I received, but I don't
 2   know the date.
 3                   There was only one letter.
 4       Q.      So is that a yes to my question then?
 5                   MR. OFFEN:  He said --
 6                   MR. FILIPOVIC:  Counsel, I don't need
 7   you to testify.
 8                   You're not under oath.
 9                   MR. OFFEN:  He said he doesn't know the
10   date.
11                   He already answered I don't know the
12   date.
13                   MR. FILIPOVIC:  Maybe he remembered the
14   date.
15                   If you don't know the date, could it
16   have been May of 2018?
17                   THE WITNESS:  One more time?
18                   MR. FILIPOVIC:  If you don't know when
19   you received it, could it be that you did, in fact,
20   receive it in May of 2018?
21                   MR. OFFEN:  He already answered the
22   question.
23                   He doesn't know the date.
24                   THE WITNESS:  I don't know the date.
25                   MR. FILIPOVIC:  That is not the same
```

Abdeldayem Hassan

Page 46

1    BY MR. FILIPOVIC:

2          Q.      You didn't understand?

3          A.      No, and I took it to the sheriff's

4    office right away.

5          Q.      And you still don't remember when?

6          A.      No.

7          Q.      Did you have an attorney at this time?

8          A.      No.

9          Q.      Tell me what you did with the letter at

10   the sheriff's office.

11         A.      I went to the sheriff's office, I think

12   I went to the third floor.  I went there and they

13   said -- they saw the letter and they told me I had to

14   go to another level.  I don't know, maybe the fifth

15   floor.  They called someone.  They told me, you're

16   not allowed to go there by yourself.  They called

17   someone and the lady came out and met me at the fifth

18   floor steps, at the elevator, and she took the letter

19   from me and she read it and she said, okay, we have

20   to stop what we are doing, and she kept the letter.

21                I wish I could give you a date.

22         Q.      She told you, we have to stop what we

23   are doing?

24         A.      Yes.

25                I already paid them 350 dollars to

P38

Abdeldayem Hassan

Page 61

1    highlighted portion at the top?

2          A.    Yes.

3          Q.    Is that your contact information?

4          A.    Yes.

5          Q.    Is it correct?

6          A.    Yes.

7                Can I ask you what it is?

8          Q.    You can ask your attorney later.

9                Sir, I want to ask you this.

10               Has anybody ever tried to kick you out

11   of your house anywhere, here or in another country?

12         A.    No.

13         Q.    The day that you took the letter to the

14   sheriff's office -- we're trying to figure out when

15   it was because you're telling us that you can't

16   remember.

17               We've established that it was after you

18   filed all the paperwork.

19               So, the sheriff's office was open that

20   day, so it was during the week?

21         A.    Yes.

22         Q.    Was it morning or afternoon?

23         A.    That I went there?

24         Q.    Yes.

25         A.    I went there like afternoon, like 4:00.

Abdeldayem Hassan

Page 62

1      Q.     But they were still open?

2      A.     Yes, they were open.

3      Q.     So it was before 4:30?

4      A.     Yes.

5      Q.     Did you work at Boston Market that day?

6      A.     That day was Friday, I went to prayer,

7   so I didn't work on Friday.

8      Q.     So it was a Friday?

9      A.     Yes.

10     Q.     I apologize, I don't mean to sound

11  ignorant, but the prayer goes on every Friday or was

12  it in relation to any particular holiday?

13     A.     Every Friday, we go to mosque.

14            You're welcome every Friday, if you

15  want.

16     Q.     Thank you.

17            There is one in my neighborhood.

18            Now, when they told you that we have to

19  stop what we're doing at the sheriff's office, did

20  you withdraw any documents that you had filed?

21            Did you go to court after that?

22     A.     What court?

23     Q.     Court.

24     A.     After that, I hired my lawyer.

25     Q.     Fair enough.

P39

Barrington Whyte
December 12, 2019

Page 7

 1    A.      Yes.

 2    Q.      Okay.  When did you last reside at

 3    that address?

 4    A.      I still reside there.

 5    Q.      Okay.  So you do not reside at 146

 6    South 62nd Street, correct?

 7    A.      Yes, I do.

 8    Q.      Do you reside in both locations?

 9    A.      No, 146 South 62nd Street.

10    Q.      Yeah.

11    A.      That's the current address.

12    Q.      How about 1425 South 62nd Street, have

13    you lived there in the past?

14    A.      No.

15    Q.      Does that address have any

16    significance to you?  I'm just curious as to

17    why you mentioned 1425 South 62nd Street as

18    your address.

19    A.      I probably wasn't thinking.  I

20    apologize for that.

21    Q.      Do you know who lives at 1425 South

22    62nd Street?

23    A.      No.

24    Q.      Can you just give me your date of

P40

Barrington Whyte
December 12, 2019

Page 8

1    birth?

2    A.      February 25, 1983.

3    Q.      And when I refer to the property, just

4    so we're clear from this point forward,

5    unless I say otherwise, when I say the

6    property, I'm referring to 146 South 62nd

7    Street; do you understand that?

8    A.      Yes.

9    Q.      Okay.  Who lives with you at 146 South

10   62nd Street?

11   A.      Lyndel Toppin.

12   Q.      Anybody else?

13   A.      No.

14   Q.      How long have you lived at the

15   property?

16   A.      About, I would say about ten years or

17   so.

18   Q.      Do you know how long Mr. Toppin has

19   lived at the property?

20   A.      About probably 15.

21   Q.      Okay.  Mr. Toppin isn't here with you

22   today, is he?

23   A.      No.

24   Q.      Did you have any involvement in the

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

P0136

P41

Barrington Whyte
December 12, 2019

Page 17

1    A.      I would say about over 20 years or so.

2    Q.      Can you tell me, speaking about

3    yourself personally, between October of 2017

4    and July of 2018, can you tell me what your

5    job schedule was like with the catering

6    company?

7    A.      It was every day from morning to

8    night.

9    Q.      Seven days a week?

10   A.      Yes.

11   Q.      Do you know anything about

12   Mr. Toppin's work schedule during that time

13   frame?

14   A.      Not really, because I usually work at

15   that time.

16   Q.      Do you know if he has a regularly

17   scheduled work schedule essentially?

18   A.      Monday through Friday, I believe.

19   Q.      Do you know the hours?

20   A.      That I'm not sure of.

21   Q.      Do you know how old Mr. Toppin is?

22   A.      Not really, I'm not guaranteed.  I'm

23   not sure.

24   Q.      Would you say he's in his 30's?

P42

Barrington Whyte
December 12, 2019

Page 20

1   Q.      What's her last name?

2   A.      Brooks, B-R-O-O-K-S.

3   Q.      And your father?

4   A.      I don't know.

5   Q.      Okay.  It's my understanding that

6   Mr. Toppin has some sort of limitations in

7   his ability to communicate; is that correct?

8   A.      Yes.

9   Q.      Okay.  Can you describe for me what

10  you observe those limitations to be?

11  A.      He can't hear or talk.

12  Q.      Has it been that way since you've

13  known him?

14  A.      Yes.

15  Q.      Do you know if he ever went to school

16  at any point, like elementary or

17  kindergarten, anything?

18  A.      I'm not sure of that.

19  Q.      You don't know?

20  A.      No.

21  Q.      Do you know if he ever had a legal

22  guardian appointed for him?

23  A.      I believe that's his mother.

24  Q.      He's got a cell phone, correct?

P43

Barrington Whyte
December 12, 2019

Page 33

1   A.      Yes.

2   Q.      And that information, six separate

3   occasions, where did that information come

4   from?

5   A.      The notices that were put on the door.

6   Q.      And the information that the sheriffs

7   were armed, do you see that?  It says,

8   "Sending armed Philadelphia Sheriffs."  Where

9   did that information come from?

10              MR. FILIPOVIC:  I'm going to

11          just repeat my continuing objection

12          to the attorney work product for

13          the complaint.

14              MS. HARPER:  It couldn't

15          possibly come from the attorneys

16          because they weren't there.  This

17          is a fact.

18              MR. FILIPOVIC:  It is a

19          pleading done by --

20              MS. HARPER:  It is a fact.

21              MR. FILIPOVIC:  It is a fact.

22          But where it came from is within

23          the scope of attorney work product.

24              MS. HARPER:  You couldn't have

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

**IK really actually do not twantt his to be our Exhibit, we throw this out**

# P44

< Printer Options **Dayforce**



**au bon pain**
the bakery cafe
**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOPPIN
**Employee #:** 102788
**Employee Address:** 5613 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 5/30/2018
**Pay Period:** 5/18/2018 – 5/24/2018
**Deposit Advice #:** 205104488
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/$0.00 (PA)

| | Current 5/18/2018 – 5/24/2018 | | | YTD As of 5/24/2018 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 21.62 | | $ 206.47 | 492.87 | $ 5,706.93 |
| Regular | 21.62 | 9.5500 | $ 206.47 | 492.87 | $ 4,706.93 |
| Bonus – Service Awards | | | | | $ 1,000.00 |
| **Taxes** | | | $ 35.84 | | $ 1,207.34 |
| Fed W/H | | | $ 5.55 | | $ 370.10 |
| FICA EE | | | $ 12.80 | | $ 353.83 |
| Fed MWT EE | | | $ 2.99 | | $ 82.75 |
| PA W/H | | | $ 6.34 | | $ 175.19 |
| PA UT EE | | | $ 0.13 | | $ 3.43 |
| PhilCityW/H | | | $ 8.03 | | $ 222.04 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 250.14 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 80.96 |
| Aetna Dental EE | | | $ 4.67 | | $ 102.74 |
| Aetna Vision EE | | | $ 1.05 | | $ 23.10 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 43.34 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 159.26 | | $ 4,249.45 |
| Payroll Card | 064206594 | XXXXX5194 | $ 159.26 | | |

**Accruals & Balances**
| ETO Hourly Balance: | 40.00 Hours |
|---|---|


CERIDIAN

Page 1 of 1



P0144

Printer Options **Dayforce**



**au bon pain**

the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 5/23/2018 |
| **Pay Period:** | 5/11/2018 - 5/17/2018 |
| **Deposit Advice #:** | 204222469 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current 5/11/2018 - 5/17/2018 | | | YTD As of 5/17/2018 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 20.68 | | $ 197.49 | 471.25 $ | 4,500.46 |
| Regular | 20.68 | 9.5500 $ | 197.49 | 471.25 $ | 4,500.46 |
| **Taxes** | | | $ 33.63 | | $ 804.79 |
| Fed W/H | | | $ 4.65 | | $ 144.55 |
| FICA EE | | | $ 12.25 | | $ 279.03 |
| Fed MWT EE | | | $ 2.87 | | $ 65.26 |
| PA W/H | | | $ 6.06 | | $ 138.15 |
| PA UT EE | | | $ 0.12 | | $ 2.70 |
| PhilCtyW/H | | | $ 7.68 | | $ 175.10 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 238.77 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 77.28 |
| Aetna Dental EE | | | $ 4.67 | | $ 98.07 |
| Aetna Vision EE | | | $ 1.05 | | $ 22.05 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 41.37 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 152.49 | | $ 3,456.90 |
| Payroll Card | 064206594 | XXXXX5194 | $ 152.49 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

CERIDIAN

Page 1 of 1





**au bon pain**

the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 5/16/2018 |
| **Pay Period:** | 5/4/2018 - 5/10/2018 |
| **Deposit Advice #:** | 203423642 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current 5/4/2018 - 5/10/2018 | | | YTD As of 5/10/2018 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 21.00 | | $ 200.55 | 450.57 | $ 4,302.97 |
| Regular | 21.00 | 9.5500 | $ 200.55 | 450.57 | $ 4,302.97 |
| **Taxes** | | | $ 34.38 | | $ 771.16 |
| Fed W/H | | | $ 4.96 | | $ 139.90 |
| FICA EE | | | $ 12.43 | | $ 266.78 |
| Fed MWT EE | | | $ 2.90 | | $ 62.39 |
| PA W/H | | | $ 6.16 | | $ 132.09 |
| PA UT EE | | | $ 0.12 | | $ 2.58 |
| PhilCityW/H | | | $ 7.81 | | $ 167.42 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 227.40 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 73.60 |
| Aetna Dental EE | | | $ 4.67 | | $ 93.40 |
| Aetna Vision EE | | | $ 1.05 | | $ 21.00 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 39.40 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 154.80 | | $ 3,304.41 |
| Payroll Card | 064206594 | XXXXX5194 | $ 154.80 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |


CERIDIAN

Page 1 of 1

P0146



| | Employee Name: | LYNDEL TOPPIN | Pay Date: | 5/2/2018 |
|---|---|---|---|---|
| | Employee #: | 102788 | Pay Period: | 4/20/2018 – 4/26/2018 |
| | Employee Address: | 5813 LANSDOWNE AVE | Deposit Advice #: | 201695199 |
| | | PHILADELPHIA, PA 19131 | Pay Frequency: | Weekly |
| the bakery cafe | Department: | Cafe | Pay Rate: | 9.5500 |
| | Job Title: | Guest Service Representative | Federal Filing Status: | Single |
| Employer Name: Au Bon Pain Corp | | | Federal Exemptions: | 1/$0.00 |
| Employer Phone: 617-423-2100 | | | Local Exemptions: | 1 (Philadelphia) |
| Employer Address: 1 Au Bon Pain Way | | | State Filing Status: | Single (PA) |
| Boston, MA 02210 | | | State Exemptions: | 1/$0.00 (PA) |

| | Current 4/20/2018 – 4/26/2018 | | | YTD As of 4/26/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 21.22 | | $ 202.65 | 406.54 | $ 3,882.48 |
| Regular | 21.22 | 9.5500 $ | 202.65 | 406.54 $ | 3,882.48 |
| Taxes | | | $ 34.90 | | $ 697.62 |
| Fed W/H | | | $ 5.17 | | $ 128.04 |
| FICA EE | | | $ 12.56 | | $ 240.71 |
| Fed MWT EE | | | $ 2.94 | | $ 56.30 |
| PA W/H | | | $ 6.22 | | $ 119.18 |
| PA UT EE | | | $ 0.12 | | $ 2.33 |
| PhilCityW/H | | | $ 7.89 | | $ 151.06 |
| Post-Tax Deductions | | | $ 11.37 | | $ 204.66 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 66.24 |
| Aetna Dental EE | | | $ 4.67 | | $ 84.06 |
| Aetna Vision EE | | | $ 1.05 | | $ 18.90 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 35.46 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 156.38 | | $ 2,980.20 |
| Payroll Card | 064206594 | XXXXX5194 | $ 156.38 | | |

| Accruals & Balances | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |



CERIDIAN

Page 1 of 1

P0147



**au bon pain**
the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5613 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 5/9/2018 |
| **Pay Period:** | 4/27/2018 – 5/3/2018 |
| **Deposit Advice #:** | 202505824 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 4/27/2018 - 5/3/2018 | | | As of 5/3/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 23.03 | | $ 219.94 | 429.57 | $ 4,102.42 |
| Regular | 23.03 | 9.5500 | $ 219.94 | 429.57 | $ 4,102.42 |
| **Taxes** | | | $ 39.16 | | $ 736.78 |
| Fed W/H | | | $ 6.90 | | $ 134.94 |
| FICA EE | | | $ 13.64 | | $ 254.35 |
| Fed MWT EE | | | $ 3.19 | | $ 59.49 |
| PA W/H | | | $ 6.75 | | $ 125.93 |
| PA UT EE | | | $ 0.13 | | $ 2.46 |
| PhilCityW/H | | | $ 8.55 | | $ 159.61 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 216.03 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 69.92 |
| Aetna Dental EE | | | $ 4.67 | | $ 88.73 |
| Aetna Vision EE | | | $ 1.05 | | $ 19.95 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 37.43 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 169.41 | | $ 3,149.61 |
| Payroll Card | 064206594 | XXXXX5194 | $ 169.41 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |


CERIDIAN

Page 1 of 1

P0148



‹ Printer Options **Dayforce**



the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5613 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 4/25/2018 |
| **Pay Period:** | 4/13/2018 – 4/19/2018 |
| **Deposit Advice #:** | 200735873 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current 4/13/2018 – 4/19/2018 | | | YTD As of 4/19/2018 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 24.62 | | $ 235.12 | 385.32 | $ 3,679.83 |
| Regular | 24.62 | 9.5500 $ | 235.12 | 385.32 $ | 3,679.83 |
| **Taxes** | | | $ 42.91 | | $ 662.72 |
| Fed W/H | | | $ 8.42 | | $ 122.87 |
| FICA EE | | | $ 14.58 | | $ 228.15 |
| Fed MWT EE | | | $ 3.41 | | $ 53.36 |
| PA W/H | | | $ 7.22 | | $ 112.96 |
| PA UT EE | | | $ 0.14 | | $ 2.21 |
| PhilCtyW/H | | | $ 9.14 | | $ 143.17 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 193.29 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 62.56 |
| Aetna Dental EE | | | $ 4.67 | | $ 79.39 |
| Aetna Vision EE | | | $ 1.05 | | $ 17.85 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 33.49 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 180.84 | | $ 2,823.82 |
| Payroll Card | 064206594 | XXXXX5194 | $ 180.84 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |



CERIDIAN

Page 1 of 1

< Printer Options **Dayforce**



**au bon pain**
the bakery cafe
**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

| | | |
|---|---|---|
| **Employee Name:** | LYNDEL TOPPIN | |
| **Employee #:** | 102788 | |
| **Employee Address:** | 5813 LANSDOWNE AVE | |
| | PHILADELPHIA, PA 19131 | |
| **Department:** | Cafe | |
| **Job Title:** | Guest Service Representative | |

| | |
|---|---|
| **Pay Date:** | 4/18/2018 |
| **Pay Period:** | 4/6/2018 – 4/12/2018 |
| **Deposit Advice #:** | 199903798 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 4/6/2018 – 4/12/2018 | | | As of 4/12/2018 | |
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 23.50 | | $ 224.43 | 360.70 $ | 3,444.71 |
| Regular | 23.50 | 9.5500 $ | 224.43 | 360.70 $ | 3,444.71 |
| **Taxes** | | | $ 40.29 | | $ 619.81 |
| Fed W/H | | | $ 7.35 | | $ 114.45 |
| FICA EE | | | $ 13.91 | | $ 213.57 |
| Fed MWT EE | | | $ 3.26 | | $ 49.95 |
| PA W/H | | | $ 6.89 | | $ 105.74 |
| PA UT EE | | | $ 0.14 | | $ 2.07 |
| PhilCityW/H | | | $ 8.74 | | $ 134.03 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 181.92 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 58.88 |
| Aetna Dental EE | | | $ 4.67 | | $ 74.72 |
| Aetna Vision EE | | | $ 1.05 | | $ 16.80 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 31.52 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 172.77 | | $ 2,642.98 |
| Payroll Card | 064206594 | XXXXX5194 | $ 172.77 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |


CERIDIAN

Page 1 of 1



Earnings

Au Bon Pain Corp - #199012918 - 4/11/2018 ▸ Normal

ning Statements    Year End Forms

Summary    **Statement**    🖶 Print

the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

▽ Filter

| | |
|---|---|
| Pay Date: | 4/11/2018 |
| Pay Period: | 3/30/2018 - 4/5/2018 |
| Deposit Advice #: | 199012918 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 3/30/2018 - 4/5/2018 | | | YTD As of 4/5/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 23.98 | | $ 229.01 | 337.20 | $ 3,220.28 |
| Regular | 23.98 | 9.5500 | $ 229.01 | 337.20 | $ 3,220.28 |
| Taxes | | | $ 41.39 | | $ 579.52 |
| Fed W/H | | | $ 7.80 | | $ 107.10 |
| FICA EE | | | $ 14.20 | | $ 199.66 |
| Fed MWT EE | | | $ 3.32 | | $ 46.69 |
| PA W/H | | | $ 7.03 | | $ 98.85 |
| PA UT EE | | | $ 0.13 | | $ 1.93 |
| PhilCityW/H | | | $ 8.91 | | $ 125.29 |
| Post-Tax Deductions | | | $ 11.37 | | $ 170.55 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 55.20 |
| Aetna Dental EE | | | $ 4.67 | | $ 70.05 |
| Aetna Vision EE | | | $ 1.05 | | $ 15.75 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 29.55 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 176.25 | | $ 2,470.21 |
| Payroll Card | 064206594 | XXXXX5194 | $ 176.25 | | |

Accruals & Balances

ETO Hours Balance    40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

◁ February 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |



< Printer Options **Dayforce**



the bakery café

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 4/11/2018 |
| **Pay Period:** | 3/30/2018 - 4/5/2018 |
| **Deposit Advice #:** | 199012918 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 3/30/2018 - 4/5/2018 | | | As of 4/5/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **23.98** | | **$ 229.01** | **337.20 $** | **3,220.28** |
| Regular | 23.98 | 9.5500 $ | 229.01 | 337.20 $ | 3,220.28 |
| **Taxes** | | | **$ 41.39** | | **$ 579.52** |
| Fed W/H | | | $ 7.80 | | $ 107.10 |
| FICA EE | | | $ 14.20 | | $ 199.66 |
| Fed MWT EE | | | $ 3.32 | | $ 46.69 |
| PA W/H | | | $ 7.03 | | $ 98.85 |
| PA UT EE | | | $ 0.13 | | $ 1.93 |
| PhilCityW/H | | | $ 8.91 | | $ 125.29 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 170.55** |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 55.20 |
| Aetna Dental EE | | | $ 4.67 | | $ 70.05 |
| Aetna Vision EE | | | $ 1.05 | | $ 15.75 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 29.55 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 176.25** | | **$ 2,470.21** |
| Payroll Card | 064206594 | XXXXX5194 | $ 176.25 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |



P0152



## Earnings

Au Bon Pain Corp - #197295971 - 3/28/2018 - Normal

**Summary** | **Statement** | 🖶 Print

**au bon pain**
the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔻 Filter

| | |
|---|---|
| Pay Date: | 3/28/2018 |
| Pay Period: | 3/16/2018 - 3/22/2018 |
| Deposit Advice #: | 197295971 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 3/16/2018 - 3/22/2018 | | YTD As of 3/22/2018 | |
|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 23.00 | | $ 219.65 | 289.42 | $ 2,763.98 |
| Regular | 23.00 | 9.5500 | $ 219.65 | 289.42 | $ 2,763.98 |
| **Taxes** | | | $ 39.10 | | $ 497.16 |
| Fed W/H | | | $ 6.87 | | $ 91.67 |
| FICA EE | | | $ 13.62 | | $ 171.37 |
| Fed MWT EE | | | $ 3.19 | | $ 40.08 |
| PA W/H | | | $ 6.74 | | $ 84.84 |
| PA UT EE | | | $ 0.13 | | $ 1.66 |
| PhilCityW/H | | | $ 8.55 | | $ 107.54 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 147.81 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 47.84 |
| Aetna Dental EE | | | $ 4.67 | | $ 60.71 |
| Aetna Vision EE | | | $ 1.05 | | $ 13.65 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 25.61 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | $ 2,119.01 |
| Payroll Card | 064206594 | XXXXX5194 | $ 169.18 | | $ 169.18 |

**Accruals & Balances**

ETO Hours/Balance    40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |
| ▸ February 2018 | | | |
| ▸ January 2018 | | | |
| ▸ December 2017 | | | |
| ▸ November 2017 | | | |



### Earnings

Au Bon Pain Corp - #196421778 - 3/21/2018 - Normal

**Summary** | **Statement** | 🖨 Print

**au bon pain**
the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🟦 Filter

| | |
|---|---|
| Pay Date: | 3/21/2018 |
| Pay Period: | 3/9/2018 - 3/15/2018 |
| Deposit Advice #: | 196421778 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 3/9/2018 - 3/15/2018 | | | YTD As of 3/15/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 25.10 | | $ 239.71 | 266.42 | $ 2,544.33 |
| Regular | 25.10 | 9.5500 | $ 239.71 | 266.42 | $ 2,544.33 |
| **Taxes** | | | $ 44.03 | | $ 458.06 |
| Fed W/H | | | $ 8.87 | | $ 84.80 |
| FICA EE | | | $ 14.86 | | $ 157.75 |
| Fed MWT EE | | | $ 3.47 | | $ 36.89 |
| PA W/H | | | $ 7.36 | | $ 78.10 |
| PA UT EE | | | $ 0.15 | | $ 1.53 |
| PhilCityW/H | | | $ 9.32 | | $ 98.99 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 136.44 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 44.16 |
| Aetna Dental EE | | | $ 4.67 | | $ 56.04 |
| Aetna Vision EE | | | $ 1.05 | | $ 12.60 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 23.64 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | $ 1,949.83 |
| Payroll Card | 064206594 | XXXXX5194 | $ 184.31 | | $ 184.31 |

**Accruals & Balances**
ETO Hours/Balance     40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

▸ February 2018
▸ January 2018
▸ December 2017
▸ November 2017



## Earnings

Au Bon Pain Corp - #195596516 · 3/14/2018 · Normal

ning Statements | Year-End Forms

Summary | **Statement** | 🖶 Print

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔽 Filter

| | |
|---|---|
| Pay Date: | 3/14/2018 |
| Pay Period: | 3/2/2018 - 3/8/2018 |
| Deposit Advice #: | 195596516 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 3/2/2018 - 3/8/2018 | | | YTD As of 3/8/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 22.90 | | $ 218.70 | 241.32 | $ 2,304.62 |
| Regular | 22.90 | 9.5500 | $ 218.70 | 241.32 | $ 2,304.62 |
| Taxes | | | $ 38.85 | | $ 414.03 |
| Fed W/H | | | $ 6.77 | | $ 75.93 |
| FICA EE | | | $ 13.56 | | $ 142.89 |
| Fed MWT EE | | | $ 3.17 | | $ 33.42 |
| PA W/H | | | $ 6.71 | | $ 70.74 |
| PA UT EE | | | $ 0.13 | | $ 1.38 |
| PhilCityW/H | | | $ 8.51 | | $ 89.67 |
| Post-Tax Deductions | | | $ 11.37 | | $ 125.07 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 40.48 |
| Aetna Dental EE | | | $ 4.67 | | $ 51.37 |
| Aetna Vision EE | | | $ 1.05 | | $ 11.55 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 21.67 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 168.48 | | $ 1,765.52 |
| Payroll Card | 064206594 | XXXXX5194 | $ 168.48 | | |

Accruals & Balances
ETO Hours Balance       40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

▸ February 2018
▸ January 2018
▸ December 2017
▸ November 2017



## Earnings

Au Bon Pain Corp - #194718604 · 3/7/2018 · Normal

ning Statements    Year End Forms

Summary    **Statement**    🖶 Print

### au bon pain
#### the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔽 Filter

| | |
|---|---|
| Pay Date: | 3/7/2018 |
| Pay Period: | 2/23/2018 - 3/1/2018 |
| Deposit Advice #: | 194718604 |
| Pay Frequency: | Weekly |
| Pay Rate: | 9.5500 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 2/23/2018 - 3/1/2018 | | YTD As of 3/1/2018 | |
|---|---|---|---|---|
| | Hours/Units | Rate | Hours/Units | Amount |
| **Earnings** | 24.20 | $ 231.11 | 218.42 | $ 2,085.92 |
| Regular | 24.20 | 9.5500 $ 231.11 | 218.42 $ | 2,085.92 |
| **Taxes** | | $ 41.93 | $ | 375.18 |
| Fed W/H | | $ 8.01 | $ | 69.16 |
| FICA EE | | $ 14.33 | $ | 129.33 |
| Fed MWT EE | | $ 3.36 | $ | 30.25 |
| PA W/H | | $ 7.10 | $ | 64.03 |
| PA UT EE | | $ 0.14 | $ | 1.25 |
| PhilCityW/H | | $ 8.99 | $ | 81.16 |
| **Post-Tax Deductions** | | $ 11.37 | $ | 113.70 |
| Aetna STD Post-Tax | | $ 3.68 | $ | 36.80 |
| Aetna Dental EE | | $ 4.67 | $ | 46.70 |
| Aetna Vision EE | | $ 1.05 | $ | 10.50 |
| Aetna Life Insurance Family | | $ 1.97 | $ | 19.70 |
| | Routing # | Account # | Amount | Amount |
| **Net Pay** | | | | $ 1,597.04 |
| Payroll Card | 064206594 | XXXXX5194 | $ 177.81 | |

Accruals & Balances
ETO Hours Balance    40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

▸ February 2018
▸ January 2018
▸ December 2017
▸ November 2017



### Earnings

Au Bon Pain Corp - #193987844 - 2/28/2018 - Normal

**Summary**   **Statement**   🖶 Print

## au bon pain
### the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔻 Filter

| | |
|---|---|
| Pay Date: | 2/28/2018 |
| Pay Period: | 2/16/2018 - 2/22/2018 |
| Deposit Advice #: | 193987844 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | **Current** 2/16/2018 - 2/22/2018 | | | **YTD** As of 2/22/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 21.72 | | $ 207.43 | 194.22 | $ 1,854.81 |
| Regular | 21.72 | 9.5500 | $ 207.43 | 194.22 $ | 1,854.81 |
| **Taxes** | | | $ 36.08 | | $ 333.25 |
| Fed W/H | | | $ 5.65 | | $ 61.15 |
| FICA EE | | | $ 12.86 | | $ 115.00 |
| Fed MWT EE | | | $ 3.00 | | $ 26.89 |
| PA W/H | | | $ 6.37 | | $ 56.93 |
| PA UT EE | | | $ 0.12 | | $ 1.11 |
| PhilCityW/H | | | $ 8.08 | | $ 72.17 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 102.33 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 33.12 |
| Aetna Dental EE | | | $ 4.67 | | $ 42.03 |
| Aetna Vision EE | | | $ 1.05 | | $ 9.45 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 17.73 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | $ 1,419.23 |
| Payroll Card | 064206594 | XXXXX5194 | $ 159.98 | | |

**Accruals & Balances**

ETO Hours/Balance    40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

February 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |





Earnings

Au Bon Pain Corp - #192949537 • 2/21/2018 • Normal

ning Statements Year End Forms

Summary Statement Print

Filter

au bon pain
the bakery café

Employer Name: Au Bon Pain Corp
Employer Phone: 617-423-2100
Employer Address: 1 Au Bon Pain Way
Boston, MA 02210

Employee Name: LYNDEL TOPPIN
Employee #: 102788
Employee Address: 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
Department: Cafe
Job Title: Guest Service Representative

Pay Date: 2/21/2018
Pay Period: 2/9/2018 - 2/15/2018
Deposit Advice #: 192949537
Pay Frequency: Weekly
Pay Rate: 9.5500
Federal Filing Status: Single
Federal Exemptions: 1/$0.00
Local Exemptions: 1 (Philadelphia)
State Filing Status: Single (PA)
State Exemptions: 1/$0.00 (PA)

| | Current 2/9/2018 - 2/15/2018 | | | YTD As of 2/15/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 25.15 | | $ 240.18 | 172.50 | $ 1,647.38 |
| Regular | 25.15 | 9.5500 | $ 240.18 | 172.50 | $ 1,647.38 |
| Taxes | | | $ 44.16 | | $ 297.17 |
| Fed W/H | | | $ 8.92 | | $ 55.50 |
| FICA EE | | | $ 14.89 | | $ 102.14 |
| Fed MWT EE | | | $ 3.49 | | $ 23.89 |
| PA W/H | | | $ 7.37 | | $ 50.56 |
| PA UT EE | | | $ 0.15 | | $ 0.99 |
| PhilCityW/H | | | $ 9.34 | | $ 64.09 |
| Post-Tax Deductions | | | $ 11.37 | | $ 90.96 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 29.44 |
| Aetna Dental EE | | | $ 4.67 | | $ 37.36 |
| Aetna Vision EE | | | $ 1.05 | | $ 8.40 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 15.76 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 184.65 | | $ 1,259.25 |
| Payroll Card | 064206594 | XXXXX5194 | $ 184.65 | | |

| Accruals & Balances | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

March 2018

| | | | |
|---|---|---|---|
| Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

February 2018

| | | | |
|---|---|---|---|
| Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| Au Bon Pain Corp - | 2/21/2... | Normal | $184... |

## Earnings

Au Bon Pain Corp - #192151754 - 2/14/2018 · Normal

Summary | **Statement** | 🖨 Print

**au bon pain**
the bakery café

| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔽 Filter

| Pay Date: | 2/14/2018 |
| Pay Period: | 2/2/2018 - 2/8/2018 |
| Deposit Advice #: | 192151754 |
| Pay Frequency: | Weekly |
| Pay Rate: | 9.5500 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | | Current | | | YTD | |
| | | 2/2/2018 - 2/8/2018 | | | As of 2/8/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | | Amount |
|---|---|---|---|---|---|---|
| Earnings | 25.62 | | $ 244.67 | 147.35 | $ | 1,407.20 |
| Regular | 25.62 | 9.5500 | $ 244.67 | 147.35 | $ | 1,407.20 |
| Taxes | | | $ 45.25 | | $ | 253.01 |
| Fed W/H | | | $ 9.37 | | $ | 46.58 |
| FICA EE | | | $ 15.17 | | $ | 87.25 |
| Fed MWT EE | | | $ 3.54 | | $ | 20.40 |
| PA W/H | | | $ 7.51 | | $ | 43.19 |
| PA UT EE | | | $ 0.14 | | $ | 0.84 |
| PhilCityW/H | | | $ 9.52 | | $ | 54.75 |
| Post-Tax Deductions | | | $ 11.37 | | $ | 79.59 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ | 25.76 |
| Aetna Dental EE | | | $ 4.67 | | $ | 32.69 |
| Aetna Vision EE | | | $ 1.05 | | $ | 7.35 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ | 13.79 |
| | Routing # | Account # | Amount | | | Amount |
| Net Pay | | | $ 188.05 | | $ | 1,074.60 |
| Payroll Card | 064206594 | XXXXX5194 | $ 188.05 | | | |

Accruals & Balances

ETO Hours/Balance    40.00 Hours

March 2018

| Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

February 2018

| Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| Au Bon Pain Corp - | 2/21/2... | Normal | $184... |



## Earnings

Au Bon Pain Corp - #191318660 · 2/7/2018 · Normal

**ning Statements** · **Year End Forms**

Summary · **Statement** · 🖶 Print

### au bon pain
the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🝙 ▼ Filter

| | |
|---|---|
| Pay Date: | 2/7/2018 |
| Pay Period: | 1/26/2018 - 2/1/2018 |
| Deposit Advice #: | 191318660 |
| Pay Frequency: | Weekly |
| Pay Rate: | 9.5500 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | **Current**<br>1/26/2018 - 2/1/2018 | | | **YTD**<br>As of 2/1/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 23.38 | | $ 223.28 | 121.73 | $ 1,162.53 |
| Regular | 23.38 | 9.5500 | $ 223.28 | 121.73 | $ 1,162.53 |
| Taxes | | | $ 40.00 | | $ 207.76 |
| Fed W/H | | | $ 7.23 | | $ 37.21 |
| FICA EE | | | $ 13.85 | | $ 72.08 |
| Fed MWT EE | | | $ 3.24 | | $ 16.86 |
| PA W/H | | | $ 6.85 | | $ 35.68 |
| PA UT EE | | | $ 0.14 | | $ 0.70 |
| PhilCityW/H | | | $ 8.69 | | $ 45.23 |
| Post-Tax Deductions | | | $ 11.37 | | $ 68.22 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 22.08 |
| Aetna Dental EE | | | $ 4.67 | | $ 28.02 |
| Aetna Vision EE | | | $ 1.05 | | $ 6.30 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 11.82 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 171.91 | | $ 886.55 |
| Payroll Card | 064206594 | XXXXX5194 | $ 171.91 | | |

| Accruals & Balances | | |
|---|---|---|
| ETO Hours/Balance | 40.00 Hours | |

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

▴ February 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |



## Earnings

Au Bon Pain Corp - #190598389 - 1/31/2018 - Normal

ning Statements   Year End Forms

| Summary | Statement | 🖨 Print |

### au bon pain
the bakery café

Employer Name: Au Bon Pain Corp
Employer Phone: 617-423-2100
Employer Address: 1 Au Bon Pain Way
Boston, MA 02210

Employee Name: LYNDEL TOPPIN
Employee #: 102788
Employee Address: 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
Department: Cafe
Job Title: Guest Service Representative

🔻 Filter

Pay Date: 1/31/2018
Pay Period: 1/19/2018 - 1/25/2018
Deposit Advice #: 190598389
Pay Frequency: Weekly
Pay Rate: 9.5500
Federal Filing Status: Single
Federal Exemptions: 1/$0.00
Local Exemptions: 1 (Philadelphia)
State Filing Status: Single (PA)
State Exemptions: 1/$0.00 (PA)

| | Current 1/19/2018 - 1/25/2018 | | | YTD As of 1/25/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 24.13 | | $ 230.44 | 98.35 | $ 939.25 |
| Regular | 24.13 | 9.5500 | $ 230.44 | 98.35 | $ 939.25 |
| Taxes | | | $ 41.73 | | $ 167.76 |
| Fed W/H | | | $ 7.95 | | $ 29.98 |
| FICA EE | | | $ 14.28 | | $ 58.23 |
| Fed MWT EE | | | $ 3.34 | | $ 13.62 |
| PA W/H | | | $ 7.07 | | $ 28.83 |
| PA UT EE | | | $ 0.13 | | $ 0.56 |
| PhilCityW/H | | | $ 8.96 | | $ 36.54 |
| Post-Tax Deductions | | | $ 11.37 | | $ 56.85 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 18.40 |
| Aetna Dental EE | | | $ 4.67 | | $ 23.35 |
| Aetna Vision EE | | | $ 1.05 | | $ 5.25 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 9.85 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | | | $ 714.64 |
| Payroll Card | 064206594 | XXXXX5194 | $ 177.34 | | $ 177.34 |

Accruals & Balances
ETO Hours Balance     40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |
| ⌄ February 2018 | | | |
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |



## Earnings

Au Bon Pain Corp - #189624591 - 1/24/2018 ▾ Normal

ning Statements | Year End Forms

Summary | **Statement** | 🖨 Print

# au bon pain
## the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| | |
|---|---|
| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

🔽 Filter

| | |
|---|---|
| Pay Date: | 1/24/2018 |
| Pay Period: | 1/12/2018 - 1/18/2018 |
| Deposit Advice #: | 189624591 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current<br>1/12/2018 - 1/18/2018 | | | YTD<br>As of 1/18/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 23.72 | | $ 226.53 | 74.22 | $ 708.81 |
| Regular | 23.72 | 9.5500 | $ 226.53 | 74.22 | $ 708.81 |
| Taxes | | | $ 43.69 | | $ 126.03 |
| Fed W/H | | | $ 10.44 | | $ 22.03 |
| FICA EE | | | $ 14.05 | | $ 43.95 |
| Fed MWT EE | | | $ 3.29 | | $ 10.28 |
| PA W/H | | | $ 6.95 | | $ 21.76 |
| PA UT EE | | | $ 0.14 | | $ 0.43 |
| PhilCityW/H | | | $ 8.82 | | $ 27.58 |
| Post-Tax Deductions | | | $ 11.37 | | $ 45.48 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 14.72 |
| Aetna Dental EE | | | $ 4.67 | | $ 18.68 |
| Aetna Vision EE | | | $ 1.05 | | $ 4.20 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 7.88 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 171.47 | | $ 537.30 |
| Payroll Card | 064206594 | XXXXX5194 | $ 171.47 | | |

Accruals & Balances

ETO Hour/s Balance     40.00 Hours

March 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

February 2018

| | | | |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |



☰   Earnings

Au Bon Pain Corp - #188893730 - 1/17/2018 - Normal

ning Statements    Year End Forms

Summary    **Statement**    🖨 Print

## au bon pain
### the bakery café

| | |
|---|---|
| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

Employer Name:     Au Bon Pain Corp
Employer Phone:    617-423-2100
Employer Address:  1 Au Bon Pain Way
                   Boston, MA 02210

▼ Filter

| | |
|---|---|
| Pay Date: | 1/17/2018 |
| Pay Period: | 1/5/2018 - 1/11/2018 |
| Deposit Advice #: | 188893730 |
| Pay Rate: | 9.5500 |
| Pay Frequency: | Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/$0.00 (PA) |

| | Current 1/5/2018 - 1/11/2018 | | | YTD As of 1/11/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | 19.92 | | $ 190.24 | 50.50 | $ 482.28 |
| Regular | 19.92 | 9.5500 | $ 190.24 | 50.50 | $ 482.28 |
| Taxes | | | $ 34.71 | | $ 82.34 |
| Fed W/H | | | $ 6.81 | | $ 11.59 |
| FICA EE | | | $ 11.79 | | $ 29.90 |
| Fed MWT EE | | | $ 2.76 | | $ 6.99 |
| PA W/H | | | $ 5.84 | | $ 14.81 |
| PA UT EE | | | $ 0.11 | | $ 0.29 |
| PhilCityW/H | | | $ 7.40 | | $ 18.76 |
| Post-Tax Deductions | | | $ 11.37 | | $ 34.11 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 11.04 |
| Aetna Dental EE | | | $ 4.67 | | $ 14.01 |
| Aetna Vision EE | | | $ 1.05 | | $ 3.15 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 5.91 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $ 144.16 | | $ 365.83 |
| Payroll Card | 064206594 | XXXXX5194 | $ 144.16 | | |

Accruals & Balances

ETO Hours Balance        40.00 Hours

March 2018

|  |  |  |  |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #197295971 | 3/28/2... | Normal | $169... |
| 📄 Au Bon Pain Corp - #196421778 | 3/21/2... | Normal | $184... |
| 📄 Au Bon Pain Corp - #195596516 | 3/14/2... | Normal | $168... |
| 📄 Au Bon Pain Corp - #194718604 | 3/7/20... | Normal | $177... |

▼ February 2018

|  |  |  |  |
|---|---|---|---|
| 📄 Au Bon Pain Corp - #193987844 | 2/28/2... | Normal | $159... |
| 📄 Au Bon Pain Corp - | 2/21/2... | Normal | $184... |

P45

Barrington Whyte
December 12, 2019

Page 39

1   A.      I would say, if anything I would

2   probably think around nine or something.

3   Q.      In the morning?

4   A.      Yes.

5   Q.      And he has a Monday through Friday job

6   you think; is that correct?

7   A.      Yes.

8   Q.      Okay.  And this was true as of the

9   time frame of October 2017 to July 2018; is

10  that correct?

11  A.      Yes.

12  Q.      Okay.  So let's go back to page 2 of

13  the document that has been marked as D-2.  If

14  you look at the next paragraph, there is a

15  bunch of dates bolded and underlined; do you

16  see those?

17  A.      Yes.

18  Q.      Could you please read -- I guess

19  that's all one sentence there.  Could you

20  please read, you can do this to yourself,

21  that's fine, the sentence that includes those

22  dates.  Take a moment to look at that.

23  A.      (Witness complies.)

24  Q.      Have you had a moment to look at that

P46

Barrington Whyte
December 12, 2019

Page 41

1   forget those days that they were putting them

2   up there, it was really getting to me, it was

3   embarrassing at a point.

4           So my main focus was like remembering

5   these times when they were put there so I

6   could transfer that information to my lawyer.

7   Q.     And what does "posted" mean to you?

8   What does that term mean to you?

9   A.     Like placed in vision for you to

10  notice.

11  Q.     When was the first notice that you saw

12  on the property?  What date is that?

13  A.     May -- well, it was around May.

14  Around the 18th, around that time in May.

15  Q.     And where was the notice that you

16  observed?

17  A.     That one was on the front door.  It

18  was posted on the front door inside of the

19  screen door.

20  Q.     And you observed one notice on May

21  18th?

22  A.     Yes.

23  Q.     What time of day did you observe that

24  notice on May 18th; do you recall?

Barrington Whyte
December 12, 2019

Page 42

1    A.      That was -- that was like in the

2    afternoon.

3    Q.      So you were home from work on May

4    18th?

5    A.      Yes, that day, yes.

6                MS. HARPER:  I'm just looking

7            at a calendar here, and, you know,

8            I'm happy to circulate it.  I don't

9            intend to mark this as an Exhibit,

10           just a calendar from 2018.  Do you

11           want a copy to look along?

12               MR. FILIPOVIC:  We don't need

13           it.  Thank you.

14   BY MS. HARPER:

15   Q.      So May 18th was a Friday.  It says May

16   18th of 2018, that was a Friday.

17   A.      Yes.

18   Q.      You, apparently, I guess, weren't

19   working a full day that day?

20   A.      No.

21   Q.      On May 24th, that's the next date that

22   was stated, is that the next date you

23   observed a notice posted at the property?

24   A.      Well, that date is actually when

P47

Barrington Whyte
December 12, 2019

Page 42

1   A.      That was -- that was like in the

2   afternoon.

3   Q.      So you were home from work on May

4   18th?

5   A.      Yes, that day, yes.

6               MS. HARPER:  I'm just looking

7           at a calendar here, and, you know,

8           I'm happy to circulate it.  I don't

9           intend to mark this as an Exhibit,

10          just a calendar from 2018.  Do you

11          want a copy to look along?

12              MR. FILIPOVIC:  We don't need

13          it.  Thank you.

14  BY MS. HARPER:

15  Q.      So May 18th was a Friday.  It says May

16  18th of 2018, that was a Friday.

17  A.      Yes.

18  Q.      You, apparently, I guess, weren't

19  working a full day that day?

20  A.      No.

21  Q.      On May 24th, that's the next date that

22  was stated, is that the next date you

23  observed a notice posted at the property?

24  A.      Well, that date is actually when

Barrington Whyte
December 12, 2019

Page 43

1    Lyndel had given me the paper on that

2    occasion.

3    Q.      Do you know where he got it?

4    A.      It had tape on it, so I'm pretty sure

5    the front door.

6    Q.      Did you see any envelope with it?

7    A.      No.  No envelope.

8    Q.      Are you sure it wasn't the notice that

9    you observed on May 18th?

10   A.      It looked like the same notice, yes.

11   Q.      Could it have been the same notice?

12   A.      Not that same.  The notice that I got

13   the first time I took that out and had it in

14   my room.  So this was the second notice that

15   he gave me this time.

16   Q.      You don't know where he observed that

17   notice first, do you?

18   A.      No, I just assumed it was the front

19   door.  When he handed it to me, it had the

20   silver two pieces of tape on the side of the

21   paper.

22   Q.      What kind of tape?

23   A.      It was just basic duct tape.

24   Q.      But you can't say personally whether

P48

Barrington Whyte
December 12, 2019

Page 44

1    that notice on May 24th was actually posted

2    to the door?

3    A.      No, not exactly.

4    Q.      How about on May 30th, that's the

5    approximate date of the next notice.  Did you

6    observe a notice on the property on May 30th?

7    A.      No, that's another one that actually

8    was inside the house actually that day.

9    Q.      What did you observe?

10   A.      Well, it was on the couch when I came

11   in, so I'm assuming he got to it first and,

12   you know, put it there.

13   Q.      But he can't communicate with you as

14   to how he got a hold of that, can he?

15   A.      No.  But I just looked at it as the

16   tape being on there, it was the same way.

17   Because they all came the same exact way.

18   Q.      Did any of them have envelopes

19   associated with them?

20   A.      No.  No envelopes.

21   Q.      How about June 1st, did you observe

22   that one posted on the house?

23   A.      That's another one that he gave to me

24   also.

P49

Barrington Whyte
December 12, 2019

Page 44

1    that notice on May 24th was actually posted

2    to the door?

3    A.      No, not exactly.

4    Q.      How about on May 30th, that's the

5    approximate date of the next notice.  Did you

6    observe a notice on the property on May 30th?

7    A.      No, that's another one that actually

8    was inside the house actually that day.

9    Q.      What did you observe?

10   A.      Well, it was on the couch when I came

11   in, so I'm assuming he got to it first and,

12   you know, put it there.

13   Q.      But he can't communicate with you as

14   to how he got a hold of that, can he?

15   A.      No.  But I just looked at it as the

16   tape being on there, it was the same way.

17   Because they all came the same exact way.

18   Q.      Did any of them have envelopes

19   associated with them?

20   A.      No.  No envelopes.

21   Q.      How about June 1st, did you observe

22   that one posted on the house?

23   A.      That's another one that he gave to me

24   also.

P50

Barrington Whyte
December 12, 2019

Page 46

1   A.      Yes.

2   Q.      All right.  How about the May 30th

3   notice, what happened to that after you saw

4   it?

5   A.      Kept that one.  Filed it also.

6   Q.      Filed it in what?

7   A.      Just put it in my folder so I wouldn't

8   lose it.

9   Q.      You had a folder for this purpose?

10  A.      No.  Just so I didn't lose it.  I had

11  a folder in my house and I decided to put it

12  in there.

13  Q.      What happened with the June 1st notice

14  after you saw it?

15  A.      Put that one up also.

16  Q.      Okay.  How about June 5th.  Can you

17  tell me when you first saw the June 5th

18  notice?

19  A.      That one was actually on the dining

20  room table when I actually came in that day

21  -- well, that night.  It was on the dining

22  room table.

23  Q.      Do you know how it got there?

24  A.      I'm pretty sure my uncle.

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Barrington Whyte
December 12, 2019

Page 47

1    Q.      Did this one also have tape?

2    A.      Yes.

3    Q.      Was there any envelope associated with

4    this one?

5    A.      No envelopes.  No.

6    Q.      How about June 7th?

7    A.      That one was inside the house also.

8    Q.      Where was it?

9    A.      On the table also.

10   Q.      Did it have tape on it?

11   A.      I'm sorry?

12   Q.      Was there tape on it?

13   A.      Yes.

14   Q.      Did you take the tape off of any of

15   these notices at any point in time?

16   A.      No, left it on.

17   Q.      So when you gave them to your

18   attorney, they had the tape on them?

19               MR. FILIPOVIC:  Objection.

20               MS. HARPER:  It's a question.

21               MR. FILIPOVIC:  It's a

22          question that presumes facts not on

23          the record.

24               MS. HARPER:  Okay.

P51

Barrington Whyte
December 12, 2019

Page 47

1    Q.     Did this one also have tape?

2    A.     Yes.

3    Q.     Was there any envelope associated with

4    this one?

5    A.     No envelopes.  No.

6    Q.     How about June 7th?

7    A.     That one was inside the house also.

8    Q.     Where was it?

9    A.     On the table also.

10   Q.     Did it have tape on it?

11   A.     I'm sorry?

12   Q.     Was there tape on it?

13   A.     Yes.

14   Q.     Did you take the tape off of any of

15   these notices at any point in time?

16   A.     No, left it on.

17   Q.     So when you gave them to your

18   attorney, they had the tape on them?

19              MR. FILIPOVIC:  Objection.

20              MS. HARPER:  It's a question.

21              MR. FILIPOVIC:  It's a

22         question that presumes facts not on

23         the record.

24              MS. HARPER:  Okay.

P52

Barrington Whyte
December 12, 2019

Page 59

1  posted six separate 'Notices to Vacate' and

2  'Eviction Notices' that caused me a

3  substantial amount of undue frustration,

4  anxiety and mental anguish."  Do you see

5  that?

6  A.      Yes.

7  Q.      Did you provide the information in

8  response to that interrogatory 15,

9  subparagraph A?

10  A.      Yes.

11  Q.      Tell me how you know -- we've already

12  discussed the armed sheriffs and whether they

13  were at the property on six separate

14  occasions to post notices, but tell me how

15  you know Mr. Toppin was caused undue

16  frustration, anxiety and mental anguish as a

17  result of those allegations?

18  A.      Well, his actions started changing

19  during the process of the whole situation.

20  Because he smokes cigarettes, so he actually

21  was smoking more during this time of this

22  whole thing.

23          A few times -- I wouldn't say a few, I

24  would say a couple.  A couple times I've come

Barrington Whyte
December 12, 2019

Page 60

1    home and the meal I set out in the microwave

2    or left on the table or whatever, still been

3    there more than any other time.

4            Normally when I get in that late --

5    normally he's probably asleep or something,

6    but I noticed that his light under his door

7    has been on.

8    Q.     And what time frame are you noticing

9    these things?  Let's start with the increased

10   smoking.  When was it that he started smoking

11   more?

12   A.     Well, that was actually, I want to say

13   after like the second time like when he

14   actually saw me with the notice in my hand.

15   Q.     Which notice?

16   A.     The second notice.

17   Q.     Okay.

18   A.     Because when I notice like after that

19   time, the smoking picked up more.  I was

20   smelling it more heavier in the house.

21   Q.     Did you notice anything like that

22   occurring before the property was sold at

23   sheriff's sale?

24   A.     He would smoke probably one cigarette

Barrington Whyte
December 12, 2019

Page 61

1    a week, if anything.

2    Q.      After the property was sold at a

3    sheriff's sale, was he still smoking one a

4    week?

5    A.      Yes, it was one a week.

6    Q.      And then when the Notice to Vacate

7    showed up, how much did he start smoking?

8    A.      Well, it kind of -- I would say it

9    increased around that time.  It was like

10   about three to -- three cigarettes maybe a

11   day at that point.

12   Q.      Do you buy the cigarettes for

13   Mr. Toppin?

14   A.      No.

15   Q.      You say you work day to night when you

16   were working for the catering company, you

17   usually got home around 11, how do you know

18   how much he was smoking?

19   A.      Well, the cigarette butts that were in

20   the house were not fully smoked all the way

21   down like people would smoke them.  It was

22   like he put them out a quarter of it, it

23   looked like there was another one lit up.  It

24   was probably about three or four in the

Barrington Whyte
December 12, 2019

Page 62

1    ashtray with the same length of the

2    cigarette.

3    Q.      What brand?

4    A.      Newports.

5    Q.      Was it always the same brand for him?

6    A.      Yes.

7    Q.      Okay.  Meals left out.  Again, I

8    believe around this time you were generally

9    getting home from work pretty late; is that

10   correct?

11   A.      Yes.

12   Q.      And Mr. Toppin, was he awake when you

13   got home during this time frame that we're

14   talking about, back when the notices were

15   showing up?

16   A.      Normally he wasn't but it was a few

17   times I seen his light under his door, like

18   when I come up, I have to walk passed his

19   door to get to my room.  I would see under

20   the door his light was on and know that he

21   was still woke.

22   Q.      Were there any other signs or symptoms

23   that you observed, besides the smoking and

24   the light under his door, and maybe an

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Barrington Whyte
December 12, 2019

Page 63

1   uneaten meal here and there?

2   A.      Just him, he never actually like paced

3   before.  But that was another thing I noticed

4   also, it was kind of weird to me.

5           And then like it was only one time out

6   of that that he was telling me he had like a

7   little headache in his head.  He just

8   indicated to me that he wanted a pill because

9   his head was hurting.

10  Q.      How do you know that that was related

11  to what was going on with the notices, if at

12  all?

13  A.      Well, it just all just collided around

14  all that same time, so I just assumed it was

15  from smoking more cigarettes at the point.

16  Q.      If you turn the next page on what has

17  been marked as D-1.

18  A.      Which one?

19  Q.      I'm going to have you look at

20  interrogatory No. 17 which is the second one

21  there.  It says, "Identify the compensatory

22  damages which you seek and the facts

23  supporting your claim for such damages."

24          In response to interrogatory No. 17 it

P53

Barrington Whyte
December 12, 2019

Page 63

1    uneaten meal here and there?

2    A.     Just him, he never actually like paced

3    before.  But that was another thing I noticed

4    also, it was kind of weird to me.

5           And then like it was only one time out

6    of that that he was telling me he had like a

7    little headache in his head.  He just

8    indicated to me that he wanted a pill because

9    his head was hurting.

10   Q.     How do you know that that was related

11   to what was going on with the notices, if at

12   all?

13   A.     Well, it just all just collided around

14   all that same time, so I just assumed it was

15   from smoking more cigarettes at the point.

16   Q.     If you turn the next page on what has

17   been marked as D-1.

18   A.     Which one?

19   Q.     I'm going to have you look at

20   interrogatory No. 17 which is the second one

21   there.  It says, "Identify the compensatory

22   damages which you seek and the facts

23   supporting your claim for such damages."

24          In response to interrogatory No. 17 it

Barrington Whyte
December 12, 2019

Page 64

1   says, "Out of pocket expenses include all the

2   time I spent visiting my attorney's office to

3   stop the continuing violation of automatic

4   stay; lost potential income due to the time I

5   was unavailable to work as a result of

6   spending time at my attorney's office and

7   transportation costs to/from my attorney's

8   office."  Do you see that information?

9   A.      Yes.

10  Q.      Now when the response uses the term

11  "I" and "my" quite a bit, is it your

12  understanding this refers to Mr. Toppin and

13  not you, correct?

14  A.      Yes.

15  Q.      So how do we know what days Mr. Toppin

16  took off from work?  Do you have any record

17  of that?

18  A.      No, I don't have any records of that.

19  Q.      Did you have to make the phone calls

20  to his employer to say he needed time off?

21  A.      Yes.

22  Q.      So do you recall what days that

23  happened?

24  A.      I don't remember exactly.  It was more

Barrington Whyte
December 12, 2019

Page 65

1    than likely after the notice -- well, the

2    first notice when I had to contact my lawyer

3    to, you know, let him know whatever.

4    Q.     He's your lawyer?  Mr. Dunne is your

5    lawyer?

6    A.     Yes.  And to let him know about the

7    notices and everything like that.

8    Q.     All right.  But do you recall how many

9    times you went to Mr. Dunne's office?

10   A.     I went there a lot of times myself.  I

11   have been there a lot.

12   Q.     Was Mr. Toppin with you every time you

13   went?

14   A.     He was only with me a few times

15   because I didn't really want to keep pulling

16   him out of work every single time for it.

17   Q.     Can you estimate the number of times

18   he had to go?

19   A.     Probably about two.

20   Q.     Okay.  And on those two occasions that

21   you remember him going down to the attorney's

22   office, did you call out of work for him?

23   A.     Yes.

24   Q.     Who did you speak with, do you

P54

Jetaria Taylor

Page 5

DEPOSITION SUPPORT

(REQUEST)....................................16
(REQUEST)....................................29

Page 7

1  substance, that would prevent you from giving
2  truthful testimony today?
3      A.   No.
4      Q.   Could you say your name for the record,
5  please?
6      A.   Jetaria, J-e-t-a-r-i-a, Taylor,
7  T-a-y-l-o-r.
8      Q.   Ms. Taylor, what is your current
9  occupation?
10     A.   I am a deputy sheriff with the
11 Philadelphia Sheriff's Office assigned to the Civil
12 Enforcement Unit.
13     Q.   How long have you been in that position?
14     A.   For two years.
15     Q.   So you were there from May until, say,
16 July of 2018?
17     A.   Yes.
18     Q.   Ms. Taylor, are you familiar -- describe
19 your job duties that are associated with your
20 position.
21     A.   I am responsible for enforcing court
22 orders, I handle evictions, and that is really about
23 it.
24     Q.   Do you go to the field and do you go to
25 the properties for evictions, posting notices, and

Page 6

1  (Jetaria Taylor, having been duly sworn, was examined
2  and testified as follows:)
3  (EXAMINATION OF DEPUTY TAYLOR BY MR. FILIPOVIC:)
4      Q.   Good afternoon, Ms. Taylor.
5          I'm Counsel Filipovic for Lyndel Toppin
6  and co-counsel is Stephen Dunne.  We're going to be
7  conducting this deposition.
8          The rules, I have to repeat them for
9  the record.
10         I will ask questions and I will try to
11 be succinct.
12         When you answer, please do so verbally,
13 so the court reporter can write the answers down for
14 the record, and, I can understand your gestures, but
15 it's difficult for her to write them down.
16         If you should, at any point, want me to
17 clarify a question, I will, to the best of my
18 ability, and we'll go from there.
19     A.   Okay.
20     MR. FILIPOVIC:  Usual stipulations in
21 this one, counsel?
22     MS. HARPER:  Sure.
23 BY MR. FILIPOVIC:
24     Q.   Ms. Taylor, again, I have to ask you,
25 are you under the influence of anything, any

Page 8

1  such?
2      A.   Yes.
3      Q.   Do you go alone or do you have a partner
4  or how does that work?
5      A.   I go alone as far as postings, but I
6  have a partner when I do the actual eviction.
7      Q.   Do you take a vehicle?
8      A.   Yes.
9      Q.   What type of vehicle?
10     A.   Ford Taurus.
11     Q.   Ford Taurus?
12     A.   Uh-huh, personal vehicle.
13     Q.   Personal vehicle?
14     A.   Yes.
15     Q.   It does not have sheriff's indications
16 on there?
17     A.   No.
18     Q.   Are you generally wearing a uniform?
19     A.   No.
20     Q.   I notice you have a gun here on you
21 today.
22         Do you usually have a gun when you are
23 in the field serving evictions and posting notices?
24     A.   I have a gun every time I am at work.
25     Q.   So is that a yes?

2  (Pages 5 to 8)

P55

Jetaria Taylor

## Page 9

1    A.   Yes.
2    Q.   Now, when you have a partner, do you
3    then travel in a marked vehicle or is it still
4    unmarked?
5    A.   No, still personal vehicles.
6    Q.   Two personal vehicles?
7    A.   Uh-huh, yes.
8    Q.   Is that the same practice that was
9    employed between May and June of last year?
10   A.   Yes.
11   Q.   Do you have a badge on you if you are
12   asked to show it?
13   A.   Yes.
14   Q.   How do you post a notice of eviction?
15   A.   So I would knock first to personally
16   serve.
17        If I don't get an answer, I post one to
18   the door and another copy I would put in the mailbox.
19   Q.   The one that you post on the door, how
20   do you affix it to the door?
21   A.   Just with some tape (indicating).
22   Q.   How long does that usually take?
23   A.   Two minutes, if that.
24   Q.   Do you use any color-coding?
25   A.   No.

## Page 10

1    Q.   Are they preprinted -- what are the
2    colors that are on these notices?
3         Are they noticeable, bright colors?
4    A.   It depends.
5         We were using -- I think it was red,
6    the notice to vacate, but we didn't have anymore, so
7    it would just be a photocopy of that.
8         We didn't have color.
9    Q.   If you run out?
10   A.   Yes.
11   Q.   But they are supposed to be red?
12   A.   I'm not going to say supposed to be.
13   Q.   But they were?
14   A.   Yes.
15   Q.   Red?
16   A.   Uh-huh.
17   Q.   Why do you think that they were in red?
18   A.   No particular reason.
19   Q.   We're here for the case of Lyndel Toppin
20   and the particular property is at 146 South 62nd
21   Street.
22        Do you know what this case is about and
23   why are here getting deposed today?
24   A.   Yes.
25   Q.   Can you tell us what your understanding

## Page 11

1    of that is?
2    A.   That we continued after he filed for
3    bankruptcy.
4    Q.   Continued to -- continued what?
5    A.   I guess continued service on this
6    particular address after bankruptcy.
7    Q.   Were you one of the deputies in charge
8    of servicing this writ?
9    A.   Yes.
10   Q.   Mr. Lyndel Toppin's writ?
11   A.   Yes.
12   Q.   My question to you, Ms. Taylor -- if you
13   could, take a look at Exhibits PS-3 through 8.
14        These are the copies of all the notices
15   and there should be six of them.
16        Ms. Taylor, do you know what these
17   documents represent?
18   A.   Yes.
19   Q.   What are they?
20   A.   They are the initial notice to vacate
21   and then the eviction notice that gives the actual
22   eviction date.
23   Q.   Could you be specific and refer to them
24   by the numbers that they are identified as?
25   A.   One-by-one or --

## Page 12

1    Q.   If you don't mind, yeah, one-by-one.
2    A.   PS-3 is the initial notice to vacate,
3    PS-4 is the initial notice to vacate, PS-5 is the
4    initial notice to vacate. Basically, it is a 21-day
5    notice.
6         Then, you have PS-6, which is the
7    actual eviction notice, attached with the writ.
8         PS-8 is an envelope with the annual
9    eviction notice with the date of the eviction and
10   then PS-7 is the final eviction notice with a copy of
11   the writ.
12   Q.   Okay, thank you.
13        Do you see the entry on all of them,
14   the sheriff's number?
15   A.   Yes.
16   Q.   That sheriff's number, do you know it to
17   be associated with Mr. Lyndel Toppin and the property
18   at 146 South 62nd Street?
19   A.   I'm not sure.
20   Q.   You testified that you were in charge of
21   servicing the Lyndel Toppin evictions and notices to
22   vacate, correct?
23   A.   Yes.
24        MS. HARPER:  Objection.
25        I don't think she testified to that.

3   (Pages 9 to 12)

P56

Jetaria Taylor

---

Page 13

1    MR. FILIPOVIC:  Counsel, I think she
2  did.
3      Do you want to see the record --
4    MS. HARPER:  That's fine.
5    MR. FILIPOVIC:  Court Reporter, could
6  you go back and read my question about were you the
7  deputy in charge of servicing the address?
8      (DESIGNATED QUESTION AND ANSWER WERE
9  READ)
10  BY MR. FILIPOVIC:
11    Q.   Do you know if that sheriff's number on
12  these several notices pertain to Mr. Toppin and that
13  particular property?
14    A.   Yes.
15    Q.   It does?
16    A.   Yes.
17    Q.   Did you personally serve these?
18    A.   Personally serve them, no.
19      I posted them.
20    Oh, right, I'm sorry.
21      You were the deputy that posted these
22  on the premises?
23    A.   Yes.
24    Q.   At 146 South 62nd Street?
25    A.   Yes.

---

Page 14

1    Q.   How many dates are we talking about
2  here, for you to have posted these?
3    A.   I would have only went out twice.
4      Once was for the initial notice and
5  once was for the final notice.
6    Q.   What about the letter?
7    A.   Every time we do a posting, you mail one
8  out, you post one to the door, and then you put one
9  in the mailbox.
10      So, essentially, each time, you give
11  three notices.
12    Q.   Three notices or three attempts to
13  notify, right, whatever you want to call it?
14    A.   Yes.
15    Q.   But there was three each time you went
16  out?
17    A.   Yes.
18    Q.   Now, let's go with PS-3.
19      Do you see the date that is in the
20  bottom corner there?
21    A.   Yes.
22    Q.   Does that sound accurate, that that was
23  the first time you went out?
24    A.   That doesn't look like my handwriting.
25    Q.   I didn't say it was your handwriting.

---

Page 15

1      Did I say it was your handwriting?
2    A.   You're asking me about a date.
3    MS. HARPER:  Counsel, you're getting
4  argumentative with her.
5    I think it is unnecessary.
6    MR. FILIPOVIC:  It is certainly not
7  necessary, but I'm just asking for an answer to my
8  question.
9      My question is -- I didn't even ask
10  that, but the date that you see on the earliest
11  notice, what is the date?
12      It's in the bottom left-hand corner.
13    THE WITNESS:  It says May 18th, 2018.
14  BY MR. FILIPOVIC:
15    Q.   Does that sound correct to you as the
16  first date you went out?
17    A.   No.
18    Q.   No?
19    A.   No.
20    Q.   So you would have done -- whenever you
21  had gone out, you would have done it in a personal
22  vehicle?
23    A.   Yes.
24    Q.   Do you get reimbursed for mileage for
25  these trips?

---

Page 16

1    A.   Yes.
2    Q.   To get reimbursed for mileage, you
3  submit a log of times and dates when you traveled?
4    A.   It's not a log, it's the date and then
5  the mileage.
6    Q.   Uh-huh.
7      Is this in a document?
8    A.   Yes.
9    Q.   And you filled out a document of some
10  sort to get reimbursed?
11    A.   Yes.
12  (REQUEST)   MR. FILIPOVIC:  Counsel, we're going to
13  be requesting that document because there is an issue
14  about, you know, she doesn't agree to that date and
15  we contend there is an issue.
16    MS. HARPER:  I will ask a follow-up
17  question, but that's fine.
18  BY MR. FILIPOVIC:
19    Q.   Do you call them expense reports or how
20  do you refer to them?
21    A.   Mileage form.
22    MS. HARPER:  You're going to ask for
23  that today, at this deposition?
24    MR. FILIPOVIC:  Correct.
25    MS. HARPER:  That's fine.

---

4 (Pages 13 to 16)

P0196

P57

Jetaria Taylor

Page 17

1  BY MR. FILIPOVIC:
2      Q.    So the mileage form would have notations
3  of the times and dates that you went out.
4            Does it have the address?
5      A.    No.
6      Q.    What does it have?
7      A.    It has the date and how many miles I did
8  for the day.
9      Q.    Is there a sheriff's number or --
10     A.    No.
11     Q.    No?
12     A.    No.
13     Q.    How do you -- just a date and how many
14  miles you did for the day?
15     A.    Yes.
16           MS. HARPER:  Do you still need that
17  document?
18           MR. FILIPOVIC:  Yes.
19           MS. HARPER:  We'll see if it was
20  requested in discovery.
21           MR. FILIPOVIC:  We can argue about
22  that.
23           When would you say was the first time
24  you went out?
25           THE WITNESS:  I'm not sure.

Page 18

1  BY MR. FILIPOVIC:
2      Q.    Can we agree that you went out on
3  5-10-2018?
4      A.    If that is what is in the log, then yes.
5      Q.    Let's go to PS-11.
6            The middle of the page, it has a date
7  of May 10th, 2018, correct?
8      A.    Yes.
9      Q.    There is a note there.
10           Could you read it for the record?
11     A.    Deputy Jetaria Taylor, being duly sworn
12  according to law, posted one true and attested copy
13  of the within writ of possession upon real estate
14  located at 146 South 62nd Street, Philadelphia, PA
15  19139, and the next one says 21-day notice posted.
16     Q.    Did you enter this note?
17     A.    Yes.
18     Q.    It sounds like you went out earlier than
19  May 18th if this is dated May 10th.
20     A.    Yes.
21     Q.    What about, on June 1st, did you post an
22  eviction notice on the property at 146 South 62nd
23  Street?
24     A.    Yes.
25     Q.    Did you enter a note in the system about

Page 19

1  that particular posting such as the one that we see
2  in PS-11 that you just read from?
3      A.    No.
4      Q.    Are there any other times that you went
5  to the property that you did not enter into the
6  Jewell system?
7      A.    No.
8      Q.    Now, the notice to vacate that you
9  served or posted on the property on May 10th, can you
10  find it or do you see it in front of you in any of
11  these documents?
12     A.    It would be one of these (indicating).
13     Q.    Well, can you tell me which one
14  according to its number?
15           The one you are holding up now, what is
16  the number?
17     A.    PS-4.
18     Q.    PS-4?
19     A.    Uh-huh.
20     Q.    Thank you.
21           What about the eviction notice on the
22  property that you served in June, do you see it in
23  front of you there?
24     A.    Let me just clarify, because, going back
25  to the initial ones you asked me about, I can't tell

Page 20

1  you which one was posted, because these have two
2  different dates on it, but it would have been any one
3  of these that say notice to vacate (indicating).
4      Q.    Right, okay.
5      A.    And then, for the final posting, it
6  would have been any one of these -- well, not this
7  one, because that has an envelope, so that was mailed
8  out (indicating).
9      Q.    When you say this one --
10     A.    I'm sorry, PS-6 or PS-7.
11     Q.    It could be one of those?
12     A.    It's either one of these, yes
13  (indicating).
14     Q.    It's either one of those that you
15  posted?
16     A.    Yes.
17     Q.    Which one is not the one that was
18  posted?
19     A.    PS-8 was mailed out.
20     Q.    Okay, thank you.
21           What is the date on PS-8?
22     A.    Are you asking about the envelope?
23     Q.    Yes.
24     A.    June 7th.
25     Q.    Did you report to Inspector Guess at

5 (Pages 17 to 20)

P58

Sean Thornton

Page 13

1        Q.      Yes.

2        A.      When we get notice, we cease operations,

3    cease action on any, I guess, complaints or writ

4    possessions or writ executions.

5        Q.      Within the sheriff's office, is there

6    any specific phone line or toll-free number or, maybe

7    not a toll-free number, but a number that is

8    designated specifically for debtors to call in and

9    notify the sheriff of, hey, we filed bankruptcy?

10               Is there any such number?

11       A.      There are several numbers, but it all

12   depends on what unit -- well, the sheriff's office,

13   we enforce court orders, so a court order could come

14   from different areas of the office, so it all depends

15   on who files the bankruptcy and what unit -- where

16   the enforcement is needed, so -- a general number are

17   you asking?

18       Q.      No.

19               I'm asking if there is a specific

20   number that says to the public, hey, if you file

21   bankruptcy and you want to notify the sheriff, this

22   is the number to call.

23               Is there any such number that is only

24   for that?

25       A.      Only for that, there is no such number.

Sean Thornton

Page 14

1          Q.        Okay, that's fine.

2                    Do you know -- same question for a fax

3     number, where it says to the public, a fax line that

4     says to the public, hey, if you filed for bankruptcy

5     and you want to notify the sheriff, this is the fax

6     number to send that notice to?

7          A.        No.

8          Q.        The same question for e-mail address.

9          A.        No.

10         Q.        Now, you've answered my question about

11    what generally happens, you know, with respect to

12    enforcement efforts once there is a notice of

13    bankruptcy, and thank you for that, but did you

14    receive any training on that from the sheriff's

15    office at any point?

16         A.        Training for --

17         Q.        Training in regards to how bankruptcy

18    affects actions of the sheriff.

19         A.        Yeah.

20                   It's actually -- we speak with our

21    superiors and they explain during the training

22    process before you are, sort of, for lack of a better

23    word, on your own to enforce court orders.

24         Q.        So it's something that you were trained

25    on as a part of your initial training process?

P59

Sean Thornton

Page 21

1                    I think there are two different types

2    of writs or notices.

3                    MR. FILIPOVIC:  Well, for our purposes,

4    they are indistinguishable.

5                    To repeat my question, do you know how

6    many times the sheriff's office went out there to

7    execute on the writ of this property?

8                    THE WITNESS:  Two times.

9    BY MR. FILIPOVIC:

10        Q.    Two times, okay.

11              Can you tell us which dates?

12        A.    I do not have the dates.

13              I don't know the dates.

14        Q.    May I ask how you know that it was two

15    times if you don't recall the dates?

16        A.    That's our policy.

17        Q.    The policy is to go out two times?

18        A.    Correct.

19        Q.    Now, you weren't with the Civil

20    Enforcement Unit at this time, correct?

21        A.    At what point?

22        Q.    Between May and August of 2018.

23        A.    That is correct.

24        Q.    Would the person that was in your

25    position at that time have a better recollection of

P60

Sean Thornton

Page 46

1   there was a bankruptcy filed by Mr. Toppin as early

2   as the 9th of May, 2018?

3        A.     If you are asking me was he aware

4   personally, I don't know, but --

5        Q.     When I say personally, I mean the

6   sheriff as in the Office of the Sheriff.

7        A.     Well, yes.

8        Q.     I should rephrase that.

9               Not personally Mr. Williams, but the

10  sheriff's office that he represents in his capacity

11  as the sheriff.

12              Let's ask that question cleanly now

13  that we got all that out of the way.

14              Is it fair to say, according to this

15  document --

16              MS. HARPER:  Objection, asked and

17  answered.

18              MR. FILIPOVIC:  Let me ask it.

19              -- that the Philadelphia Sheriff's

20  Office was aware that Mr. Toppin filed for bankruptcy

21  as early as the 9th of May, 2018?

22              MS. HARPER:  Objection, assumes facts

23  not in evidence.

24              MR. FILIPOVIC:  You can answer.

25              THE WITNESS:  Yes.