CITY - 1

SH# 23/566

NOTICE Rec'd
ON 5-8-18

300
25
$325. cut

5/7/16

Before Inspray Filed
Inspector Cross

**Court of Common Pleas**

_____ Term, 20____

No. 160102400

HASSAN    vs. UNKNOWN OCCUPANTS

146 S. 62ND ST

PHILA.   PA. 19139

WRIT OF POSSESSION

HASAN

484-557-1737

2018 MAY -8 PM 3: 52

PHILADELPHIA
SHERIFF'S OFFICE-MAIN DESK

## FAX COVER SHEET

| TO | Sheriff |
|---|---|
| COMPANY | Sheriff |
| FAX NUMBER | 12156863971 |
| FROM | Stephen Dunne |
| DATE | 2018-05-08 22:25:14 GMT |
| RE | Notice of Bankruptcy Case Filing - Book/Writ 1707-5002 |

**COVER MESSAGE**

Please see Notice of Bankruptcy Case Filing for Lyndel Toppin, who resides at 146 S. 62nd Street, Philadelphia, PA 19145.

Book/Writ 1707-5002

Thank you.

Stephen M. Dunne, Esq.

C I T Y   - 2
P .   1

United States Bankruptcy Court
Eastern District of Pennsylvania



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

Lyndel Toppin
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550

The case was filed by the debtor's attorney:

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

CITY - 2
P .   2

# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY



**Jewell Williams**
*Sheriff*

**Kevin Lamb**
*Chief Deputy*

**Richard Verrecchio**
*Chief Inspector*

**Robert Jackson**
*Chief of Staff*

---

CITY OF PHILADELPHIA
vs.
STANLEY ZALKIN AND ELEANOR ZALKIN

**Case Number**
1504T0192
(1707-5002)

---

## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| 04/27/2017 | COURT DECREE, HANDBILL, LEGAL DESCRIPTION |
| 04/27/2017 | WRIT DATA VERIFIED BY TOMIKO VAUGHON |
| 07/06/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 9/7/2017 |
| 09/07/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 10/5/2017 |
| 10/05/2017 | REAL ESTATE SOLD AT SHERIFF'S SALE |
| 10/05/2017 | SALES RECEIPT DATA VERIFIED BY TOMIKO VAUGHON |
| 10/05/2017 | AUTOMATED DEED ASSIGNMENT PATRIOT LAND TRANSFER, LLC |
| 10/06/2017 | BUYER'S ACKNOWLEDGEMENT |
| 11/03/2017 | SHERIFF'S SETTLEMENT |
| 11/03/2017 | PRINTED ON NOVEMBER 03, 2017 BY MARK WILSON WITH TRACKING ID: 1509726459 |
| 11/09/2017 | REAL ESTATE:<br>ABDELDAYEM HASSAN<br>309 BARKER AVENUE<br>LANSDOWNE, PA 19050 |
| 05/08/2018 | DEFENDANT ATTORNEY |
| 05/09/2018 | BANKRUPTCY FILED IN SHERIFF'S OFFICE |
| 07/26/2018 | DART DISTRIBUTION POLICY REQUESTED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY BADIA BEASLE) |
| 11/07/2018 | DISTRIBUTION POLICY RECECIVED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY RICHARD VERRECCHIO) |

SHERIFF COST: $2,931.71

SO ANSWERS,

August 20, 2019

JEWELL WILLIAMS, SHERIFF

C I T Y - 3

(c) CountySuite Sheriff, Teleosoft, Inc.

HASSAN
vs.
UNKOWN OCCUPANTS

**Case Number**
180103400
(231566)

## SERVICE EVENT REPORT
### ( Posted )

**Service Details:**

| | | | |
|---|---|---|---|
| **Category:** | Writ of Possession - Common Pleas - Possession | **Expires:** | 08/07/2018 |
| **Manner:** | < Not Specified > | **Warrant:** | |
| **Notes:** | MAIN DESK CLERK: LIONEL COOK | | |

**Serve To:**

| | | | |
|---|---|---|---|
| **Name:** | UNKOWN OCCUPANTS | **Mobile:** | |
| **Primary Address:** | 146 S. 62ND ST PHILADELPHIA, PA 19139 | **Notes:** | |
| **Phone:** | | | |

**Service Event Details:**

| | | | |
|---|---|---|---|
| **Date:** | 05/10/2018 | **Category:** | Posted |

**Notes:** DEPUTY JETARIA TAYLOR, BEING DULY SWORN ACCORDING TO LAW, POSTED ONE TRUE AND ATTESTED COPY OF THE WITHIN WRIT OF POSSESSION UPON REAL ESTATE LOCATED AT 146 S. 62ND ST, PHILADELPHIA, PA 19139. 21 DAY NOTICE POSTED

POSSESSION DATE 6/25/18 @9AM

CANCELED PER DEFT FILED BANKRUPTCY

**Delivery Details:**

| | | | |
|---|---|---|---|
| **Time In:** | | **Time Out:** | 9:45 AM | **Deputy 1:** | Jetaria Taylor |
| **Mileage:** | 0 | | | **Deputy 2:** | |
| **Accepted:** | | | | | |
| **Notes:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Entered By:** | Joshua Wigfall | **Print Date:** | 02/21/2019 | **Print Time:** | 10:16 AM |

(c) CountySuite Sheriff  Teleosoft, Inc.

C I T Y - 4

# FAX COVER SHEET

| TO | Sheriff's Office |
|---|---|
| COMPANY | Sheriff's Office |
| FAX NUMBER | 12156863555 |
| FROM | Stephen Dunne |
| DATE | 2018-06-07 20:01:07 GMT |
| RE | Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA 19145 |

## COVER MESSAGE

Please be advised that Lyndel Toppin filed a Chapter 13 bankruptcy case on 05/08/2018.

Name: Lyndel Toppin

Address: 146 S. 62nd Street, Philadelphia, PA 19145

231566

CITY-5
P. 1

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.



**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550

The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

C I T Y - 5
P .    2

| HASSAN vs. UNKOWN OCCUPANTS | Case Number 180103400 (231566) |
|---|---|

## SERVICE EVENT REPORT
### ( Other )

**Service Details.**

| | | | | |
|---|---|---|---|---|
| **Category:** | Writ of Possession - Common Pleas - Possession | | **Expires:** | 08/07/2018 |
| **Manner:** | < Not Specified > | | **Warrant:** | |
| **Notes:** | MAIN DESK CLERK: LIONEL COOK | | | |

**Serve To:**

| | | | |
|---|---|---|---|
| **Name:** | UNKOWN OCCUPANTS | **Mobile:** | |
| **Primary Address:** | 146 S. 62ND ST PHILADELPHIA, PA 19139 | **Notes:** | |
| **Phone:** | | | |

**Service Event Details:**

| | | | |
|---|---|---|---|
| **Date:** | 06/25/2018 | **Category:** | Other |

**Notes:** letter from bankruptcy court sent to the office. Defendant claims eviction proceedings continued after notifying the sheriff's office that bankruptcy was filed. Inspector Guess received bankruptcy fax on June 6th 2018. Bankruptcy notice was logged in possession book and on Jewell system. No other eviction actions were taken by the civil enforcement unit as of that date.
Letter and supporting documents are being forwarded to undersheriff vignola.

**Inspector Guess**

**Delivery Details:**

| | | | |
|---|---|---|---|
| **Time In:** | | **Time Out:** | |
| **Mileage:** | 0 | **Deputy 1:** | Monte Guess |
| **Accepted:** | | **Deputy 2:** | |
| **Notes:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Entered By:** | Monte Guess | **Print Date:** | 02/21/2019 | **Print Time:** | 10:15 AM |

CITY - 6

20

JUNE 25

| 230615 12:00pm | Metropolitian Contracting LLC 223-225 Market St. | France Bowens 215-237-2633 | 228261 12:00am |
|---|---|---|---|
| 231936 9AM | ANNYAH Moore 5367 Morris St. given | (C) KML 215 825 6454 | 231609 9AM |
| 231900 9:00 | FATMOTA BANGURA | Cancelled KRISTEN LITTLE 610 278 6800 | 231583 9AM |
| 231566 9AM | UNKNOWN OCCUPANTs 146 S 62ND | Bankrupty (N) HASAN filed 484 557 1737 | 231777 9AM |
| 231718 9AM | DAWN CYRUS (PD) 2443 S. EDGEWOOD | (VM) Tyshaen HARGROVE 215 791 5751 | 232064 LOCKOUT 10 |
| 231897 LockOUT 10AM | TARA KENNEDY given 3645 N 19th | (N) SUNIEL NUNBT 973 953 7345 *973 986 9282 | 231904 LockOUT 10 |
| | | | 228587 10:00A |

C I T Y - 7

**CITY – 8**

**MOVE OUT – LOCK OUT – SEIZURE**

ADDRESS: 146 S 62nd st

SHERIFF NUMBER: 231566

DEPUTY _____ DEPUTY _____

DATE & TIME: _____ @ _____

OCCUPANTS PRESENT: ☐ YES ☐ NO

**– 21-DAY NOTICE –**

DATE & TIME POSTED: 5.10.18 @ 9:45am

DEPUTY: Taylor

CONTACT INFO: _____

ADDITIONAL DETAILS: _____

POSSESSION GIVEN TO: _____

PHONE NUMBER: _____

LOCKSMITH: _____

MOVING COMPANY: _____

ADDRESS: _____

PHONE NUMBER: _____

**– FINAL NOTICE –**

DATE & TIME POSTED: _____ @ 3:46pm

DEPUTY: Taylor

CONTACT INFO: _____

ADDITIONAL DETAILS: _____

STORAGE FACILITY: _____

ADDRESS: _____

PHONE NUMBER: _____

SCHEDULED EVICTION DATE: June 25th @ 9am

DEPUTY SIGNATURE: X _____

PLAINTIFF (REP): X _____

# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/4/2018 | 8:38 | O'M ARA | | WRITS | RE |
| 5/4/2018 | 8:57 | BENDIT | | EVICTION | MD |
| 5/4/2018 | 9:00 | SANTIAGO | | SETTLEMENT | RE |
| 5/4/2018 | 9:00 | BARR | | SETTLEMENT | RE |
| 5/4/2018 | 9:06 | KENNEDY | | PROP STATUS | MD |
| 5/4/2018 | 9:06 | WILLIAMS | | PROP STATUS | MD |
| 5/4/2018 | 9:06 | GLASS | | SETTLEMENT | RE |
| 5/4/2018 | 9:36 | WILLIAMS | | INTERVIEW | IAD |
| 5/4/2018 | 9:38 | DANIELS | | LIENS | RE |
| 5/4/2018 | 9:50 | P HARR | | SETTLEMENT | RE |
| 5/4/2018 | 9:55 | MOR | | POST SALE | RE |
| 5/4/2018 | 9:57 | Nichol | | WRITS | MD |
| 5/4/2018 | 9:58 | HUANG | | SETTLEMENT | RE |
| 5/4/2018 | 10:16 | Jimenez | | Settlement | RE |
| 5/4/2018 | 10:17 | HUT | | Settlement | RE |
| 5/4/2018 | 10:39 | SALAMAN | | RISK TYER | RE |
| 5/4/2018 | 10:42 | AJMAL | | PUSHING A SHERIFF SALE | MD |
| 5/4/2018 | 11:07 | BELMONT | | FORECLOSURE/INJURY | RE |
| 5/4/2018 | 11:10 | VANCE | | BEANS | RE |
| 5/4/2018 | 11:12 | FOGEL | | ALL WRIT | MD |

TOTALS   41   RE  17  MD   5  OTHR   LO

CITY
P. 1

9



# PHILADELPHIA SHERIFF'S
## SIGN I SHEET



CITY - 9
P. 2

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/4/2018 | 11:15 | JONES | | AVR ADMNTS | MD |
| 5/4/2018 | 11:22 | GIL | | FILE WRIT | MD |
| 5/4/2018 | 11:40 | HUNT | | SETTLEMENT | RE |
| 5/4/2018 | 11:42 | LUZKER | | SETTLEMENT | RE |
| 5/4/2018 | 11:44 | ZIMMER | | FILE ORDER | MD |
| 5/4/2018 | 11:47 | LOWE | | PROP INQUIRY | RE |
| 5/4/2018 | 11:58 | KEENAN | | REFUND | RE |
| 5/4/2018 | 12:00 | BARNES | | FILE WRIT | MD |
| 5/4/2018 | 12:04 | ROBBED | | SETTLEMENT | RE |
| 5/4/2018 | 12:06 | BK HEIM | | SETTLEMENT | RE |
| 5/4/2018 | 12:07 | MICHAEL | | DEED | RE |
| 5/4/2018 | 12:03 | JIMENEZ | | SETTLEMENT | RE |
| 5/4/2018 | 12:19 | Chen | | Settlement | RE |
| 5/4/2018 | 12:19 | Lin | | Settlement | RE |
| 5/4/2018 | 12:27 | Nixon | | Copy of Receipt | RE |
| 5/4/2018 | 12:30 | Hall | | Tax Issue | RE |
| 5/4/2018 | 12:31 | Rosano | | File writ | MD |
| 5/4/2018 | 12:35 | Colbea | | Re Ejectment | MD |
| 5/4/2018 | 12:41 | Roberts | | Settlement | RE |
| 5/4/2018 | 12:43 | Augusta | | Sheriff Sale Question | RE |





# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/4/2018 | 12:51 | Vance | | Settlement | RE |
| 5/4/2018 | 12:50 | Scott | | Pck Up Check | RE/Tyler |
| 5/4/2018 | 1:08 | Singh | | Clear Lien | RE |
| 5/4/2018 | 1:11 | Shon | | Lien | MD |
| 5/4/2018 | 1:15 | DUPONT | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | LISBOVCK | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | KENGNE-GARNIER | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | HOUEY ISSAN | | SETTLMNT | RE |
| 5/4/2018 | 1:18 | DOUGHERTY | | PICK UP JUDGMNT | RE |
| 5/4/2018 | 1:22 | SANTOS | | SETTLMNT | RE |
| 5/4/2018 | 1:24 | ANDERSON | | UNION BUS. | MA |
| 5/4/2018 | 1:26 | BENDER | | POST SALE/LIENS | RE |
| 5/4/2018 | 1:32 | ARRILLA | | PFA | FIU |
| 5/4/2018 | 1:38 | SABAGH | | DEED | RE |
| 5/4/2018 | 1:38 | LUX | | EVICTION | MD |
| 5/4/2018 | 1:54 | RUBIN | | SUBMIT CLAIM FORM | MRET |
| 5/4/2018 | 1:54 | DYDYNSKY | | WRITS | MJ |
| 5/4/2018 | 1:54 | SCANLON | | WRITS | MJ |
| 5/4/2018 | 2:04 | WALTON | | LIENS | RE |
| 5/4/2018 | 2:06 | GREENE | | PROP INQUIRY | RE |






## PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/4/2018 | 2:59 | NGUYEN | | STTEMNT | RE |
| 5/4/2018 | 4:18 | MAIDEN | | PICK UP CLM FRM | SHEET |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |

CITY - 9
P. 4

## PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/11/2018 | 8:47 | KAMARA | | SETTLEMENT | RE |
| 5/11/2018 | 9:21 | WILLIAMS | | SUBMIT XMNTS DART | DART |
| 5/11/2018 | 9:34 | TORRES | | SETTLEMENT | RE |
| 5/11/2018 | 9:35 | OLIVER-SMITH | | FILING FOLLOW UP | MD |
| 5/11/2018 | 9:48 | ARESTA | | LIENS | RE |
| 5/11/2018 | 10:24 | DATLS | | PROP INQUIRY | RE |
| 5/11/2018 | 10:25 | ROUSEY, SR. | | NVR WRITS | M) |
| 5/11/2018 | 10:34 | MEIR | | SETTLEMENT | RE |
| 5/11/2018 | 10:40 | JAMES | | SETTLEMENT | RE |
| 5/11/2018 | 10:46 | BEADLE | | LIENS | RE |
| 5/11/2018 | 10:48 | BENDER | | SETTLEMENT | RE |
| 5/11/2018 | 10:50 | KRANETS | | REFUND | DART |
| 5/11/2018 | 11:02 | THOMAS | | LIENS | RE |
| 5/11/2018 | 12:07 | Lyons | | Writ Exa. | MD |
| 5/11/2018 | 12:18 | Clinton | | Property | RE |
| 5/11/2018 | 12:42 | Abena | | Settlement | RE |
| 5/11/2018 | 12:42 | Keenan | | Settlement | RE |
| 5/11/2018 | 12:43 | Futrell | | Settlement | RE |
| 5/11/2018 | 12:45 | Moses | | Writ | MD |
| 5/11/2018 | 12:55 | Warfield | | Settlement | RE |

TOTALS 33 RE 9 MD 2 OTHR — LO CITY - 9 P. 5




# PHILADELPHIA SHERIFF'S
## SIGN I SHEET



CITY – 9
P. 6

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/11/2018 | 12:56 | Floyd | | | RE |
| 5/11/2018 | 1:01 | Diegga | | | NP |
| 5/11/2018 | 1:00 | Mojave | | property info | RE |
| 5/11/2018 | 1:02 | Delo | | Settlement | RE |
| 5/11/2018 | 1:03 | Hugh | | property info | RE tBD |
| 5/11/2018 | 1:08 | Grant | | property info | RE tBD |
| 5/11/2018 | 1:09 | CINTRON | | PROPERTY INQUEY | RE |
| 5/11/2018 | 11:8 | HAMBLEN | | SETTLEMENT | RE |
| 5/11/2018 | 1:21 | TINKSLEY | | NP LUMNTS | RE |
| 5/11/2018 | 2:12 | CHAUDHURY | | SETTLEMENT | RE |
| 5/11/2018 | 2:25 | NOSMANXROS | | SETTLEMENT | RE |
| 5/11/2018 | 2:28 | SMITH | | LIENS | RE |
| 5/11/2018 | 2:30 | VAZQO | | SETTLEMENT | RE |
| 5/11/2018 | 2:30 | BARROW | | SETTLEMENT | RF |
| 5/11/2018 | 2:31 | ALLEN | | FILE COMPLAINT | MJ |
| 5/11/2018 | 2:33 | ALI | | PROPERTY INQUEY | RE |
| 5/11/2018 | 2:37 | KOSRA | | FILE WRIT | MD |
| 5/11/2018 | 2:42 | STAHL | | POST SALE | RE |
| 5/11/2018 | 2:51 | Rivea | | Settlement | RE |
| 5/11/2018 | 2:58 | Quin | | Settlement | RE |






# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/11/2018 | 3:16 | ▓▓▓▓ | | | MD |
| 5/11/2018 | 3:38 | BoRnSTEIN | | SALE INQUIRY | RE |
| 5/11/2018 | 3:49 | HUTCHINSON | ▓▓▓▓ | GIVR DOCUMENTS | MJ |
| 5/11/2018 | 3:50 | BANCE | | POST SALE | RE |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |



# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/18/2018 | 8:35 | Dillard | | bid ass. | RE |
| 5/18/2018 | 8:43 | Omara | | Property info | RE |
| 5/18/2018 | 9:13 | Reddick | | file writ | MD |
| 5/18/2018 | 9:23 | Ross | | Bill issue | RE |
| 5/18/2018 | 9:35 | Derman | | filing writ | RS |
| 5/18/2018 | 9:40 | Wolodarski | | Question by prop. | RE |
| 5/18/2018 | 9:40 | Lusa | | filing writ | MD |
| 5/18/2018 | 9:40 | Jenkins | | filing writ | MD |
| 5/18/2018 | 10:33 | Santana | | prop inquiry | RE |
| 5/18/2018 | 10:34 | Walder | | FILE WRIT | MD |
| 5/18/2018 | 10:37 | Davis | | SALE INQUIRY | RE |
| 5/18/2018 | 10:41 | Nichol | | FILE WRITS | MD |
| 5/18/2018 | 10:43 | Mustafa | | SETTLEMENT | RE |
| 5/18/2018 | 10:43 | Manlandon | | SETTLEMENT | RE |
| 5/18/2018 | 10:44 | BAKER | | SALE INQUIRY | RE |
| 5/18/2018 | 10:47 | Adorno | | SALE INQUIRY | RE |
| 5/18/2018 | 10:48 | MORAN | | SALE INQUIRY | RE |
| 5/18/2018 | 10:45 | TORREZ | | SALE INQUIRY | RE |
| 5/18/2018 | 10:50 | Sockel | | FILE WRITS | RE |
| 5/18/2018 | 10:57 | PAULINO | | SETTLEMENTS | RE |

DIALS 53 RE 13 MD 1 OTHER

LO CITY - 9

P. 8





# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/18/2018 | 10:59 | SUTTON | | SETTLEMENT | RE |
| 5/18/2018 | 11:02 | HURTCAYA | | SETTLEMENT | RE |
| 5/18/2018 | 11:12 | MOORES | | SETTLEMENT | RE |
| 5/18/2018 | 11:18 | HENRY | | SETTLEMENT | RE |
| 5/18/2018 | 11:24 | CASTILLO | | SETTLEMENT | RE |
| 5/18/2018 | 11:26 | LEVY | | FILE WRIT | MD |
| 5/18/2018 | 11:29 | DILLARD | | SETTLEMENT | RE |
| 5/18/2018 | 11:30 | BUTLER | | | PARSONS |
| 5/18/2018 | 11:40 | SANFORD | | SETTLEMENTS | RE |
| 5/18/2018 | 11:44 | TEAME | | SETTLEMENT | RE |
| 5/18/2018 | 11:45 | AL-Rawi | | Settlement | RE |
| 5/18/2018 | 11:49 | Salamon | | Settlement | RE |
| 5/18/2018 | 11:55 | Ohara | | Settlement | RE |
| 5/18/2018 | 11:59 | WALLER | | PAST SALE | RE |
| 5/18/2018 | 12:08 | WAGGNER | | SETTLEMENT | RE |
| 5/18/2018 | 12:14 | NOBRUN | | SETTLEMENT | RE |
| 5/18/2018 | 12:14 | ZANY | | SETTLEMENT | RE |
| 5/18/2018 | 12:14 | SYLVESTRE | | SETTLEMENT | RE |
| 5/18/2018 | 12:26 | GIL | | FILE WRITS | MD |
| 5/18/2018 | 12:53 | SCANLON | | PICK UP REMAIND | MD |

C I T Y – 9
P. 9





**PHILADELPHIA SHERIFF'S**
**SIGN I SHEET**

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/18/2018 | 12:54 | ASIAS | | SETTLEMENT | RE |
| 5/18/2018 | 12:54 | SHIMON | | SETTLEMENT | PRE |
| 5/18/2018 | 12:56 | ADDY | | SETTLEMENT | RE |
| 5/18/2018 | 1:03 | MALDONADO | | POST SALE | RE |
| 5/18/2018 | 1:03 | DOIA | | POST SALE | RE |
| 5/18/2018 | 1:08 | COUPLAND | | LIENS | RE |
| 5/18/2018 | 1:10 | REYNOLDS | | FILE WRIT | MD |
| 5/18/2018 | 1:18 | SIMPSON | | TRANSFER #1) | RE |
| 5/18/2018 | 1:18 | MOENDZAY | | POSTSALE | RE |
| 5/18/2018 | 1:18 | MAOEZJO | | POSTSALE | RE |
| 5/18/2018 | 1:25 | MCCLOSKEY | | | RE |
| 5/18/2018 | 1:40 | WILLIAMSON | | FILE ORDER | RE |
| 5/18/2018 | 1:54 | Scollon Jr. | | FILE WRIT | MD |
| 5/18/2018 | 2:15 | Rubio | | Writ | RE |
| 5/18/2018 | 2:40 | Bown | | copy of Sale | RE |
| 5/18/2018 | 2:41 | Edward | | Post Sale | RE |
| 5/18/2018 | 2:48 | Warfield | | Post Sale | RE |
| 5/18/2018 | 2:57 | WILLIAMS | | Settlement | RE |
| 5/18/2018 | 3:00 | LAQAMAY | | SETTLEMENT | RE |
| 5/18/2018 | 3:00 | SIARRA | | EJECTMENT | MI) |
| | | | | EJECTMENT | MI) |





# PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/18/2018 | 3:05 | WHITE | | SETTLEMENT | RE |
| 5/18/2018 | 3:14 | SALAMAN | | POST SALE | RE |
| 5/18/2018 | 3:16 | KIM | | LIENS | RE |
| 5/18/2018 | 3:18 | LAMBERT | | POST SALE | RE |
| 5/18/2018 | 3:20 | KUEHNL | | W R/T | MJ |
| 5/18/2018 | 3:22 | MALDONADO | | POST SALE | RE |
| 5/18/2018 | 3:22 | ROJAS | | POST SALE | RE |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |

C I T Y - 9
P. 1 1





## PHILADELPHIA SHERIFF'S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/25/2018 | 8:49 | UNDERWOOD | | FIRE ARM INQUIRY | FIU |
| 5/25/2018 | 9:09 | LOUGHERY | | DEED | RE |
| 5/25/2018 | 9:36 | | JIMENEZ | SETTLEM ENT | RE |
| 5/25/2018 | 9:38 | PARKS | | FILE WRIT | MJ |
| 5/25/2018 | 9:39 | PARKS JR | | FILE WRIT | MJ |
| 5/25/2018 | 9:52 | BROWN | | FILE JEMNTS | MJ |
| 5/25/2018 | 10:10 | ROSENBERG | | FILE WRIT | MJ |
| 5/25/2018 | 10:38 | HUANG | | SETTLEMENT | RE |
| 5/25/2018 | 10:38 | TANG | | SETTLEMENT | RE |
| 5/25/2018 | 10:39 | WILLIAMS | | EJECTMNT | MJ |
| 5/25/2018 | 10:49 | WRIGHT | | SETTLEMENT | RE |
| 5/25/2018 | 11:19 | MURPHY | | DEED | RE |
| 5/25/2018 | 11:20 | RUSK | | SERVICE REFUND | MJ |
| 5/25/2018 | 11:20 | RUSK | | SERVICE REFUND | MJ |
| 5/25/2018 | 11:21 | BROWN | | BOD INQUIRY | RE |
| 5/25/2018 | 11:22 | DYDYNSKY | | FILE WRIT | MJ |
| 5/25/2018 | 11:23 | CANSINO | | SETTLEMENT | RE |
| 5/25/2018 | 11:29 | BENDIG | | SETTLEMENT | RE |
| 5/25/2018 | 11:30 | OWENS | | FILE WRIT | MJ |
| 5/25/2018 | 11:30 | PRESTON JR | | FILE DOCUMENT | RE |

TOTALS 20 RE 12 MJ 4 OTHE

CO C I T Y - 9
P . 1 2





**PHILADELPHIA SHERIFF'S**
**SIGN I SHEET**

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/25/2018 | 11:42 | KEENAN | | FILE PAPERS | RE |
| 5/25/2018 | 11:42 | MILLER III | | FILE PAPERS | RE |
| 5/25/2018 | 11:43 | mcLAUGHLIN | | WRIT | WD |
| 5/25/2018 | 11:50 | STEFFAN | | INJUNCTION | CIVIL |
| 5/25/2018 | 11:50 | GARDNER | | IN JUNCTION | CIVIL |
| 5/25/2018 | 12:02 | SCANLON, JR. | | WRIT | RE |
| 5/25/2018 | 12:09 | YURKW | | SETTLEMENT | RE |
| 5/25/2018 | 12:16 | STEWART | | FILE DOCUMENTS | RE |
| 5/25/2018 | 12:16 | GRIEST | | FILE DOCUMENTS | RE |
| 5/25/2018 | 12:18 | McQUILLAR | | FILE DOCUMENTS | RE |
| 5/25/2018 | 12:44 | BRYANT | | FILE DOCUMENTS IAD | RE |
| 5/25/2018 | 12:45 | GRAY | | WRIT | WD |
| 5/25/2018 | 1:16 | Alevedo | | File writ | RE |
| 5/25/2018 | 1:18 | MoKhayere | | Complaint | |
| 5/25/2018 | 1:29 | Addy | | Settlement | RE |
| 5/25/2018 | 1:30 | Webb | | file writ | WD |
| 5/25/2018 | 2:23 | MIMS | | FILE IN QUERY | RE |
| 5/25/2018 | | | | | |
| 5/25/2018 | | | | | |
| 5/25/2018 | | | | | |



CITY - 9
P. 13

**PHILADELPHIA SHERIFF'S**
**SIGN IN SHEET**



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/1/2018 | 8:33 | O'MARA | | WRITS | RE |
| 6/1/2018 | 8:35 | THOMAS | | EJECTMENT | CIVIL |
| 6/1/2018 | 8:40 | -POWERS | | INTERVIEW | BIV |
| 6/1/2018 | 9:08 | S.HUM | | SETTLEMENT | RE |
| 6/1/2018 | 9:09 | MC KENDRICK | | FILE PETITION | RE |
| 6/1/2018 | 9:22 | STARIKOV | | FILE DOMTS | MD |
| 6/1/2018 | 9:22 | KAMALYANTS | | FILE DOMTS | MD) |
| 6/1/2018 | 9:44 | NICHOL | | WRIT DROP OFF | MD |
| 6/1/2018 | 9:59 | TRAN | | DOCKET # FOR DEED | RE |
| 6/1/2018 | 10:10 | FEANGELA | | EVICTION | CIVIL |
| 6/1/2018 | 10:14 | SP.ROSS | | FUNERAL PTTION | MD |
| 6/1/2018 | 10:24 | SICKET | | WRITS | RE |
| 6/1/2018 | 10:28 | GORDON | | MEETING | ALGARIN |
| 6/1/2018 | 10:42 | WALLACE-BEY | | LIENS | RE |
| 6/1/2018 | 10:45 | HUANG | | SETTLEMENT | RE |
| 6/1/2018 | 10:45 | YUAN | | SETTLEMENT | RE |
| 6/1/2018 | 10:45 | YUAN | | SETTLEMENT | RE |
| 6/1/2018 | 10:40 | BULLOCK | | SALE INFO | RE |
| 6/1/2018 | 10:54 | PERRY | | FILE ORDER | RE |
| 6/1/2018 | 11:08 | HICKS | | FILE WRIT | MD |

TOTALS  33 RE  14 MD  9 OTHR  ~ LOCITY - 9
P. 14






**PHILADELPHIA SHERIFF'S**
**SIGN IN SHEET**

CITY - 9
Page 15

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/1/2018 | 11:13 | ZLOTNICK | | FILE WRIT | MD |
| 6/1/2018 | 11:40 | HARRIS | | SETTLEMENT | RE |
| 6/1/2018 | 11:44 | SUBARAN | | SETTLEMENT | RE |
| 6/1/2018 | 11:57 | BOWIE | | FILING FOLLOW UP | MD |
| 6/1/2018 | 12:0 | ARES-LETERING | | FILE WRIT | MD |
| 6/1/2018 | 12:01 | ARES-DETERLING | ARES-DETERLING | FILE WRIT | MD |
| 6/1/2018 | 12:15 | MURPHY | | Pick up check | RE |
| 6/1/2018 | 12:1? | HOLLAND | | dropping off paperwork | RE |
| 6/1/2018 | 12:21 | JENKINS | | WRIT OF EXECUTION | MD |
| 6/1/2018 | 12:24 | MCALEER | | SETTLEMENT | RE |
| 6/1/2018 | 12:25 | SHARPE | | INQUIRING ABOUT PROPERTY | RE |
| 6/1/2018 | 12:30 | ROSAS | | SETTLEMENT | RE |
| 6/1/2018 | 12:32 | CAUSSEO | | SETTLEMENT | RE |
| 6/1/2018 | 1:07 | MULLEN | | Picking up writ & papers | MD |
| 6/1/2018 | 1:13 | JONES | | FILE CLAIM FORM | NART |
| 6/1/2018 | 1:15 | LINDOGLOW | | SETTLEMENT | RE |
| 6/1/2018 | 1:16 | RICE | | PROP INQUIRY | RE |
| 6/1/2018 | 1:18 | MCHUGH | | SETTLEMENT | RE |
| 6/1/2018 | 1:27 | SARAGH | | SETTLEMENT | RE |
| 6/1/2018 | 1:38 | DELEO | | SETTLEMENT | RE |



# PHILADELPHIA SHERIFF'S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/1/2018 | 1:42 | DALY | | WRITS | MJ |
| 6/1/2018 | 1:43 | MC ALEER | | SETTLEMENT | RE |
| 6/1/2018 | 1:48 | SCANLON | | PICK UP DOCMNTS | MD |
| 6/1/2018 | 2:00 | PATTON | | FILE ORDER | RE |
| 6/1/2018 | 2:04 | FLEMING | | PICK UP CHCK | MART |
| 6/1/2018 | 2:05 | NGUYEN | | SETTLEMENT | RE |
| 6/1/2018 | 2:14 | CANDEL | | PICK UP FORMS | MJ |
| 6/1/2018 | 2:16 | BORNSTEIN | | REDEMPTION | RE |
| 6/1/2018 | 2:20 | AO | | SETTLEMENT | RE |
| 6/1/2018 | 2:24 | CANTRON | | FILE CLAIM FORM | MART |
| 6/1/2018 | 2:40 | MOSLEY | | PICK UP FORM | MART |
| 6/1/2018 | 3:20 | DAVIS | | CHECKING ON PROPERTY | RE |
| 6/1/2018 | 3:25 | GARCIA-INFANTE | | SETTLEMENT | RE |
| 6/1/2018 | 3:25 | NOBRUN | | SETTLEMENT | RE |
| 6/1/2018 | 3:29 | SINGHAL | | CORRECTING A DEED | RE |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |



CITY-9
P. 16

# PHILADELPHIA SHERIFF'S
## SIGN IN SHEET



| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/8/2018 | 8:38 | O'MARA | | WRIT | RE |
| 6/8/2018 | 8:47 | HUYNH | | STLMNT | RE |
| 6/8/2018 | 9:25 | KENON | | EVCTN | MD |
| 6/8/2018 | 9:25 | KENON | | EVCTN | MD |
| 6/8/2018 | 9:34 | MURRAY | | PROP INQUIRY | RE |
| 6/8/2018 | 9:35 | BRENNAN | | WRIT | RE |
| 6/8/2018 | 10:18 | ALLEN | | STMNT SRVC | MD |
| 6/8/2018 | 10:19 | SPECHT | | SRVC FEE INQUIRY | MD |
| 6/8/2018 | 10:52 | COLEMAN | | MTG | NR |
| 6/8/2018 | 10:51 | SALISBURY | | MTG | TYER |
| 6/8/2018 | 10:57 | NICHOL | | WRITS | MD |
| 6/8/2018 | 11:00 | REGO | | ACKUP CHK | ACCT. |
| 6/8/2018 | 11:01 | RAMIREZ | | SMNR | RE |
| 6/8/2018 | 11:03 | UNDERWOOD | | WRIT | MD |
| 6/8/2018 | 11:04 | SOCKET | | WRITS | RE |
| 6/8/2018 | 11:09 | VALLEZ | | SMNR | RE |
| 6/8/2018 | 11:10 | LEAL | | SMNR | RE |
| 6/8/2018 | 11:14 | UDDIN | | LIEN | RE |
| 6/8/2018 | 11:14 | AMIN | | LIENS | RE |
| 6/8/2018 | 11:23 | GORNOUSKI | | STLMNT | RE |

TOTALS 59 RE 20 17 MD 3 OTHR CITY - 9 ÷ 20 17





**PHILADELPHIA SHERIFF'S SIGN IN SHEET**

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/8/2018 | 11:23 | MAGUIRE | | LIENS | RE |
| 6/8/2018 | 11:25 | NOVOA | | SMNR | RE |
| 6/8/2018 | 11:35 | CAO | | STLMNT | RE |
| 6/8/2018 | 11:36 | EDWARDS | | SRVC FEE INQUIRY | MD |
| 6/8/2018 | 11:40 | KENNEDY | | LIENS | RE |
| 6/8/2018 | 11:44 | DYDYNSKY | | WRIT | MD |
| 6/8/2018 | 11:57 | MD HAMMAD | | PROP INQUIRY | RE |
| 6/8/2018 | 11:58 | HARRIS | | LIENS | RE |
| 6/8/2018 | 12:04 | TURNER | | PCK UP PYMNTS | MD |
| 6/8/2018 | 12:26 | WANG | | LIENS | RE |
| 6/8/2018 | 12:28 | ROBINSON | | FILE WRIT | MD |
| 6/8/2018 | 12:37 | R. FERUCCI | | SMNR | RE |
| 6/8/2018 | 12:43 | DOWNING | | SMNR | RE |
| 6/8/2018 | 12:45 | HUANG | | SMNR | RE |
| 6/8/2018 | 12:50 | PENN | | SMNR | RE |
| 6/8/2018 | 12:54 | BROWN | | SMNR | RE |
| 6/8/2018 | 12:52 | WILL | | SMNR | RE |
| 6/8/2018 | 12:52 | WOODS | | STLMNT | RE |
| 6/8/2018 | 12:53 | Z HANG | | SMNR | RE |
| 6/8/2018 | 1:00 | DENIS | | SMNR | RE |



# PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/8/2018 | 1:03 | AGIA | | STLMNT | RE |
| 6/8/2018 | 1:13 | PEDERSON | | SM NR | RE |
| 6/8/2018 | 1:13 | W ADRIAN JR | | SMNR | RE |
| 6/8/2018 | 1:13 | SCULLEN JR | | NVR DMNTS | RE |
| 6/8/2018 | 1:18 | SANDEES | | SMNR | RE |
| 6/8/2018 | 1:20 | GOUDA | | STLMNT | RE |
| 6/8/2018 | 1:26 | KOBIELNIK | | | RE |
| 6/8/2018 | 1:28 | REED | | SMNR | RE |
| 6/8/2018 | 1:32 | Shum | | New Invoice | RE |
| 6/8/2018 | 1:31 | Grosky | | Assignment of Bid | RE |
| 6/8/2018 | 1:31 | Osuji | | Assignment of Bid | RE |
| 6/8/2018 | 1:36 | Simmons | | Writ | WD |
| 6/8/2018 | | Feinster | | Ejectment | |
| 6/8/2018 | 1:45 | Cherry | | Writ of Possession | MO |
| 6/8/2018 | 1:43 | Patterson | | | |
| 6/8/2018 | 1:47 | Powell | | Writ of Possession | MO |
| 6/8/2018 | 1:48 | Yuan | | Settlement | RE |
| 6/8/2018 | 1:49 | Lixiang | | Settlement | RE |
| 6/8/2018 | 1:49 | Rodriguez | | Writs | MO |
| 6/8/2018 | 1:53 | Coupland | | Settlement | RE |

CITY - 9
P. 19



## PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/8/2018 | 1:57 | LAU | | SETTLEMENT | RE |
| 6/8/2018 | 2:00 | Edwards | | SUMMONS | MD |
| 6/8/2018 | 2:06 | TIMMONS | | STLMNT | RE |
| 6/8/2018 | 2:06 | DAVISON | | STLMNT | RE |
| 6/8/2018 | 2:12 | LAU | | SETTLEMENT | RE |
| 6/8/2018 | 2:16 | Bostic | | EJECTMENT | MD |
| 6/8/2018 | 2:20 | Meir | | LIENS | RE |
| 6/8/2018 | 2:28 | O'HARA | | REFUN | RE |
| 6/8/2018 | 2:29 | BURDINE | | FILE DMNTS | MD |
| 6/8/2018 | 2:35 | BARNES | | SALE INQUIRY | RE |
| 6/8/2018 | 2:35 | WILLIAMS | | SALE INQUIRY | RE |
| 6/8/2018 | 3:01 | LANE | | DEED | RE |
| 6/8/2018 | 3:13 | GRASSY, OSULI | | STLMNT | RE |
| 6/8/2018 | 3:13 | | | STLMNT | RE |
| 6/8/2018 | 3:19 | WFE HSMUTA | | LIENS | RE |
| 6/8/2018 | 3:20 | VILLISAL | | STLMNT | RE |
| 6/8/2018 | 3:20 | CAVDAR | | STLMNT | RE |
| 6/8/2018 | 3:24 | Nomura | | SETTLEMENT | RE |
| 6/8/2018 | 3:32 | SASSO | | FILE WRIT | MD |
| 6/8/2018 | 3:45 | NICHOL | | WRITS | MD |

CITY - 9
P. 20



**PHILADELPHIA SHERIFF'S SIGN IN SHEET**

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/8/2018 | 3:47 | OKURA HÉ | | SETLMNT | RE |
| 6/8/2018 | 3:59 | WILLIS | | PROP INQURY | RE |
| 6/8/2018 | 4:01 | ROSAS | | PROP INQURY | RE |
| 6/8/2018 | 4:03 | BANCE | | PROP INQURY | RE |
| 6/8/2018 | 4:09 | MINGO | | FILE WRIT | MJ |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |

CITY - 9
P. 21

**PHILADELPHIA SHERIFF'S
SIGN IN SHEET**



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/15/2018 | 8:34 | TRINA | | POST SALE | MD |
| 6/15/2018 | 8:37 | POLINS | | WRIT | MD |
| 6/15/2018 | 8:38 | KAISER | | FINGERPRINTING | BIU |
| 6/15/2018 | 8:39 | O'MARA | | WRITS | RE |
| 6/15/2018 | 8:42 | THOMAS | | FINGERPRINTING | BIU |
| 6/15/2018 | 8:57 | LAPADVA | | INTERVIEW | HR |
| 6/15/2018 | 9:34 | NGUYEN | | STMMNT | RE |
| 6/15/2018 | 9:45 | BRENNAN | | WRITS | RE |
| 6/15/2018 | 9:50 | SIMMENS | | STMMNT | RE |
| 6/15/2018 | 9:56 | ASCH | | FILE WRIT | MD |
| 6/15/2018 | 9:57 | TRINH | | EJECT MNT | MD |
| 6/15/2018 | 9:57 | SARMIENTO | | FILE WRIT | MD |
| 6/15/2018 | 10:10 | WILLIAMS | | FILE COMPLNT | MD |
| 6/15/2018 | 10:12 | KAMARA | | STMLMNT | RE |
| 6/15/2018 | 10:14 | SESAY | | FILE CMPLNT | MD |
| 6/15/2018 | 10:15 | FANTA0221 | | IN TRVDS | HR |
| 6/15/2018 | 10:35 | Clark | | write service | MD |
| 6/15/2018 | 10:41 | Khli | | Property info | RE |
| 6/15/2018 | 10:47 | Obeudivul | | Property info | RE |
| 6/15/2018 | 10:48 | ROME | | Evic Ten | MD |

TOTALS  38 RE  22 MD  4 OTHR  — LOCITY - 9
P. 22



## PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/15/2018 | 10:50 | PERUNGAVUR | | SALE INQUIRY | RE |
| 6/15/2018 | 11:00 | SANTORO | | SF POST SALE | RE |
| 6/15/2018 | 11:01 | FU GUET | | SETTLMENT | RE |
| 6/15/2018 | 11:04 | NG | | STTLMENT | RE |
| 6/15/2018 | 11:04 | CHEN | | STTLMENT | RE |
| 6/15/2018 | 11:18 | HOLLEY | | WUR DCMNTS | RE |
| 6/15/2018 | 11:25 | Snow | | SETTLMNT | RE |
| 6/15/2018 | 11:28 | ROSARIO | | CASE INQURY | MJ |
| 6/15/2018 | 11:34 | SMITH | | SALE PSTPNMNT | RE |
| 6/15/2018 | 11:34 | DEVLIN | | SALE PSTPNMNT | RE |
| 6/15/2018 | 11:35 | RAMOS | | FILE WRIT | MJ |
| 6/15/2018 | 11:37 | GOUSA | | STTLMNT | RE |
| 6/15/2018 | 11:57 | ASIAG | | STLMNT | RE |
| 6/15/2018 | 12:56 | Carrol | | File writ | MJ |
| 6/15/2018 | 12:48 | Wallace | | | MJ |
| 6/15/2018 | 12:56 | Enarem | | writ of Ex | MJ |
| 6/15/2018 | 12:58 | Chang | | Settlement | RE |
| 6/15/2018 | 1:33 | Simmons | | File writ | MJ |
| 6/15/2018 | 1:23 | Heilman | | | FE |
| 6/15/2018 | 1:34 | Agun | | Settlement | RE |



## PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/15/2018 | 1:36 | Disla | | Settlement | RE |
| 6/15/2018 | 1:37 | Sareekhatun | | Question Re Property | RE |
| 6/15/2018 | 1:43 | MESSINA | | SETTLEM XT | RE |
| 6/15/2018 | 1:47 | LUSZNER | | PICK UP CHCK | RE |
| 6/15/2018 | 1:55 | CASSIDY | | FLE WRIT | MJ |
| 6/15/2018 | 2:00 | PRESSLEY | | S TTLMNT | RE |
| 6/15/2018 | 2:00 | SKRANICHENKO | | STTLMNT | RE |
| 6/15/2018 | 2:01 | SOLOMON | | STTLMNT | RE |
| 6/15/2018 | 2:07 | EARLE | | DEED CORRCTN | RE |
| 6/15/2018 | 2:11 | RHODEN | | JGMNT SRVC | RE |
| 6/15/2018 | 2:21 | HOOKS | | EVICTION | RE |
| 6/15/2018 | 2:24 | BERRIOS | | FLE WRIT | MJ |
| 6/15/2018 | 2:25 | KEENAN | | WRITS | RE(MJ) |
| 6/15/2018 | 2:39 | MEDLEY | | STTLMNT | RE |
| 6/15/2018 | 2:42 | BABALOLA | | PROP INQUREY | RE |
| 6/15/2018 | 2:47 | CHARLES | | CUSTODY ORDR | MJ |
| 6/15/2018 | 2:52 | VEGAS | | STLMNT | RE |
| 6/15/2018 | 2:53 | CLARK | | NVR NMNT | MJ |
| 6/15/2018 | 3:03 | MICKFALS | | STTLMNT | RE |
| 6/15/2018 | 3:03 | DO | | STTLMNT | RE |



CITY - 9
P. 2.4





## PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/15/2018 | 3:09 | SANTANA | | STILMNT | RE |
| 6/15/2018 | 3:16 | SALAMAN | | 6LE Puints | M1 |
| 6/15/2018 | 3:16 | ROSNETO | | FLERIMANS | M1 |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |

## PHILADELPHIA SHERIFF'S SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/22/2018 | 8:31 | FOX | | STLMNT | RE |
| 6/22/2018 | 8:31 | O'MARA | | WRITS | RE |
| 6/22/2018 | 8:33 | CUEVAS | | STLMNT | RE |
| 6/22/2018 | 8:40 | COLON | | EVICTION | CIVIL |
| 6/22/2018 | 8:40 | GUTIERREZ | | EVICTION | CIVIL |
| 6/22/2018 | 9:00 | KANOGLU | | FILE WRITS | MD |
| 6/22/2018 | 9:57 | EDVARDINA | | QUESTIONS ABOUT PROPERTY REC FD | |
| 6/22/2018 | 9:57 | CARRASQUILLO | | QUESTION ABOUT PROPERTY REC FD | |
| 6/22/2018 | 10:13 | morse | | QUESTIONS ABOUT LOTS | RE |
| 6/22/2018 | 10:21 | SOCKET | | WRITS | RE |
| 6/22/2018 | 10:23 | GRAMLICH | | | RE |
| 6/22/2018 | 10:24 | WASHINGTON JR. | | FILE NUMNTS | MD |
| 6/22/2018 | 10:25 | CLARK | | FILE WRIT | MD |
| 6/22/2018 | 10:26 | BRUNO | | MTG | SMART |
| 6/22/2018 | 10:44 | MILES | | FILE WRIT | MD |
| 6/22/2018 | 10:55 | JAMES | | SALE INFO | RE |
| 6/22/2018 | 10:57 | SON | | FILE REMNTS | MD |
| 6/22/2018 | 11:08 | BENDER | | LIENS | RE |
| 6/22/2018 | 11:09 | TSAO | | AVR REMNTS | RE |
| 6/22/2018 | 11:11 | CORCORAN | | WRITS | mo |

TOTALS 28 RE 18 MD 7 OTHR - LO P. 26 CITY - 9





**PHILADELPHIA SHERIFF'S**
**SIGN IN SHEET**

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/22/2018 | 11:12 | GARAGAN JR. | | DVR DXMNTS | DART |
| 6/22/2018 | 11:13 | SANDRO | | STLMNT | RE |
| 6/22/2018 | 11:33 | BROWN | | FILE DXMNT | MA |
| 6/22/2018 | 1:35 | ADLEO | | STLMNT | RE |
| 6/22/2018 | 1:37 | ABDELAZAFM M. HASSAN | 1 579 | FILE DXMNTS | MD |
| 6/22/2018 | 11:59 | Colon | | Eviction | MD |
| 6/22/2018 | 11:59 | Gutierrez | | Eviction | MD |
| 6/22/2018 | 12:01 | Washington | | Subpoena | Supervisor |
| 6/22/2018 | 12:17 | WALLACE J | | WRIT OF POS | MD |
| 6/22/2018 | 12:18 | Lopez | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | RUZ | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | BARAZA | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | RUZ | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:26 | BEN SAMUEL | | WRITS | MD |
| 6/22/2018 | 12:40 | WILLIAMS | | FILE CLAIM FORM | DART |
| 6/22/2018 | 12:41 | APPELBAUM | | STLMNT | RE |
| 6/22/2018 | 1:11 | BLUMBERG - RUBIN | | DVR DXMNTS | DART |
| 6/22/2018 | 1:29 | WATTS | | PROP INQURY | RE |
| 6/22/2018 | 1:31 | HILL | | PROP INQURY | RE |
| 6/22/2018 | 1:49 | GARRETT | | POST SALE | RE |



## PHILADELPHIA SHERIFF'S SIGN IN SHEET




CITY - 9
P. 28

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/22/2018 | 1:58 | EL-GHARBAOUI | | FILE WRIT | RE |
| 6/22/2018 | 2:00 | UNDERWOOD | | POST SALE | RE |
| 6/22/2018 | 2:04 | SCOLLON JR | | WRITS | RE |
| 6/22/2018 | 2:06 | ALLEN | | FILING FEES | MD |
| 6/22/2018 | 2:27 | CASSIDY | | FILE WRIT | MD |
| 6/22/2018 | 2:27 | PAULINO | | STTLMNT | RE |
| 6/22/2018 | 2:30 | MEDLEY | | STTLMNT | RE |
| 6/22/2018 | 3:02 | Cronnan | | Settlement | RE |
| 6/22/2018 | 3:03 | Karafausa | | Hellas Asset | RE |
| 6/22/2018 | 3:04 | PAULINO | | Settlement | RE |
| 6/22/2018 | 3:12 | SANTORO | | STTLMNT | RE |
| 6/22/2018 | 3:46 | SMITH | | NEW XMNTS | MD |
| 6/22/2018 | 3:56 | GONZALEZ | | NEW XMNTS | MD |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |

## PHILADELPHIA SHERIFF'S SIGN IN SHEET



| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/29/2018 | 8:34 | O'MARA | | WRITS | RE |
| 6/29/2018 | 8:52 | FLACCO | | FEE INFO | MJ |
| 6/29/2018 | 9:00 | WATSON | | SALE INQUIRY | RE |
| 6/29/2018 | 9:16 | GRANISON | | LIENS | RE |
| 6/29/2018 | 9:16 | PATTERSON | | LIENS | RE |
| 6/29/2018 | 9:28 | MARINEZ | | 1 STTLMNT | RE |
| 6/29/2018 | 9:44 | MOFIT | | DEED | RE |
| 6/29/2018 | 9:44 | ROGER | | DEED | RE |
| 6/29/2018 | 10:08 | Ruiz | | Schlement | RE |
| 6/29/2018 | 10:08 | Ruiz | | Settlement | RE |
| 6/29/2018 | 10:16 | PERALTA | | STTLMNT | RE |
| 6/29/2018 | 10:17 | SAM | | STTLMNT | RE |
| 6/29/2018 | 10:27 | WISE | | GARNISHMNT | MJ |
| 6/29/2018 | 10:29 | SUNER | | MTG | SUNER |
| 6/29/2018 | 10:31 | GIRON | | INFO | RE |
| 6/29/2018 | 10:32 | COYNE | | REDEMPTION | ACT. |
| 6/29/2018 | 10:56 | KODRA | | SALE INQUIRY | MJ |
| 6/29/2018 | 11:07 | JACK | | DEVE RMNT | CIVIL |
| 6/29/2018 | 11:14 | STE HU | | SALE INQUIRY | RE |
| 6/29/2018 | 11:22 | JACOBS | | Sheriff Sale | RE |

CITY - 9
LO. 29

OTHR

MJ

39 RE

TOTALS



**PHILADELPHIA SHERIFF'S SIGN IN SHEET**

| DATE | TIME | NAME | | OLN | | OTHER | LOCATION |
|------|------|------|---|-----|---|-------|----------|
| 6/29/2018 | 11:39 | Peralta | | | | Settlement | RE |
| 6/29/2018 | 11:40 | Trang | | | | Settlement | RE |
| 6/29/2018 | | Perozzo | | | | | FILL |
| 6/29/2018 | | Bosch | | | | | FILL |
| 6/29/2018 | 12:00 | Hill | | | | Issue w/ property | FS |
| 6/29/2018 | 12:05 | Eshete | | | | Ejectment | CIVIC |
| 6/29/2018 | 12:15 | Dudroff | | | | Easement | CIVIC |
| 6/29/2018 | 12:06 | Williams | | | | Writ of Pos | MO |
| 6/29/2018 | 12:06 | Ford | | | | Writ of Pos | MO |
| 6/29/2018 | 12:10 | Scott | | | | Second bidder | RE |
| 6/29/2018 | 12:21 | Keenan | | | | Writs | RE/mo |
| 6/29/2018 | 12:46 | Exilus | | | | AUR ADMNTS | MO |
| 6/29/2018 | 12:46 | Tran | | | | STTLMNT | RE |
| 6/29/2018 | 12:48 | Bullock-Simmons | | | | STTLMNT | RE |
| 6/29/2018 | 12:48 | Wood | | | | STTLMNT | RE |
| 6/29/2018 | 12:50 | Pitts | | | | STTLMNT | RE |
| 6/29/2018 | 12:50 | Melhor | | | | Pick up forms | RE |
| 6/29/2018 | 1:08 | Stroh | | | | File complnt | MO |
| 6/29/2018 | 1:09 | Beberman | | | | STTLMNT | RE |
| 6/29/2018 | 1:10 | Scullon | | | | Writs | RE |







# PHILADELPHIA SHERIFF'S
## SIGN IN SHEET

| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/29/2018 | 1:12 | BARNARD | | FILE JUDMNTS | MD |
| 6/29/2018 | 1:16 | DOUGHERTY | | PICK UP CHK. | TYFR |
| 6/29/2018 | 1:18 | ZHAO | | STLMNT | RE |
| 6/29/2018 | 1:20 | PECKDWYCH | | POST SALE | RE |
| 6/29/2018 | 1:22 | NGUYEN | | LIENS | RE |
| 6/29/2018 | 1:47 | Donovan | | Settlement | RG |
| 6/29/2018 | 1:47 | Cestra-Serrano | | Settlement | RG |
| 6/29/2018 | 1:47 | Ehrlich | | Settlement | RE |
| 6/29/2018 | 1:47 | Kalani | | Lien Renewal | RE |
| 6/29/2018 | 1:54 | Silverstein | | Delinquency letter | RF |
| 6/29/2018 | 1:59 | Delgado | | Genny question | RF |
| 6/29/2018 | 2:01 | Branch | | Lien Renewal | RG |
| 6/29/2018 | 2:17 | Leon | | File writ. | MD |
| 6/29/2018 | 2:24 | Simmens | | Settlement | RG |
| 6/29/2018 | 2:24 | Solomon | | Settlement | RG |
| 6/29/2018 | 2:28 | Mcguinn | | Settlement | RG |
| 6/29/2018 | 2:46 | FOREMAN | | PICK UP CHK | ACCT. |
| 6/29/2018 | 2:52 | CASSIDY | | WRIT | MD |
| 6/29/2018 | 3:00 | WRIGHT | | STLMNT | RE |
| 6/29/2018 | 3:27 | BLAISE | | FILE WRIT | MD |
| | 3:58 | JONES | | FILE WRIT | GMD |

P. 31

**6-1**

Jetaria Taylor < ████████ @gmail.com>

Mon 12/9/2019 7:28 AM

**To:** Jetaria Taylor <Jetaria.Taylor@Phila.gov>

External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

_____

6-1
3864 poplar 2:02 21 day
4087 Lancaster Ave door 2:11
4837 fairmount beige door 2:33
460 Dearborn white door 2:25
5009 Ogden boarded door 2:29
342 n 52nd brown 2:32
416 N sickles boarded door 2:35
643 N 57th blk screen door 2:38
637 n frazier white door 2:50
1239 N 54th white door 2:53
1416 N Allison 2:58 Final 2:58
1735 n Robinson black screen door 3:05
546 N 63 black screen 3:14
6210 callowhill 3:18 blk screen door
351 n Robinson 3:19 gate
30 n Robinson st 3:22 brown door
146 S 62nd 3:46 Final
6115 Irving white door 3:48
212 S 59th white 3:53
5861 Cedar Final 3:58
5721 pemberton white screen 4:00
5530 catherine blk screen 4:03
5339 pine st white 4:06
207 S 49th blk screen 4:15


Sent from my iPhone

C I T Y - 1 0

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Lyndel Toppin                                    :
146 S. 62nd Street                               :
Philadelphia, PA 19139                           :        CHAPTER 13
                                                 :
    Debtor.                  :        Case No. 18-13098-MDC

Lyndel Toppin                                    :
    Debtor/Plaintiff         :
v.                                               :        Adv. Proc. No. 18-00137-MDC
                                                 :
Jewell Williams                                  :
Sheriff of the City of Philadelphia              :
In his official capacity                         :
Land Title Building - Fifth Floor                :
100 South Broad Street                           :
Philadelphia, PA 19110                           :
    Defendant.               :
and,                                             :
                                                 :
Abdeldayem Hassan a/k/a Abdeldyem Hassan         :
309 Barker Avenue                                :
Lansdowne, PA 19050                              :
    Defendant.               :

**Declaration of Barrington Whyte in Support of Lyndel Toppin's
Motion for Judgment on the Pleadings**

I, Barrington Whyte, declare:

1.    I have personal knowledge of the matters set forth herein.

2.    I reside with my Uncle, Lyndel Toppin and I attest that he experienced undue frustration, anxiety, and mental anguish as a result of the willful conduct of Jewell Williams, Sheriff of the City of Philadelphia and Abdeldayem Hassan in repeatedly visiting our residence on May 18, 2018; May 24, 2018; May 30, 2018; June 1, 2018; June 5, 2018; and June 7, 2018 as outlined in the Complaint.

**Declaration of Barrington Whyte**

C I T Y - 1 1
P .     1

3.      I attest that I personally witnessed by Uncle, Lydel Toppin experience headaches; loss of sleep; anxiety; dread, and a general loss of enjoyment of life due to the repeated visits by Jewell Williams, Sheriff of the City of Philadelphia.

4.      I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct and that this declaration was executed at the date set forth below in Philadelphia, Pennsylvania.

Date: May 23, 2019

                                                            /s/ Barrington Whyte

**Declaration of Barrington Whyte**

C I T Y - 1 1
P .    2

Personal ... portal ... ection

< Printer Options **Dayforce**



| | | | |
|---|---|---|---|
| **Employee Name:** | LYNDEL TOPPIN | **Pay Date:** | 5/30/2018 |
| **Employee #:** | 102788 | **Pay Period:** | 5/18/2018 – 5/24/2018 |
| **Employee Address:** | 5813 LANSDOWNE AVE | **Deposit Advice #:** | 205104488 |
| | PHILADELPHIA, PA 19131 | **Pay Frequency:** | Weekly |
| **Department:** | Cafe | **Pay Rate:** | 9.5500 |
| **Job Title:** | Guest Service Representative | **Federal Filing Status:** | Single |

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Federal Exemptions:** 1/10.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/10.00 (PA)

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 5/18/2018 – 5/24/2018 | | | As of 5/24/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 21.62 | | $ 206.47 | 492.87 | $ 5,706.93 |
| Regular | 21.62 | 9.5500 | $ 205.47 | 492.87 | $ 4,706.93 |
| Bonus - Service Awards | | | | | $ 1,000.00 |
| **Taxes** | | | $ 35.84 | | $ 1,207.34 |
| Fed W/H | | | $ 5.55 | | $ 370.10 |
| FICA EE | | | $ 12.80 | | $ 353.83 |
| Fed MWT EE | | | $ 2.99 | | $ 82.75 |
| PA W/H | | | $ 6.34 | | $ 175.19 |
| PA UT EE | | | $ 0.13 | | $ 3.43 |
| PhilCityW/H | | | $ 8.03 | | $ 222.04 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 250.14 |
| Aetna STD Post-Tax | | | $ 3.64 | | $ 80.96 |
| Aetna Dental EE | | | $ 4.67 | | $ 102.74 |
| Aetna Vision EE | | | $ 1.05 | | $ 23.10 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 43.34 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 159.26 | | $ 4,249.45 |
| Payroll Card | 064205594 | XXXX5194 | $ 159.26 | | |

**Accruals & Balances**
ETO Hourly Balance: 40.00 Hours

C I T Y - 1 2
P . 1

C
CERIDIAN

Page 1 of 1



Case 2:21-cv-05144-WB Document 4-8 Filed 12/16/21 Page 46 of 306

‹ Printer Options **Dayforce**



| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| Pay Date: | 5/23/2018 |
| Pay Period: | 5/11/2018 - 5/17/2018 |
| Deposit Advice #: | 204222469 |
| Pay Frequency: | Weekly |
| Pay Rate: | 9.5500 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/10.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/10.00 (PA) |

|  | Current | | | YTD | |
|  | 5/11/2018 - 5/17/2018 | | | As of 5/17/2018 | |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **20.68** | | **$ 197.49** | **471.25** | **$ 4,500.46** |
| Regular | 20.68 | 9.5500 | $ 197.49 | 471.25 | $ 4,500.46 |
| **Taxes** | | | **$ 33.63** | | **$ 804.79** |
| Fed W/H | | | $ 4.65 | | $ 144.55 |
| FICA EE | | | $ 12.25 | | $ 279.03 |
| Fed MWT EE | | | $ 2.87 | | $ 65.26 |
| PA W/H | | | $ 6.06 | | $ 138.15 |
| PA UT EE | | | $ 0.12 | | $ 2.70 |
| PhilCityW/H | | | $ 7.68 | | $ 175.10 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 238.77** |
| Aetna STD Post-Tax | | | $ 3.65 | | $ 77.28 |
| Aetna Dental EE | | | $ 4.67 | | $ 98.07 |
| Aetna Vision EE | | | $ 1.05 | | $ 22.05 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 41.37 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 152.49** | | **$ 3,456.90** |
| Payroll Card | 064206594 | XXXXX5194 | $ 152.49 | | |

| **Accruals & Balances** | |
| ETD Hourly Balance: | 40.00 Hours |

```
C I T Y - 1 2
P .    2
```





Page 1 of 1

< Printer Options **Dayforce**



**au bon pain**
the bakery cafe

| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| Employee Name: | LYNDEL TOPPIN | Pay Date: | 5/16/2018 |
| Employee #: | 102768 | Pay Period: | 5/4/2018 - 5/10/2018 |
| Employee Address: | 5613 LANSDOWNE AVE | Deposit Advice #: | 203423642 |
| | PHILADELPHIA, PA 19131 | Pay Frequency: | Weekly |
| Department: | Cafe | Pay Rate: | 9.5500 |
| Job Title: | Guest Service Representative | Federal Filing Status: | Single |
| | | Federal Exemptions: | 1/$6.00 |
| | | Local Exemptions: | 1 (Philadelphia) |
| | | State Filing Status: | Single (PA) |
| | | State Exemptions: | 1/$0.00 (PA) |

| | Current 5/4/2018 - 5/10/2018 | | | YTD As of 5/10/2018 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **21.00** | | **$   200.55** | **450.57** | **$   4,302.97** |
| Regular | 21.00 | 9.5500 | $   203.55 | 450.57 | $   4,302.97 |
| **Taxes** | | | **$   34.38** | | **$   771.16** |
| Fed W/H | | | $   4.96 | | $   139.90 |
| FICA EE | | | $   12.43 | | $   266.78 |
| Fed MWT EE | | | $   2.90 | | $   62.39 |
| PA W/H | | | $   6.16 | | $   132.69 |
| PA UT EE | | | $   0.12 | | $   2.58 |
| PhilCityW/H | | | $   7.81 | | $   167.42 |
| **Post-Tax Deductions** | | | **$   11.37** | | **$   227.40** |
| Aetna STD Post-Tax | | | $   3.64 | | $   73.60 |
| Aetna Dental EE | | | $   4.67 | | $   93.40 |
| Aetna Vision EE | | | $   1.05 | | $   21.00 |
| Aetna Life Insurance Family | | | $   1.97 | | $   39.40 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$   154.80** | | **$   3,304.41** |
| Payroll Card | 064206594 | XXXX45194 | $   154.80 | | |

| **Accruals & Balances** | |
| --- | --- |
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 3


CERIDIAN





< Printer Options **Dayforce**


au bon pain
the bakery cafe

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOPPIN
**Employee #:** 102788
**Employee Address:** 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 5/9/2018
**Pay Period:** 4/27/2018 - 5/3/2018
**Deposit Advice #:** 202505624
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/10.00 (PA)

|  | Current 4/27/2018 - 5/3/2018 | | | YTD As of 5/3/2018 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **23.03** | | **$ 219.94** | **429.57** | **$ 4,102.42** |
| Regular | 23.03 | 9.5500 | $ 219.94 | 429.57 | $ 4,102.42 |
| **Taxes** | | | **$ 39.16** | | **$ 736.78** |
| Fed W/H | | | $ 6.90 | | $ 134.94 |
| FICA EE | | | $ 13.64 | | $ 254.35 |
| Fed MWT EE | | | $ 3.19 | | $ 59.49 |
| PA W/H | | | $ 6.75 | | $ 125.93 |
| PA UT EE | | | $ 0.13 | | $ 2.46 |
| PhilCityW/H | | | $ 8.55 | | $ 159.61 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 216.03** |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 69.92 |
| Aetna Dental EE | | | $ 4.67 | | $ 88.73 |
| Aetna Vision EE | | | $ 1.05 | | $ 19.95 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 37.43 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 169.41** | | **$ 3,149.61** |
| Payroll Card | 044205594 | XXXX45194 | $ 169.41 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

# C I T Y - 1 2
# P . 4



‹ Printer Options **Dayforce**



| Employee Name: | LYNDEL TOPPIN | Pay Date: | 5/2/2018 |
| Employee #: | 102788 | Pay Period: | 4/20/2018 - 4/26/2018 |
| Employee Address: | 5813 LANSDOWNE AVE | Deposit Advice #: | 201693199 |
| | PHILADELPHIA, PA 19131 | Pay Frequency: | Weekly |
| Department: | Cafe | Pay Rate: | 9.5500 |
| Job Title: | Guest Service Representative | Federal Filing Status: | Single |

| Employer Name: | Au Bon Pain Corp |
| Employer Phone: | 617-423-2100 |
| Employer Address: | 1 Au Bon Pain Way, Boston, MA 02210 |

| Federal Exemptions: | 1/10.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/10.00 (PA) |

| | Current 4/20/2018 - 4/26/2018 | | | YTD As of 4/26/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **21.22** | | **$ 202.65** | **406.54** | **$ 3,882.48** |
| Regular | 21.22 | 9.5500 | $ 202.65 | 406.54 | $ 3,882.48 |
| **Taxes** | | | **$ 34.90** | | **$ 697.62** |
| Fed W/H | | | $ 5.17 | | $ 128.04 |
| FICA EE | | | $ 12.56 | | $ 240.71 |
| Fed MWT EE | | | $ 2.94 | | $ 56.30 |
| PA W/H | | | $ 6.22 | | $ 119.18 |
| PA UT EE | | | $ 0.12 | | $ 2.33 |
| Phil/City W/H | | | $ 7.89 | | $ 151.06 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 204.66** |
| Aetna STD Post-Tax | | | $ 3.64 | | $ 66.24 |
| Aetna Dental EE | | | $ 4.67 | | $ 84.06 |
| Aetna Vision EE | | | $ 1.05 | | $ 18.90 |
| Aetna Life Insurance Family | | | $ 1.92 | | $ 35.46 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$ 156.38** | | **$ 2,980.20** |
| Paycek Card | 064208594 | XXXXX5194 | $ 156.38 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 5

C
CERIDIAN





**‹** Printer Options **Dayforce**

**au bon pain**
*the bakery café*

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 4/25/2018 |
| **Pay Period:** | 4/13/2018 - 4/19/2018 |
| **Deposit Advice #:** | 200735673 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/80.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/10.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 4/13/2018 - 4/19/2018 | | | As of 4/19/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 24.62 | | $  235.12 | 385.32 | $  3,679.83 |
| Regular | 24.62 | 9.5500 | $  235.12 | 385.32 | $  3,679.83 |
| **Taxes** | | | $  42.91 | | $  662.72 |
| Fed W/H | | | $  8.42 | | $  122.87 |
| FICA EE | | | $  14.58 | | $  228.15 |
| Fed MWT EE | | | $  3.41 | | $  53.36 |
| PA W/H | | | $  7.22 | | $  112.96 |
| PA UT EE | | | $  0.14 | | $  2.21 |
| PhilCityW/H | | | $  9.14 | | $  143.17 |
| **Post-Tax Deductions** | | | $  11.37 | | $  193.29 |
| Aetna STD Post-Tax | | | $  3.64 | | $  62.56 |
| Aetna Dental EE | | | $  4.67 | | $  79.39 |
| Aetna Vision EE | | | $  1.05 | | $  17.85 |
| Aetna Life Insurance Family | | | $  1.97 | | $  33.49 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $  180.84 | | $  2,823.82 |
| Payroll Card | 054206594 | XXXXX5194 | $  180.84 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P .   6


CERIDIAN

Page 1 of 1





Printer Options **Dayforce**

| Employee Name: | LYNDEL TOPPIN |
| Employee #: | 102788 |
| Employee Address: | 5813 LANSDOWNE AVE PHILADELPHIA, PA 19131 |
| Department: | Cafe |
| Job Title: | Guest Service Representative |

| Pay Date: | 4/18/2018 |
| Pay Period: | 4/6/2018 - 4/12/2018 |
| Deposit Advice #: | 199903798 |
| Pay Frequency: | Weekly |
| Pay Rate: | 9.5500 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 1/\$0.00 |
| Local Exemptions: | 1 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 1/\$0.00 (PA) |

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way Boston, MA 02210

| | Current 4/6/2018 - 4/12/2018 | | | YTD As of 4/12/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **23.50** | | **$ 224.43** | **360.70** | **$ 3,444.71** |
| Regular | 23.50 | 9.5500 | $ 224.43 | 360.70 | 3,444.71 |
| **Taxes** | | | **$ 40.29** | | **$ 619.81** |
| Fed W/H | | | $ 7.35 | | 114.45 |
| FICA EE | | | $ 13.91 | | 213.57 |
| Fed MWT EE | | | $ 3.26 | | 49.95 |
| PA W/H | | | $ 6.89 | | 105.74 |
| PA UT EE | | | $ 0.14 | | 2.07 |
| PhilCityW/H | | | $ 8.74 | | 134.03 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 181.92** |
| Aetna STD Post-Tax | | | $ 3.68 | | 58.88 |
| Aetna Dental EE | | | $ 4.67 | | 74.72 |
| Aetna Vision EE | | | $ 1.05 | | 16.80 |
| Aetna Life Insurance Family | | | $ 1.97 | | 31.52 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 172.77** | | **$ 2,642.98** |
| Payroll Card | 064295594 | XXXX45194 | $ 172.77 | | |

| **Accruals & Balances** | |
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P .   7

CERIDIAN

Page 1 of 1



Printer Options **Dayforce**



| Employee Name: | LYNDEL TOPPIN | Pay Date: | 4/11/2018 |
|---|---|---|---|
| Employee #: | 102788 | Pay Period: | 3/30/2018 - 4/5/2018 |
| Employee Address: | 5813 LANSDOWNE AVE | Deposit Advice #: | 199012918 |
| | PHILADELPHIA, PA 19131 | Pay Frequency: | Weekly |
| Department: | Cafe | Pay Rate: | 9.5500 |
| Job Title: | Guest Service Representative | Federal Filing Status: | Single |

Employer Name: Au Bon Pain Corp
Employer Phone: 617-423-2100
Employer Address: 1 Au Bon Pain Way
Boston, MA 02210

Federal Exemptions: 1/$0.00
Local Exemptions: 1 (Philadelphia)
State Filing Status: Single (PA)
State Exemptions: 1/$0.00 (PA)

|  | Current 3/30/2018 - 4/5/2018 | | | YTD As of 4/5/2018 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **23.98** |  | **$ 229.01** | **337.20** | **$ 3,220.28** |
| Regular | 23.98 | 9.5500 | $ 229.01 | 337.20 | $ 3,220.28 |
| **Taxes** |  |  | **$ 41.39** |  | **$ 579.52** |
| Fed W/H |  |  | $ 7.80 |  | $ 107.10 |
| FICA EE |  |  | $ 14.20 |  | $ 199.66 |
| Fed MWT EE |  |  | $ 3.32 |  | $ 46.69 |
| PA W/H |  |  | $ 7.03 |  | $ 98.85 |
| PA UT EE |  |  | $ 0.13 |  | $ 1.93 |
| PhilCityW/H |  |  | $ 8.91 |  | $ 125.29 |
| **Post-Tax Deductions** |  |  | **$ 11.37** |  | **$ 170.55** |
| Aetna STD Post-Tax |  |  | $ 3.68 |  | $ 55.20 |
| Aetna Dental EE |  |  | $ 4.67 |  | $ 70.05 |
| Aetna Vision EE |  |  | $ 1.05 |  | $ 15.75 |
| Aetna Life Insurance Family |  |  | $ 1.97 |  | $ 29.55 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | **$ 176.25** |  | **$ 2,470.21** |
| Payroll Card | 064206594 | XXXXX5194 | $ 176.25 |  |  |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P .   8





June 26, 2019

**VIA E-MAIL AND PERSONAL DELIVERY**

Megan Harper, Esq.
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

      Re: Toppin v. Williams, et al., Adv. Pro No. 18-00137 (MDC)

Dear Mrs. Harper:

      Please find the Plaintiff's Responses to Defendant, The Sheriff of the City of

Philadelphia's First Set of Interrogatories enclosed.

                             Very truly yours,

                             Stephen M. Dunne, Esq.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| LYNDEL TOPPIN, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13098 (MDC) |
| | : | |
| LYNDEL TOPPIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 18-00137 (MDC) |
| | : | |
| JEWELL WILLIAMS, SHERIFF | : | |
| OF THE CITY OF PHILADELPHIA and | : | |
| ABDELDAYEM HASSAN a/k/a | : | |
| ABDELDYEM HASSAN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANT,
THE SHERIFF OF THE CITY OF PHILADELPHIA'S
FIRST SET OF INTERROGATORIES**

**GENERAL OBJECTIONS**

1.     Plaintiff asserts these General Objections to Defendant's Request for Production of Documents and incorporates them by reference into each.

2.     Plaintiff objects to each request to the extent it seeks documents covered by the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity. None of Plaintiff's responses are intended as, nor should be construed as, a waiver or relinquishment of the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity.

C I T Y - 1 3

3.      Plaintiff objects to each request to the extent that it is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of relevant documents or admissible evidence.

4.      Plaintiff objects to Defendant's definition of "Document" in Definition No. 2 of the Document Requests. That definition exceeds the permissible bounds under Rule 34 of the Federal Rules of Civil Procedure. Specifically, the Defendant defines "Document" as "computer storing devices or (any other media and includes, without limiting the generality of the foregoing: computer printouts or media, tapes, discs, electronic mail records, letters, correspondence, telegrams, other written communications, contracts, agreements, notes, work papers, or any other writings, including non-identical copies, drafts or other transcripts of the foregoing now in your possession, custody, or control)...." Plaintiff objects to searching for or producing ESI contained on disaster recovery, back-up, or archival media, legacy systems, or deleted, fragmented, shadowed, or temporary data on the grounds that such information is not reasonably accessible due to cost and burden, and that the burden and cost of searching, processing, and producing this material would far exceed any marginal benefit to be gained by conducting such a search.

5.      A statement that Plaintiff will produce documents in response to any request herein does not mean that such documents exist, but only that, to the extent such documents do exist and are not subject to the preliminary statement and/or a general objection, Plaintiff will produce non-privileged, responsive documents that are identifiable after a reasonable search.

6.      Plaintiff objects to the requests to the extent that they seek documents and information outside of Plaintiff's possession, custody, or control. Plaintiff objects to searching for, or producing, documents from its outside advisors, attorneys, agents, or consultants.

7.     Plaintiff objects to Definition and Instruction Number 30 on the grounds that it is overly broad and unduly burdensome.

8.     Plaintiff objects to logging privileged communications that occurred subsequent to Plaintiffs' initiation of the Lawsuit.

9.     Plaintiff objects to Definition and Instruction Number 33 on the grounds that the fast-paced schedule of this matter does not allow adequate time to update prior discovery responses and because updating them subsequent to the hearing in this matter is not reasonably calculated to lead to the discovery of admissible evidence.

## PLAINTIFF'S RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**     State your present full name, current address, and who, if anyone, currently resides with you.

**RESPONSE TO INTERROGATORY NO. 1:**

Lyndel Toppin, 146 S. 62nd Street, Philadelphia, PA 19139.  Barrington Whyte lives with me.


**INTERROGATORY NO. 2:**     State all addresses where you lived for the last five (5) years, up to your present address as stated above in your answer to Interrogatory No. 1, with approximate dates of when you resided at those addresses and who resided there with you, if anyone.

**RESPONSE TO INTERROGATORY NO. 2:**

I have resided at 146 S. 62nd Street, Philadelphia, PA 19139 for the last 30 years.

**INTERROGATORY NO. 3:**          State your present employer, length of employment and

nature of employment.

**RESPONSE TO INTERROGATORY NO. 3:**

Au bon pain, 2005 Market Street, Philadelphia, PA 19103. 20 years. Dishwasher.

**INTERROGATORY NO. 4:**          State with specificity and detail each and every action or

failure to act by the Sheriff which you contend constitutes a violation of the automatic stay, and

in your answer state:

(a)      The date the alleged violation occurred;

(b)      Whether you witnessed the alleged violation; and

(c)      If you did not witness the alleged violation, state when and how you discovered the

alleged violation.

**RESPONSE TO INTERROGATORY NO. 4:**

(a)      The alleged violations of the automatic stay occurred on the following dates: May 18,

2018, May 24, 2018, May 30, 2018, June 1, 2018, June 5, 2018 and June 7, 2018.

(b)      I, Lyndel Toppin and Barrington Whyte witnessed each alleged violation of the automatic

stay as we both reside 146 S. 62nd Street, Philadelphia, PA 19139. I, Lyndel Toppin and

Barrington Whyte personally observed Eviction Notices and Notices to Vacate on our front door

placed by the Philadelphia Sheriff's Office.

(c)      N/A.

**INTERROGATORY NO. 5:**      Identify all documents received by you or your attorney from the Sheriff that relate to the allegations in the Complaint.

**RESPONSE TO INTERROGATORY NO. 5:**

1. Exhibit C of the 2nd Amended Complaint – Sheriff's Invoice

2. Exhibit K of the 2nd Amended Complaint – Contact Details of Abdeldayem Hassan

3. Exhibit T of the 2nd Amended Complaint – Notice to Vacate – May 18, 2018

4. Exhibit U of the 2nd Amended Complaint – Notice to Vacate – May 24, 2018

5. Exhibit V of the 2nd Amended Complaint – Notice to Vacate – May 30, 2018

6. Exhibit X of the 2nd Amended Complaint – Eviction Notice – June 1, 2018

7. Exhibit Y of the 2nd Amended Complaint – Eviction Notice – June 5, 2018

8. Exhibit Z of the 2nd Amended Complaint – Eviction Notice – June 7, 2018

**INTERROGATORY NO. 6:**      Identify all documents given by you or your attorney to the Sheriff that relate to the allegations in the Complaint.

**RESPONSE TO INTERROGATORY NO. 6:**

1. Exhibit C of the 2nd Amended Complaint – Sheriff's Invoice

2. Exhibit K of the 2nd Amended Complaint – Contact Details of Abdeldayem Hassan

3. Exhibit T of the 2nd Amended Complaint – Notice to Vacate – May 18, 2018

4. Exhibit U of the 2nd Amended Complaint – Notice to Vacate – May 24, 2018

5. Exhibit V of the 2nd Amended Complaint – Notice to Vacate – May 30, 2018

6. Exhibit X of the 2nd Amended Complaint – Eviction Notice – June 1, 2018

7. Exhibit Y of the 2nd Amended Complaint – Eviction Notice – June 5, 2018

8. Exhibit Z of the 2nd Amended Complaint – Eviction Notice – June 7, 2018

**INTERROGATORY NO. 7:**        Identify all communications between you or your attorney and the Sheriff.

**RESPONSE TO INTERROGATORY NO. 7:**

1.  May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy.

2.  May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

3.  May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

4.  May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

5.  May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

6.  May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB Law at fax number 215-735-1618.

7.  May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

8.  May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

9.  May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410 John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

**INTERROGATORY NO. 8:**        State whether you or your attorney had any conversation(s) with the Sheriff and, if so, state in detail the subject matter of the conversation(s), who you or your attorney spoke with and the dates of the conversation(s).

**RESPONSE TO INTERROGATORY NO. 8:**

1.  May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

2.  May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

3.  May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

4.  May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit. The employee at the Sheriff's Office did not volunteer their name.

5.  May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

6.  June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

**INTERROGATORY NO. 9:**　　　State all facts upon which you rely in alleging that the Civil Enforcement Unit of the Philadelphia Sheriff's Office received actual notice of the bankruptcy filing.

**RESPONSE TO INTERROGATORY NO. 9:**

1. May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy.

2. May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

3. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

4. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

5. May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

6. May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB Law at fax number 215-735-1618.

7. May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

8. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

9. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410 John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

**INTERROGATORY NO. 10:** State all facts upon which you rely in alleging that the Civil Enforcement Unit of Philadelphia Sheriff's Office was advised that the Writ of Possession dated May 7, 2018 (Sheriff Number 231566) against unknown occupants of the Property was being executed upon a person that had filed for bankruptcy.

**RESPONSE TO INTERROGATORY NO. 10:**

1. May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy.

2. May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

3. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

4. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

5. May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

6. May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB Law at fax number 215-735-1618.

7. May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

8. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

9. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410 John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

215-686-3565 and provided notice of the underlying bankruptcy.

**INTERROGATORY NO. 11:**    Identify all persons who have personal knowledge of facts

and matters set forth in the Complaint and describe the facts known or observed by that person.

**RESPONSE TO INTERROGATORY NO. 11:**

Stephen Dunne; Lyndel Toppin, Barrington Whyte, Alveta Hughes; Unknown employees of the

Sheriff's Office. The response to Interrogatory No. 10 is incorporated herein.

**INTERROGATORY NO. 12:**    Identify all fact witnesses you intend to call at trial and as

to each such witness, state the facts to which that person is expected to testify.

**RESPONSE TO INTERROGATORY NO. 12:**

Abdeldayem Hassan; David Offen; Stephen Dunne; Lyndel Toppin, Barrington Whyte, Alveta

Hughes; Unknown employees of the Sheriff's Office. The response to Interrogatory No. 10 is

incorporated herein.

**INTERROGATORY NO. 13:**    With respect to each person whom you intend to call as an

expert witness in connection with this matter:

(a)    Identify the person;

(b)    Attach a copy of the person's resume or curriculum vitae;

(c)    Identify the subject matter on which the person is expected to testify;

(d)    Identify the facts and opinions the person is expected to offer at any evidentiary hearing

or trial;

(e)     Identify each document and communication directed to the person regarding the subject matter of this action;

(f)      Identify any document or demonstrative evidence the person is expected to use, refer to or rely upon at any evidentiary hearing or trial; and

(g)     Attach a copy of that person's written report.

**RESPONSE TO INTERROGATORY NO. 13:**

(a)     Abdeldayem Hassan; David Offen; Stephen Dunne; Lyndel Toppin; Barrington Whyte; Alveta Hughes; Unknown employees of the Sheriff's Office.

(b)     Unable to produce resume of Abdeldayem Hassan and David Offen as they are not in my possession. Unable to produce resume of Lyndel Toppin and Barrington Whyte because neither have a resume. Unable to produce resume of unknown employees of the Sheriff's Office.

(c)     The response to Interrogatory No. 10 is incorporated herein and the subject matter of the testimony would include notice of the pending bankruptcy; actions to avoid violation of the automatic stay; and damages in connection with said violation(s) of the automatic stay.

(d)     The response to Interrogatory No. 10 is incorporated herein and the subject matter of the testimony would include notice of the pending bankruptcy; actions to avoid violation of the automatic stay; and damages in connection with said violation(s) of the automatic stay.

(e)     The response to Interrogatory No. 10 is incorporated herein.

(f)      The response to Interrogatory No. 10 is incorporated herein.

(g)     No written reports are in existence at this time.

**INTERROGATORY NO. 14:**      Do you claim to have experienced emotional distress as a result of the Sheriff's alleged violations of the automatic stay?

**RESPONSE TO INTERROGATORY NO. 14:**

Yes.


**INTERROGATORY NO. 15:**      If your answer to Interrogatory No. 14 was yes, please:

(a)      Set forth the nature of the emotional distress;

(b)      Identify any person who has knowledge of any fact pertaining to the emotional distress;

(c)      Set forth the amount of compensation which you claim to be entitled as a result of the emotional distress; and

(d)      Set forth the method by which you calculated the amount.

**RESPONSE TO INTERROGATORY NO. 15:**

(a)      Armed Philadelphia Sheriff's appeared at my home and posted six ("6") separate "Notices to Vacate" and "Eviction Notices" that caused me a substantial amount of undue frustration, anxiety and mental anguish.

(b)      Lyndel Toppin; Barrington Whyte; Alveta Hughes; and Stephen Dunne.

(c)      $25,000.

(d)      I suffered the following actual manifestations: headaches; loss of sleep; anxiety; sense of dread; sense of failure; extended harassment and embarrassment as a result of the Sheriff's callous disregard to the bankruptcy protections afforded debtors. I quantified those emotional distress damages to equal $25,000.

**INTERROGATORY NO. 16:**        Identify all punitive damages which you claim and the facts that justify a finding of deliberate willful action or inaction by the Sheriff.

**RESPONSE TO INTERROGATORY NO. 16:**

Punitive damages are appropriate for the reasons that: (1) Sheriff had received fair notice of the underlying bankruptcy; (2) Plaintiff has evidenced emotional injuries as a result of the Sheriff's callous disregard of the bankruptcy laws; (3) the harm or injury inflicted on Plaintiff is more than economic in nature; (4) the monetary value of non-economic harm is difficult to determine; (5) Punitive damages would deter the Sheriff from any future callous disregard of the bankruptcy laws.


**INTERROGATORY NO. 17:**        Identify the compensatory damages which you seek and the facts supporting your claim for such damages.

**RESPONSE TO INTERROGATORY NO. 17:**

Out of pocket expenses include all the time I spent visiting my attorney's office to stop the continuing violation of the automatic stay; lost potential income due to the time I was unavailable to work as a result of spending time at my attorney's office and transportation costs to/from my attorney's office.

**INTERROGATORY NO. 18:**          Identify the attorney's fees which you claim and the facts that support your claim for such fees including statements for services, canceled checks and any other documents that support your claim.

**RESPONSE TO INTERROGATORY NO. 18:** Objection. This request is overly broad, calls for speculation and seeks work product. Furthermore, no trial date has been set yet, this request is premature and irrelevant, and accordingly not limited in time or scope. Lastly, Plaintiff objects to the use of the terms "any" as they are overly broad and unduly burdensome and further, subject to interpretation.

**INTERROGATORY NO. 19:**          Did you answer these questions with the assistance of anyone other than your attorney?  If the answer is yes, please state who helped you, if anyone, to provide these answers.

**RESPONSE TO INTERROGATORY NO. 19:**

No.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 25, 2019, a true and correct copy of the foregoing was served by email and regular U.S. Mail on the following:

MEGAN N. HARPER
Deputy City Solicitor
PA Attorney I.D. 81669
City of Philadelphia Law Department Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595



# NOTICE TO VACATE

SHERIFF NUMBER: 231566

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Write of Possession of Real Property* a copy of which is attached

**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor

Phone: (215) 686-3542 Fax: (215) 686-3555

C I T Y - 1 4

5/18/18





CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/30/18

C I T Y - 1 6



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER
THAN: _June 25th, 2018_
_@ 9Am_

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

6/1/18     146 S 62nd ST
UKNOWN OCCUPCCANTS

ted to levy upon any property of                    you are

0 S. 62 nd ST
PHIla P A 19139                                     and sell

interest therein.

ERIC FEDER
Director, Office of Judicial Records

By _D. Savage_   *Clerk*   **ATTEST**

MAY 07 2018
Date _May 7, 2018_   D. SAVAGE
JUDICIAL RECORDS

v. 1/01)

CITY-17



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: 231566

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with
the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER**
THAN: June 25th 2018
@ 9am

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

6/5/18

146 S 62nd St
Unknown Occupants

ted to levy upon any property of                                    you are

@ S. 62nd St
Phila PA 19139

and sell

interest therein.

ERIC FEDER
Director, Office of Judicial Records

By _____ Clerk    **ATTEST**

MAY 07 2018

Date May 7, 2018    D. SAVAGE
JUDICIAL RECORDS

v. 1/01)

C I T Y - 1 8



CITY OF PHILADELPHIA
SHERIFF'S OFFICE
100 S. Broad Street 5th Floor
Philadelphia, PA 19110



6/7/18

Unknown Occupants
146 S. 62nd St
Phila, PA. 19139

19139$2928 C044

CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT



# EVICTION NOTICE

SHERIFF NUMBER: 231366

To: *Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor*

By virtue of a ***Writ of Possession of Real Property*** a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER

THAN: June 25th, 2018
@ 9AM

C I T Y - 1 9

Civil Enforcement Unit ▪ 100 S. Broad Street ▪ Philadelphia, PA 19110 ▪ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

146 S 62nd St

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| LYNDEL TOPPIN, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13098 (MDC) |
| | : | |
| LYNDEL TOPPIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 18-00137 (MDC) |
| | : | |
| JEWELL WILLIAMS, SHERIFF | : | |
| OF THE CITY OF PHILADELPHIA and | : | |
| ABDELDAYEM HASSAN a/k/a | : | |
| ABDELDYEM HASSAN, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANT,**
**CITY OF PHILADELPHIA SHERIFF's DEPARTMENT,**
**REQUESTS FOR ADMISSION**

**GENERAL OBJECTIONS**

1.      Plaintiff asserts these General Objections to Defendant's Request for Production of Documents and incorporates them by reference into each.

2.      Plaintiff objects to each request to the extent it seeks documents covered by the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity. None of Plaintiff's responses are intended as, nor should be construed as, a waiver or relinquishment of the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity.

C I T Y - 2 0

3.     Plaintiff objects to each request to the extent that it is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of relevant documents or admissible evidence.

4.     Plaintiff objects to Defendant's definition of "Document" in Definition No. 3 of the Document Requests. That definition exceeds the permissible bounds under Rule 34 of the Federal Rules of Civil Procedure. Specifically, the Defendant defines "Document"

"any written, recorded, or graphic matter, whether produced or reproduced or stored on paper, tapes, films, computer storing devices or any other media and includes, without limiting the generality of the foregoing: computer printouts or media, tapes, discs, electronic mail records, letters, correspondence, telegrams, other written communications, contracts, agreements, notes, work papers, or any other writings, including non-identical copies, drafts or other transcripts of the foregoing documents is requested or referred to, the request or reference shall include but is not limited to, the original and each and every copy and draft thereof having writings, notations, corrections, or makings peculiar to such copy or draft…"Plaintiff objects to searching for or producing ESI contained on disaster recovery, back-up, or archival media, legacy systems, or deleted, fragmented, shadowed, or temporary data on the grounds that such information is not reasonably accessible due to cost and burden, and that the burden and cost of searching, processing, and producing this material would far exceed any marginal benefit to be gained by conducting such a search.

5.     A statement that Plaintiff will produce documents in response to any request herein does not mean that such documents exist, but only that, to the extent such documents do exist and are not subject to the preliminary statement and/or a general objection, Plaintiff will produce non-privileged, responsive documents that are identifiable after a reasonable search.

6.      Plaintiff objects to the requests to the extent that they seek documents and information outside of Plaintiff's possession, custody, or control. Plaintiff objects to searching for, or producing, documents from its outside advisors, attorneys, agents, or consultants.

7.      Plaintiff objects to Instruction Number 1 on the grounds that the fast-paced schedule of this matter does not allow adequate time to update prior discovery responses and because updating them subsequent to the hearing in this matter is not reasonably calculated to lead to the discovery of admissible evidence.

8.      To the extent that information is discoverable not subject to the objections Please refer to the Exhibits filed in connection with respondent's Motion for Judgment on Pleadings , hereby incorporated by reference.

9.       Objection responses call for expert (medical), testimony, from a fact witness.

10. Subject to the foregoing Plaintiff responds as follows:

### PLAINTIFF'S RESPONSES TO RFA

**RFA NO. 1:** Admit that you can communicate.

**RESPONSE:** Objection response calls for medical expert testimony. Subject to the objection, admitted in part as to hand gestures, certain words and phrases, certain colors, and is able to take comprehend outside information and sensations more so then being able to express himself, and denied as to the remainder.

**RFA No. 2 :** Admit that you can read.

**RESPONSE:** Denied, generally, however if text/letters are color coded and in bold, he is able to discern their significance sufficiently to ask for it to be read and explained to him. His ability to discern written information increases with

increased number of similar notices, especially if the writing is designed to convey a sense of urgency.

RFA. No. 3: Admit that you can write.

**RESPONSE: Denied.**


**RFA. No. 4: Admit that you can speak.**

**RESPONSE:** Admitted, to some degree, subject to objection above.


**RFA No. 5. Admit that you can speak English.**

**RESPONSE:** Denied for the most part subject to objection above.


**RFA. No. 6. Admit that you can hear.**

ANSWER: Objection calls for expert testimony. Subject to the objection, he appears to be able to react to some sounds.


**RFA. 7.** Admit that you can understand spoken English.

ANSWER: Admitted in part denied in part.


RFA. 8. Admit that you can read lips.

ANSWER: Admitted that he can discern certain words and conveyance of certain

common phrases, however that he can "read" or discern a wide variety of words

spoken to him.


9. Admit that you can sign using American Sign Language.
ANSWER: Denied.


10. Admit that you can communicate using gestures.

ANSWER: Admitted to a limited degree (for food, bathroom, TV, and when frightened,
alarmed, and distressed).


11. Admit that you are not non-verbal.

ANSWER: Denied, subject to the objections above.


12. Admit that you are not non-hearing.

ANSWER: Denied, subject to the objections above.


13. Admit that you communicate with Barrington Whyte.

ANSWER: Admitted in part denied in part. Not able to express everything he would have

wanted to express even to Mr. Whyte.

14. Admit that Barrington Whyte can communicate with you.

ANSWER: Admitted.

15. Admit that you can understand Barrington Whyte when he communicates with you.
ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10.

16. Admit that you can communicate with representatives of your Employer.

ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10.

17. Admit that representatives of your Employer can communicate with you.

ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10. His only job is to wash dishes which he has done for 20 years.

18. Admit that your Employer communicates with you by speaking English.
ANSWER: Admitted in part denied in part. Employer would point to things using hand gestures, and his job is very elementary, has not changed in 20 years, in wish washing, mopping up, and throwing out garbage.

19. Admit that your Employer communicates with you in writing.

ANSWER: Admitted that employer sends certain writing to his address once or twice a year, pertaining to taxes, denied as to the remainder.

20. Admit that you can understand representatives of your Employer when they communicate with you.
ANSWER: Admitted in part denied in part. Employer would point to things using hand gestures, and his job is very elementary, has not changed in 20 years, in wish washing, mopping up, and throwing out garbage.

21. Admit that you own a telephone or cell phone.
ANSWER:  Admit.

22. Admit that you never saw a representative of the Sheriff's Office on the Property.
ANSWER: Denied.

23. Admit that you or your representative did not personally see a representative of the Sheriff's Office post six (6) separate Eviction Notices and Notices to Vacate.
ANSWER: Denied.

24. Admit that neither you nor your representative spoke with a representative of the
Sheriff's Office at the Property.
ANSWER: Admitted.

25. Admit that you or your representative wrote the date of "May 18, 2018" on the Notice to Vacate attached hereto as Exhibit A.
ANSWER:
Admitted.

26. Admit that you or your representative wrote the date "May 24, 2018" on the Notice to Vacate attached hereto as Exhibit B.

ANSWER: Admitted

27. Admit that you or your representative wrote the date "May 30, 2018" on the Notice to Vacate attached hereto as Exhibit C.
ANSWER: Admitted.

28. Admit that you or your representative wrote the date "June 1, 2018" on the Eviction Notice attached hereto as Exhibit D.
ANSWER: Admitted.

29. Admit that you or your representative wrote the date "June 5, 2018" on the Eviction Notice attached hereto as Exhibit E.
ANSWER: Admitted

30. Admit that you or your representative wrote the date "June 7, 2018" on the Eviction Notice attached hereto as Exhibit F.
ANSWER: Admitted.

31. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit A by mail.
ANSWER: Admitted, my mail and by posting.

32. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit B by mail.

ANSWER: Admitted, and by posting.

33. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit C by mail.

ANSWER: Admitted by mail and by posting.

34. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit D by mail.

ANSWER: Admitted, and by posting.

35. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit E by mail.

ANSWER: Admitted and by posting.

36. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit F by mail.

ANSWER: Admitted, and by posting.

37. Admit that you or your representative received some of the Notices to Vacate attached hereto as Exhibits A through C by mail.

ANSWER: Admitted.

38. Admit that you or your representative received some of the Eviction Notices attached hereto at exhibits D through F by mail.

ANSWER: Admitted.

39. Admit that you do not know the date the Notice to Vacate attached hereto as Exhibit A was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

40. Admit that you do not know the date the Notice to Vacate attached hereto as Exhibit B was posted to the Property.
ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

41. Admit that you do not know the date the Notice to vacate attached hereto as Exhibit C was posted to the Property.
ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

42. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit D was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

43. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit E was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

44. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit F was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

## CERTIFICATION OF SERVICE

**I Predrag Filipovic, hereby certify that I have served the responses to requests for admission upon opposing counsel of record via electronic mail.**

Megan N. Harper

Deputy City Solicitor

City of Philadelphia Law Department

Municipal Services Building

1401 J.F.K. Blvd., 5th Floor

Philadelphia, PA 19102-1595

215-686-0503

megan.harper@phila.gov

# VERIFICATION

I Lyndel Toppin, certify under the penalty of 18 PA Cons Stat§ 4904 § that I am the Plaintiff, in this action and that the responses to foregoing requests for admission, as conveyed to me by the friend of the Court Mr. Barrington Whyte and my attorneys, are true to the best of my knowledge information and belief.

_Barrington Whyte_

Barrington Whyte on behalf of Mr. Toppin, in capacity of Friend of the Court

LYNDEL        TOPPIN

CITY-21

Barrington Whyte
December 12, 2019

        IN THE UNITED STATES BANKRUPTCY COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                    -  -  -
In re:
      LYNDEL TOPPIN    : Chapter 13,
      Debtor          : Bankruptcy No.
------------------------  18-13098
LYNDEL TOPPIN         :
      Plaintiff       :
                      :
            vs.       :
                      :
JEWELL WILLIAMS       : Adv. Proc. No.
SHERIFF OF THE CITY OF : 18000137
PHILADELPHIA and      :
ABDELDAYEM HASSAN     :
a/k/a ABDELDYEM HASSAN :
      Defendants      :
                    -  -  -

        Thursday, December 12, 2019

                 -  -  -

        Oral Deposition of BARRINGTON WHYTE,

taken pursuant to notice, held at Municipal

Services Building, 1401 John F. Kennedy

Boulevard, Room 580, Philadelphia,

Pennsylvania 19102, commencing at

9:45 a.m. before Michelle A. Landman,

Professional Reporter and Notary Public; in

and for the Commonwealth of Pennsylvania.

            STREHLOW & ASSOCIATES, INC.
            54 FRIENDS LANE, SUITE 116
          NEWTOWN, PENNSYLVANIA  18940
                 (215) 504-4622
              SERVING NJ, PA, NY & DE

CITY-22

Barrington Whyte
December 12, 2019

Page 2

1    A P P E A R A N C E S:

2

3    THE LAW OFFICES OF PREDRAG FILIPOVIC

4    By:    PREDRAG FILIPOVIC, ESQUIRE
            1735 Market Street, Suite 3750
5           Philadelphia, Pennsylvania 19103
            267-507-6084
6           PFEsq@ifight4justice.com

7           Representing the Plaintiff

8

9    THE LAW OFFICES OF STEPHEN M. DUNNE

10   By:    STEPHEN M. DUNNE, ESQUIRE
            1515 Market Street, Suite 1200
11          Philadelphia, Pennsylvania  19102
            215-551-7109
12          Stephen@dunnelawoffices.com

13          Representing the Plaintiff

14

15   THE CITY OF PHILADELPHIA - LAW DEPARTMENT

16   By:    MEGAN N. HARPER, ESQUIRE
            JOSHUA DOMER, ESQUIRE
17          Municipal Services Building
            1401 John F. Kennedy Boulevard
18          Room 580
            Philadelphia, Pennsylvania 19102
19          215-685-0503
            MEGAN.HARPER@PHILA.GOV
20          JOSHUA.DOMER@PHILA.GOV

21          Representing the Defendants

22

23

24

Barrington Whyte
December 12, 2019

Page 3

```
 1                    -  -  -

 2               I N D E X

 3                    -  -  -

 4   WITNESS                          PAGE

 5   BARRINGTON WHYTE

 6   (Witness sworn.)

 7   EXAMINATION BY:

 8   Ms. Harper. . . . . . . . . . . . . . 04, 68

 9   Mr. Filipovic . . . . . . . . . . . 66

10

11                    -  -  -

12             E X H I B I T S

13                    -  -  -

14   NUMBER              DESCRIPTION        PAGE

15   D-1    First set of Interrogatories    10

16   D-2    Second Amended Complaint        30

17   *Exhibits were retained by counsel.

18

19

20

21

22

23

24
```

Barrington Whyte
December 12, 2019

Page 4

```
 1                  -   -   -
 2                  BARRINGTON WHYTE, after having
 3          been first duly sworn, was examined
 4          and testified as follows:
 5                  -   -   -
 6                  MS. HARPER:  Usual
 7          stipulations?
 8                  MR. FILIPOVIC:  That's fine.
 9                  -   -   -
10                  (It is hereby stipulated and
11          agreed by and between counsel for
12          the respective parties that
13          reading, signing, sealing,
14          certification and filing are waived
15          and that all objections, except as
16          to the form of the question, be
17          reserved until the time of trial.)
18                  -   -   -
19                  EXAMINATION
20                  -   -   -
21  BY MS. HARPER:
22  Q.     Mr. Whyte, my name is Megan Harper,
23  I'm an attorney with the City of
24  Philadelphia.  How are you doing?
```

Barrington Whyte
December 12, 2019

Page 5

```
 1   A.      Good.  How are you doing?

 2   Q.      Good, thanks.

 3           I'm going to start by giving you a few

 4   instructions with regard to the conduct of

 5   the deposition today.

 6           First, as you know, we have a court

 7   reporter recording our words.  So I ask that

 8   you keep all your responses to my questions

 9   verbal.  Nods of the head won't be -- she

10   won't be able to record those.

11   A.      Okay.

12   Q.      Also, please wait until I finish my

13   question before you start responding.  If we

14   start talking over each other, which is

15   natural in conversation, that causes some

16   confusion on the record as well.

17           I think everybody has an interest in

18   getting the most clear record possible.  So

19   in that regard, if I ask a question that you

20   don't understand, please let me know.  It's

21   important that, you know, we get an accurate

22   as possible record of what we're trying --

23   the facts we're trying to speak about here.

24           In general, I don't want you to guess
```

Barrington Whyte
December 12, 2019

1    at a response to one of my questions.  If you

2    don't know the answer, let me know.  I may

3    try and re-form my question or narrow down

4    the scope of the question, so we can try and

5    get at least some sort of response

6    substantive to the question.  But other than

7    that, try not to guess.

8    A.      Okay.

9    Q.      I do have to ask one question, your

10   counsel may have prepped you on this.  Did

11   you ingest any drugs or alcohol that may

12   impair your ability to give clear testimony

13   today?

14   A.      No.

15   Q.      Okay.  Can you state your full name

16   for the record?

17   A.      Yes, Barrington Whyte.

18   Q.      What is your current address?

19   A.      1425 South 62nd Street, Philadelphia,

20   Pennsylvania 19139.

21   Q.      1425 South 62nd Street, is that --

22   A.      I mean 146, I'm sorry about that.

23   Q.      Have you resided at 1425 South 62nd

24   Street in the near past?

Barrington Whyte
December 12, 2019

Page 7

1    A.      Yes.

2    Q.      Okay.  When did you last reside at

3    that address?

4    A.      I still reside there.

5    Q.      Okay.  So you do not reside at 146

6    South 62nd Street, correct?

7    A.      Yes, I do.

8    Q.      Do you reside in both locations?

9    A.      No, 146 South 62nd Street.

10   Q.      Yeah.

11   A.      That's the current address.

12   Q.      How about 1425 South 62nd Street, have

13   you lived there in the past?

14   A.      No.

15   Q.      Does that address have any

16   significance to you?  I'm just curious as to

17   why you mentioned 1425 South 62nd Street as

18   your address.

19   A.      I probably wasn't thinking.  I

20   apologize for that.

21   Q.      Do you know who lives at 1425 South

22   62nd Street?

23   A.      No.

24   Q.      Can you just give me your date of

Barrington Whyte
December 12, 2019

Page 8

1    birth?

2    A.      February 25, 1983.

3    Q.      And when I refer to the property, just

4    so we're clear from this point forward,

5    unless I say otherwise, when I say the

6    property, I'm referring to 146 South 62nd

7    Street; do you understand that?

8    A.      Yes.

9    Q.      Okay.  Who lives with you at 146 South

10   62nd Street?

11   A.      Lyndel Toppin.

12   Q.      Anybody else?

13   A.      No.

14   Q.      How long have you lived at the

15   property?

16   A.      About, I would say about ten years or

17   so.

18   Q.      Do you know how long Mr. Toppin has

19   lived at the property?

20   A.      About probably 15.

21   Q.      Okay.  Mr. Toppin isn't here with you

22   today, is he?

23   A.      No.

24   Q.      Did you have any involvement in the

Barrington Whyte
December 12, 2019

Page 9

1    decision not to bring him here today?

2    A.    No.

3    Q.    Mr. Toppin is the plaintiff with

4    respect to the lawsuit that we're here taking

5    your deposition for; is that correct?

6    A.    Yes.

7    Q.    Okay.  Can you tell me where you lived

8    before living at the property, say -- give me

9    a -- you mention you lived at the property

10   for the past ten years.

11   A.    Um-hum.

12   Q.    In the ten years prior to that, can

13   you give me some addresses as to where you

14   were residing?

15   A.    I was actually staying with my mother

16   at that time before that.

17   Q.    Okay.  Where is her home?

18   A.    6045 Christian Street.

19   Q.    How about Mr. Toppin, do you know

20   where he lived prior to residing at the

21   property?

22   A.    No, I'm not sure.

23              MS. HARPER:  Could we go off

24          the record for a second.

Barrington Whyte
December 12, 2019

Page 10

```
 1                    -  -  -
 2              (Whereupon, a discussion was
 3         held off the record.)
 4                    -  -  -
 5              (Whereupon the Plaintiff's
 6         Responses to Defendant, The Sheriff
 7         of the City of Philadelphia's First
 8         Set of Interrogatories was marked,
 9         for identification purposes, as
10         Exhibit D-1.)
11                    -  -  -
12   BY MS. HARPER:
13   Q.    I'm going to hand to your counsel
14   copies of what we've marked as Exhibit D-1
15   here.
16              MS. HARPER:  Counsel, could
17         you hand -- when you're ready.
18              MR. FILIPOVIC:  Sure.
19   BY MS. HARPER:
20   Q.    Mr. Whyte, if you could take a look at
21   what has been marked as Exhibit D-1 and let
22   me know when you have had an opportunity
23   review it.  Take your time.  I'm not in a
24   rush.
```

Barrington Whyte
December 12, 2019

Page 11

1           Mr. Whyte, have you had an opportunity

2     to review the document that has been marked

3     D-1?

4     A.     Yes.

5     Q.     I'm going to refer you to the first

6     page underneath what appears as the case

7     caption, it says, Plaintiff's Responses to

8     Defendant, Sheriff of the City of

9     Philadelphia's First Set of Interrogatories,

10    do you see that?

11    A.     Yes.

12    Q.     Have you seen this document before?

13    A.     Yes.

14    Q.     I don't want to know about

15    conversations that you've had with your

16    attorneys, so just be wary that when I ask

17    you, did you assist in providing the

18    information that appears in the answers that

19    are in this document?

20           MR. FILIPOVIC:  Counsel,

21           that's a little bit of -- or is it

22           a work -- attorney work product

23           privilege.

24           MS. HARPER:  No, the

Barrington Whyte
December 12, 2019

Page 12

1          information that was actually

2          requested in the interrogatories,

3          so it's an answer.  I think it's

4          fair to ask here again.

5                  MR. FILIPOVIC:  Well, it was

6          objected to as well.

7                  MS. HARPER:  But it wasn't

8          objected to --

9                  MR. FILIPOVIC:  It was

10         generally objected to.

11                 MS. HARPER:  Okay.  Are you

12         going to allow him to answer?

13                 MR. FILIPOVIC:  Sure.  But

14         under the objection.

15                 So go ahead and repeat the

16         question.

17  BY MS. HARPER:

18  Q.    Do you need me to restate the

19  question?

20  A.    Yes please.

21  Q.    Mr. Whyte, did you assist in providing

22  the responses to these interrogatories?

23  A.    Yes.

24  Q.    Okay.  Can you please refer, on the

Barrington Whyte
December 12, 2019

Page 13

1    third page, the response to interrogatory No.

2    2.  Do you see where it says -- well, the

3    question states, "State all addresses where

4    you lived for the last five years, up to your

5    present address as stated above in your

6    answer to interrogatory No. 1, with

7    approximate dates of when you resided at

8    those addresses and who resided there with

9    you, if anyone."  Do you see that

10   interrogatory No. 2?

11   A.      Yes.

12   Q.      The response to interrogatory No. 2

13   says, "I have resided at 146 South 62nd

14   Street, Philadelphia, PA 19139 for the last

15   30 years."  Did you provide that information?

16   A.      Yes.

17   Q.      Okay.  And today, is it your

18   understanding that when it says "I," this is

19   referring to the plaintiff, Lyndel Toppin?

20   A.      No, I wasn't sure of that.

21   Q.      Well, were you speaking -- when you

22   provided that information that someone had

23   lived there for the last 30 years, were you

24   speaking of yourself or Mr. Toppin?

Barrington Whyte
December 12, 2019

Page 14

1   A.      Of myself.

2   Q.      Okay.  But you're not the plaintiff in

3   this case, correct?

4              MR. FILIPOVIC:  That's been

5         asked and answered.  You don't have

6         to answer it again.

7   BY MS. HARPER:

8   Q.      Okay.  And you, yourself, have only

9   lived at that address for the last ten years,

10  correct?

11  A.      On and off, yes.

12  Q.      And Mr. Toppin, you estimate, has

13  lived there for the last 15 years, correct?

14  A.      In and out of there, yes.

15  Q.      So what is the correct answer to that

16  question that's posed at interrogatory No. 2,

17  which is, "State all addresses where you

18  lived for the last five years, up to the

19  present address."  Here it states, he's lived

20  at the property for 30 years.  Is that

21  accurate?

22  A.      Well, that was actually stating that

23  me and myself was there on and off for 30

24  years.

Barrington Whyte
December 12, 2019

Page 15

1   Q.     Okay.  Can you tell me what your job

2   is currently?

3   A.     Actually, I work now at a warehouse.

4   Q.     How long have you worked at the

5   warehouse?

6   A.     For about a month now.

7   Q.     Where did you work prior to that?

8   A.     I was cooking.

9   Q.     For whom?

10  A.     Catering company by the name Just

11  Serve.

12  Q.     How long did you work for Just Serve?

13  A.     I was there for, I would say about six

14  years.

15  Q.     Okay.  So between October of 2017 and

16  July of 2018, is it fair to say that you were

17  working for the catering company?

18  A.     From July to October.

19  Q.     From October 2017 to July 2018?

20  A.     Yes.

21  Q.     Did you have any other jobs during

22  that time period?

23  A.     Well, I had little like odd carpentry

24  jobs in between.

Barrington Whyte
December 12, 2019

1   Q.     Was that just on an as-needed basis,

2   you weren't scheduled to work?

3   A.     No, I wasn't scheduled, just when

4   needed.

5   Q.     Was it one particular contractor you

6   worked for?

7   A.     No, just for myself, doing that for

8   family members of that nature.

9   Q.     How about Mr. Toppin, I think I have a

10  sense of where he's working and how long he's

11  worked there.  Can you tell me what you know

12  about his employment?

13  A.     From what I know, he's a dishwasher at

14  his job, it's a restaurant.

15  Q.     Do you know what restaurant is it?

16  A.     I believe the name is Au Bon Pain.

17  Q.     Do you know where that restaurant is

18  located?

19  A.     I don't know exactly where it's

20  located, no.

21  Q.     How long, is it your understanding,

22  that he's worked there?

23  A.     How long has he worked there?

24  Q.     Yes.

Barrington Whyte
December 12, 2019

Page 17

1   A.     I would say about over 20 years or so.

2   Q.     Can you tell me, speaking about

3   yourself personally, between October of 2017

4   and July of 2018, can you tell me what your

5   job schedule was like with the catering

6   company?

7   A.     It was every day from morning to

8   night.

9   Q.     Seven days a week?

10  A.     Yes.

11  Q.     Do you know anything about

12  Mr. Toppin's work schedule during that time

13  frame?

14  A.     Not really, because I usually work at

15  that time.

16  Q.     Do you know if he has a regularly

17  scheduled work schedule essentially?

18  A.     Monday through Friday, I believe.

19  Q.     Do you know the hours?

20  A.     That I'm not sure of.

21  Q.     Do you know how old Mr. Toppin is?

22  A.     Not really, I'm not guaranteed.  I'm

23  not sure.

24  Q.     Would you say he's in his 30's?

Barrington Whyte
December 12, 2019

Page 18

1  A.      No, he's older than that.

2  Q.      In his 60's?

3  A.      I could say about that, yeah.

4  Q.      Who is his mother?

5  A.      Eleanor Zalkin.

6  Q.      Who is his father?

7  A.      That I don't know.

8  Q.      What is your relationship to

9  Mr. Toppin?

10  A.      That's my uncle.

11  Q.      So is one of your parents the brother

12  or sister of Eleanor Zalkin?

13  A.      No.

14  Q.      Explain your relationship, if you

15  could, familiar relationship to Lyndel

16  Toppin.  He's your uncle by what?

17  A.      Through my grandmother.

18  Q.      Okay.  Who is your grandmother?

19  A.      Eleanor Zalkin.

20  Q.      You're saying he's the brother of

21  Eleanor Zalkin?

22  A.      That's her son.

23  Q.      It's her son?

24  A.      Yes.

Barrington Whyte
December 12, 2019

1   Q.     Did Eleanor Zalkin have any other

2   children?

3   A.     Not that I know of.

4   Q.     Are you related by blood to

5   Mr. Toppin?

6   A.     Yes.

7   Q.     Can you explain to me how?

8   A.     I mean, from what my grandmother be

9   telling me, it's just him, her and I'm her

10  grandson.  She never really got into the

11  whole schick of everything.

12  Q.     When did you first remember meeting

13  Mr. Toppin?  Do you have a recollection of

14  that?

15  A.     When I was young.  When I was about --

16  I mean, he's been around me most of my life,

17  so I can say as far as me understanding,

18  probably about ten or eight, something like

19  that.

20  Q.     And your grandmother is Eleanor

21  Zalkin, she's deceased, correct?

22  A.     Yes.

23  Q.     Who are your parents?

24  A.     My mother is Lillian.

Barrington Whyte
December 12, 2019

1   Q.    What's her last name?

2   A.    Brooks, B-R-O-O-K-S.

3   Q.    And your father?

4   A.    I don't know.

5   Q.    Okay.  It's my understanding that

6   Mr. Toppin has some sort of limitations in

7   his ability to communicate; is that correct?

8   A.    Yes.

9   Q.    Okay.  Can you describe for me what

10  you observe those limitations to be?

11  A.    He can't hear or talk.

12  Q.    Has it been that way since you've

13  known him?

14  A.    Yes.

15  Q.    Do you know if he ever went to school

16  at any point, like elementary or

17  kindergarten, anything?

18  A.    I'm not sure of that.

19  Q.    You don't know?

20  A.    No.

21  Q.    Do you know if he ever had a legal

22  guardian appointed for him?

23  A.    I believe that's his mother.

24  Q.    He's got a cell phone, correct?

Barrington Whyte
December 12, 2019

Page 21

1   A.      Yes.

2   Q.      What does he use the cell phone for?

3   A.      That I'm -- mostly I see him using it

4   checking the time, is mostly what he uses it

5   for.

6   Q.      Is it any sort of special kind of

7   phone?

8   A.      No.

9   Q.      Just a regular cell phone?

10  A.      Just a regular flip phone.

11  Q.      Okay.  Do you know if he uses it to

12  text folks?

13  A.      No, he can't text.

14  Q.      Can you tell me what he is able to do

15  in terms of speaking?  What can he do?

16  A.      Speaking?

17  Q.      Um-hum.

18  A.      Well, he can't speak at all.

19  Q.      No words?

20  A.      No.

21  Q.      How about in terms of hearing, to your

22  knowledge does he hear anything?

23  A.      He can't hear anything, no.

24  Q.      How about with respect to writing, can

Barrington Whyte
December 12, 2019

Page 22

1    he write anything?

2    A.      His name.

3    Q.      Anything else?

4    A.      That's it.

5    Q.      How about with respect to -- how do

6    you communicate with him?

7    A.      Just basic commands.

8    Q.      Are they sign?

9    A.      Just as, for example, bathroom, you

10   know how us men go to the bathroom, he gives

11   me that indication for bathroom.

12   Q.      So it's sort of your own method of

13   communicating, it's not an official sign

14   language?

15   A.      No, it's not official sign language.

16   Q.      Do you know if he understands sign

17   language?

18   A.      He doesn't.

19   Q.      Do you know if he can read?

20   A.      He can't read.

21   Q.      Is he able to understand what this

22   case is about?

23   A.      No.

24                   MR. FILIPOVIC:  Object to that

Barrington Whyte
December 12, 2019

Page 23

1          as being in the province of an

2          expert, a medical expert.

3                    MS. HARPER:  Is there an

4          expert?

5                    MR. FILIPOVIC:  No, but the

6          question is within province of an

7          expert as far as -- what the

8          question goes, as far as his

9          communications with Mr. Whyte and

10         their general ideas.  But if you

11         are going to ask him about what his

12         -- what Toppin understanding goes

13         beyond communication with Barry and

14         every day activities.

15                   MS. HARPER:  So you're

16         inducting him not to answer

17         questions about his understanding

18         of this case?

19                   MR. FILIPOVIC:  No, I'll let

20         him answer.  The objection that's

21         on the record is that I believe

22         that that question is for an

23         expert.

24                   MS. HARPER:  Okay.  All right.

Barrington Whyte
December 12, 2019

Page 24

```
 1   BY MS. HARPER:

 2   Q.     Well, let me ask you this --

 3             MR. FILIPOVIC:  But he's

 4       already answered.

 5             MS. HARPER:  No, I'm asking a

 6       different question.  That's fine.

 7   BY MS. HARPER:

 8   Q.     Have you tried to convey to Mr. Toppin

 9   what this case is about?

10   A.     In bits and pieces, yes.

11   Q.     Do you think he understands what

12   you're trying to convey?

13   A.     No.

14   Q.     What is your understanding of what the

15   lawsuit is about?

16   A.     Basically it's from the sheriff and

17   all these statements that have been put on to

18   the home that we've been at.

19   Q.     Has Mr. Toppin ever lived alone?

20   A.     No.

21   Q.     Has Mr. Toppin ever lived at 5813

22   Lansdowne Avenue?

23   A.     Yes.

24   Q.     And when did he live there last?
```

Barrington Whyte
December 12, 2019

Page 25

1   A.      I want to say about five, six years

2   ago maybe.

3   Q.      How about 164 Sherbrook Boulevard in

4   Upper Darby, has he lived there?

5   A.      That I don't know of.

6   Q.      Does 6936 Ruskin Lane in Upper Darby

7   ring a bell?

8   A.      No.

9   Q.      Who is Alvita Hughes?

10  A.      That's my cousin.

11  Q.      Is she related to Lyndel Toppin by

12  blood?

13  A.      No.

14  Q.      Has she ever lived with Lyndel Toppin?

15  A.      No.

16  Q.      Have you ever lived in the same home

17  as Alvita Hughes?

18  A.      Yes.

19  Q.      When was that?

20  A.      This was about two years ago.

21  Q.      And what address was that?

22  A.      I can't really remember off top.

23  Q.      It was about two years ago, you don't

24  remember, was it in Philadelphia?

Barrington Whyte
December 12, 2019

Page 26

1   A.      Yes, it was in Philadelphia.

2   Q.      What section?

3   A.      It was in South Philadelphia.

4   Q.      You don't remember the name of the

5   street?

6   A.      I know the building, it's the -- there

7   is a nursing home that's down there in South

8   Philly.

9   Q.      It's near a nursing home or in the

10  nursing home?

11  A.      It's actually the nursing home is in

12  the building.  She was taking care of her

13  mother there.  We were both helping take care

14  of her mother while we were there.

15  Q.      Okay.  Do you know if Mr. Toppin has

16  like a primary care physician, someone who

17  oversees his medical care?

18  A.      I'm not sure of that.

19  Q.      Can you tell me on a day-to-day basis

20  how you -- how, if at all, you assist

21  Mr. Toppin with his sort of daily activities

22  of living?

23  A.      Well, myself personally, I try, you

24  know, when I get off of work, I try to like

Barrington Whyte
December 12, 2019

Page 27

1   make him meals and things like that.  You

2   know, just set up like an eating plan for

3   him.

4   Q.      Is he able to get to and from work on

5   his own?

6   A.      Yes.

7   Q.      How does he do that?

8   A.      He catches the el train.

9   Q.      Do you have his cell phone number in

10  your cell phone?

11  A.      No.

12  Q.      Do you ever use his cell phone to

13  communicate with him in any way?

14  A.      No.

15  Q.      Other than preparing meals for him, or

16  having a meal plan, eating plan for him, is

17  there anything else you do to assist with his

18  daily activities of living?

19  A.      No.  Basically I wash his clothes from

20  time to time.

21  Q.      Okay.

22  A.      And I maybe -- well, he has like this

23  kind of pain, his legs swell, so I massage

24  his leg every once in a while.

Barrington Whyte
December 12, 2019

Page 28

1   Q.     Do you know anything about the history

2   of his communication limitations?  Like do

3   you know if anything happened to him to cause

4   those?

5   A.     I'm not sure, no.

6   Q.     Okay.  Can you describe the front of

7   the property at 146 South 62nd Street.  If

8   I'm looking at it from the sidewalk -- is

9   there a sidewalk in front of it?

10  A.     Yes.

11  Q.     Describe what the front of the

12  property looks like to me.

13  A.     Looking at it from the front, you have

14  the first three steps you walk up.  And then

15  it's about another six, seven steps and then

16  it's the screen door and the regular door.

17  And to the right it has a big window.

18  Q.     Okay.  Where is your room -- do you

19  have a bedroom in that house?

20  A.     Yes.

21  Q.     Where is that?

22  A.     The front bedroom.

23  Q.     So does it face the street?

24  A.     Yes.

Barrington Whyte
December 12, 2019

Page 29

1    Q.     And is there a window in your room

2    that faces the street?

3    A.     Yes.

4    Q.     Does the house currently have water

5    service?

6    A.     Yes.

7    Q.     Has it been without water service for

8    any period of time in the recent past?

9    A.     At one point I had a water pipe broke.

10   About two winters ago a pipe busted, I had

11   the water department come fix it for me.

12   Q.     Since that period two years ago, water

13   has been supplied to the property?

14   A.     Yes.

15   Q.     How about other utilities, electric?

16   A.     Yes.

17   Q.     Gas?

18   A.     Yes.

19   Q.     And was that true in October of 2017

20   through July of 2018 for all of those

21   utilities?

22   A.     I'm sorry?

23   Q.     Did the house have water --

24   A.     Yes.

Barrington Whyte
December 12, 2019

Page 30

1    Q.      -- from October 2017 to July 2018?

2    A.      Yes.

3    Q.      Did it have gas from October 2017 to

4    July 2018?

5    A.      Yes.

6    Q.      Did it have electric from October 2017

7    to July 2018?

8    A.      Yes.

9            MS. HARPER:  Mark that as D-2

10           please.

11                   -  -  -

12           (Whereupon the United States

13           Bankruptcy Court Complaint was

14           marked, for identification

15           purposes, as Exhibit D-2.)

16                   -  -  -

17   BY MS. HARPER:

18   Q.      I'm passing what has been marked as

19   D-2 along with copies of that document to

20   your counsel.

21           Once you have the document before you,

22   please take your time and take a look at it.

23           MS. HARPER:  And I will say,

24           counsel, I didn't include the

Barrington Whyte
December 12, 2019

1          Exhibits to this just for volume

2          sake.

3               MR. DUNNE:  That's all right.

4               MR. FILIPOVIC:  Whatever fits

5          your purpose.

6     BY MS. HARPER:

7     Q.      Mr. Whyte, have you had an opportunity

8     to review what was marked as Exhibit D-2?

9     A.      Yes.

10    Q.      And can you tell me what your

11    understanding is to what this document is?

12    A.      The bankruptcy case and the claim

13    against the Sheriff's Office.

14    Q.      Have you seen this document before?

15    A.      Yes.

16    Q.      Did you assist in providing

17    information that appears in this document?

18    A.      Yes.

19    Q.      I'd like you to turn to page 2 of 14,

20    you'll see that at the top.  Are you on page

21    2 of 14?

22    A.      Yes.

23    Q.      There is a paragraph at the very top

24    of the document, I'm going to read the last

Barrington Whyte
December 12, 2019

Page 32

1    sentence of that paragraph for you.  It says,

2    "Yet, more than six weeks after it was placed

3    on notice and knowledge of, Mr. Toppin's

4    bankruptcy, defendants continue to employ

5    process by sending armed Philadelphia

6    Sheriffs to the debtor's personal residence

7    on six separate occasions in direct

8    contravention of 11 U.S.C., Section 362" --

9    that squiggly line stands for section -- "a,

10   (the automatic stay) and with express orders

11   of this court."

12          Do you see that sentence?

13   A.     Yes.

14   Q.     I'm going to refer you to the part

15   that says, "Sending armed Philadelphia

16   Sheriffs to the debtor's personal residence

17   on six separate occasions."  Do you

18   understand who the debtor is?

19   A.     I believe Lyndel.

20   Q.     Okay.  And do you understand what it

21   means when it says residence?

22   A.     The home.

23   Q.     And that's the property we have been

24   talking about?

Barrington Whyte
December 12, 2019

1  A.     Yes.

2  Q.     And that information, six separate

3  occasions, where did that information come

4  from?

5  A.     The notices that were put on the door.

6  Q.     And the information that the sheriffs

7  were armed, do you see that?  It says,

8  "Sending armed Philadelphia Sheriffs."  Where

9  did that information come from?

10             MR. FILIPOVIC:  I'm going to

11        just repeat my continuing objection

12        to the attorney work product for

13        the complaint.

14             MS. HARPER:  It couldn't

15        possibly come from the attorneys

16        because they weren't there.  This

17        is a fact.

18             MR. FILIPOVIC:  It is a

19        pleading done by --

20             MS. HARPER:  It is a fact.

21             MR. FILIPOVIC:  It is a fact.

22        But where it came from is within

23        the scope of attorney work product.

24             MS. HARPER:  You couldn't have

Barrington Whyte
December 12, 2019

Page 34

1          possibly given it to him.

2                    MR. FILIPOVIC:  Irregardless

3          of who and what and where it came

4          from, I believe that -- just my

5          standing objection.  He can answers

6          if he know.

7                    MS. HARPER:  Is it your belief

8          that I don't have a right to

9          understand where the facts that

10         were asserted against my client

11         were derived from, where they came

12         from?  Isn't that what discovery

13         was about?

14                    MR. FILIPOVIC:  You just need

15         to rephrase the question a little.

16                    MS. HARPER:  Okay.  I'll try.

17    BY MS. HARPER:

18    Q.    That statement, "Armed Philadelphia

19    Sheriffs," were they armed?

20    A.    That I'm not sure of.

21    Q.    You didn't see them?

22    A.    Me personally, no.

23    Q.    You weren't there on the six occasions

24    when they allegedly came to the property?

Barrington Whyte
December 12, 2019

Page 35

1    A.      No, I wasn't there.

2    Q.      Was Mr. Toppin?

3    A.      Probably he was.

4    Q.      How do you know?

5    A.      Well, I'm usually at work, like I

6    said, all day, and he doesn't work all day.

7    Q.      What are the hours that he works?

8            MR. FILIPOVIC:  Objection.

9            Asked and answered.

10           MS. HARPER:  No.  I know what

11           days he works.

12           MR. FILIPOVIC:  No, it was

13           about the hours.  We can go back on

14           record, counsel, and we can take a

15           look.  He said he wasn't sure about

16           the hours.

17           THE WITNESS:  No.

18   BY MS. HARPER:

19   Q.      So if you're not sure about the hours

20   that he worked, how can you be sure he was

21   there when these armed sheriffs allegedly

22   came to the property?

23   A.      The job that he works at, it's a

24   certain time it closes, it doesn't stay open

Barrington Whyte
December 12, 2019

Page 36

1   all night long.  I would take it it closes

2   regular, like 5:00.

3   Q.      Closes around 5:00?

4   A.      Like around that time.

5   Q.      So you would expect him home some time

6   after 5:00?

7   A.      Or any time before that.  I don't know

8   if he works the whole day.  I'm just saying,

9   the business probably stays open until about

10  five, but I don't know if he actually stays

11  until five.

12  Q.      But you live with him.  Do you get any

13  general sense of his comings and goings?

14  A.      Well, when I come in, I just -- I get

15  the sense when he's home.  You know, it's

16  just a feeling I get that somebody is in the

17  house already.

18  Q.      Can you tell me if there is any

19  regularity to that?  Like when you come home

20  on Monday, say -- what time do you usually

21  get home on a Monday?

22  A.      It varies, because I take public

23  transportation, so it varies.

24  Q.      I hear you.

Barrington Whyte
December 12, 2019

1   A.      So if anything, probably about --

2   well, if I'm lucky, about 11.

3   Q.      At night?

4   A.      Yes.

5   Q.      And he's usually home by 11 at night?

6   A.      Yes.

7   Q.      Is that the same as Tuesday?

8   A.      Yes.

9   Q.      Wednesday?

10  A.      I could say that, yes.

11  Q.      Thursday?

12  A.      Yes.

13  Q.      And Friday?

14  A.      Yes.

15  Q.      Now I think when we were talking about

16  a time frame earlier, about October 2017 to

17  July 2018, I think you had a different job

18  then, that was when you were working for the

19  caterer.  What time of night or day would you

20  generally come home from that job?

21          You mentioned you worked every day,

22  morning to night.  So about what time would

23  you get home?

24  A.      If it's a normal day, probably about

Barrington Whyte
December 12, 2019

Page 38

1    11.  If we get off early or we have nobody to

2    cook for or if the show was canceled that

3    day, probably about eight, 9:00.

4    Q.      Eight, 9:00 at night?

5    A.      Yes, p.m.

6    Q.      When you had that catering job and

7    when you would get home from that catering

8    job, was Mr. Toppin generally home already?

9    A.      Yes.

10   Q.      When you left for the catering job in

11   the morning, what time would you leave?

12   A.      That would be about -- I would say

13   about like seven.  I would have to leave two

14   hours earlier than I have to be there, so

15   about seven.

16   Q.      Seven in the morning?

17   A.      Yes.

18   Q.      Was Mr. Toppin generally home when you

19   left the property?

20   A.      Well, he would be getting himself like

21   prepared to leave around that time.

22   Q.      So is it your understanding that he

23   would leave for work at like the same time as

24   you?

Barrington Whyte
December 12, 2019

Page 39

1   A.     I would say, if anything I would

2   probably think around nine or something.

3   Q.     In the morning?

4   A.     Yes.

5   Q.     And he has a Monday through Friday job

6   you think; is that correct?

7   A.     Yes.

8   Q.     Okay.  And this was true as of the

9   time frame of October 2017 to July 2018; is

10  that correct?

11  A.     Yes.

12  Q.     Okay.  So let's go back to page 2 of

13  the document that has been marked as D-2.  If

14  you look at the next paragraph, there is a

15  bunch of dates bolded and underlined; do you

16  see those?

17  A.     Yes.

18  Q.     Could you please read -- I guess

19  that's all one sentence there.  Could you

20  please read, you can do this to yourself,

21  that's fine, the sentence that includes those

22  dates.  Take a moment to look at that.

23  A.     (Witness complies.)

24  Q.     Have you had a moment to look at that

Barrington Whyte
December 12, 2019

Page 40

1   sentence?

2   A.      Yes.

3   Q.      It's a pretty long one.  Those dates

4   that appear there that are bolded and

5   underlined.  I think there is three of them,

6   May 18, 2018, May 24, 2018, May 30, 2018,

7   June 1, 2018, June 5, 2018 and June 7, 2018,

8   those are six dates, correct?

9   A.      Yes.

10  Q.      And according to this document, those

11  are the dates that notices were posted on the

12  property; is that correct?

13  A.      Yes.

14  Q.      All right.  Did you provide the

15  information that appears in that sentence

16  regarding the dates that notices were posted

17  on the property?

18  A.      Yes.

19  Q.      And how do you know that that

20  information is correct?

21  A.      Well, these were around about dates

22  that they would come in.  It was so frequent,

23  you know, it was like kind of -- it was

24  getting irritating, so I couldn't really

Barrington Whyte
December 12, 2019

Page 41

1    forget those days that they were putting them

2    up there, it was really getting to me, it was

3    embarrassing at a point.

4           So my main focus was like remembering

5    these times when they were put there so I

6    could transfer that information to my lawyer.

7    Q.    And what does "posted" mean to you?

8    What does that term mean to you?

9    A.    Like placed in vision for you to

10   notice.

11   Q.    When was the first notice that you saw

12   on the property?  What date is that?

13   A.    May -- well, it was around May.

14   Around the 18th, around that time in May.

15   Q.    And where was the notice that you

16   observed?

17   A.    That one was on the front door.  It

18   was posted on the front door inside of the

19   screen door.

20   Q.    And you observed one notice on May

21   18th?

22   A.    Yes.

23   Q.    What time of day did you observe that

24   notice on May 18th; do you recall?

Barrington Whyte
December 12, 2019

Page 42

1   A.     That was -- that was like in the

2   afternoon.

3   Q.     So you were home from work on May

4   18th?

5   A.     Yes, that day, yes.

6          MS. HARPER:  I'm just looking

7          at a calendar here, and, you know,

8          I'm happy to circulate it.  I don't

9          intend to mark this as an Exhibit,

10         just a calendar from 2018.  Do you

11         want a copy to look along?

12         MR. FILIPOVIC:  We don't need

13         it.  Thank you.

14  BY MS. HARPER:

15  Q.     So May 18th was a Friday.  It says May

16  18th of 2018, that was a Friday.

17  A.     Yes.

18  Q.     You, apparently, I guess, weren't

19  working a full day that day?

20  A.     No.

21  Q.     On May 24th, that's the next date that

22  was stated, is that the next date you

23  observed a notice posted at the property?

24  A.     Well, that date is actually when

Barrington Whyte
December 12, 2019

Page 43

1   Lyndel had given me the paper on that

2   occasion.

3   Q.     Do you know where he got it?

4   A.     It had tape on it, so I'm pretty sure

5   the front door.

6   Q.     Did you see any envelope with it?

7   A.     No.  No envelope.

8   Q.     Are you sure it wasn't the notice that

9   you observed on May 18th?

10  A.     It looked like the same notice, yes.

11  Q.     Could it have been the same notice?

12  A.     Not that same.  The notice that I got

13  the first time I took that out and had it in

14  my room.  So this was the second notice that

15  he gave me this time.

16  Q.     You don't know where he observed that

17  notice first, do you?

18  A.     No, I just assumed it was the front

19  door.  When he handed it to me, it had the

20  silver two pieces of tape on the side of the

21  paper.

22  Q.     What kind of tape?

23  A.     It was just basic duct tape.

24  Q.     But you can't say personally whether

Barrington Whyte
December 12, 2019

Page 44

1    that notice on May 24th was actually posted

2    to the door?

3    A.     No, not exactly.

4    Q.     How about on May 30th, that's the

5    approximate date of the next notice.  Did you

6    observe a notice on the property on May 30th?

7    A.     No, that's another one that actually

8    was inside the house actually that day.

9    Q.     What did you observe?

10   A.     Well, it was on the couch when I came

11   in, so I'm assuming he got to it first and,

12   you know, put it there.

13   Q.     But he can't communicate with you as

14   to how he got a hold of that, can he?

15   A.     No.  But I just looked at it as the

16   tape being on there, it was the same way.

17   Because they all came the same exact way.

18   Q.     Did any of them have envelopes

19   associated with them?

20   A.     No.  No envelopes.

21   Q.     How about June 1st, did you observe

22   that one posted on the house?

23   A.     That's another one that he gave to me

24   also.

Barrington Whyte
December 12, 2019

Page 45

1    Q.     Did you try and communicate with

2    Mr. Toppin at all on these dates as to what

3    the notices were about?

4    A.     Well, not actually communicate.  Well,

5    the second one, like when he -- when I saw it

6    on the couch, and I actually picked it up, he

7    was coming down at that particular time and

8    he just saw like how I was just like shaking

9    my head.

10          The first one, I understood.  But the

11   second one, I couldn't really process it

12   through my head.  So me looking at it, I was

13   just shaking my head at that time.

14   Q.     What did you do -- okay.  So I know

15   the May 18th notice you said you had taken

16   that to your room; is that correct?

17   A.     The May 18th, yes.

18   Q.     How about, what happened with the May

19   24th notice, the second one?

20   A.     Yes.

21   Q.     What happened with that after you saw

22   it?

23   A.     I kept that one also.

24   Q.     In your room?

Barrington Whyte
December 12, 2019

Page 46

1    A.      Yes.

2    Q.      All right.  How about the May 30th

3    notice, what happened to that after you saw

4    it?

5    A.      Kept that one.  Filed it also.

6    Q.      Filed it in what?

7    A.      Just put it in my folder so I wouldn't

8    lose it.

9    Q.      You had a folder for this purpose?

10   A.      No.  Just so I didn't lose it.  I had

11   a folder in my house and I decided to put it

12   in there.

13   Q.      What happened with the June 1st notice

14   after you saw it?

15   A.      Put that one up also.

16   Q.      Okay.  How about June 5th.  Can you

17   tell me when you first saw the June 5th

18   notice?

19   A.      That one was actually on the dining

20   room table when I actually came in that day

21   -- well, that night.  It was on the dining

22   room table.

23   Q.      Do you know how it got there?

24   A.      I'm pretty sure my uncle.

Barrington Whyte
December 12, 2019

Page 47

1    Q.    Did this one also have tape?

2    A.    Yes.

3    Q.    Was there any envelope associated with

4    this one?

5    A.    No envelopes.  No.

6    Q.    How about June 7th?

7    A.    That one was inside the house also.

8    Q.    Where was it?

9    A.    On the table also.

10   Q.    Did it have tape on it?

11   A.    I'm sorry?

12   Q.    Was there tape on it?

13   A.    Yes.

14   Q.    Did you take the tape off of any of

15   these notices at any point in time?

16   A.    No, left it on.

17   Q.    So when you gave them to your

18   attorney, they had the tape on them?

19             MR. FILIPOVIC:  Objection.

20             MS. HARPER:  It's a question.

21             MR. FILIPOVIC:  It's a

22       question that presumes facts not on

23       the record.

24             MS. HARPER:  Okay.

Barrington Whyte
December 12, 2019

Page 48

1    BY MS. HARPER:

2    Q.    Do you know if Mr. Toppin took the

3    tape off the notices at any point in time?

4    A.    No, I don't know if he took them off.

5    Q.    Do you know if there was tape on the

6    notices -- did you provide the notices to

7    Mr. Dunne?

8    A.    Yes.

9    Q.    When you provided the notices to

10   Mr. Dunne, did they have tape on them?

11   A.    No, I don't think.  I think I took the

12   tape off of them.

13   Q.    I thought you just said you didn't

14   take the tape off of them?

15   A.    When I took them to him, I took the

16   tape off of them.  When I had it in my house

17   filed in the folder, I left it on.  To make

18   it look more neat and kosher to him, I took

19   the tape off.

20   Q.    So you don't have any photos of the

21   notices with the actual tape on them, do you?

22   A.    No.

23   Q.    Do you have a Ring doorbell?

24   A.    No.

Barrington Whyte
December 12, 2019

Page 49

1    Q.    Do you know what a Ring doorbell is?

2    A.    Yes.  I don't have one.

3    Q.    Do you have any security cameras

4    outside your house?

5    A.    No.

6    Q.    And when these notices left your

7    possession, did they have anything else with

8    them?  You said there were no envelopes,

9    correct?

10   A.    No envelopes.  No.

11   Q.    Okay.  And so it's fair to say that

12   other than the very first notice of May 18th,

13   you never actually observed a notice posted

14   on the property?

15   A.    Me personally, no.

16   Q.    Okay.

17              MR. FILIPOVIC:  Just to

18         clarify that, is that, notice being

19         posted on the property?

20              MS. HARPER:  No posted.

21              MR. FILIPOVIC:  Or a posted

22         notice on property?

23              MS. HARPER:  Um-hum.  We

24         already know he didn't see anybody

Barrington Whyte
December 12, 2019

Page 50

1          posting the notices, that's clear.

2                  MR. FILIPOVIC:  I need to go

3          to the restroom, if that's okay.

4                  MS. HARPER:  Sure.  Sure.

5                      -  -  -

6                  (Whereupon, a brief recess was

7          taken at 10:53 a.m. and the

8          deposition resumed at 11:05 a.m.)

9                      -  -  -

10   BY MS. HARPER:

11   Q.    I'm going to ask you a series of

12   questions about Mr. Toppin, and just answer

13   me if you can, if you don't know the answer,

14   that's fine, let me know.

15   A.    Okay.

16   Q.    Counsel is probably going to accuse me

17   of having asked and answered on this one

18   already, but we have gone through specific

19   dates, May 18th, May 24th, May 30th, June

20   1st, June 5th, June 7th, can you say with

21   absolute certainty that on any one of those

22   days Mr. Toppin was home when a notice was

23   allegedly posted?

24                  MR. FILIPOVIC:  Objection as

Barrington Whyte
December 12, 2019

Page 51

1          to absolute certainty.

2     BY MS. HARPER:

3     Q.     Well, do you know if he was home on

4     any one of these days when a notice was

5     allegedly posted?

6     A.     Well, I can't be actually sure.  I

7     don't know if he got there before it came or

8     after it came.

9     Q.     Do you know if he saw someone with a

10    gun on them on those days?

11    A.     I wouldn't say actually he was saying

12    like he saw somebody with a gun.  But he

13    compared like the little shield thing, he

14    just like made a comparison of the two.  Just

15    showing me the similarity of the two.

16    Q.     Was there a gun on the symbol?

17    A.     No, but just a shield.

18    Q.     Okay.  Did Mr. Toppin, at any point in

19    time, try and describe to you a person that

20    came on the property on any one of those

21    days?

22    A.     When I saw him, like I said, he showed

23    me the comparison of like the shield that was

24    on the notice or whatever, and he just

Barrington Whyte
December 12, 2019

Page 52

1   pointed to the similarity.  He put the paper

2   next to himself and he showed me he peeked

3   through.

4   Q.     So what is your understanding?

5          You're gesturing, which is hard for

6   the court reporter to take down.  And if I

7   may try and summarize what you're showing me.

8   I'm going to turn the direction you're

9   sitting.

10         Which is that you believe Mr. Toppin

11  was gesturing to a shield on a piece of paper

12  and to his chest?

13  A.     On the notice, yes.  He was showing me

14  the comparison of the two, like he seen that

15  shield on the person.

16  Q.     On the person, okay.

17  A.     Yeah.

18  Q.     All right.  I'm going to refer you

19  back to what was marked as Exhibit D-2.

20         Well, before I do that.  Let me ask

21  you a few more questions.  We talked a little

22  bit about how you assist Mr. Toppin in his

23  day-to-day life, and that included maybe a

24  leg massage and with this eating plan.

Barrington Whyte
December 12, 2019

Page 53

1        I asked you if there was anything else

2    you would do to assist him.  I don't think

3    you stated too much else.  So I'm going to

4    ask you some specific questions about that.

5        Do you do grocery shopping for

6    Mr. Toppin?

7    A.    Not particularly for him.  I do it for

8    the house.  So just whatever I buy is for

9    both of us.

10   Q.    Does he do any grocery shopping

11   himself?

12   A.    No.

13   Q.    Do you do banking for Mr. Toppin?

14   A.    Well, just on Friday when he gets paid

15   I would go down to the MAC machine with him

16   just to type his numbers in.

17   Q.    Does he have his own bank account?

18   A.    I think it's just the job card.

19   Q.    Okay.

20   A.    Jobs now, they put the paychecks on

21   cards now.

22   Q.    But back in -- when did that start?  I

23   think you just mentioned that you put

24   something in the -- go down to the machine

Barrington Whyte
December 12, 2019

Page 54

1   and put money in the ATM, correct?

2   A.      No.

3   Q.      Okay.  Maybe I misunderstood.  You

4   said on Fridays when he gets paid, you take

5   him down to the MAC machine.  Is that to get

6   money out of the machine?

7   A.      Yes, in case he needs any money or

8   anything.

9   Q.      Do you know where he does his banking?

10  A.      No, I'm not sure.

11  Q.      Do you know how much he gets paid each

12  week?

13  A.      I'm not sure on that either.

14  Q.      Do you believe he gets paid on a

15  weekly basis?

16  A.      I believe it's on a weekly basis, yes.

17  Q.      Did you have any involvement when

18  Mr. Toppin was applying for or obtaining the

19  job he's held for the last 20 years?

20  A.      No.

21  Q.      So do you have any information as to

22  how he got that job?

23  A.      I'm pretty sure through his mother, if

24  anything.

Barrington Whyte
December 12, 2019

Page 55

```
 1   Q.    His mother was still alive at the
 2   time?
 3   A.    Yes.
 4             MR. DOMER:  If we can take a
 5         second, go off the record.
 6                   -  -  -
 7             (Whereupon, a discussion was
 8         held off the record.)
 9                   -  -  -
10   BY MS. HARPER:
11   Q.    Mr. Whyte, just going back to what we
12   were talking about a little bit about
13   Mr. Toppin's pay.  I'd also like to know, who
14   pays the bills in the house?
15   A.    I do.
16   Q.    Okay.  So you pay the property taxes?
17   A.    Yes.
18   Q.    About how much are they, per year?
19   A.    I believe at the time it was like $360
20   or something around that.
21   Q.    How about the water bill?  How much is
22   that, on average?
23   A.    That's about, say about $100
24   something.
```

Barrington Whyte
December 12, 2019

Page 56

1    Q.      Gas bill, how much is that on average

2    per month?

3    A.      Close to like 80-90.

4    Q.      And lastly the energy bill for PECO,

5    how much is that a month, on average?

6    A.      That's 150 a month, sometimes more.

7    Q.      Does Mr. Toppin contribute to payment

8    for these bills?

9    A.      I don't ask for it, no.

10   Q.      So you're the only one paying these

11   bills in the house?

12   A.      Yes.

13   Q.      With your money?

14   A.      Yes.

15   Q.      All right.  So looking back again at

16   what was marked as D-2, which is the

17   complaint, if you can take a look at that.

18           Let's look at D-1.  Take a look at D-1

19   instead, I believe you had an opportunity to

20   review D-1 previously, correct?

21   A.      Yes.

22   Q.      I'm going to turn your attention then

23   to interrogatory No. 15.  Which is towards

24   the back.  Just let me know when you have

Barrington Whyte
December 12, 2019

Page 57

1    reached interrogatory No. 15.

2    A.      I'm not sure which one that is.

3    Q.      Maybe your counsel can point to -- the

4    page that starts with interrogatory No. 14,

5    interrogatory 15 is there too.

6                    MR. FILIPOVIC:  Starts with

7            No. 15.

8                    MS. HARPER:  14.  The top of

9            the page.

10                   MR. FILIPOVIC:  Okay.  All

11           right.

12                   MS. HARPER:  Third page from

13           the back.

14                   MR. FILIPOVIC:  That helps.

15           Okay.  I believe that's it.

16   BY MS. HARPER:

17   Q.      All right.  So I guess these -- I have

18   to kind of cover both 14 and 15 here.  The

19   very first interrogatory No. 14 at the top,

20   do you see that where it says, "Do you claim

21   to have experienced emotional distress as a

22   result of the sheriff's alleged violations of

23   the automatic stay?"  Do you see that?

24   A.      Yes.

Barrington Whyte
December 12, 2019

Page 58

1    Q.      The answer there is what?

2    A.      "Yes."

3    Q.      Did you provide that information that

4    informed the answer to this interrogatory?

5    A.      Yes.

6    Q.      And is it your understanding that that

7    question when it says, "You claim to have

8    experienced emotional distress," that that is

9    referring to Lyndel Toppin?

10   A.      Yes.

11   Q.      In the answer to the next

12   interrogatory, you'll see there is

13   subparagraphs to interrogatory No. 15, do you

14   see that?

15   A.      Yes.

16   Q.      And it says, "If your answer to

17   interrogatory No. 14 was yes, please:"  And

18   then there is subparagraph A, "Set forth the

19   nature of the emotional distress."  Do you

20   see that?

21   A.      Yes.

22   Q.      In the response to interrogatory No.

23   15, subparagraph A it says, "Armed

24   Philadelphia Sheriffs appeared at my home and

Barrington Whyte
December 12, 2019

Page 59

1    posted six separate 'Notices to Vacate' and

2    'Eviction Notices' that caused me a

3    substantial amount of undue frustration,

4    anxiety and mental anguish."  Do you see

5    that?

6    A.     Yes.

7    Q.     Did you provide the information in

8    response to that interrogatory 15,

9    subparagraph A?

10   A.     Yes.

11   Q.     Tell me how you know -- we've already

12   discussed the armed sheriffs and whether they

13   were at the property on six separate

14   occasions to post notices, but tell me how

15   you know Mr. Toppin was caused undue

16   frustration, anxiety and mental anguish as a

17   result of those allegations?

18   A.     Well, his actions started changing

19   during the process of the whole situation.

20   Because he smokes cigarettes, so he actually

21   was smoking more during this time of this

22   whole thing.

23          A few times -- I wouldn't say a few, I

24   would say a couple.  A couple times I've come

Barrington Whyte
December 12, 2019

Page 60

1    home and the meal I set out in the microwave

2    or left on the table or whatever, still been

3    there more than any other time.

4          Normally when I get in that late --

5    normally he's probably asleep or something,

6    but I noticed that his light under his door

7    has been on.

8    Q.    And what time frame are you noticing

9    these things?  Let's start with the increased

10   smoking.  When was it that he started smoking

11   more?

12   A.    Well, that was actually, I want to say

13   after like the second time like when he

14   actually saw me with the notice in my hand.

15   Q.    Which notice?

16   A.    The second notice.

17   Q.    Okay.

18   A.    Because when I notice like after that

19   time, the smoking picked up more.  I was

20   smelling it more heavier in the house.

21   Q.    Did you notice anything like that

22   occurring before the property was sold at

23   sheriff's sale?

24   A.    He would smoke probably one cigarette

Barrington Whyte
December 12, 2019

Page 61

1   a week, if anything.

2   Q.     After the property was sold at a

3   sheriff's sale, was he still smoking one a

4   week?

5   A.     Yes, it was one a week.

6   Q.     And then when the Notice to Vacate

7   showed up, how much did he start smoking?

8   A.     Well, it kind of -- I would say it

9   increased around that time.  It was like

10  about three to -- three cigarettes maybe a

11  day at that point.

12  Q.     Do you buy the cigarettes for

13  Mr. Toppin?

14  A.     No.

15  Q.     You say you work day to night when you

16  were working for the catering company, you

17  usually got home around 11, how do you know

18  how much he was smoking?

19  A.     Well, the cigarette butts that were in

20  the house were not fully smoked all the way

21  down like people would smoke them.  It was

22  like he put them out a quarter of it, it

23  looked like there was another one lit up.  It

24  was probably about three or four in the

Barrington Whyte
December 12, 2019

Page 62

1    ashtray with the same length of the

2    cigarette.

3    Q.     What brand?

4    A.     Newports.

5    Q.     Was it always the same brand for him?

6    A.     Yes.

7    Q.     Okay.  Meals left out.  Again, I

8    believe around this time you were generally

9    getting home from work pretty late; is that

10   correct?

11   A.     Yes.

12   Q.     And Mr. Toppin, was he awake when you

13   got home during this time frame that we're

14   talking about, back when the notices were

15   showing up?

16   A.     Normally he wasn't but it was a few

17   times I seen his light under his door, like

18   when I come up, I have to walk passed his

19   door to get to my room.  I would see under

20   the door his light was on and know that he

21   was still woke.

22   Q.     Were there any other signs or symptoms

23   that you observed, besides the smoking and

24   the light under his door, and maybe an

Barrington Whyte
December 12, 2019

Page 63

1  uneaten meal here and there?

2  A.    Just him, he never actually like paced

3  before.  But that was another thing I noticed

4  also, it was kind of weird to me.

5        And then like it was only one time out

6  of that that he was telling me he had like a

7  little headache in his head.  He just

8  indicated to me that he wanted a pill because

9  his head was hurting.

10 Q.    How do you know that that was related

11 to what was going on with the notices, if at

12 all?

13 A.    Well, it just all just collided around

14 all that same time, so I just assumed it was

15 from smoking more cigarettes at the point.

16 Q.    If you turn the next page on what has

17 been marked as D-1.

18 A.    Which one?

19 Q.    I'm going to have you look at

20 interrogatory No. 17 which is the second one

21 there.  It says, "Identify the compensatory

22 damages which you seek and the facts

23 supporting your claim for such damages."

24        In response to interrogatory No. 17 it

Barrington Whyte
December 12, 2019

Page 64

1    says, "Out of pocket expenses include all the

2    time I spent visiting my attorney's office to

3    stop the continuing violation of automatic

4    stay; lost potential income due to the time I

5    was unavailable to work as a result of

6    spending time at my attorney's office and

7    transportation costs to/from my attorney's

8    office."  Do you see that information?

9    A.      Yes.

10   Q.      Now when the response uses the term

11   "I" and "my" quite a bit, is it your

12   understanding this refers to Mr. Toppin and

13   not you, correct?

14   A.      Yes.

15   Q.      So how do we know what days Mr. Toppin

16   took off from work?  Do you have any record

17   of that?

18   A.      No, I don't have any records of that.

19   Q.      Did you have to make the phone calls

20   to his employer to say he needed time off?

21   A.      Yes.

22   Q.      So do you recall what days that

23   happened?

24   A.      I don't remember exactly.  It was more

Barrington Whyte
December 12, 2019

Page 65

1    than likely after the notice -- well, the

2    first notice when I had to contact my lawyer

3    to, you know, let him know whatever.

4    Q.     He's your lawyer?  Mr. Dunne is your

5    lawyer?

6    A.     Yes.  And to let him know about the

7    notices and everything like that.

8    Q.     All right.  But do you recall how many

9    times you went to Mr. Dunne's office?

10   A.     I went there a lot of times myself.  I

11   have been there a lot.

12   Q.     Was Mr. Toppin with you every time you

13   went?

14   A.     He was only with me a few times

15   because I didn't really want to keep pulling

16   him out of work every single time for it.

17   Q.     Can you estimate the number of times

18   he had to go?

19   A.     Probably about two.

20   Q.     Okay.  And on those two occasions that

21   you remember him going down to the attorney's

22   office, did you call out of work for him?

23   A.     Yes.

24   Q.     Who did you speak with, do you

Barrington Whyte
December 12, 2019

Page 66

1    remember?  Does he have a supervisor?

2    A.      The person -- I don't remember their

3    name.  I don't remember their name at all.

4    Q.      Okay.  I think I'm done, but I want to

5    step out and go off the record a minute and

6    speak with my co-counsel here.

7                         -  -  -

8              (Whereupon, a discussion was

9         held off the record.)

10                        -  -  -

11                 CROSS-EXAMINATION

12                        -  -  -

13   BY MR. FILIPOVIC:

14   Q.      I have a few questions just to follow

15   up.  For the record, clarifying, my name is

16   Counsel Predrag Filipovic, I'm special

17   counsel for Lyndel Toppin.

18              Mr. Whyte, how are you?

19   A.      Pretty good.

20   Q.      I'm going to ask you a few follow ups

21   here.  Same rules apply when answering my

22   questions as those asked by the Counsel

23   Harper there.

24              Mr. Whyte, is there anyone else in the

Barrington Whyte
December 12, 2019

Page 67

1    universe who you can think of now that is in

2    a better position to evaluate Mr. Lyndel

3    Toppin's behavior, his responses, and his

4    overall demeanor?

5              MS. HARPER:  Objection.  Calls

6         for an expert opinion.  But you can

7         answer.

8              THE WITNESS:  No.  Besides his

9         mother, it's just me.

10   BY MR. FILIPOVIC:

11   Q.    And his mother is no longer alive?

12   A.    No, she's passed.

13   Q.    She's passed, okay.

14         So is there anyone else in the

15   universe that has in the past interacted with

16   Mr. Toppin more frequently than yourself?

17   A.    No.

18   Q.    Is there anyone else in the universe

19   that you can think of that would be in a

20   better position to understand Mr. Toppin with

21   all his limitations --

22             MS. HARPER:  Objection.  Calls

23        for an expert opinion.

24   BY MR. FILIPOVIC:

Barrington Whyte
December 12, 2019

Page 68

1   Q.      -- than yourself?

2   A.      No.

3               MS. HARPER:  My apologies,

4         counsel.

5               MR. FILIPOVIC:  That's fine.

6   BY MR. FILIPOVIC:

7   Q.      Mr. Whyte, is there anyone else in the

8   universe that you can think of, including

9   doctors, that has more direct knowledge of

10  Mr. Toppin's limitations --

11              MS. HARPER:  Objection.  Calls

12        for an expert opinion.

13  BY MR. FILIPOVIC:

14  Q.      -- other than yourself?

15  A.      No.

16  Q.      Okay.  That's all.  I don't have

17  anything further.

18                    -  -  -

19              REDIRECT EXAMINATION

20                    -  -  -

21  BY MS. HARPER:

22  Q.      Just one follow up in regards to that

23  line of questioning, Mr. Whyte.

24              Did you know if Mr. Toppin was seeing

Barrington Whyte
December 12, 2019

Page 69

1    any doctors in the past year?

2    A.      No, he hasn't.

3              MS. HARPER:  Okay.  Also on

4          the record, counsel, I guess

5          because tape seems to become a

6          point here, I'd like to request on

7          the record that we be given access

8          to look at the actual notices that

9          I believe are in Mr. Dunne's

10         possession.  And maybe we could do

11         that, I mean we are close, offices

12         are close.  We could do that next

13         week, if that's okay?

14             MR. FILIPOVIC:  I'm sorry,

15         what are you requesting?

16             MS. HARPER:  The physical

17         notices, which I believe are in

18         Mr. Dunne's possession, we would

19         like to observe them personally.

20         We haven't had a chance to do that.

21         We've seen copies.

22             MR. FILIPOVIC:  And these

23         notices are generated, created by

24         your client?  Is that the notices

Barrington Whyte
December 12, 2019

Page 70

1        you want?

2              MS. HARPER:  Well, you

3        remember there was a big thing

4        about whether they all came with

5        tape on them or not.  I'm just

6        curious what I see.  I can't see

7        any tape in the pictures so I would

8        like to take a look at them.

9              MR. FILIPOVIC:  Yeah, we

10       provided the --

11             MS. HARPER:  Copies.

12             MR. FILIPOVIC:  -- the copies

13       that we have.  And they are here

14       for you to take a look.

15             MS. HARPER:  I've seen them.

16             MR. FILIPOVIC:  But you're

17       asking to see the original?

18             MS. HARPER:  Yes.

19             MR. FILIPOVIC:  The originals?

20             MS. HARPER:  Yes, just to take

21       a look.

22             MR. FILIPOVIC:  I don't think

23       we would have a problem with that.

24             MR. DUNNE:  No.  No problem.

Barrington Whyte
December 12, 2019

Page 71

1          MR. FILIPOVIC:  Aside from the

2     fact that it's -- we're beyond

3     discovery deadline and we have

4     motions to file and adhere to other

5     deadlines in the case.

6          MS. HARPER:  We've talked

7     about that.  We've broached that

8     subject.

9          MR. FILIPOVIC:  Of this

10    actually --

11         MS. HARPER:  Deadlines.

12         MR. FILIPOVIC:  I'm talking

13    about this request you now have.

14    Have you ever had prior to today --

15    we don't mind providing notices so

16    long as it doesn't interfere with

17    the current deadlines in the case,

18    that's all I'm saying.

19         MS. HARPER:  We can walk over

20    and look at them.

21         MR. DUNNE:  In the spirit of

22    transparency, we're still waiting

23    for response to our discovery

24    request with respect to the log in

Barrington Whyte
December 12, 2019

Page 72

```
1        sheets and other documents that
2        have not been provided by the City
3        to date.
4             MS. HARPER:  All right.  So
5        maybe --
6             MR. FILIPOVIC:  That's
7        correct.
8             MR. DUNE:  Could you give us
9        an update on that?
10            MR. DOMER:  We are going to be
11       here, we will speak one way or
12       another about that.
13            MS. HARPER:  But I mean I made
14       the request, it's fine.  If you
15       need a formal request or you need
16       something or you want to deny it
17       outright, that's fine too.  That's
18       your prerogative.
19            MR. FILIPOVIC:  No, we're
20       happy to provide them as long as
21       we're not extending, again, any
22       deadlines that are currently --
23       that we're under.  Only because,
24       you know, you have seen the
```

Barrington Whyte
December 12, 2019

Page 73

1           originals -- or the copies that

2           were verified and you haven't made

3           the request that you're making now

4           within the discovery deadline.  But

5           other than that...

6                MS. HARPER:  I didn't see

7           tape.  I didn't know there was tape

8           on them.  That's why I'm looking.

9                MR. DUNNE:  Did Barry testify

10          that he removed the tape?  I don't

11          want to put words in your month.

12               MR. FILIPOVIC:  Yes, he did

13          before he give them to you.

14                    However, you were privy to

15          discuss the matter with your

16          client.  They could have told you

17          about how they put notices on the

18          door.

19               MS. HARPER:  Well, I'm not

20          going to tell you what my client

21          has told me, so...

22               MR. FILIPOVIC:  Right.

23          Because I mean it comes back to the

24          fact they are your clients.

Barrington Whyte
December 12, 2019

Page 74

1              MS. HARPER:  It's fine.  It's

2      not a big deal to me.  It's your

3      burden of proof.

4              So if you don't want us to see

5      it, fine, we can wait until trial.

6              MR. FILIPOVIC:  That's fine.

7      I just don't want to move any

8      deadlines, that's all.

9              We're off the record then.

10                  -  -  -

11             (Witness excused.)

12                  -  -  -

13             (Deposition concluded at 11:30

14      a.m.)

15                  -  -  -

16

17

18

19

20

21

22

23

24

Barrington Whyte
December 12, 2019

Page 75

1               C E R T I F I C A T E

2          I do hereby certify that I am a Notary

3     Public in good standing, that the aforesaid

4     testimony was taken before me, pursuant to

5     notice, at the time and place indicated; that

6     said deponent was by me duly sworn to tell

7     the truth, the whole truth, and nothing but

8     the truth; that the testimony of said

9     deponent was correctly recorded in machine

10    shorthand by me and thereafter transcribed

11    under my supervision with computer-aided

12    transcription; that the deposition is a true

13    and correct record of the testimony given by

14    the witness; and that I am neither of counsel

15    nor kin to any party in said action, nor

16    interested in the outcome thereof.

17          WITNESS my hand and official seal this

18    27th day of December, 2019.

19                         Michelle A. Landman

20                         _____

21                         Notary Public

22

23

24

Barrington Whyte
December 12, 2019

**A**

a.m 1:19 50:7
  50:8 74:14
a/k/a 1:10
ABDELDA...
  1:10
ABDELDY...
  1:10
ability 6:12
  20:7
able 5:10
  21:14
  22:21 27:4
absolute
  50:21 51:1
access 69:7
account
  53:17
accurate 5:21
  14:21
accuse 50:16
action 75:15
actions 59:18
activities
  23:14
  26:21
  27:18
actual 48:21
  69:8
address 6:18
  7:3,11,15
  7:18 13:5
  14:9,19
  25:21
addresses
  9:13 13:3,8
  14:17
adhere 71:4
Adv 1:8
aforesaid
  75:3
afternoon
  42:2
ago 25:2,20
  25:23
  29:10,12
agreed 4:11
ahead 11:15
alcohol 6:11
alive 55:1
  67:11
allegations
  59:17

alleged 57:22
allegedly
  34:24
  35:21
  50:23 51:5
allow 12:12
Alvita 25:9
  25:17
Amended
  3:16
amount 59:3
anguish 59:4
  59:16
answer 6:2
  12:3,12
  13:6 14:6
  14:15
  23:16,20
  50:12,13
  58:1,4,11
  58:16 67:7
answered
  14:5 24:4
  35:9 50:17
answering
  66:21
answers
  11:18 34:5
anxiety 59:4
  59:16
anybody 8:12
  49:24
apologies
  68:3
apologize
  7:20
apparently
  42:18
appear 40:4
appeared
  58:24
appears 11:6
  11:18
  31:17
  40:15
apply 66:21
applying
  54:18
appointed
  20:22
approximate
  13:7 44:5
armed 32:5
  32:15 33:7

33:8 34:18
  34:19
  35:21
  58:23
  59:12
as-needed
  16:1
ashtray 62:1
Aside 71:1
asked 14:5
  35:9 50:17
  53:1 66:22
asking 24:5
  70:17
asleep 60:5
asserted
  34:10
assist 11:17
  12:21
  26:20
  27:17
  31:16
  52:22 53:2
associated
  44:19 47:3
ASSOCIA...
  1:22
assumed
  43:18
  63:14
assuming
  44:11
ATM 54:1
attention
  56:22
attorney 4:23
  11:22
  33:12,23
  47:18
attorney's
  64:2,6,7
  65:21
attorneys
  11:16
  33:15
Au 16:16
automatic
  32:10
  57:23 64:3
Avenue
  24:22
average
  55:22 56:1
  56:5

awake 62:12

**B**

B 3:12
B-R-O-O-...
  20:2
back 35:13
  39:12
  52:19
  53:22
  55:11
  56:15,24
  57:13
  62:14
  73:23
bank 53:17
banking
  53:13 54:9
bankruptcy
  1:2,5 30:13
  31:12 32:4
Barrington
  1:14 3:5
  4:2 6:17
Barry 23:13
  73:9
basic 22:7
  43:23
Basically
  24:16
  27:19
basis 16:1
  26:19
  54:15,16
bathroom
  22:9,10,11
bedroom
  28:19,22
behavior
  67:3
belief 34:7
believe 16:16
  17:18
  20:23
  23:21
  32:19 34:4
  52:10
  54:14,16
  55:19
  56:19
  57:15 62:8
  69:9,17
bell 25:7
better 67:2

67:20
beyond 23:13
  71:2
big 28:17
  70:3 74:2
bill 55:21
  56:1,4
bills 55:14
  56:8,11
birth 8:1
bit 11:21
  52:22
  55:12
  64:11
bits 24:10
blood 19:4
  25:12
bolded 39:15
  40:4
Bon 16:16
Boulevard
  1:17 2:17
  25:3
brand 62:3,5
brief 50:6
bring 9:1
broached
  71:7
broke 29:9
Brooks 20:2
brother
  18:11,20
building 1:16
  2:17 26:6
  26:12
bunch 39:15
burden 74:3
business 36:9
busted 29:10
butts 61:19
buy 53:8
  61:12

**C**

C 2:1 75:1,1
calendar
  42:7,10
call 65:22
calls 64:19
  67:5,22
  68:11
cameras 49:3
canceled 38:2
caption 11:7

card 53:18
cards 53:21
care 26:12,13
  26:16,17
carpentry
  15:23
case 11:6
  14:3 22:22
  23:18 24:9
  31:12 54:7
  71:5,17
catches 27:8
caterer 37:19
catering
  15:10,17
  17:5 38:6,7
  38:10
  61:16
cause 28:3
caused 59:2
  59:15
causes 5:15
cell 20:24
  21:2,9 27:9
  27:10,12
certain 35:24
certainty
  50:21 51:1
certification
  4:14
certify 75:2
chance 69:20
changing
  59:18
Chapter 1:4
checking
  21:4
chest 52:12
children 19:2
Christian
  9:18
cigarette
  60:24
  61:19 62:2
cigarettes
  59:20
  61:10,12
  63:15
circulate
  42:8
City 1:9 2:15
  4:23 10:7
  11:8 72:2
claim 31:12

57:20 58:7
  63:23
clarify 49:18
clarifying
  66:15
clear 5:18
  6:12 8:4
  50:1
client 34:10
  69:24
  73:16,20
clients 73:24
close 56:3
  69:11,12
closes 35:24
  36:1,3
clothes 27:19
co-counsel
  66:6
collided
  63:13
come 29:11
  33:3,9,15
  36:14,19
  37:20
  40:22
  59:24
  62:18
comes 73:23
coming 45:7
comings
  36:13
commands
  22:7
commencing
  1:18
Commonw...
  1:21
communicate
  20:7 22:6
  27:13
  44:13 45:1
  45:4
communica...
  22:13
communica...
  23:13 28:2
communica...
  23:9
company
  15:10,17
  17:6 61:16
compared
  51:13

comparison
  51:14,23
  52:14
compensat...
  63:21
complaint
  3:16 30:13
  33:13
  56:17
complies
  39:23
computer-a...
  75:11
concluded
  74:13
conduct 5:4
confusion
  5:16
contact 65:2
continue 32:4
continuing
  33:11 64:3
contractor
  16:5
contraventi...
  32:8
contribute
  56:7
conversation
  5:15
conversatio...
  11:15
convey 24:8
  24:12
cook 38:2
cooking 15:8
copies 10:14
  30:19
  69:21
  70:11,12
  73:1
copy 42:11
correct 7:6
  9:5 14:3,10
  14:13,15
  19:21 20:7
  20:24 39:6
  39:10 40:8
  40:12,20
  45:16 49:9
  54:1 56:20
  62:10
  64:13 72:7
  75:13

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

correctly
75:9
costs 64:7
couch 44:10
45:6
counsel 3:17
4:11 6:10
10:13,16
11:20
30:20,24
35:14
50:16 57:3
66:16,17,22
68:4 69:4
75:14
couple 59:24
59:24
court 1:2 5:6
30:13
32:11 52:6
cousin 25:10
cover 57:18
created 69:23
CROSS-E...
66:11
curious 7:16
70:6
current 6:18
7:11 71:17
currently
15:2 29:4
72:22

**D**
D 3:2
D-1 3:15
10:10,14,21
11:3 56:18
56:18,20
63:17
D-2 3:16 30:9
30:15,19
31:8 39:13
52:19
56:16
daily 26:21
27:18
damages
63:22,23
Darby 25:4,6
date 7:24
41:12
42:21,22,24
44:5 72:3

dates 13:7
39:15,22
40:3,8,11
40:16,21
45:2 50:19
day 17:7
23:14 35:6
35:6 36:8
37:19,21,24
38:3 41:23
42:5,19,19
44:8 46:20
61:11,15
75:18
day-to-day
26:19
52:23
days 17:9
35:11 41:1
50:22 51:4
51:10,21
64:15,22
DE 1:24
deadline 71:3
73:4
deadlines
71:5,11,17
72:22 74:8
deal 74:2
debtor 1:5
32:18
debtor's 32:6
32:16
deceased
19:21
December
1:12 75:18
decided
46:11
decision 9:1
Defendant
10:6 11:8
defendants
1:11 2:21
32:4
demeanor
67:4
deny 72:16
department
2:15 29:11
deponent
75:6,9
deposition
1:14 5:5

9:5 50:8
74:13
75:12
derived
34:11
describe 20:9
28:6,11
51:19
**DESCRIP...**
3:14
different
24:6 37:17
46:21
direct 32:7
68:9
direction
52:8
discovery
34:12 71:3
71:23 73:4
discuss 73:15
discussed
59:12
discussion
10:2 55:7
66:8
dishwasher
16:13
distress 57:21
58:8,19
**DISTRICT**
1:3
doctors 68:9
69:1
document
11:2,12,19
30:19,21
31:11,14,17
31:24
39:13
40:10
documents
72:1
doing 4:24
5:1 16:7
**DOMER**
2:16 55:4
72:10
door 28:16
28:16 33:5
41:17,18,19
43:5,19
44:2 60:6

62:17,19,20
62:24
73:18
doorbell
48:23 49:1
drugs 6:11
duct 43:23
due 64:4
duly 4:3 75:6
**DUNE** 72:8
Dunne 2:9,10
31:3 48:7
48:10 65:4
70:24
71:21 73:9
Dunne's 65:9
69:9,18

**E**
E 2:1,1 3:2,12
75:1,1
earlier 37:16
38:14
early 38:1
**EASTERN**
1:3
eating 27:2
27:16
52:24
eight 19:18
38:3,4
either 54:13
el 27:8
Eleanor 18:5
18:12,19,21
19:1,20
electric 29:15
30:6
elementary
20:16
embarrassi...
41:3
emotional
57:21 58:8
58:19
employ 32:4
employer
64:20
employment
16:12
energy 56:4
envelope
43:6,7 47:3
envelopes

44:18,20
47:5 49:8
49:10
**ESQUIRE**
2:4,10,16
2:16
essentially
17:17
estimate
14:12
65:17
evaluate 67:2
everybody
5:17
Eviction 59:2
exact 44:17
exactly 16:19
44:3 64:24
**EXAMINA...**
3:7 4:19
68:19
examined 4:3
example 22:9
excused
74:11
Exhibit 10:10
10:14,21
30:15 31:8
42:9 52:19
**Exhibits** 3:17
31:1
expect 36:5
expenses 64:1
experienced
57:21 58:8
expert 23:2,2
23:4,7,23
67:6,23
68:12
explain 18:14
19:7
express 32:10
extending
72:21

**F**
F 1:16 2:17
75:1
face 28:23
faces 29:2
fact 33:17,20
33:21 71:2
73:24
facts 5:23

34:9 47:22
63:22
fair 12:4
15:16
49:11
familiar
18:15
family 16:8
far 19:17
23:7,8
father 18:6
20:3
February 8:2
feeling 36:16
file 71:4
filed 46:5,6
48:17
filing 4:14
Filipovic 2:3
2:4 3:9 4:8
10:18
11:20 12:5
12:9,13
14:4 22:24
23:5,19
24:3 31:4
33:10,18,21
34:2,14
35:8,12
42:12
47:19,21
49:17,21
50:2,24
57:6,10,14
66:13,16
67:10,24
68:5,6,13
69:14,22
70:9,12,16
70:19,22
71:1,9,12
72:6,19
73:12,22
74:6
fine 4:8 24:6
39:21
50:14 68:5
72:14,17
74:1,5,6
finish 5:12
first 3:15 4:3
5:6 10:7
11:5,9
19:12

28:14
41:11
43:13,17
44:11
45:10
46:17
49:12
57:19 65:2
fits 31:4
five 13:4
14:18 25:1
36:10,11
fix 29:11
flip 21:10
focus 41:4
folder 46:7,9
46:11
48:17
folks 21:12
follow 66:14
66:20
68:22
follows 4:4
forget 41:1
form 4:16
formal 72:15
forth 58:18
forward 8:4
four 61:24
frame 17:13
37:16 39:9
60:8 62:13
frequent
40:22
frequently
67:16
Friday 17:18
37:13 39:5
42:15,16
53:14
Fridays 54:4
**FRIENDS**
1:23
front 28:6,9
28:11,13,22
41:17,18
43:5,18
frustration
59:3,16
full 6:15
42:19
fully 61:20
further 68:17

**G**
gas 29:17
30:3 56:1
general 5:24
23:10
36:13
generally
12:10
37:20 38:8
38:18 62:8
generated
69:23
gesturing
52:5,11
getting 5:18
38:20
40:24 41:2
62:9
give 6:12
7:24 9:8,13
72:8 73:13
given 34:1
43:1 69:7
75:13
gives 22:10
giving 5:3
go 9:23 12:15
22:10
35:13
39:12 50:2
53:15,24
55:5 65:18
66:5
goes 23:8,12
going 5:3
10:13 11:5
12:12
23:11
31:24
32:14
33:10
50:11,16
52:8,18
53:3 55:11
56:22
63:11,19
65:21
66:20
72:10
73:20
goings 36:13
good 5:1,2
66:19 75:3

Barrington Whyte
December 12, 2019

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **grandmother** 18:17,18 19:8,20 | 66:23 67:5 67:22 68:3 68:11,21 69:3,16 | 60:20 61:20 **Hughes** 25:9 25:17 | **interfere** 71:16 **interrogato...** 3:15 10:8 | **Kennedy** 1:16 2:17 **kept** 45:23 46:5 | 21:22 32:3 68:9 **known** 20:13 **kosher** 48:18 | 36:12 **lived** 7:13 8:14,19 9:7 9:9,20 13:4 | **M** 2:9,10 **MAC** 53:15 54:5 **machine** |
| **grandson** 19:10 **grocery** 53:5 53:10 | 70:2,11,15 70:18,20 71:6,11,19 72:4,13 | **hurting** 63:9 _____ **I** | 11:9 12:2 12:22 **interrogato...** 13:1,6,10 | **kin** 75:15 **kind** 21:6 27:23 40:23 | _____ **L** **Landman** 1:19 75:19 | 13:23 14:9 14:13,18,19 24:19,21 25:4,14,16 | 53:15,24 54:5,6 75:9 **main** 41:4 **making** 73:3 |
| **guaranteed** 17:22 **guardian** 20:22 | 73:6,19 74:1 **HASSAN** 1:10,10 | **ideas** 23:10 **identification** 10:9 30:14 | 13:12 14:16 56:23 57:1 57:4,5,19 | 43:22 57:18 61:8 63:4 | **Lane** 1:23 25:6 **language** 22:14,15,17 | **lives** 7:21 8:9 **living** 9:8 26:22 | **mark** 30:9 42:9 **marked** 10:8 |
| **guess** 5:24 6:7 39:18 42:18 | **head** 5:9 45:9 45:12,13 63:7,9 | **Identify** 63:21 **impair** 6:12 | 58:4,12,13 58:17,22 59:8 63:20 | **kindergarten** 20:17 **know** 5:6,20 5:21 6:2,2 | **Lansdowne** 24:22 **lastly** 56:4 | 27:18 **located** 16:18 16:20 | 10:14,21 11:2 30:14 30:18 31:8 |
| 57:17 69:4 **gun** 51:10,12 51:16 | **headache** 63:7 **hear** 20:11 | **important** 5:21 **include** 30:24 | 63:24 **involvement** 8:24 54:17 | 7:21 8:18 9:19 10:22 | **late** 60:4 62:9 **LAW** 2:3,9 2:15 | **locations** 7:8 **log** 71:24 **long** 8:14,18 | 39:13 52:19 56:16 |
| _____ **H** | 21:22,23 36:24 | 64:1 **included** 52:23 | **Irregardless** 34:2 | 11:14 16:11,13,15 16:17,19 | **lawsuit** 9:4 24:15 | 15:4,12 16:10,21,23 | 63:17 **Market** 2:4 2:10 |
| **H** 3:12 **hand** 10:13 10:17 | **hearing** 21:21 **heavier** 60:20 | **includes** 39:21 **including** | **irritating** 40:24 | 17:11,16,19 17:21 18:7 19:3 20:4 | **lawyer** 41:6 65:2,4,5 | 36:1 40:3 71:16 | **massage** 27:23 52:24 |
| 60:14 75:17 | 10:3 54:19 55:8 66:9 | 68:8 **income** 64:4 | _____ **J** | 20:15,19,21 21:11 | **leave** 38:11 38:13,21,23 | 72:20 **longer** 67:11 | **matter** 73:15 **meal** 27:16 |
| **handed** 43:19 **happened** 28:3 45:18 | **helping** 26:13 **helps** 57:14 | **increased** 60:9 61:9 **indicated** | **JEWELL** 1:8 **job** 15:1 16:14 17:5 | 22:10,16,19 25:5 26:6 26:15,24 | **left** 38:10,19 47:16 48:17 49:6 | **look** 10:20 30:22 35:15 | 60:1 63:1 **meals** 27:1,15 62:7 |
| 45:21 46:3 46:13 64:23 | **history** 28:1 **hold** 44:14 **home** 9:17 | 63:8 75:5 **indication** 22:11 | 35:23 37:17,20 38:6,8,10 | 27:2 28:1,3 34:6 35:4 35:10 36:7 | 60:2 62:7 **leg** 27:24 52:24 | 39:14,22,24 42:11 48:18 | **mean** 6:22 19:8,16 41:7,8 |
| **happy** 42:8 72:20 **hard** 52:5 | 24:18 25:16 26:7 26:9,10,11 | **inducting** 23:16 **information** | 39:5 53:18 54:19,22 **jobs** 15:21,24 | 36:10,15 40:19,23 42:7 43:3 | **legal** 20:21 **legs** 27:23 **length** 62:1 | 56:17,18,18 63:19 69:8 70:8,14,21 | 69:11 72:13 73:23 |
| **Harper** 2:16 3:8 4:6,21 | 32:22 36:5 36:15,19,21 | 11:18 12:1 13:15,22 | 53:20 **John** 1:16 | 43:16 44:12 44:14 | **let's** 39:12 56:18 60:9 | 71:20 **looked** 43:10 | **means** 32:21 **medical** 23:2 |
| 4:22 9:23 10:12,16,19 | 37:5,20,23 38:7,8,18 | 31:17 33:2 33:3,6,9 | 2:17 **JOSHUA** 2:16 | 45:14 46:23 48:2 48:4,5 49:1 | **life** 19:16 52:23 **light** 60:6 | 44:15 61:23 **looking** 28:8 | 26:17 **meeting** 19:12 |
| 11:24 12:7 12:11,17 | 42:3 50:22 51:3 58:24 | 40:15,20 41:6 54:21 | **JOSHUA....** 2:20 | 49:24 50:13,14 | 62:17,20,24 **Lillian** 19:24 | 28:13 42:6 45:12 | **Megan** 2:16 4:22 |
| 14:7 23:3 23:15,24 | 60:1 61:17 62:9,13 | 58:3 59:7 64:8 **informed** | **July** 15:16,18 15:19 17:4 | 51:3,7,9 54:9,11 55:13 | **limitations** 20:6,10 28:2 67:21 | 56:15 73:8 **looks** 28:12 **lose** 46:8,10 | **MEGAN.H...** 2:19 **members** |
| 24:1,5,7 30:9,17,23 | **hours** 17:19 35:7,13,16 | 58:4 **ingest** 6:11 | 29:20 30:1 30:4,7 | 56:24 59:11,15 61:17 | 68:10 **line** 32:9 68:23 | **lost** 64:4 **lot** 65:10,11 | 16:8 **men** 22:10 |
| 31:6 33:14 33:20,24 | 35:19 38:14 **house** 28:19 | **inside** 41:18 44:8 47:7 | 37:17 39:9 **June** 40:7,7,7 | 62:20 63:10 64:15 65:3 | **lit** 61:23 **little** 11:21 | **lucky** 37:2 **Lyndel** 1:4,6 | **mental** 59:4 59:16 |
| 34:7,16,17 35:10,18 | 29:4,23 36:17 44:8 | **instructions** 5:4 | 44:21 46:13,16,17 | 65:3,6 68:24 | 15:23 34:15 | 8:11 13:19 18:15 | **mention** 9:9 **mentioned** |
| 42:6,14 47:20,24 | 44:22 46:11 47:7 | **intend** 42:9 **interacted** | 47:6 50:19 50:20,20 | 72:24 73:7 **knowledge** | 51:13 52:21 55:12 63:7 | 25:11,14 32:19 43:1 | 7:17 37:21 53:23 |
| 48:1 49:20 49:23 50:4 | 48:16 49:4 53:8 55:14 | 67:15 **interest** 5:17 | _____ **K** **keep** 5:8 | | **live** 24:24 | 58:9 66:17 67:2 | **method** 22:12 |
| 50:10 51:2 55:10 57:8 | 56:11 | **interested** 75:16 | 65:15 | | | _____ **M** | **Michelle** 1:19 |
| 57:12,16 | | | | | | | |

75:19
microwave
60:1
mind 71:15
minute 66:5
misunderst...
54:3
moment
39:22,24
Monday
17:18
36:20,21
39:5
money 54:1,6
54:7 56:13
month 15:6
56:2,5,6
73:11
morning 17:7
37:22
38:11,16
39:3
mother 9:15
18:4 19:24
20:23
26:13,14
54:23 55:1
67:9,11
motions 71:4
move 74:7
Municipal
1:15 2:17

**N**

N 2:1,16 3:2
name 4:22
6:15 15:10
16:16 20:1
22:2 26:4
66:3,3,15
narrow 6:3
natural 5:15
nature 16:8
58:19
near 6:24
26:9
neat 48:18
need 12:18
34:14
42:12 50:2
72:15,15
needed 16:4
64:20
needs 54:7

neither 75:14
never 19:10
49:13 63:2
Newports
62:4
NEWTOWN
1:23
night 17:8
36:1 37:3,5
37:19,22
38:4 46:21
61:15
nine 39:2
NJ 1:24
Nods 5:9
normal 37:24
normally
60:4,5
62:16
Notary 1:20
75:2,21
notice 1:15
32:3 41:10
41:11,15,20
41:24
42:23 43:8
43:10,11,12
43:14,17
44:1,5,6
45:15,19
46:3,13,18
49:12,13,18
49:22
50:22 51:4
51:24
52:13
60:14,15,16
60:18,21
61:6 65:1,2
75:5
noticed 60:6
63:3
notices 33:5
40:11,16
45:3 47:15
48:3,6,6,9
48:21 49:6
50:1 59:1
59:14
62:14
63:11 65:7
69:8,17,23
69:24
71:15

73:17
Notices' 59:2
noticing 60:8
number 3:14
27:9 65:17
numbers
53:16
nursing 26:7
26:9,10,11
NY 1:24

**O**

Object 22:24
objected 12:6
12:8,10
objection
12:14
23:20
33:11 34:5
35:8 47:19
50:24 67:5
67:22
68:11
objections
4:15
observe
20:10
41:23 44:6
44:9,21
69:19
observed
41:16,20
42:23 43:9
43:16
49:13
62:23
obtaining
54:18
occasion 43:2
occasions
32:7,17
33:3 34:23
59:14
65:20
occurring
60:22
October
15:15,18,19
17:3 29:19
30:1,3,6
37:16 39:9
odd 15:23
office 31:13
64:2,6,8

65:9,22
offices 2:3,9
69:11
official 22:13
22:15
75:17
okay 5:11 6:8
6:15 7:2,5
8:9,21 9:7
9:17 12:11
12:24
13:17 14:2
14:8 15:1
15:15
18:18 20:5
20:9 21:11
23:24
26:15
27:21 28:6
28:18
32:20
34:16 39:8
39:12
45:14
46:16
47:24
49:11,16
50:3,15
51:18
52:16
53:19 54:3
55:16
57:10,15
60:17 62:7
65:20 66:4
67:13
68:16 69:3
69:13
old 17:21
older 18:1
once 27:24
30:21
open 35:24
36:9
opinion 67:6
67:23
68:12
opportunity
10:22 11:1
31:7 56:19
Oral 1:14
orders 32:10
original
70:17

originals
70:19 73:1
outcome
75:16
outright
72:17
outside 49:4
overall 67:4
oversees
26:17

**P**

P 2:1,1
p.m 38:5
PA 1:24
13:14
paced 63:2
page 3:4,14
11:6 13:1
31:19,20
39:12 57:4
57:9,12
63:16
paid 53:14
54:4,11,14
pain 16:16
27:23
paper 43:1
43:21 52:1
52:11
paragraph
31:23 32:1
39:14
parents
18:11
19:23
part 32:14
particular
16:5 45:7
particularly
53:7
parties 4:12
party 75:15
passed 62:18
67:12,13
passing 30:18
pay 55:13,16
paychecks
53:20
paying 56:10
payment 56:7
pays 55:14
PECO 56:4
peeked 52:2

Pennsylvania
1:3,18,21
1:23 2:5,11
2:18 6:20
people 61:21
period 15:22
29:8,12
person 51:19
52:15,16
66:2
personal 32:6
32:16
personally
17:3 26:23
34:22
43:24
49:15
69:19
PFEsq@ifi...
2:6
Philadelphia
1:9,17 2:5
2:11,15,18
4:24 6:19
13:14
25:24 26:1
26:3 32:5
32:15 33:8
34:18
58:24
Philadelphi...
10:7 11:9
Philly 26:8
phone 20:24
21:2,7,9,10
27:9,10,12
64:19
photos 48:20
physical
69:16
physician
26:16
picked 45:6
60:19
pictures 70:7
piece 52:11
pieces 24:10
43:20
pill 63:8
pipe 29:9,10
place 75:5
placed 32:2
41:9
plaintiff 1:6

2:7,13 9:3
13:19 14:2
**Plaintiff's**
10:5 11:7
plan 27:2,16
27:16
52:24
pleading
33:19
please 5:12
5:20 12:20
12:24
30:10,22
39:18,20
58:17
pocket 64:1
point 8:4
20:16 29:9
41:3 47:15
48:3 51:18
57:3 61:11
63:15 69:6
pointed 52:1
posed 14:16
position 67:2
67:20
possession
49:7 69:10
69:18
possible 5:18
5:22
possibly
33:15 34:1
post 59:14
posted 40:11
40:16 41:7
41:18
42:23 44:1
44:22
49:13,19,20
49:21
50:23 51:5
59:1
posting 50:1
potential
64:4
Predrag 2:3
2:4 66:16
prepared
38:21
preparing
27:15
prepped 6:10
prerogative

72:18
present 13:5
14:19
presumes
47:22
pretty 40:3
43:4 46:24
54:23 62:9
66:19
previously
56:20
primary
26:16
prior 9:12,20
15:7 71:14
privilege
11:23
privy 73:14
probably
7:19 8:20
19:18 35:3
36:9 37:1
37:24 38:3
39:2 50:16
60:5,24
61:24
65:19
problem
70:23,24
Proc 1:8
process 32:5
45:11
59:19
product
11:22
33:12,23
**Professional**
1:20
proof 74:3
property 8:3
8:6,15,19
9:8,9,21
14:20 28:7
28:12
29:13
32:23
34:24
35:22
38:19
40:12,17
41:12
42:23 44:6
49:14,19,22
51:20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55:16 | 50:12 | 68:22 | 5:13 | 71:18 | **sense** 16:10 | 62:15 | 13:13 26:3 |
| 59:13 | 52:21 53:4 | **regular** 21:9 | **response** 6:1 | **says** 11:7 | 36:13,15 | **side** 43:20 | 26:7 28:7 |
| 60:22 61:2 | 66:14,22 | 21:10 | 6:5 13:1,12 | 13:2,13,18 | **sentence** 32:1 | **sidewalk** 28:8 | **speak** 5:23 |
| **provide** | **quite** 64:11 | 28:16 36:2 | 58:22 59:8 | 32:1,15,21 | 32:12 | 28:9 | 21:18 |
| 13:15 | | **regularity** | 63:24 | 33:7 42:15 | 39:19,21 | **sign** 22:8,13 | 65:24 66:6 |
| 40:14 48:6 | _____ R _____ | 36:19 | 64:10 | 57:20 58:7 | 40:1,15 | 22:15,16 | 72:11 |
| 58:3 59:7 | **R** 2:1 75:1 | **regularly** | 71:23 | 58:16,23 | **separate** 32:7 | **significance** | **speaking** |
| 72:20 | **re-form** 6:3 | 17:16 | **responses** 5:8 | 62:3 64:1 | 32:17 33:2 | 7:16 | 13:21,24 |
| **provided** | **reached** 57:1 | **related** 19:4 | 10:6 11:7 | **schedule** 17:5 | 59:1,13 | **signing** 4:13 | 17:2 21:15 |
| 13:22 48:9 | **read** 22:19,20 | 25:11 | 12:22 67:3 | 17:12,17 | **series** 50:11 | **signs** 62:22 | 21:16 |
| 70:10 72:2 | 31:24 | 63:10 | **restate** 12:18 | **scheduled** | **Serve** 15:11 | **silver** 43:20 | **special** 21:6 |
| **providing** | 39:18,20 | **relationship** | **restaurant** | 16:2,3 | 15:12 | **similarity** | 66:16 |
| 11:17 | **reading** 4:13 | 18:8,14,15 | 16:14,15,17 | 17:17 | **service** 29:5,7 | 51:15 52:1 | **specific** <u>50:18</u> |
| 12:21 | **ready** 10:17 | **remember** | **restroom** | **schick** 19:11 | 32:17 33:2 | **single** 65:16 | <u>53:4</u> |
| 31:16 | **really** 17:14 | 19:12 | 50:3 | **school** 20:15 | **Services** 1:16 | **sister** 18:12 | **spending** |
| 71:15 | 17:22 | 25:22,24 | **result** 57:22 | **scope** 6:4 | 2:17 | **sitting** 52:9 | 64:6 |
| **province** | 19:10 | 26:4 64:24 | 59:17 64:5 | 33:23 | **SERVING** | **situation** | **spent** 64:2 |
| 23:1,6 | 25:22 | 65:21 66:1 | **resumed** 50:8 | **screen** 28:16 | 1:24 | 59:19 | **spirit** 71:21 |
| **public** <u>1:20</u> | 40:24 41:2 | 66:2,3 70:3 | **retained** 3:17 | 41:19 | **set** 3:15 10:8 | **six** 15:13 25:1 | **squiggly** 32:9 |
| 36:22 75:3 | 45:11 | **remembering** | **review** 10:23 | **seal** 75:17 | 11:9 27:2 | 28:15 32:2 | **standing** 34:5 |
| 75:21 | 65:15 | 41:4 | 11:2 31:8 | **sealing** 4:13 | 58:18 60:1 | 32:7,17 | 75:3 |
| **pulling** 65:15 | **recall** 41:24 | **removed** | 56:20 | **second** 3:16 | **seven** 17:9 | 33:2 34:23 | **stands** 32:9 |
| **purpose** 31:5 | 64:22 65:8 | 73:10 | **right** 23:24 | 9:24 43:14 | 28:15 | 40:8 59:1 | **start** 5:3,13 |
| 46:9 | **recess** 50:6 | **repeat** 12:15 | 28:17 31:3 | 45:5,11,19 | 38:13,15,16 | 59:13 | 5:14 53:22 |
| **purposes** | **recollection** | 33:11 | 34:8 40:14 | 55:5 60:13 | 45:13 | **smelling** | 60:9 61:7 |
| 10:9 30:15 | 19:13 | **rephrase** | 46:2 52:18 | 60:16 | **sheets** 72:1 | 60:20 | **started** 59:18 |
| **pursuant** | **record** 5:10 | 34:15 | 56:15 | 63:20 | **Sherbrook** | **smoke** 60:24 | 60:10 |
| 1:15 75:4 | 5:16,18,22 | **reporter** 1:20 | 57:11,17 | **section** 26:2 | 25:3 | 61:21 | **starts** 57:4,6 |
| **put** 24:17 | 6:16 9:24 | 5:7 52:6 | 65:8 72:4 | 32:8,9 | **sheriff** 1:9 | **smoked** | **state** 6:15 |
| 33:5 41:5 | 10:3 23:21 | **Representing** | 73:22 | **security** 49:3 | 10:6 11:8 | 61:20 | 13:3 14:17 |
| 44:12 46:7 | 35:14 | 2:7,13,21 | **ring** 25:7 | **see** 11:10 | 24:16 | **smokes** 59:20 | 42:22 53:3 |
| 46:11,15 | 47:23 55:5 | **request** 69:6 | 48:23 49:1 | 13:2,9 21:3 | **sheriff's** | **smoking** | **stated** 13:5 |
| 52:1 53:20 | 55:8 64:16 | 71:13,24 | **room** 1:17 | 31:20 | 31:13 | 59:1 | 42:2 |
| 53:23 54:1 | 66:5,9,15 | 72:14,15 | 2:18 28:18 | 32:12 33:7 | 57:22 | 60:10,10,19 | **statement** |
| 61:22 | 69:4,7 74:9 | 73:3 | 29:1 43:14 | 34:21 | 60:23 61:3 | 61:3,7,18 | 34:18 |
| 73:11,17 | 75:13 | **requested** | 45:16,24 | 39:16 43:6 | **sheriffs** 32:6 | 62:23 | **statements** |
| **putting** 41:1 | **recorded** | 12:2 | 46:20,22 | 49:24 | 32:16 33:6 | 63:15 | 24:17 |
| | 75:9 | **requesting** | 62:19 | 57:20,23 | 33:8 34:19 | **sold** 60:22 | **states** 1:2 |
| _____ Q _____ | **recording** 5:7 | 69:15 | **rules** 66:21 | 58:12,14,20 | 35:21 | 61:2 | 13:3 14:19 |
| **quarter** | **records** | **reserved** 4:17 | **rush** 10:24 | 59:4 62:19 | 58:24 | **somebody** | 30:12 |
| 61:22 | 64:18 | **reside** 7:2,4,5 | **Ruskin** 25:6 | 64:8 70:6,6 | 59:12 | 36:16 | **stating** 14:22 |
| **question** 4:16 | **REDIRECT** | 7:8 | | 70:17 73:6 | **shield** 51:13 | 51:12 | **stay** 32:10 |
| 5:13,19 6:3 | 68:19 | **resided** 6:23 | _____ S _____ | 74:4 | 51:17,23 | **son** 18:22,23 | 35:24 |
| 6:4,6,9 | **refer** 8:3 11:5 | 13:7,8,13 | **S** 2:1 3:12 | **seeing** 68:24 | 52:11,15 | **sorry** 6:22 | 57:23 64:4 |
| 12:16,19 | 12:24 | **residence** | **sake** 31:2 | **seek** 63:22 | **shopping** | 29:22 | **staying** 9:15 |
| 13:3 14:16 | 32:14 | 32:6,16,21 | **sale** 60:23 | **seen** 11:12 | 53:5,10 | 47:11 | **stays** 36:9,10 |
| 23:6,8,22 | 52:18 | **residing** 9:14 | 61:3 | 31:14 | **shorthand** | 69:14 | **step** 66:5 |
| 24:6 34:15 | **referring** 8:6 | 9:20 | **saw** 41:11 | 52:14 | 75:10 | **sort** 6:5 20:6 | **STEPHEN** |
| 47:20,22 | 13:19 58:9 | **respect** 9:4 | 45:5,8,21 | 62:17 | **show** 38:2 | 21:6 22:12 | 2:9,10 |
| 58:7 | **refers** 64:12 | 21:24 22:5 | 46:3,14,17 | 69:21 | **showed** 51:22 | 26:21 | **Stephen@d...** |
| **questioning** | **regard** 5:4,19 | 71:24 | 51:9,12,22 | 70:15 | 52:2 61:7 | **South** 6:19 | 2:12 |
| 68:23 | **regarding** | **respective** | 60:14 | 72:24 | **showing** | 6:21,23 7:6 | **steps** 28:14 |
| **questions** 5:8 | 40:16 | 4:12 | **saying** 18:20 | **sending** 32:5 | 51:15 52:7 | 7:9,12,17 | 28:15 |
| 6:1 23:17 | **regards** | **responding** | 36:8 51:11 | 32:15 33:8 | 52:13 | 7:21 8:6,9 | **stipulated** |
| | | | | | | | 4:10 |

Barrington Whyte
December 12, 2019

Page 6

| | | | | | | |
|---|---|---|---|---|---|---|
| stipulations 4:7 | **T** | term 41:8 64:10 | 51:19 55:2 55:19 | 68:10 train 27:8 | 32:18,20 34:9 67:20 | **W** | 54:16 weeks 32:2 |

**stipulations**
4:7
**stop** 64:3
**street** 2:4,10
6:19,21,24
7:6,9,12,17
7:22 8:7,10
9:18 13:14
26:5 28:7
28:23 29:2
**STREHLO...**
1:22
**subject** 71:8
**subparagra...**
58:18,23
59:9
**subparagra...**
58:13
**substantial**
59:3
**substantive**
6:6
**Suite** 1:23 2:4
2:10
**summarize**
52:7
**supervision**
75:11
**supervisor**
66:1
**supplied**
29:13
**supporting**
63:23
**sure** 9:22
10:18
12:13
13:20
17:20,23
20:18
26:18 28:5
34:20
35:15,19,20
43:4,8
46:24 50:4
50:4 51:6
54:10,13,23
57:2
**swell** 27:23
**sworn** 3:6 4:3
75:6
**symbol** 51:16
**symptoms**
62:22

**T**
**T** 3:12 75:1,1
**table** 46:20
46:22 47:9
60:2
**take** 10:20,23
26:13
30:22,22
35:14 36:1
36:22
39:22
47:14
48:14 52:6
54:4 55:4
56:17,18
70:8,14,20
**taken** 1:15
45:15 50:7
75:4
**talk** 20:11
**talked** 52:21
71:6
**talking** 5:14
32:24
37:15
55:12
62:14
71:12
**tape** 43:4,20
43:22,23
44:16 47:1
47:10,12,14
47:18 48:3
48:5,10,12
48:14,16,19
48:21 69:5
70:5,7 73:7
73:7,10
**taxes** 55:16
**tell** 9:7 15:1
16:11 17:2
17:4 21:14
26:19
31:10
36:18
46:17
59:11,14
73:20 75:6
**telling** 19:9
63:6
**ten** 8:16 9:10
9:12 14:9
19:18

**term** 41:8
64:10
**terms** 21:15
21:21
**testified** 4:4
**testify** 73:9
**testimony**
6:12 75:4,8
75:13
**text** 21:12,13
**Thank** 42:13
**thanks** 5:2
**thereof** 75:16
**thing** 51:13
59:22 63:3
70:3
**things** 27:1
60:9
**think** 5:17
12:3 16:9
24:11
37:15,17
39:2,6 40:5
48:11,11
53:2,18,23
66:4 67:1
67:19 68:8
70:22
**thinking** 7:19
**third** 13:1
57:12
**thought**
48:13
**three** 28:14
40:5 61:10
61:10,24
**Thursday**
1:12 37:11
**time** 4:17
9:16 10:23
15:22
17:12,15
21:4 27:20
27:20 29:8
30:22
35:24 36:4
36:5,7,20
37:16,19,22
38:11,21,23
39:9 41:14
41:23
43:13,15
45:7,13
47:15 48:3

51:19 55:2
55:19
59:21 60:3
60:8,13,19
61:9 62:8
62:13 63:5
63:14 64:2
64:4,6,20
65:12,16
75:5
**times** 41:5
59:23,24
62:17 65:9
65:10,14,17
**to/from** 64:7
**today** 5:5
6:13 8:22
9:1 13:17
71:14
**told** 73:16,21
**top** 25:22
31:20,23
57:8,19
**Toppin** 1:4,6
8:11,18,21
9:3,19
13:19,24
14:12 16:9
17:21 18:9
18:16 19:5
19:13 20:6
23:12 24:8
24:19,21
25:11,14
26:15,21
35:2 38:8
38:18 45:2
48:2 50:12
50:22
51:18
52:10,22
53:6,13
54:18 56:7
58:9 59:15
61:13
62:12
64:12,15
65:12
66:17
67:16,20
68:24
**Toppin's**
17:12 32:3
55:13 67:3

68:10
**train** 27:8
**transcribed**
75:10
**transcription**
75:12
**transfer** 41:6
**transparency**
71:22
**transportat...**
36:23 64:7
**trial** 4:17
74:5
**tried** 24:8
**true** 29:19
39:8 75:12
**truth** 75:7,7
75:8
**try** 6:3,4,7
26:23,24
34:16 45:1
51:19 52:7
**trying** 5:22
5:23 24:12
**Tuesday** 37:7
**turn** 31:19
52:8 56:22
63:16
**two** 25:20,23
29:10,12
38:13
43:20
51:14,15
52:14
65:19,20
**type** 53:16

**U**
**U.S.C** 32:8
**Um-hum**
9:11 21:17
49:23
**unavailable**
64:5
**uncle** 18:10
18:16
46:24
**underlined**
39:15 40:5
**underneath**
11:6
**understand**
5:20 8:7
22:21

32:18,20
34:9 67:20
**understand...**
13:18
16:21
19:17 20:5
23:12,17
24:14
31:11
38:22 52:4
58:6 64:12
**understands**
22:16
24:11
**understood**
45:10
**undue** 59:3
59:15
**uneaten** 63:1
**United** 1:2
30:12
**universe** 67:1
67:15,18
68:8
**update** 72:9
**Upper** 25:4,6
**ups** 66:20
**use** 21:2
27:12
**uses** 21:4,11
64:10
**Usual** 4:6
**usually** 17:14
35:5 36:20
37:5 61:17
**utilities** 29:15
29:21

**V**
**Vacate** 61:6
**Vacate'** 59:1
**varies** 36:22
36:23
**verbal** 5:9
**verified** 73:2
**violation**
64:3
**violations**
57:22
**vision** 41:9
**visiting** 64:2
**volume** 31:1
**vs** 1:7

**W**
**wait** 5:12
74:5
**waiting** 71:22
**waived** 4:14
**walk** 28:14
62:18
71:19
**want** 5:24
11:14 25:1
42:11
60:12
65:15 66:4
70:1 72:16
73:11 74:4
74:7
**wanted** 63:8
**warehouse**
15:3,5
**wary** 11:16
**wash** 27:19
**wasn't** 7:19
12:7 13:20
16:3 35:1
35:15 43:8
62:16
**water** 29:4,7
29:9,11,12
29:23
55:21
**way** 20:12
27:13
44:16,17
61:20
72:11
**we're** 5:22,23
8:4 9:4
62:13 71:2
71:22
72:19,21,23
74:9
**we've** 10:14
24:18
59:11
69:21 71:6
71:7
**Wednesday**
37:9
**week** 17:9
54:12 61:1
61:4,5
69:13
**weekly** 54:15

54:16
**weeks** 32:2
**weird** 63:4
**went** 20:15
65:9,10,13
**weren't** 16:2
33:16
34:23
42:18
**Whyte** 1:14
3:5 4:2,22
6:17 10:20
11:1 12:21
23:9 31:7
55:11
66:18,24
68:7,23
**WILLIAMS**
1:8
**window**
28:17 29:1
**winters** 29:10
**witness** 3:4,6
35:17
39:23 67:8
74:11
75:14,17
**woke** 62:21
**words** 5:7
21:19
73:11
**work** 11:22
11:22 15:3
15:7,12
16:2 17:12
17:14,17
26:24 27:4
33:12,23
35:5,6
38:23 42:3
61:15 62:9
64:5,16
65:16,22
**worked** 15:4
16:6,11,22
16:23
35:20
37:21
**working**
15:17
16:10
37:18
42:19
61:16

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Barrington Whyte
December 12, 2019

| | | | |
|---|---|---|---|
| **works** 35:7 | 58:17 | 30:4,7 | **66** 3:9 |
| 35:11,23 | **1401** 1:16 | 37:17 39:9 | **68** 3:8 |
| 36:8 | 2:17 | 40:6,6,6,7,7 | **6936** 25:6 |
| **wouldn't** | **1425** 6:19,21 | 40:7 42:10 | |
| 46:7 51:11 | 6:23 7:12 | 42:16 | **7** |
| 59:23 | 7:17,21 | **2019** 1:12 | **7** 40:7 |
| **write** 22:1 | **146** 6:22 7:5 | 75:18 | **7th** 47:6 |
| **writing** 21:24 | 7:9 8:6,9 | **215** 1:24 | 50:20 |
| | 13:13 28:7 | **215-551-7109** | |
| **X** | **15** 8:20 14:13 | 2:11 | **8** |
| **X** 3:2,12 | 56:23 57:1 | **215-685-0503** | **80-90** 56:3 |
| | 57:5,7,18 | 2:19 | |
| **Y** | 58:13,23 | **24** 40:6 | **9** |
| **yeah** 7:10 | 59:8 | **24th** 42:21 | **9:00** 38:3,4 |
| 18:3 52:17 | **150** 56:6 | 44:1 45:19 | **9:45** 1:19 |
| 70:9 | **1515** 2:10 | 50:19 | |
| **year** 55:18 | **164** 25:3 | **25** 8:2 | |
| 69:1 | **17** 63:20,24 | **267-507-6084** | |
| **years** 8:16 | **1735** 2:4 | 2:5 | |
| 9:10,12 | **18** 40:6 | **27th** 75:18 | |
| 13:4,15,23 | **18-13098** 1:5 | | |
| 14:9,13,18 | **18000137** 1:9 | **3** | |
| 14:20,24 | **18940** 1:23 | **30** 3:16 13:15 | |
| 15:14 17:1 | **18th** 41:14,21 | 13:23 | |
| 25:1,20,23 | 42:15,16 | 14:20,23 | |
| 29:12 | 43:9 45:15 | 40:6 | |
| 54:19 | 45:17 | **30's** 17:24 | |
| **young** 19:15 | 49:12 | **30th** 44:4,6 | |
| | 50:19 | 46:2 50:19 | |
| **Z** | **19102** 1:18 | **360** 55:19 | |
| **Zalkin** 18:5 | 2:11,18 | **362** 32:8 | |
| 18:12,19,21 | **19103** 2:5 | **3750** 2:4 | |
| 19:1,21 | **19139** 6:20 | | |
| | 13:14 | **4** | |
| **0** | **1983** 8:2 | | |
| **04** 3:8 | **1st** 44:21 | **5** | |
| | 46:13 | **5** 40:7 | |
| **1** | 50:20 | **5:00** 36:2,3,6 | |
| **1** 13:6 40:7 | | **504-4622** | |
| **10** 3:15 | **2** | 1:24 | |
| **10:53** 50:7 | **2** 13:2,10,12 | **54** 1:23 | |
| **100** 55:23 | 14:16 | **580** 1:17 2:18 | |
| **11** 32:8 37:2 | 31:19,21 | **5813** 24:21 | |
| 37:5 38:1 | 39:12 | **5th** 46:16,17 | |
| 61:17 | **20** 17:1 54:19 | 50:20 | |
| **11:05** 50:8 | **2017** 15:15 | | |
| **11:30** 74:13 | 15:19 17:3 | **6** | |
| **116** 1:23 | 29:19 30:1 | **60's** 18:2 | |
| **12** 1:12 | 30:3,6 | **6045** 9:18 | |
| **1200** 2:10 | 37:16 39:9 | **62nd** 6:19,21 | |
| **13** 1:4 | **2018** 15:16 | 6:23 7:6,9 | |
| **14** 31:19,21 | 15:19 17:4 | 7:12,17,22 | |
| 57:4,8,18 | 29:20 30:1 | 8:6,10 | |
| 57:19 | | 13:13 28:7 | |

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC

_____

LYNDEL TOPPIN,

        Debtor/Plaintiff,

   vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,

        Defendants.

_____

*    *    *    *

WEDNESDAY, NOVEMBER 6, 2019

*    *    *    *


    Oral deposition of ABDELDAYEM HASSAN,
taken pursuant to notice, was held at the
Dunne Law offices, P.C., 1515 Market Street,
Suite 1200, Philadelphia, Pennsylvania,
commencing at 11:00 a.m., on the above date,
before Lori A. Porto, a Certified Court
Reporter.

KAPLAN, LEAMAN & WOLFE
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112
www.klwreporters.com

C I T Y - 2 3

Abdeldayem Hassan

```
 1   A P P E A R A N C E S:

 2

 3        DUNNE LAW OFFICES, P.C.
          BY:  STEPHEN M. DUNNE, ESQUIRE
 4                - and
               PREDRAG FILIPOVIC, ESQUIRE
 5        1515 Market Street
          Suite 1200
 6        Philadelphia, PA 19109
          215.551.7109
 7        stephen@dunnelawoffices.com
          pfesq@ifight4justice.com
 8        Counsel for the Debtor/Plaintiff

 9

          CITY OF PHILADELPHIA LAW DEPARTMENT
10        BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
                - and -
11             JOSHUA DOMER, ASSISTANT CITY SOLICITOR
          1401 John F. Kennedy Boulevard
12        Room 580
          Philadelphia, PA 19102
13        215.686.0503
          megan.harper@phila.gov
14        joshua.domer@phila.gov
          Counsel for the Defendant
15        Jewell Williams

16

          LAW OFFICES OF DAVID M. OFFEN
17        BY:  DAVID M. OFFEN, ESQUIRE
          601 Walnut Street
18        Suite 160 West
          Philadelphia, PA 19106
19        215.625.9734
          dmo160west@gmail.com
20        Counsel for the Defendant
          Abdeldayem Hassan
21

22

23

24

25
```

Abdeldayem Hassan

Page 3

1                W I T N E S S   I N D E X

2

3    Examination of Mr. Hassan

4

5          By Mr. Filipovic:  Pages 7, 73, 80

6

           By Ms. Harper:  Page 63

7

8          By Mr. Offen:  Pages 74, 86

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdeldayem Hassan

```
                                                    Page 4

 1                  E X H I B I T S

 2

 3   Exhibit F:  Civil Cover Sheet with Attachments

 4        Page 23

 5
     Exhibit B:  Handwritten Note
 6
          Page 29
 7

 8   Exhibit G:  Return of Service/Affidavit with
                 Attachments
 9
          Page 35
10

11   Exhibit J:  Praecipe for Writ of Possession

12        Page 40

13
     Exhibit K:  Contact Details
14
          Page 43
15

16   Exhibit Q:  Certificate of Notice

17        Page 60

18
     Exhibit 1:  Photocopy of Notice to Vacate
19
          Page 71
20

21   Exhibit 2:  Photocopy of Notice to Vacate

22        Page 72

23
     Exhibit S:  Ring Central Call Details
24
          Page 82
25
```

Abdeldayem Hassan

Page 5

1

2

3

4

5

6

7

8

9

10

11

12

13                    (EXHIBITS ARE ATTACHED
                       TO THE TRANSCRIPT)
14

15

16

17

18

19

20

21

22

23

24

25

Abdeldayem Hassan

Page 6

1               D E P O S I T I O N   S U P P O R T

2

3     (REQUEST)....................................52

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdeldayem Hassan

Page 7

1  (Abdeldayem Hassan, having been duly sworn, was

2  examined and testified as follows:)

3  (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

4       Q.     Good morning, Mr. Hassan.

5              Can I call you Mr. Hassan?

6       A.     Yes.

7       Q.     I am going to give you some instructions

8  on how these depositions are conducted.

9              I will be asking some questions of you

10  and I will, you know, try to be punctual and I will

11  try to speak loudly, so you can understand and hear.

12             If you do not understand or hear me,

13  you can ask me to repeat the question, and I will be

14  glad to do so.  However, you may not talk to your

15  attorney when there is a pending question.  You may

16  ask to take a break and, at that point, you can talk

17  to your attorney, but not about the subject matter of

18  the testimony.

19             Next, I'm here to ask questions.

20  Unfortunately, today, you can't ask me questions.  It

21  is just a one-way street, this way.

22             If at any point, you know, you are to

23  provide an answer, you have to do it verbally, you

24  can't use gestures.

25             While I can understand your gestures

Abdeldayem Hassan

Page 8

1    and I can see you, because we don't have a video

2    here, the court reporter needs your answers to be

3    vocal.

4         A.    What do you mean by vocal?

5               I don't understand.

6         Q.    Vocal means by words.

7         A.    Okay.

8         Q.    I will also ask you some questions that,

9    perhaps, you know, may be insulting to you, but they

10   are asked of any deponent, everybody gets asked these

11   questions, and that is whether you are under any

12   drugs or alcohol today that would cause you not to be

13   able to give truthful testimony.

14        A.    No.

15        Q.    Thank you.

16              So we can proceed?

17        A.    Yes.

18        Q.    Could you please tell me your first and

19   last name, sir?

20        A.    Abdeldayem Hassan.

21        Q.    Mr. Hassan, what is your address?

22        A.    309 Barker Avenue, Lansdowne,

23   Pennsylvania 19050.

24        Q.    How long have you lived at that address,

25   sir?

Abdeldayem Hassan

Page 9

```
 1        A.      Like 10 to 12 years.

 2        Q.      And do you own that house?

 3        A.      Yes.

 4        Q.      Who do you live there with?

 5        A.      My wife and my kids.

 6        Q.      What is your wife's name?

 7        A.      Michelle Hassan.

 8        Q.      Is that Michelle?

 9        A.      Michelle.

10        Q.      What is your occupation currently?

11        A.      I work at Boston Market.

12        Q.      What is your job at Boston Market?

13        A.      Delivery, wash dishes, mop inside the

14    restaurant.

15        Q.      Which location?

16        A.      39th and Chestnut, Philadelphia.

17                3901 Chestnut.

18        Q.      I happen to know exactly where it is.

19                Is that a full-time position?

20        A.      Yeah.

21        Q.      Do you do anything else besides that?

22        A.      No.

23        Q.      Sir, are you familiar with a property at

24    146 South 62nd Street?

25        A.      Yes.
```

Abdeldayem Hassan

Page 10

1       Q.      And what is your familiarity with that
2   property?

3       A.      Say that again, please.

4       Q.      What do you know about that property?

5       A.      That property, I bought it from the
6   sheriff.

7       Q.      When did you buy it from the sheriff?

8       A.      I think in November of 2017, or October,
9   I'm not sure.

10              November or October.

11      Q.      You said you bought it.

12              Was it at a sheriff's sale that you
13  bought it?

14      A.      Yeah.

15      Q.      What was the price that you ended up
16  paying?

17              What was the winning bid?

18      A.      30,000, 3-0.

19      Q.      30,000 dollars?

20      A.      Yes.

21      Q.      Did you pay 30,000 dollars to the
22  sheriff's office?

23      A.      Yes.

24      Q.      You had 30 days to pay it, is that
25  correct?

Abdeldayem Hassan

Page 11

1         A.      I paid like 3,000 the day of the sale

2    and I had one month to pay 27.

3         Q.      They told you at the sheriff's sale to

4    bring 27?

5         A.      Yes.

6         Q.      Where did you take your 27,000 dollars?

7         A.      100 South Broad.

8         Q.      Do you recall, when you went there with

9    the money, what did they tell you?

10        A.      What does that mean?

11        Q.      You went to the sheriff's office with

12   your 27,000 dollars and what did you do when you got

13   there?

14        A.      They asked me to bring a cashier's

15   check, I went there, they got the money, and they

16   gave me the receipt.

17        Q.      They is who?  The sheriff's office?

18        A.      Yes, 100 South Broad.

19        Q.      Now, when you walked in, did you go left

20   or right to do your transaction?

21        A.      I went there, I found the front desk in

22   front of me, they told me to go to the window on the

23   left.

24        Q.      On the left, okay.

25                What else did they tell you with

Abdeldayem Hassan

Page 12

1    respect to the house that you bought, this property?

2         A.    Nothing.

3         Q.    So, they took the money, you gave them

4    the money?

5         A.    Yes.

6         Q.    Who is the -- you said it was a

7    cashier's check?

8         A.    Yes.

9         Q.    Who was it made out to?

10        A.    The city of Philadelphia, sheriff.

11        Q.    Did you receive anything besides the

12   receipt?

13        A.    No.

14        Q.    Did they tell you anything except for

15   thank you for your money?

16              What did they say to you, if you can

17   recall?

18              They meaning the folks behind the

19   window at the sheriff's office.

20              Did you receive any instructions?

21        A.    They told me I will get the deed by

22   mail.

23        Q.    Deed by mail?

24        A.    Uh-huh.

25        Q.    Okay.

Abdeldayem Hassan

Page 13

1                     Anything else?

2          A.      No.

3          Q.      Now, did you, in fact, get the deed by

4    mail?

5          A.      What's that?

6          Q.      Did you get the deed by mail?

7          A.      Yeah.

8          Q.      How long after did you receive the deed?

9          A.      I think -- I'm not sure exactly of the

10   time, but I got the deed.

11         Q.      Was it a month later?

12         A.      Yeah, probably a month later.

13         Q.      Do you still have this deed?

14         A.      Yeah.

15         Q.      Before buying this property, did you go

16   to visit the property?

17         A.      Before buying it?

18         Q.      Yeah.

19         A.      No.

20         Q.      Only after you bought it?

21         A.      No, I just went the day of the sale.

22                 I saw the list, they started bidding, I

23   saw the reasonable price, and I bid on it.

24         Q.      I understand, but once you bought it --

25   you didn't go before you bought it?

Abdeldayem Hassan

Page 14

1          A.      No.

2          Q.      But you went afterwards?

3          A.      I went afterwards.

4                  Before -- how would I go there?

5                  I didn't own the house.

6          Q.      And then you did own the house

7    afterwards, so you went there?

8          A.      After I bought it, yeah, I went there.

9          Q.      That is what I want to ask you about,

10   sir.

11                 You went there to do what?

12         A.      To see the house.

13                 I had bought it.

14         Q.      When did you first go there?

15         A.      After I got the deed.

16         Q.      After you got the deed?

17         A.      Yeah.

18                 I went there and I tried to knock on

19   the door, but I heard dogs.

20         Q.      Is there a yard in front of the house?

21                 How do you get in?

22                 Is there a porch?

23                 Describe it for me.

24         A.      I didn't get inside the house ever.

25         Q.      I'm asking you, is there a porch, is

Abdeldayem Hassan

Page 15

1    there a yard, a fence, anything like that, or is it

2    off-street?

3          A.    It's off-street.

4          Q.    And you go up -- are there stairs?

5          A.    Yeah, stairs.

6          Q.    You went up the stairs and you knocked

7    on the door?

8          A.    Yes, I knocked.

9          Q.    And then what happened?

10         A.    I heard dogs.

11         Q.    Did you say dogs?

12         A.    Yeah.

13                The neighbor came out and they told me,

14   these people come -- nobody lives there.

15         Q.    The neighbor told you?

16         A.    Yes, that someone, every two weeks,

17   three weeks, comes there.

18         Q.    How did you know the person was a

19   neighbor?

20                Did they come out of the house?

21         A.    They came out of the house next door.

22         Q.    Next door?

23         A.    Next door.

24         Q.    What was the address?

25         A.    It would be 144.

Abdeldayem Hassan

1              144, yeah.

2      Q.      So a lady came out of the door at 144

3  and said that nobody lived there?

4      A.      Nobody lives there, they just come every

5  two or three weeks, and that's all.

6      Q.      She said, nobody lives there, but they

7  come every two or three weeks?

8      A.      Yeah, someone comes every three or

9  four weeks and opens the door or something like that.

10     Q.      Do you know what the lady's name is?

11     A.      No.

12             That was the first time I met her.

13     Q.      She didn't say her name?

14     A.      No, and I didn't ask.

15             I told her, I bought the house, and she

16  said, I'm glad you bought this house, it's an

17  abandoned house, I'm scared, stuff like that.

18             She was happy to see someone get the

19  house.

20     Q.      And when did this occur?

21             I know it's after you got the deed, but

22  can you give me the month or date when you went and

23  spoke to this lady?

24     A.      After I got the deed, like two or three

25  weeks.

Abdeldayem Hassan

1    Q.    I'm asking for a calendar date, year,
2    time.
3    A.    Should be January of 2018.
4    Q.    Okay.
5          Now, what did you do afterwards?
6    A.    After that, I went to the sheriff again,
7    to tell him my situation.
8          I bought the house and I think someone
9    lives there, this is the house, what should I do in
10   that case.
11   Q.    So you went to the house after you
12   bought it for the first time?
13   A.    Yeah.
14   Q.    You knocked, nobody answered, you heard
15   dogs somewhere, right?
16   A.    Yes.
17   Q.    Then a lady comes out and says to you,
18   nobody lives here, then you go to the sheriff and say
19   to the sheriff, I bought a house, I think somebody
20   lives there?
21         Is that what you are testifying?
22         MR. OFFEN:  He already said the
23   neighbor said somebody comes every three or
24   four weeks and -- that is what he said.
25         MR. FILIPOVIC:  No, counsel, I

Abdeldayem Hassan

Page 18

1    understand.

2                My question is, you told the sheriff, I

3    think somebody lives there, right?

4                That is what you testified to?

5                THE WITNESS:  (Indicating).

6                MR. FILIPOVIC:  Yes?

7                THE WITNESS:  I'm saying that because

8    the neighbors told me they come and go.

9    BY MR. FILIPOVIC:

10        Q.    I understand.

11               I'm just clarifying the record.

12               So then what happens?

13        A.    I went to the sheriff to see how I'm

14   gonna get in my house and they told me I have to --

15        Q.    Who told you?

16               The sheriff people?

17        A.    The people over there told me I have to

18   go to the --

19        Q.    Sir, when you say people over there,

20   tell me exactly which people and where.

21               This is a deposition.

22               I'm sorry, but don't call them "they."

23               The sheriff's office told you?

24        A.    Yes.

25        Q.    I'm going to ask you again.

Abdeldayem Hassan

Page 19

1                    Who told you what to do when you got
2      there?
3          A.     The city people told me I have to do it
4      the right way.
5          Q.     What did they say?
6          A.     I had to fill out the paperwork.
7          Q.     Did you have an attorney at that time?
8          A.     No, I didn't have an attorney, I was by
9      myself.
10         Q.     They gave you the paperwork?
11         A.     They gave me the paperwork, I filled it
12     out.
13                 They gave me the paper and I had to
14     mail it the first time and then I mailed the paper
15     the second time, after two weeks, again.
16                 I went there again, they gave me the
17     paper again, someone had to hand-deliver it to the
18     people there, occupants.
19         Q.     Do you know what the papers were?
20         A.     What is it?
21         Q.     Do you know what papers they gave you?
22         A.     I filled out the paper, my name, who
23     lives there, I don't know the name of who was living
24     there.
25         Q.     Do you know what the papers were,

Abdeldayem Hassan

Page 20

1    though?

2          A.      No.

3          Q.      I'm going to hand you what --

4          A.      All the papers, I gave them to him.

5                  I --

6          Q.      Sir, there is no question.

7                  MR. OFFEN:  Let him answer.

8                  MR. FILIPOVIC:  There was no question

9    posed.

10                 MR. OFFEN:  He was continuing to answer

11   the question that was answered originally.

12                 He was in the middle of answering the

13   question.

14                 MR. FILIPOVIC:  I asked you, did you

15   know what papers you were filling out.

16                 THE WITNESS:  Whatever papers they gave

17   me, they had my name, who is living there, I don't

18   know the name, my signature, stuff like that.

19   BY MR. FILIPOVIC:

20         Q.      Okay, that's fine.

21                 Did you know if that paper had any

22   legal significance, and, if so, what was it?

23         A.      If it had legal significance, why didn't

24   the judge give me the house?

25         Q.      That was a question you just asked me.

Abdeldayem Hassan

Page 21

1              Don't ask me questions.

2        A.     No, I'm not asking a question.

3              MR. FILIPOVIC:  You just did.

4              Can you please read that last thing?

5              (DESIGNATED QUESTION AND ANSWER WERE

6    READ)

7    BY MR. FILIPOVIC:

8        Q.     Sir, I'm going to ask you again, did you

9    know what legal significance, if any, the papers that

10   you were filling out from sheriff's office had?

11       A.     What do you mean by legal significance?

12       Q.     I mean, what did the document represent?

13             What was it actually called?

14       A.     I don't know.

15       Q.     Okay.

16             That's fair.

17             I'm going to hand you now what we'll

18   mark as --

19             MR. OFFEN:  You asked him what it was

20   called, not what it was for.

21             MR. FILIPOVIC:  I get to ask what I

22   want to ask.

23             MR. OFFEN:  Okay.

24             MR. FILIPOVIC:  It is a non-issue, I

25   have the document here.

Abdeldayem Hassan

Page 22

1              MR. OFFEN:  I want to object.

2              The last question you asked, what it

3    was called, you didn't ask what it was for.

4              He's trying to find out -- what is the

5    purpose of the document that had some legal

6    significance is what he was answering.

7              Otherwise, they wouldn't have given it

8    to him.

9              MR. FILIPOVIC:  Counsel, you are not

10   here to testify.

11             I understand.

12             The record will speak for itself.

13             He has to answer the questions.

14             You don't get to rephrase his answers.

15             MR. OFFEN:  He's answered that

16   question.

17             MR. FILIPOVIC:  Are you saying asked

18   and answered?

19             We can put that on the record.

20             MR. OFFEN:  I'm not rephrasing his

21   answer.

22             His question was, why would they give

23   it to me if it has no legal significance.

24             He doesn't know what it's called.

25             MR. FILIPOVIC:  Is that an objection?

Abdeldayem Hassan

Page 23

1          MR. OFFEN:  It's an objection.

2          The question asked specifically for the

3   title of the document as opposed to what the document

4   does.

5          He said it has legal significance or it

6   wouldn't have been given.  Therefore, he answered the

7   question.

8          You asked the question and he answered

9   that they wouldn't have given it to me if there

10  wasn't any significance.

11         MR. FILIPOVIC:  I don't understand the

12  point of this, but could we keep this clean?

13         We're building up a record that is

14  unnecessary.

15         I'm going to hand you an exhibit that

16  is going to be called Exhibit F because it's already

17  marked that way.

18         Let the record reflect the document is

19  marked Exhibit F.

20         It's an exhibit to a prior motion filed

21  in this case, a motion for judgment pleadings, and

22  I'm giving it to the witness now.

23         (Exhibit F, Civil Cover Sheet with

24  Attachments, is marked for identification)

25  BY MR. FILIPOVIC:

Abdeldayem Hassan

Page 24

1          Q.      Mr. Hassan, take a look at the document
2     I've just given you.
3          A.      Uh-huh.
4                  This one (indicating)?
5          Q.      Yes.
6                  There's more pages to it, sir.
7                  Feel free to take a look at it.
8          A.      Yes, I filled it out.
9          Q.      I'm going to ask you some questions
10    about the document.
11                 Is that the document that you were
12    given to fill out?
13         A.      Yes.
14         Q.      Go to the first one I handed you, which
15    is marked with an F.
16                 Now, sir, go to the bottom part of that
17    page.
18                 Do you see your name and address and
19    phone number there?
20         A.      Yes.
21         Q.      Could you read that out loud, please,
22    for the record?
23         A.      Abdeldayem Hassan, 484-557-1737.
24         Q.      Is that your phone number that you put
25    on there?

Abdeldayem Hassan

Page 25

1      A.    Yes.

2      Q.    I'm also going to direct you to the page

3 that says Verification.

4      A.    Okay.

5      Q.    Did you sign that, sir?

6      A.    Yes.

7      Q.    That is your signature on the

8 verification page?

9      A.    Yes.

10     Q.    What does it say, basically?

11          Can you read it for the record, please?

12     A.    I hereby verify that the statements set

13 forth in the foregoing compliant are true and correct

14 to the best of my knowledge, information and belief.

15 I understand that these statements are made subject

16 to the penalties of 18 Pa.C.S.4904, relating to

17 unsworn falsification to authorities.

18     Q.    So you're basically attesting that

19 everything in your papers is true, right?

20          Is that your understanding of what you

21 signed?

22     A.    I didn't understand it, but I signed it.

23     Q.    You didn't understand?

24     A.    No.

25     Q.    So, you signed that, but you didn't

Abdeldayem Hassan

Page 26

1    understand what it meant?

2         A.     I didn't understand what it meant, but I

3    signed it.

4         Q.     Can you read it?

5         A.     I can read it.

6         Q.     Read it again.

7         A.     I hereby verify that the statements set

8    forth in the foregoing complaint are true and correct

9    to the best of my knowledge, information and belief.

10   I understand that these statements are made subject

11   to the penalties of 18 Pa.C.S.4904, relating to

12   unsworn falsification to authorities.

13        Q.     So your testimony today is you don't

14   know what that means?

15        A.     I don't know what that means.

16        Q.     Go on to the next page, where it says

17   that you have certified that the property is

18   unoccupied.

19               Can you find that page for me?

20        A.     Which one?

21        Q.     You just went over it.

22               The page that certifies that the

23   property is unoccupied.

24        A.     You're talking about this one

25   (indicating)?

Abdeldayem Hassan

Page 27

1       Q.      Yes.

2               Do you see there, where it says

3   occupied or unoccupied, and you checked off that it's

4   unoccupied?

5       A.      No, I don't see it.

6       Q.      Can I take a look at that page?

7               This isn't the page.

8               (AT WHICH TIME MR. DUNNE ENTERS THE

9   DEPOSITION ROOM)

10              MR. FILIPOVIC:  Off the record.

11              (OFF-THE-RECORD DISCUSSION)

12  BY MR. FILIPOVIC:

13      Q.      Isn't it true, sir, that you also drive

14  an Uber or a Lyft?

15      A.      Sometimes I do, yeah.

16      Q.      Sometimes you do?

17      A.      Yeah.

18      Q.      Do you recall, when I asked you here

19  earlier, under oath, if you had any other jobs, you

20  said no?

21      A.      When I have time, sometimes I do Lyft.

22      Q.      Did you forget to mention that earlier?

23      A.      Yeah, because I don't do it full-time.

24              You were asking for full-time jobs.

25      Q.      No, I didn't.

Abdeldayem Hassan

Page 28

1                    I asked you if you did anything else.

2        A.      I misunderstood you.

3        Q.      Who is Mubarak?

4        A.      My friend.

5        Q.      Did you send Mubarak to the property to

6   evict the occupants?

7                    And, by occupants, I'm talking about at

8   146 South 62nd Street.

9        A.      No.

10       Q.      What is your friend's last name?

11       A.      Ahmed.

12       Q.      What is it?

13       A.      Ahmed.

14       Q.      Could you spell that, sir?

15       A.      A-h-m-e-d.

16       Q.      Did you ever have a phone number that is

17   as follows, 610-818-5463?

18       A.      I used to have that phone number.

19       Q.      And what about 267-670-4481?

20                   Is that Mubarak's phone number?

21       A.      Mubarak's phone number.

22       Q.      Do you know if that is still his phone

23   number?

24       A.      Yeah.

25                   MR. FILIPOVIC:  I'm going to be handing

Abdeldayem Hassan

Page 29

1    you something that will be marked Exhibit B.

2              The first one was F because it was

3    already marked F, and this one will now be Exhibit B.

4              (Exhibit B, Handwritten Note, is marked

5    for identification)

6    BY MR. FILIPOVIC:

7         Q.    Do you see that one-page document that

8    is in front of you?

9         A.    Yeah.

10        Q.    Could you please read the document?

11        A.    I am the owner of the premises located

12   at 146 South 62nd Street, Philadelphia, PA 19139.

13              This is to inform you that you must

14   vacate the premises.

15              If you have any questions, contact me

16   at the number stated below.

17        Q.    Have you ever seen that before, sir?

18        A.    Yes.

19        Q.    Did you write that?

20        A.    Yes, in the beginning.

21        Q.    Before the deed?

22        A.    When we bought the house.

23              I told you, I went there and no one

24   answered at the home, so we did that.

25        Q.    What is the date on it?

Abdeldayem Hassan

Page 30

1          A.      I think it is the same day we went to

2     see the house.

3          Q.      So it was right after the sheriff's

4     sale?

5          A.      Yeah.

6          Q.      Do you realize you testified you didn't

7     go there until you got the deed earlier today?

8          A.      I just remembered this.

9          Q.      Okay, good.

10                 So you left that note there?

11         A.      Yeah, I left that note there to let them

12    know I bought the house.

13         Q.      When you say you left the note there,

14    where exactly did you leave it?

15         A.      At the door.

16         Q.      Of 146 South 62nd Street?

17         A.      Yes.

18         Q.      Did you knock on the door at that time?

19         A.      Yes, I knocked and no one came out.

20         Q.      Were there any dogs?

21         A.      I don't know.

22         Q.      Did anybody ever call you in reference

23    to that note?

24         A.      I think one lady called Mubarak, not me.

25         Q.      Do you know exactly what day the sheriff

Abdeldayem Hassan

Page 31

1    acknowledged the deed in your name?

2           A.     Yeah, I think November.

3           Q.     November of 2017?

4           A.     I'm not sure exactly what date, but I

5    can check the deed.

6           Q.     You know it was in 2017, though, right?

7           A.     It should be 2017, yeah.

8           Q.     Do you know when the sheriff recorded

9    the deed in your name?

10                 MS. HARPER:  Objection to form.

11   BY MR. FILIPOVIC:

12          Q.     Did the sheriff ever record a deed in

13   your name?

14          A.     Yeah.

15          Q.     Do you know when?

16          A.     I'm not sure of the date.

17          Q.     Do you know, sir, the people that were

18   at the house, only if you know, do you know if they

19   have any rights to the house after a sale like that,

20   where you went and bid on the property?

21                 Do you know if they have any rights?

22          A.     No.

23          Q.     You don't know?

24          A.     I don't know anything.

25          Q.     Did you consult with anybody in this

Abdeldayem Hassan

Page 32

1    time period about what the law may be in this area?

2         A.    No.

3         Q.    The people in this house that you

4    thought may have been living there, did anybody ever

5    tell you anything directly?

6         A.    Yes.

7         Q.    Who told you what directly?

8         A.    When we went to give them this paper, we

9    gave them the paper, the guy told me he was going to

10   move by March.

11              The guy with long hair came out and he

12   met me and he said he was moving by March

13   (indicating).

14        Q.    Now, when was that conversation?

15        A.    I think that was in January.

16        Q.    January?

17        A.    Yeah.

18        Q.    So, January of 2018, you know somebody

19   is living there, right?

20        A.    Yeah.

21              Like I told you, the guy.

22        Q.    So somebody did come out finally and

23   your testimony is he told you something?

24        A.    Yeah.

25        Q.    Did you ask him his name?

Abdeldayem Hassan

Page 33

1    A.    No.

2          I may have asked him, but I forget.

3          It's been two years, I don't remember

4    if I asked him.

5    Q.    Let's go back to Exhibit F.

6          Let's go back to the phone numbers.

7          You said the 484 number was yours?

8    A.    Yes.

9    Q.    And you also said the 610 number is

10   yours?

11   A.    Yes.

12   Q.    So is it fair to say that you had both

13   of these numbers in 2017 and 2018?

14   A.    Not 2018, but 2017.

15         In 2018, I had the 484 number.

16   Q.    The entire year?

17   A.    What does that mean?

18   Q.    For the entire year, you had that

19   number?

20   A.    Yes.

21   Q.    Is it still your number?

22   A.    It is still my number.

23   Q.    Who is the 610 number provided by?

24         Which company?

25   A.    T-Mobile.

Abdeldayem Hassan

Page 34

1        Q.      T-Mobile, 610?

2        A.      Yes.

3        Q.      And what happened to that number?

4        A.      When my wife came from back home, I gave

5    it to her.

6        Q.      So it's still on your family plan?

7        A.      Yes, my wife has it.

8        Q.      And you live with your wife?

9        A.      Yes.

10       Q.      And you lived with her in 2018 as well?

11       A.      Yes.

12               MR. OFFEN:  He answered when his wife

13   came from back home.

14               THE WITNESS:  She was back home, so,

15   when she came, I gave her that number and I made

16   another number.

17   BY MR. FILIPOVIC:

18       Q.      In 2017, you had the 484 number already?

19       A.      2017?

20       Q.      Yes.

21       A.      2017, yes.

22       Q.      So you just kept the 484 and you

23   relegated the 610 to your wife?

24       A.      Yes.

25       Q.      But you didn't tell T-Mobile not to bill

Abdeldayem Hassan

Page 35

1    you, it was still part of your family plan?

2         A.     Yes.

3         Q.     And it appears on your bill together

4    with the other number?

5                484 and 610 still appear on the same

6    bill, correct?

7         A.     There is no bill.

8         Q.     It's on the same plan?

9         A.     Yeah.

10        Q.     And you and your wife use these two

11   numbers still?

12        A.     Yes.

13        Q.     Let's go to Exhibit G.

14               That has been shared in court and among

15   counsel on a motion for a judgment on the pleadings.

16               Have you seen that before?

17        A.     Yes.

18        Q.     Did you fill that document out?

19        A.     Yes.

20        Q.     Is all the information on that document

21   correct?

22        A.     Yes.

23               MR. FILIPOVIC:  We'll put that in the

24   record as Exhibit G.

25               (Exhibit G, Return of Service/Affidavit

Abdeldayem Hassan

Page 36

1    with Attachments, is marked for identification)

2              MR. OFFEN:  You asked him if he filled

3    it out, you didn't ask him if he signed the document.

4              MR. FILIPOVIC:  I am aware of that.

5              Sir, did you sign the document?

6              THE WITNESS:  No.

7    BY MR. FILIPOVIC:

8         Q.    Who signed it for you?

9         A.    Which one are you talking about?

10        Q.    Is there a signature on that document?

11        A.    Which one?

12        Q.    Who is Ahmed Nafie?

13        A.    That is the person who handed the paper.

14        Q.    But you said you filled it out?

15        A.    I said I saw it.

16              I didn't say I filled it out.

17              MR. FILIPOVIC:  Off the record.

18              (OFF-THE-RECORD DISCUSSION)

19              THE WITNESS:  I didn't fill it out.

20              MR. OFFEN:  Can we go off the record?

21              (OFF-THE-RECORD DISCUSSION)

22    BY MR. FILIPOVIC:

23        Q.    Sir, did you have an interpreter at the

24    sheriff's office at any point?

25        A.    Say that again.

Abdeldayem Hassan

Page 37

1          Q.      Did you have an interpreter with you at
2     the sheriff's sale when you bought the house?
3          A.      It is a simple thing.
4          Q.      Did you have an interpreter at the
5     sheriff's sale?
6          A.      No.
7          Q.      When you went to the sheriff's office
8     all the times you went there, did you have an
9     interpreter?
10              MR. HARPER:  Objection to form.
11    BY MR. FILIPOVIC:
12         Q.      Did you ever bring an interpreter with
13    you to the sheriff's office?
14         A.      Sometimes I do.
15         Q.      Sometimes you do?
16         A.      Yeah.
17              If they need a lot of paperwork, I
18    bring somebody with me to help me with it.
19         Q.      Did you bring somebody on any of these
20    occasions in October or November of 2017?
21         A.      Yes.
22         Q.      Yes, you did?
23         A.      What is your question?
24         Q.      Did you bring somebody with you?
25         A.      Where?

Abdeldayem Hassan

Page 38

1       Q.      To the sheriff's office.

2       A.      When I go there?

3       Q.      Yes.

4       A.      Yes.

5       Q.      Who was it?

6       A.      Mubarak.

7       Q.      Mubarak Ahmed?

8       A.      Yes.

9       Q.      His English is good?

10      A.      Yes.

11              MR. FILIPOVIC:  With a request for an

12      interpreter, I don't think we can continue.

13              MR. OFFEN:  This is something I knew

14      about at 11:00.

15              MR. FILIPOVIC:  We have a request for

16      an interpreter at this juncture in the litigation,

17      after all discovery has been done and half the

18      deposition has gone by, so we can't continue.

19              We're going to have to do what we have

20      to do, which may include filing for extensions.

21              MR. HARPER:  The city would not oppose

22      stipulating to an extension as necessary.

23              MR. OFFEN:  Whatever extensions are

24      needed, there is no issue.

25              I didn't know about this until last

Abdeldayem Hassan

Page 39

1    night.

2                    MR. FILIPOVIC:  Actually, I'm going to

3    take the position at this time that we are going to

4    continue.

5                    You can move to strike whatever you

6    feel is necessary.

7                    That's going to be our position going

8    forward.

9                    We're going to continue talking and

10   your lawyer can intervene if he feels that is

11   appropriate.

12                   Now we have --

13                   THE WITNESS:  Excuse me, that I didn't

14   understand.

15                   I see it, but I didn't fill it out

16   (indicating).

17                   MR. FILIPOVIC:  The record can reflect

18   that you are changing your testimony that you saw

19   this document, but you didn't fill it out.

20                   It's filled out by Ahmed Nafie.

21                   Mr. Hassan, are you an American

22   citizen?

23                   THE WITNESS:  Yes.

24   BY MR. FILIPOVIC:

25        Q.    You passed the English proficiency exam

Abdeldayem Hassan

Page 40

1    as part of becoming an American citizen?

2        A.    Yeah.

3              They gave me the translation.

4        Q.    Translation?

5        A.    Yeah.

6              Someone gave it to me, the test, I read

7    it, and, after that, I passed it.

8        Q.    What year was that?

9        A.    I don't remember.

10             19 --

11       Q.    20 years ago?

12       A.    Maybe more.

13             30 years ago.

14       Q.    30 years ago, you passed it, and you've

15   lived in America since that time?

16       A.    Yes.

17             MR. FILIPOVIC:  Exhibit J.

18             (Exhibit J, Praecipe for Writ of

19   Possession, is marked for identification)

20   BY MR. FILIPOVIC:

21       Q.    We'll be handing you this, this is

22   Exhibit J.

23       A.    This --

24       Q.    I'm just asking you to take a look at

25   it.

Abdeldayem Hassan

Page 41

1                    There is no pending question.

2                    Sir, have you seen that document

3    before?

4         A.    Yes.

5         Q.    Did you file that document?

6         A.    Yes.

7         Q.    Is that your handwriting on that

8    document?

9         A.    Yes.

10        Q.    Is everything you wrote on there true

11   and correct?

12        A.    What is it?

13        Q.    True and correct, everything you wrote

14   on that document, is it true and correct?

15        A.    Yes.

16        Q.    Let the record reflect -- could you

17   please count the pages of that document?

18        A.    Yes.

19        Q.    Please count all the pages that you have

20   in your hand.

21        A.    Four.

22        Q.    Four pages, thank you.

23                Let the record reflect -- is everything

24   true and correct on all four of the pages, sir, that

25   you wrote?

Abdeldayem Hassan

Page 42

1       A.      It's correct.

2               MR. OFFEN:  You're asking him if the

3    order is correct that was written?

4               There is an order in there that is not

5    signed by him.

6    BY MR. FILIPOVIC:

7       Q.      So you did not actually fill out the

8    documents all yourself?

9               Other than the order --

10      A.      This one, you mean?

11              I filled this out (indicating).

12      Q.      Can you read the bold letters there?

13      A.      Which one?

14      Q.      This one right here.

15              Praecipe for Writ of Possession, is

16   that what it reads there?

17      A.      Yes.

18              After I got this paper, I went to the

19   house (indicating).

20      Q.      But you testified you also went to the

21   house as early as October.

22      A.      I would be legal to go there after I got

23   this paper, right?

24      Q.      Don't ask me questions.

25              I'm going to tell you one more time.

Abdeldayem Hassan

Page 43

1              The next exhibit will be Exhibit K.

2              (Exhibit K, Contact Details, is marked for

3    identification)

4    BY MR. FILIPOVIC:

5         Q.    Sir, I've handed you a document that has

6    been provided in prior filings to your attorney.

7              Tell me if you know -- first of all, is

8    that your name and address that you see on that

9    document?

10        A.    Yes.

11        Q.    Is your contact information there

12   correct?

13        A.    Uh-huh.

14        Q.    Is that yes?

15        A.    Yes.

16             MR. FILIPOVIC:  Can we take a

17   five-minute break?

18             (BRIEF RECESS)

19   BY MR. FILIPOVIC:

20        Q.    Mr. Hassan, in May of 2018, did you

21   receive a letter from the offices of Attorney Dunne?

22        A.    About what?

23        Q.    Anything.

24             In May of 2018, do you recall a letter

25   from the offices of Attorney Dunne?

Abdeldayem Hassan

Page 44

1          A.     Only one letter I received, but I don't

2   know the date.

3                  There was only one letter.

4          Q.     So is that a yes to my question then?

5                  MR. OFFEN:  He said --

6                  MR. FILIPOVIC:  Counsel, I don't need

7   you to testify.

8                  You're not under oath.

9                  MR. OFFEN:  He said he doesn't know the

10  date.

11                 He already answered I don't know the

12  date.

13                 MR. FILIPOVIC:  Maybe he remembered the

14  date.

15                 If you don't know the date, could it

16  have been May of 2018?

17                 THE WITNESS:  One more time?

18                 MR. FILIPOVIC:  If you don't know when

19  you received it, could it be that you did, in fact,

20  receive it in May of 2018?

21                 MR. OFFEN:  He already answered the

22  question.

23                 He doesn't know the date.

24                 THE WITNESS:  I don't know the date.

25                 MR. FILIPOVIC:  That is not the same

Abdeldayem Hassan

Page 45

1   question.

2                 I want him to tell me -- can you rule

3   out, sir, that you didn't receive a letter in May of

4   2018?

5                 THE WITNESS:  What do you mean?

6                 MR. FILIPOVIC:  That means you can tell

7   me with 100-percent surety you didn't get it in May.

8                 THE WITNESS:  I told you I received

9   only one letter for this house.

10                MR. FILIPOVIC:  Thank you.

11                Strike that as unresponsive.

12                That is not what I'm asking.

13                MR. OFFEN:  He's answered the question.

14                I object.

15                He answered it several times.

16                He said he doesn't know the date, he

17   doesn't know the date.

18                MR. FILIPOVIC:  Fair enough.

19                You don't know the date.

20                Do you know what the letter said?

21                Did you open the letter?

22                THE WITNESS:  Actually, I didn't

23   understand.

24                I opened the letter, but I didn't

25   understand.

Abdeldayem Hassan

Page 46

1   BY MR. FILIPOVIC:

2          Q.      You didn't understand?

3          A.      No, and I took it to the sheriff's

4   office right away.

5          Q.      And you still don't remember when?

6          A.      No.

7          Q.      Did you have an attorney at this time?

8          A.      No.

9          Q.      Tell me what you did with the letter at

10  the sheriff's office.

11         A.      I went to the sheriff's office, I think

12  I went to the third floor.  I went there and they

13  said -- they saw the letter and they told me I had to

14  go to another level.  I don't know, maybe the fifth

15  floor.  They called someone.  They told me, you're

16  not allowed to go there by yourself.  They called

17  someone and the lady came out and met me at the fifth

18  floor steps, at the elevator, and she took the letter

19  from me and she read it and she said, okay, we have

20  to stop what we are doing, and she kept the letter.

21                 I wish I could give you a date.

22         Q.      She told you, we have to stop what we

23  are doing?

24         A.      Yes.

25                 I already paid them 350 dollars to

Abdeldayem Hassan

Page 47

1   come.

2                   All these papers were filed.

3                   They were supposed to come, the police

4   or whatever.

5                   They told me I had to bring a tow truck

6   or storage and everything.

7        Q.     So now we know the letter was at least

8   after you already filed all these papers?

9        A.     Yes.

10       Q.     Because you said all these papers were

11   filed?

12       A.     Yes.

13       Q.     And you were already trying to evict the

14   occupants?

15       A.     Yes.

16                   I went with the letter, I didn't go by

17   myself.

18       Q.     I understand.

19                   Please answer my question.

20                   You went with the letter after you

21   finished all this paperwork?

22       A.     The letter came to me after I did all

23   this (indicating).

24       Q.     So now we're getting the time a little

25   better.

Abdeldayem Hassan

Page 48

1              It was after January 22nd, 2018,
2      obviously, which is when you filed this, right?
3          A.     I don't know.
4                 You can calculate the date.
5          Q.     You're telling me you got the letter
6      after you filed all the paperwork that we just went
7      through?
8          A.     Yes.
9          Q.     The lady said to you, we have to do
10     what?
11         A.     We're supposed to come take them out by
12     police, right?
13         Q.     Don't ask me questions.
14                MR. OFFEN:  Answer what happened.
15     BY MR. FILIPOVIC:
16         Q.     She told you, we have to stop what we're
17     doing?
18         A.     Yes.
19                She took the letter and she said, okay,
20     in that case, we're going to stop.
21         Q.     Did you sign-in on any sheet when you
22     got to the sheriff's office that day?
23         A.     No.
24         Q.     You just walked in, you didn't sign
25     anything?

Abdeldayem Hassan

Page 49

1        A.      Nothing.

2        Q.      Did they ask you for ID?

3        A.      No.

4                At the front desk, yeah, when I

5    entered?

6        Q.      Yes.

7                That is what I'm asking.

8        A.      They asked for ID.

9        Q.      They did?

10       A.      Yes.

11       Q.      Did you see them write your name down

12   from that ID?

13       A.      They looked at the ID and gave it to me

14   back.

15       Q.      Now, did you understand anything in that

16   letter when you read it?

17       A.      No, I didn't understand anything, so

18   that's why I took it to them.

19       Q.      Why would you take it to the sheriff if

20   you didn't understand anything?

21                Are they the translator?

22       A.      Because I already talked to them and

23   they were following up on why I got the letter.

24       Q.      Well, did you see the property address

25   on the letter?

Abdeldayem Hassan

Page 50

1          A.      Yes.

2          Q.      So this property address was on the

3   letter?

4          A.      Yes.

5          Q.      You understood that part?

6          A.      Yes.

7                  It was about the house.

8          Q.      So you knew it was about the house?

9          A.      Yes.

10         Q.      So you did understand something?

11         A.      I understood it belonged to the house,

12   but I didn't know what they meant.

13         Q.      Did you see your name on the letter?

14                 Not on the envelope, but on the actual

15   letter.

16         A.      Yes.

17         Q.      Did you get any phone calls at the 610

18   number from the office of Attorney Dunne?

19         A.      No.

20         Q.      Did you ever get any phone calls at the

21   484 number from Mr. Dunne?

22         A.      No.

23         Q.      Sir, you said that you are with

24   T-Mobile, correct?

25         A.      Yes.

Abdeldayem Hassan

Page 51

1         Q.      What kind of -- is this a family plan
2    that you and your wife are on, the 610 and the 484
3    numbers?
4         A.      Yes.
5         Q.      Sir, in connection with this case that
6    we're here for today, did you request your call
7    history for this particular time period?
8         A.      One more time?
9         Q.      Did you ask T-Mobile to provide you with
10   a history of calls on these two lines from May
11   through July of 2018?
12               Did you do that?
13        A.      You want me to --
14        Q.      No.
15               I'm asking you, did you do it.
16        A.      No, I never did it.
17        Q.      Do you know if T-Mobile is able to
18   provide those records of activity to you?
19        A.      I don't know.
20        Q.      Would you have any objection if we asked
21   you to ask T-Mobile to provide the phone history,
22   calls in and out, text messages, from May until July
23   of 2018?
24               Do you have any objection to that?
25        A.      What do you mean?

Abdeldayem Hassan

Page 52

1              I don't understand that.

2       Q.      That means, if we ask your attorney to

3  ask you to ask T-Mobile to give us the calls, all the

4  calls on those two lines, when, what time, what date,

5  from May until July of 2018, will that be okay with

6  you?

7       A.      Is it going to cost me money to do that?

8       Q.      I don't know.

9              That is between you and your attorney.

10             Not with respect to the money, if those

11  records exist, would you be so kind as to provide it

12  to us?

13             Because we did ask for them.

14       A.      I will try.

15       Q.      You will try?

16       A.      Yes.

17       Q.      Okay.

18             I'm also with T-Mobile and I know they

19  can provide years back.

20       A.      I never did it before.

21             I never asked them.

22  (REQUEST)    MR. FILIPOVIC:  I'm going to make a

23  request on the record for the call history and the

24  text message history for numbers 484-557-1737,

25  belonging to Mr. Hassan, as well as 610-818-5463,

Abdeldayem Hassan

Page 53

1    which may be used by his wife now, counsel.

2                    THE WITNESS:  One more thing, sorry.

3                    I have to ask my wife if she agrees,

4    too, because that is her phone.

5    BY MS. FILIPOVIC:

6        Q.    You do whatever you need to do, but I'm

7    going to make that request on the record.

8                    So, now, as we sit here today,

9    Mr. Hassan, how many times total did you go to 146

10   South 62nd Street?

11       A.    I can say three times.

12       Q.    And how many times -- that's that you

13   personally went there, correct?

14                   You went there three times on your own

15   or by yourself directly, personally?

16       A.    Right.

17       Q.    Is that a yes?

18       A.    Yes.

19       Q.    What about, was there any other time

20   when you sent somebody else there?

21                   MR. OFFEN:  The violation lawsuit

22   against him by the city.

23                   MR. FILIPOVIC:  I'm sorry?

24                   MR. OFFEN:  The city's lawsuit against

25   him, the violation at the property.

Abdeldayem Hassan

Page 54

1            THE WITNESS:  I got a violation from

2     the city of Philadelphia because some trash was in

3     front of the sidewalk and I got a ticket for that.

4     BY MR. FILIPOVIC:

5            Q.     Do you know when you got that letter?

6            A.     Not exactly.

7            Q.     I'm asking you -- so far we've

8     established that you went there in October, right,

9     October 11th, 2017?

10            That was your testimony, is that right?

11            A.     Yes.

12            Q.     And that wasn't about the ticket and the

13     trash, right?

14            A.     I went with the paper.

15            Q.     To evict whoever was living there?

16            A.     Yes.

17            Q.     You went there when you got the deed,

18     after you got the deed.

19            That was your testimony, correct?

20            A.     Yes.

21            Q.     And that was also to evict people,

22     right?

23            MR. OFFEN:  You said he went there on

24     October 11th to evict the people, he went there to

25     look at the property.

Abdeldayem Hassan

Page 55

1              MR. FILIPOVIC:  Counsel, I'm asking him
2    and he's answering questions.

3              The record will say what he said.

4              Again, I don't need you to paraphrase.

5              In fact, it's inappropriate, especially
6    in light of the note.

7              You went there in November of 2017?

8              THE WITNESS:  Yes.

9    BY MR. FILIPOVIC:

10        Q.    That was not about the ticket the city
11   of Philadelphia left for you?

12        A.    No, the first time.

13        Q.    What do you mean by the first time?

14        A.    To see the house, when I got the deed.

15        Q.    October was the first time and then you
16   went again after you got the sheriff's deed, correct?

17        A.    Yes.

18        Q.    So that is twice?

19        A.    Yes.

20        Q.    And then you went there in May, correct?

21        A.    Yes.

22              In May?

23        Q.    Yes, of 2018.

24        A.    No, not me, the guy who handled the
25   paper went there.

Abdeldayem Hassan

Page 56

1          Q.      He went to deliver your papers?

2          A.      Yes.

3          Q.      In May?

4          A.      Yes.

5          Q.      Did you go there in June?

6          A.      No.

7          Q.      When did you talk to the person who said

8     I'll be out --

9                  When was that conversation?

10         A.      That was in January.

11         Q.      So you went in January as well?

12         A.      Yes.

13         Q.      Did you receive a text from 215-551-7109

14    on May 8th, 2018?

15         A.      No.

16         Q.      Sir, do you have your phone with you

17    now?

18         A.      Yes.

19         Q.      The 484 phone?

20         A.      Yes.

21         Q.      Could you please pull it out?

22                 Do you have any texts from the number

23    215-551-7109?

24         A.      No.

25         Q.      Is that the same phone device, I'm not

Abdeldayem Hassan

Page 57

1  asking about the number, but the device that you had

2  in May of 2018?

3         A.    Yes.

4         Q.    Did you delete any messages, sir?

5         A.    No.

6               What do you mean?

7         Q.    Did you delete anything from that phone

8  since May of 2018?

9         A.    Sometimes I do delete messages, yes.

10        Q.    Could it be that you received the

11 messages, but you deleted them?

12        A.    No, I didn't receive it.

13              I make sure, whatever message comes up,

14 I receive it.

15        Q.    Did you cause the sheriff to serve a

16 notice to vacate to Lyndel Toppin at 146 South 62nd

17 Street on May 18th, 2018?

18              MR. OFFEN:  Objection.

19              He already answered the question.

20              He did the legal process, he followed

21 through.

22              He said he filed the paperwork already.

23              MR. FILIPOVIC:  Is that an objection,

24 asked and answered?

25              MR. OFFEN:  Yes.

Abdeldayem Hassan

Page 58

1                MR. FILIPOVIC:  Are you going to let

2     him answer the question?

3                MR. OFFEN:  No.

4                MR. FILIPOVIC:  Are you going to advise

5     him not to answer?

6                MR. OFFEN:  He's already answered the

7     question that he did the legal process and he filed

8     the paperwork with the sheriff.

9                He said he filed the paperwork with the

10    sheriff.

11               That's what he said.

12    BY MR. FILIPOVIC:

13        Q.    Is that a yes?

14        A.    One more time?

15               I don't understand.

16        Q.    Did you cause the sheriff to serve the

17    papers at the property?

18               MR. HARPER:  Objection to form.

19               MR. OFFEN:  Objection.

20               He's answered the question.

21               He went through the documents.

22               THE WITNESS:  I already did the

23    paperwork.

24               Whatever they asked of me, I did it.

25               That is all I did.

Abdeldayem Hassan

Page 59

```
 1              MR. OFFEN:  We're not disputing that he
 2    did the paperwork.
 3              THE WITNESS:  I did it on my own.
 4    BY MR. FILIPOVIC:
 5         Q.    Do you know what bankruptcy is?
 6         A.    No.
 7         Q.    Did you ever file bankruptcy?
 8         A.    I don't know what bankruptcy is.
 9              How would I file bankruptcy?
10         Q.    As we sit here today, do you know what
11    bankruptcy is?
12         A.    No.
13         Q.    Do you know why we're having this
14    deposition and why Mr. Toppin is proceeding against
15    you?
16         A.    I got the house and they tried to get my
17    house back.
18              That is what I'm thinking.
19              I already paid the money.
20              I bought the house, I paid them
21    whatever they asked, so that house is mine, or my
22    money should come back to me.
23         Q.    The bankruptcy doesn't concern you, you
24    don't know nothing about it?
25         A.    I don't know anything about bankruptcy.
```

Abdeldayem Hassan

Page 60

1              MR. FILIPOVIC:  This will be Exhibit Q.

2              (Exhibit Q, Certificate of Notice, is

3    marked for identification)

4              MR. OFFEN:  That's when you took it to

5    the sheriff.

6    BY MR. FILIPOVIC:

7        Q.    The record will reflect I've handed you

8    a document that has been previously identified as

9    Exhibit Q, hence the Q in the upper right corner.

10             Do you see that there is a highlighted

11   portion of the document, sir?

12       A.    What is it?

13       Q.    It's highlighted with a yellow

14   highlighter.

15             MR. OFFEN:  Objection.

16             He already acknowledged he got a notice

17   about the bankruptcy.

18             MR. FILIPOVIC:  Sir, this is a

19   different document.

20             I am allowed to ask him questions and

21   you are not allowed to interrupt me.

22             THE WITNESS:  I don't know what this

23   is.

24   BY MR. FILIPOVIC:

25       Q.    Do you see where there is a yellow

Abdeldayem Hassan

Page 61

1    highlighted portion at the top?

2         A.      Yes.

3         Q.      Is that your contact information?

4         A.      Yes.

5         Q.      Is it correct?

6         A.      Yes.

7                 Can I ask you what it is?

8         Q.      You can ask your attorney later.

9                 Sir, I want to ask you this.

10                Has anybody ever tried to kick you out

11   of your house anywhere, here or in another country?

12        A.      No.

13        Q.      The day that you took the letter to the

14   sheriff's office -- we're trying to figure out when

15   it was because you're telling us that you can't

16   remember.

17                We've established that it was after you

18   filed all the paperwork.

19                So, the sheriff's office was open that

20   day, so it was during the week?

21        A.      Yes.

22        Q.      Was it morning or afternoon?

23        A.      That I went there?

24        Q.      Yes.

25        A.      I went there like afternoon, like 4:00.

Abdeldayem Hassan

Page 62

1      Q.      But they were still open?

2      A.      Yes, they were open.

3      Q.      So it was before 4:30?

4      A.      Yes.

5      Q.      Did you work at Boston Market that day?

6      A.      That day was Friday, I went to prayer,

7  so I didn't work on Friday.

8      Q.      So it was a Friday?

9      A.      Yes.

10     Q.      I apologize, I don't mean to sound

11  ignorant, but the prayer goes on every Friday or was

12  it in relation to any particular holiday?

13     A.      Every Friday, we go to mosque.

14             You're welcome every Friday, if you

15  want.

16     Q.      Thank you.

17             There is one in my neighborhood.

18             Now, when they told you that we have to

19  stop what we're doing at the sheriff's office, did

20  you withdraw any documents that you had filed?

21             Did you go to court after that?

22     A.      What court?

23     Q.      Court.

24     A.      After that, I hired my lawyer.

25     Q.      Fair enough.

Abdeldayem Hassan

Page 63

1        A.      I didn't even get my 300 dollars from

2   them.

3                I paid 300 dollars to get the people

4   out and they didn't come and they didn't give me my

5   money.

6                MR. FILIPOVIC:  No further questions.

7                I don't know if counsel wants to ask

8   questions.

9                I'll pass the torch to Counsel Harper

10  from the city of Philadelphia's sheriff's office.

11  (EXAMINATION OF MR. HASSAN BY MS. HARPER:)

12       Q.      Good afternoon, Mr. Hassan.

13                My name is Megan Harper.  I am

14  representing Jewell Williams of the city of

15  Philadelphia in this matter.

16                I have a few follow-up questions for

17  you.

18                I will try to do them in order, but, if

19  I skip around, please let me know if you get lost.

20                Let me know if you don't understand one

21  of my questions and please ask for clarification.

22                How many sheriff's sales had you

23  attended prior to the sheriff sale when you purchased

24  the property that is at issue here, at 146 South 62nd

25  Street?

Abdeldayem Hassan

Page 64

1               How many sheriff's sales had you

2   attended prior to the sale where you purchased the

3   property that is at issue here?

4       A.      How many times I went to sheriff's

5   sales?

6       Q.      Yes.

7       A.      I went there -- before that, I went like

8   maybe four times.

9       Q.      On any of those times, whether it be the

10  day that you purchased the property at issue here or

11  any of the three or four prior times, were you there

12  for the very beginning of the sheriff's sale?

13      A.      Always I went down there late, after

14  they started.

15      Q.      Do you recall, on any of those occasions

16  when you went to a sheriff's sale, any sort of

17  preliminary statement being made by any

18  representative of the sheriff's office or the city of

19  Philadelphia?

20      A.      Say that again, please.

21      Q.      You mentioned to me that you generally

22  went late to the sheriff's sales that you attended.

23              I'm asking if you recall, on any of

24  those occasions, anyone from either the sheriff's

25  office or the city of Philadelphia, to your

Abdeldayem Hassan

Page 65

1    knowledge, making any sort of statement to the folks

2    in the room before the sheriff's sale started.

3         A.     When I went there, they already started,

4    the selling started.

5         Q.     How did you learn about sheriff's sales

6    before attending?

7         A.     I see people buying from sheriff's sale.

8                I know a lot of my friends that buy.

9         Q.     On the occasions when you did attend the

10   sheriff's sale, how did you learn it was coming up?

11               How did you know when and where to go

12   to attend the sheriff's sale?

13        A.     My friend told me they have a house for

14   sheriff's sale and stuff like that.

15        Q.     Is it one friend that, sort of, tells

16   you these things?

17        A.     Yes.

18        Q.     Who is that?

19        A.     Mubarak.

20        Q.     Did Mubarak help fund the purchase of

21   146 South 62nd Street?

22        A.     He wasn't with me that day.

23        Q.     My question is did he help to pay the

24   purchase price for 146 South 62nd Street.

25        A.     What is that?

Abdeldayem Hassan

Page 66

1        Q.      Did he help to pay the purchase price?

2        A.      You mean did he give me money?

3        Q.      Yes.

4        A.      He gave me some money.

5        Q.      Have you ever looked at the sheriff's

6    website on the computer?

7        A.      No.

8        Q.      Now, Mr. Ahmed, each time you went to

9    the sheriff's sale, was he with you?

10       A.      That day he was not with me.

11       Q.      He was not with you when you purchased

12   146 South 62nd Street?

13       A.      No.

14       Q.      But he has been with you on other

15   occasions?

16       A.      Yes.

17       Q.      How do you know Mubarak?

18       A.      I know him from back home.

19                He is my friend.

20       Q.      When you purchased 146 South 62nd

21   Street, did you put the utilities to that property

22   into your name after purchasing it?

23       A.      No.

24       Q.      You did not put the utilities into your

25   name?

Abdeldayem Hassan

Page 67

1        A.      No.

2        Q.      So you did not --

3        A.      When I got the bill, they were

4    automatically in my name, only the water bills.

5        Q.      When did you start receiving bills for

6    146 South 62nd Street, approximately, can you recall?

7        A.      I got the taxes for 2018 and every month

8    I got the water bills.

9        Q.      How about gas?

10       A.      No gas.

11       Q.      How about electric bills, do you get

12   those?

13       A.      No.

14       Q.      How much is being billed for water since

15   you purchased -- strike that.

16       Since you purchased the property, you're

17   getting monthly bills for water?

18       A.      Yes, and I think I got a note last

19   month, they want to shut it down.

20       Q.      Do you recall about how much those bills

21   are for each month approximately?

22       A.      Altogether, almost 500 or 600,

23   altogether.

24       Q.      And that is since --

25       A.      Since I bought it.

Abdeldayem Hassan

1        Q.      November of 2017?

2        A.      Yes, to now, and I did paid the taxes

3    for 2018.

4        Q.      I'm trying to further understand the

5    time-line with respect to when you went to the

6    property.

7                It sounds to me, correct me if I'm

8    wrong, as though, in May of 2018, you went to the

9    property and spoke with someone from that house.  Is

10   that correct?

11       A.      Yes.

12       Q.      And this is the gentleman you spoke of?

13       A.      Yes.

14       Q.      With the long hair?

15       A.      Yes.

16       Q.      Can you tell me his ethnicity?

17       A.      His what?

18               MR. OFFEN:  Ethnicity means the color

19   of his skin.

20               THE WITNESS:  I think he was black, but

21   I'm not sure.

22               He had long hair.

23   BY MS. HARPER:

24       Q.      Did he have an accent?

25       A.      I'm not sure, but he braided his hair

Abdeldayem Hassan

Page 69

1    (indicating).

2         Q.    Would you recognize him, do you think,

3    if you saw him today?

4         A.    Yes.

5         Q.    Was there anything distinguishing about

6    the way he looked?

7         A.    What is that?

8         Q.    Other than the braids, which seem to

9    stick out in your memory, was there any other

10   distinguishing feature about that gentleman that you

11   recall?

12        A.    No.

13              I think he was tall.

14        Q.    How about his age, can you give me an

15   estimate of his age?

16        A.    His age should be 30s, 40s, something

17   like that.

18        Q.    Did the gentleman seem to have any

19   difficulty in communicating with you?

20        A.    No.

21        Q.    You mentioned, after receiving a letter

22   from Mr. Dunne's office, you went to the sheriff's

23   office?

24        A.    Yes.

25        Q.    You showed them the letter?

Abdeldayem Hassan

Page 70

1        A.      Yes.

2        Q.      They told you, we have to stop what

3   we're doing?

4        A.      Yes.

5        Q.      What is your understanding of what that

6   meant?

7        A.      What is it?

8        Q.      What did you understand that to mean

9   when they said that?

10       A.      They were supposed to come and get the

11   people and give me the house.

12       Q.      Do you recall anything about the person

13   who told you that on that day in terms of appearance,

14   name, anything?

15               MR. OFFEN:  Describe the woman.

16               THE WITNESS:  I don't know her name,

17   but she was a black lady.

18               She was at the top level.

19   BY MS. HARPER:

20       Q.      She was on the fifth floor?

21       A.      Fifth floor.

22       Q.      Was she in uniform?

23       A.      I think she had on black with a white

24   sweater.

25       Q.      Did she have a badge, like an emblem, on

Abdeldayem Hassan

Page 71

1    her clothing anywhere?

2         A.    I think the city name or something like

3    that.

4              MR. OFFEN:  Can you give her age?

5              THE WITNESS:  40, 39, something like

6    that.

7    BY MS. HARPER:

8         Q.    Did she have a name badge on, do you

9    remember?

10        A.    No, I don't.

11        Q.    Do you remember anything about her name?

12        A.    No.

13             MS. HARPER:  I am going to circulate

14   something as Exhibit 1.

15             (Exhibit 1, Photocopy of Notice to Vacate,

16   is marked for identification)

17   BY MS. HARPER:

18        Q.    Mr. Hassan, you're looking at what I

19   marked as Exhibit 1.

20             Let me know when you've had an

21   opportunity to review it.

22             Have you ever seen a document such as

23   that before?

24        A.    No.

25             MS. HARPER:  I am going to circulate

Abdeldayem Hassan

Page 72

1   what I'm marking as Exhibit 2.

2          (Exhibit 2, Photocopy of Notice to Vacate,

3   is marked for identification)

4   BY MS. HARPER:

5      Q.     Mr. Hassan, let me know when you've had

6   an opportunity to review what has been marked as

7   Exhibit 2.

8          MR. OFFEN:  Have you seen this

9   document?

10         MR. HARPER:  I will ask the questions,

11  counsel.

12         THE WITNESS:  I think I wrote this.

13  BY MS. HARPER:

14     Q.     You had an opportunity to review what

15  has been marked as Exhibit 2.

16         I'll admit that Exhibit 2 presents as

17  one document, but it looks like there are two

18  documents reflected on the page, correct?

19     A.     Yes.

20     Q.     If you would, please refer to Exhibit 2

21  for me.

22         The top document on that page says

23  what?

24     A.     You want me to read this?

25     Q.     Just tell me what is underlined there.

Abdeldayem Hassan

Page 73

1          A.      Eviction Notice.

2          Q.      Have you ever seen a document such as

3     that before?

4          A.      No.

5          Q.      Underneath, you recognize, it sounds

6     like, there is some of your handwriting on the

7     document?

8          A.      Yes.

9                   MR. HARPER:  I have no further

10    questions.

11    (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

12         Q.      Just a few follow-ups.

13                  You stated that you paid money to get

14    the people evicted.

15                  You paid how much?  350 dollars?

16         A.      350 dollars.

17         Q.      Did anybody tell you from the sheriff's

18    office that you were going to get that money back?

19         A.      Actually, I went down there, but they

20    said I couldn't get a refund.

21                  They told me I had to go to City Hall

22    or something like that.

23         Q.      What did you tell them when you went for

24    your 350 dollars?

25                  What did you tell the sheriff?

Abdeldayem Hassan

Page 74

1      A.     The same day I went there, they told me
2  they were going to stop, they couldn't evict the
3  people, and I said, can I get my money back.
4      Q.     You asked that of the lady?
5      A.     Yes.
6      Q.     You asked her to get your money back?
7      A.     Yes.
8      Q.     And she said no?
9      A.     She said no.
10             MR. FILIPOVIC:  Fair enough.
11             No further questions.
12  (EXAMINATION OF MR. HASSAN BY MR. OFFEN:)
13      Q.     Mr. Hassan, you believe you bought this
14  property legally at sheriff's sale?
15      A.     Yes.
16      Q.     And you believe you paid off the
17  property with the sheriff's office?
18      A.     Yes.
19      Q.     And you believe that they had given you
20  a deed?
21      A.     Yes.
22      Q.     Which made you the owner of the
23  property?
24      A.     Yes.
25      Q.     You said you had gone -- you went to the

Abdeldayem Hassan

Page 75

1    sheriff's office with the deed.

2              Did you say you asked them what do you

3    do now?

4       A.    Come again?

5       Q.    You said there was someone in the

6    property and you went to the sheriff's office?

7       A.    Yes.

8       Q.    What did you ask them?

9       A.    What was the next step I should do.

10      Q.    And did they give you some paperwork?

11      A.    Yeah.

12      Q.    And, that paperwork, they said, would

13   help you -- what did they say to you that paperwork

14   would accomplish?

15      A.    They said I had to fill out the

16   paperwork, I had to pay the fees, write a check, they

17   agree to give you the house, the house is yours, and

18   I believe the judge already entered a guarantee for

19   me.

20      Q.    You filed that paperwork?

21      A.    Yes.

22      Q.    Did you ever receive any kind of

23   telephone call from Mr. Dunne's office?

24      A.    No.

25      Q.    Were you aware of any texts that said

Abdeldayem Hassan

Page 76

1   anything about bankruptcy?

2        A.      No.

3        Q.      You said you never spoke to Mr. Dunne at

4   all?

5        A.      No.

6        Q.      Are you aware Mr. Dunne has a document

7   where it shows he called different numbers and it

8   shows the exact same thing to the second?

9              MR. FILIPOVIC:  Objection, leading.

10             THE WITNESS:  What is it?

11  BY MR. OFFEN:

12       Q.      Are you aware there is a document that

13  Mr. Dunne supplied that showed or purports to show he

14  attempted to call you?

15       A.      He said he was going to call me?

16       Q.      He had a document which showed,

17  supposedly, that there was an attempt to call you.

18       A.      He called me -- he's going to show proof

19  that he called me before?

20             Is that what you're saying?

21       Q.      There was a document -- I'll strike the

22  question.

23             Was it ever discussed with you that

24  there was a document which Mr. Dunne had supplied in

25  which he claimed he tried to call you?

Abdeldayem Hassan

Page 77

1          A.      No.

2                  MR. FILIPOVIC:  Objection to form.

3     BY MR. OFFEN:

4          Q.      Do you believe to this date you have

5     done everything in accord with the law as you

6     understood it?

7          A.      What is that?

8          Q.      Do you believe you did everything

9     correctly?

10         A.      Yes.

11         Q.      When you got the notice of the

12    bankruptcy, you said you did not get any call?

13         A.      I didn't get any call from nobody, I

14    didn't get any text.

15                 The only thing I got was a letter and,

16    when I got the letter, I went to the sheriff.

17                 That is all I know, nothing else.

18         Q.      Do you believe you did anything wrong at

19    all?

20         A.      No, I did nothing wrong.

21                 They had the house for sale and I

22    bought the house.

23                 I don't see anything wrong with that.

24         Q.      Did you receive any kind of violation on

25    the property?

Abdeldayem Hassan

Page 78

1          A.     Yes.

2          Q.     Did you go to the property to look at

3     the violation?

4          A.     Yeah, I just walked around.

5                 I didn't go inside, I looked outside,

6     and I saw the trash.

7                 I took a picture at that time of the

8     trash.

9                 I went to court and they dismissed the

10    ticket for me.

11         Q.     Did you get a call from the person

12    living at the property?

13         A.     Yes.

14         Q.     When did he tell you he was moving out?

15         A.     He said he was going to move in March

16    and I have a record.

17         Q.     Did anybody order you not to go to the

18    property, any kind of Court order issued against you

19    to stay away from the property at all?

20         A.     No.

21         Q.     When you received the bankruptcy notice,

22    did you ever go back to doing anything with the

23    property?

24         A.     Never.

25         Q.     Did you go to the sheriff's office when

Abdeldayem Hassan

Page 79

1    you received the notice?

2         A.    Right away, same day.

3         Q.    When you showed it to the sheriff's

4    office, they said you cannot proceed?

5         A.    They said I couldn't go on the fifth

6    floor, but they would call someone.

7         Q.    What did the woman say to you?

8         A.    She looked at the letter and she held it

9    and she said she was going to stop.

10        Q.    Did you ever attempt to move forward

11   after that?

12        A.    No.

13        Q.    You're not aware of any phone call ever

14   to you by anybody that said I'm in bankruptcy or

15   there is a bankruptcy or anything relating to you

16   can't do what you are doing?

17        A.    No.

18        Q.    To this day, do you believe you've done

19   anything in the slightest bit wrong?

20        A.    No, I don't see anything I did wrong.

21              MR. OFFEN:  No other questions for

22   right now.

23              MR. FILIPOVIC:  Few more questions now

24   from me.

25              THE WITNESS:  Okay.

Abdeldayem Hassan

Page 80

1    (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

2        Q.    You said you went to court with the

3    violation ticket and you fought it and the judge

4    threw it out?

5        A.    What do you mean?

6        Q.    You challenged the ticket for trash on

7    the property and the judge dismissed the ticket, is

8    that correct?

9        A.    Yes.

10       Q.    That is in relation to 146 South 62nd

11   Street?

12       A.    Yes.

13       Q.    Did you have an interpreter with you

14   when you went to court?

15       A.    What do you mean, interpreter?

16       Q.    Did you go and talk to the judge

17   yourself or did you have an Arabic interpreter that

18   day in court?

19       A.    I went by myself.

20       Q.    And you spoke by yourself in English?

21       A.    I showed him the paper.

22       Q.    No interpreter?

23       A.    No.

24       Q.    You got the ticket dismissed on your

25   own?

Abdeldayem Hassan

Page 81

1          A.      Yes.

2          Q.      You said you have a phone call recording

3     that says something like the guy will be moving out

4     in March?

5          A.      Yes.

6          Q.      Did you share that with your attorney in

7     discovery?

8          A.      I showed --

9              MR. OFFEN:  He has given it to me, he

10    showed it to me today, he still has it, and we can

11    supply it.

12    BY MR. FILIPOVIC:

13         Q.      What was the date of that?

14         A.      I don't remember the date.

15         Q.      Why don't you take a look right now at

16    your phone and tell me the date since you have it?

17         A.      Actually, it's on my friend's phone.

18         Q.      Mubarak's phone?

19         A.      Yes.

20              It's the date he sent it to me.

21         Q.      I'm not asking for that date.

22              I want the date those messages were

23    allegedly --

24         A.      February 21st, 2018.

25         Q.      Did the person say their name?

Abdeldayem Hassan

Page 82

1        A.     If I listen to the message, I might know
2    their name.
3               MR. FILIPOVIC:  We will re-depose him
4    based on that at some point.
5               MR. OFFEN:  The message I heard is
6    30 seconds.
7               MR. FILIPOVIC:  Counsel, please, don't.
8               MR. OFFEN:  No problem.
9               MR. FILIPOVIC:  Exhibit S.
10          (Exhibit S, Ring Central Call Details, is
11    marked for identification)
12    BY MR. FILIPOVIC:
13        Q.    I'm showing a document that has been
14    marked Exhibit S, so we'll keep with the same label.
15               Sir, have you had time to review the
16    one-page document?
17        A.     What is it?
18               MR. FILIPOVIC:  Counsel, could you
19    please hand over the document to the client and could
20    you please remove yourself from the client?
21               I don't know how else to put it.
22               MR. OFFEN:  I'm looking -- there is no
23    date on the document, okay, good.
24    BY MR. FILIPOVIC:
25        Q.    Mr. Hassan, do you see the 484 phone

Abdeldayem Hassan

Page 83

1   number and the 610 phone number appear somewhere on

2   that document?

3        A.     Yes.

4        Q.     Do you see the date that is associated

5   with those two numbers is right alongside it?

6        A.     I see the time, I don't see the date.

7               MR. OFFEN:  There is no date there.

8               MR. FILIPOVIC:  May I see it?

9               I will draw your attention to it.

10              I will direct you to where it says

11  "from,", it's in the middle of the page.

12              Do you see a date there?

13              THE WITNESS:  Yes.

14  BY MR. FILIPOVIC:

15       Q.     What does it say?

16       A.     6-14-18.

17       Q.     Those are your phone numbers and there

18  is something there that shows -- do you see any other

19  phone number besides your phone numbers?

20       A.     No.

21       Q.     Now, would that document -- does that

22  refresh your recollection that you may have received

23  a phone call or two on those numbers from Mr. Dunne?

24       A.     You mean he spoke to me?

25       Q.     No.

Abdeldayem Hassan

Page 84

1                    You received a phone call from

2    Mr. Dunne in that time frame?

3         A.    I see it here, but I didn't receive it,

4    I didn't talk to him.

5         Q.    You didn't talk to him?

6         A.    No.

7         Q.    But you admit that he called you?

8         A.    I see my number here, but I didn't speak

9    to him.

10        Q.    Do you remember seeing his phone number

11   on your phone?

12        A.    No.

13        Q.    What about the other phone, did your

14   wife ever --

15        A.    No.

16        Q.    Tell me -- can you read the field here

17   where it says "Result?"

18        A.    I can't see it.

19        Q.    Put your glasses on, sir.

20        A.    I still can't see it.

21              Call connected.

22        Q.    How long is the duration?

23        A.    One minute, 57 seconds.

24        Q.    Thank you, sir.

25              What about the second call?

Abdeldayem Hassan

Page 85

1              There's two of them.

2     A.     Call connected, 1:56.

3     Q.     Does that mean anything to you, call

4  connected?

5              Doesn't that mean you answered it?

6     A.     Sometimes my kids are playing with it.

7              Maybe one of the times they called,

8  they answered it.

9              When I go home, they take my phone and

10 they play with it.

11             I didn't get it and I didn't speak to

12 him.

13             Ask him if he spoke to me.

14    Q.     Sir, how old are your kids?

15    A.     I have five kids.

16             The oldest is 13 and the youngest is

17 one year.

18             I have three years, six years --

19    Q.     Are any of them in school?

20    A.     Yes, six years is in first grade.

21    Q.     How many are younger than six?

22    A.     Three.

23    Q.     Do you and your wife let the kids play

24 with your phones at the same time?

25    A.     Yes, because they're crying.

Abdeldayem Hassan

Page 86

```
 1          Q.     Is your phone locked?

 2          A.     What do you mean?

 3          Q.     If you lost it, could anybody get in

 4     your phone, or is there a password?

 5          A.     They know my password, it's easy.

 6          Q.     Do your kids know what bankruptcy is,

 7     sir?

 8          A.     No.

 9                 MR. FILIPOVIC:  I think we're done with

10     the questions.

11                 MR. OFFEN:  I'm going to continue.

12                 THE WITNESS:  Okay.

13     (EXAMINATION OF MR. HASSAN BY MR. OFFEN:)

14          Q.     This document that is marked Exhibit S,

15     it's says call connected.

16                 Did you ever speak to Mr. Dunne at all?

17          A.     No.

18          Q.     Do you see where it says one minute and

19     57 seconds?

20          A.     Yes.

21          Q.     Do you see where it says one minute and

22     56 seconds --

23          A.     Yes.

24          Q.     Apparently it's saying -- could someone

25     be connected or could someone try to leave a message
```

Abdeldayem Hassan

Page 87

1    and speak the exact same length each time to the

2    second?

3                  MR. FILIPOVIC:  Objection to the form.

4    BY MR. OFFEN:

5        Q.    Do you see where it says one minute and

6    57 seconds?

7        A.    Yes.

8        Q.    Which Mr. Dunne claims over his computer

9    he tried to call?

10                 Do you see where he claims he spent

11   one minute and 56 seconds?

12       A.    Yes.

13       Q.    Do you realize that 1:57 and 1:56 is one

14   second apart?

15       A.    Yes.

16                 MR. FILIPOVIC:  Objection to form.

17                 MR. OFFEN:  I want to show for the

18   record --

19                 MR. FILIPOVIC:  There is a time and

20   place to show your case, but a deposition is not that

21   place.

22                 You can ask him a question.

23   BY MR. OFFEN:

24       Q.    Do you see his claim that he spoke for a

25   minute and 57 seconds here or did something or left a

Abdeldayem Hassan

Page 88

1    message?

2          A.      He didn't leave any message.

3          Q.      Do you see a call for a minute and

4    56 seconds, which it says connected, which means

5    either he left a message or no message was left?

6                  MR. FILIPOVIC:  Objection as to leading

7    and form.

8    BY MR. OFFEN:

9          Q.      Was a message ever left for a minute and

10   56 seconds?

11         A.      No.

12         Q.      Was there ever a message left in which

13   the call was a minute and 57 seconds?

14         A.      No.

15         Q.      Did you get any kind of overnight

16   express mail or urgent notice from Mr. Dunne about

17   the bankruptcy?

18         A.      No.

19                 MR. FILIPOVIC:  Objection, asked and

20   answered.

21                 MR. OFFEN:  At this stage, I have no

22   further questions.

23                 (WITNESS EXCUSED)

24                 (DEPOSITION CONCLUDED AT 1:11 P.M.)

25

Abdeldayem Hassan

Page 89

1                 C E R T I F I C A T E

2

3

4        I, Lori A. Porto, a Notary Public and Certified

5   Court Reporter do hereby certify that the foregoing

6   is a true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth, to the

9   best of my ability.

10        I do further certify that I am neither a

11   relative nor employee nor attorney nor counsel of any

12   of the parties to this action, and that I am neither

13   a relative nor employee of such attorney or counsel,

14   and that I am not financially interested in the

15   action.

16

17

18

19

20

21

22

23        _____

          Lori A. Porto, CCR

24        Notary Public, State of New Jersey

          Certificate No. XI01577

25

## A

A-h-m-e-d 28:15
a.m 1:20
a/k/a 1:7
abandoned 16:17
Abdeldayem 1:7 1:16 2:20 7:1 8:20 24:23
ABDELDYEM 1:7
ability 89:9
able 8:13 51:17
accent 68:24
accomplish 75:14
accord 77:5
accurate 89:6
acknowledged 31:1 60:16
action 89:12,15
activity 51:18
actual 50:14
address 8:21,24 15:24 24:18 43:8 49:24 50:2
admit 72:16 84:7
advise 58:4
afternoon 61:22 61:25 63:12
age 69:14,15,16 71:4
ago 40:11,13,14
agree 75:17
agrees 53:3
Ahmed 28:11,13 36:12 38:7 39:20 66:8
alcohol 8:12
allegedly 81:23
allowed 46:16 60:20,21
alongside 83:5
altogether 67:22

67:23
America 40:15
American 39:21 40:1
answer 7:23 20:7,10 21:5 22:13,21 47:19 48:14 58:2,5
answered 17:14 20:11 22:15,18 23:6,8 29:24 34:12 44:11,21 45:13,15 57:19 57:24 58:6,20 85:5,8 88:20
answering 20:12 22:6 55:2
answers 8:2 22:14
anybody 30:22 31:25 32:4 61:10 73:17 78:17 79:14 86:3
apart 87:14
apologize 62:10
Apparently 86:24
appear 35:5 83:1
appearance 70:13
appears 35:3
appropriate 39:11
approximately 67:6,21
Arabic 80:17
area 32:1
asked 8:10,10 11:14 20:14,25 21:19 22:2,17 23:2,8 27:18 28:1 33:2,4 36:2 49:8 51:20 52:21

57:24 58:24 59:21 74:4,6 75:2 88:19
asking 7:9 14:25 17:1 21:2 27:24 40:24 42:2 45:12 49:7 51:15 54:7 55:1 57:1 64:23 81:21
ASSISTANT 2:11
associated 83:4
ATTACHED 5:13
Attachments 4:3 4:8 23:24 36:1
attempt 76:17 79:10
attempted 76:14
attend 65:9,12
attended 63:23 64:2,22
attending 65:6
attention 83:9
attesting 25:18
attorney 7:15,17 19:7,8 43:6,21 43:25 46:7 50:18 52:2,9 61:8 81:6 89:11,13
authorities 25:17 26:12
automatically 67:4
Avenue 8:22
aware 36:4 75:25 76:6,12 79:13

## B

B 4:1,5 29:1,3,4
back 33:5,6 34:4 34:13,14 49:14 52:19 59:17,22

66:18 73:18 74:3,6 78:22
badge 70:25 71:8
bankruptcy 1:1 59:5,7,8,9,11 59:23,25 60:17 76:1 77:12 78:21 79:14,15 86:6 88:17
Barker 8:22
based 82:4
basically 25:10 25:18
becoming 40:1
beginning 29:20 64:12
belief 25:14 26:9
believe 74:13,16 74:19 75:18 77:4,8,18 79:18
belonged 50:11
belonging 52:25
best 25:14 26:9 89:9
better 47:25
bid 10:17 13:23 31:20
bidding 13:22
bill 34:25 35:3,6 35:7 67:3
billed 67:14
bills 67:4,5,8,11 67:17,20
bit 79:19
black 68:20 70:17,23
bold 42:12
Boston 9:11,12 62:5
bottom 24:16
bought 10:5,11 10:13 12:1 13:20,24,25 14:8,13 16:15

16:16 17:8,12 17:19 29:22 30:12 37:2 59:20 67:25 74:13 77:22
Boulevard 2:11
braided 68:25
braids 69:8
break 7:16 43:17
BRIEF 43:18
bring 11:4,14 37:12,18,19,24 47:5
Broad 1:23 11:7 11:18
building 23:13
buy 10:7 65:8
buying 13:15,17 65:7

## C

C 2:1 89:1,1
calculate 48:4
calendar 17:1
call 4:23 7:5 18:22 30:22 51:6 52:23 75:23 76:14,15 76:17,25 77:12 77:13 78:11 79:6,13 81:2 82:10 83:23 84:1,21,25 85:2,3 86:15 87:9 88:3,13
called 21:13,20 22:3,24 23:16 30:24 46:15,16 76:7,18,19 84:7 85:7
calls 50:17,20 51:10,22 52:3 52:4
case 1:2 17:10 23:21 48:20

51:5 87:20
**cashier's** 11:14
  12:7
**cause** 8:12 57:15
  58:16
**CCR** 89:23
**Central** 4:23
  82:10
**Certificate** 4:16
  60:2 89:24
**certified** 1:21
  26:17 89:4
**certifies** 26:22
**certify** 89:5,10
**challenged** 80:6
**changing** 39:18
**check** 11:15
  12:7 31:5
  75:16
**checked** 27:3
**Chestnut** 9:16
  9:17
**circulate** 71:13
  71:25
**citizen** 39:22
  40:1
**city** 2:9,10,11
  12:10 19:3
  38:21 53:22
  54:2 55:10
  63:10,14 64:18
  64:25 71:2
  73:21
**city's** 53:24
**Civil** 4:3 23:23
**claim** 87:24
**claimed** 76:25
**claims** 87:8,10
**clarification**
  63:21
**clarifying** 18:11
**clean** 23:12
**client** 82:19,20
**clothing** 71:1
**color** 68:18
**come** 15:14,20

16:4,7 18:8
32:22 47:1,3
48:11 59:22
63:4 70:10
75:4
**comes** 15:17
  16:8 17:17,23
  57:13
**coming** 65:10
**commencing**
  1:20
**communicating**
  69:19
**company** 33:24
**complaint** 26:8
**compliant** 25:13
**computer** 66:6
  87:8
**concern** 59:23
**CONCLUDED**
  88:24
**conducted** 7:8
**connected** 84:21
  85:2,4 86:15
  86:25 88:4
**connection** 51:5
**consult** 31:25
**contact** 4:13
  29:15 43:2,11
  61:3
**continue** 38:12
  38:18 39:4,9
  86:11
**continuing**
  20:10
**conversation**
  32:14 56:9
**corner** 60:9
**correct** 10:25
  25:13 26:8
  35:6,21 41:11
  41:13,14,24
  42:1,3 43:12
  50:24 53:13
  54:19 55:16,20
  61:5 68:7,10

72:18 80:8
**correctly** 77:9
**cost** 52:7
**counsel** 2:8,14
  2:20 17:25
  22:9 35:15
  44:6 53:1 55:1
  63:7,9 72:11
  82:7,18 89:11
  89:13
**count** 41:17,19
**country** 61:11
**court** 1:1,21 8:2
  35:14 62:21,22
  62:23 78:9,18
  80:2,14,18
  89:5
**Cover** 4:3 23:23
**crying** 85:25
**currently** 9:10

─────────────
**D**
**D** 3:1 6:1
**date** 1:20 16:22
  17:1 29:25
  31:4,16 44:2
  44:10,12,14,15
  44:23,24 45:16
  45:17,19 46:21
  48:4 52:4 77:4
  81:13,14,16,20
  81:21,22 82:23
  83:4,6,7,12
  89:8
**DAVID** 2:16,17
**day** 11:1 13:21
  30:1,25 48:22
  61:13,20 62:5
  62:6 64:10
  65:22 66:10
  70:13 74:1
  79:2,18 80:18
**days** 10:24
**Debtor/Plaintiff**
  1:4 2:8
**deed** 12:21,23

13:3,6,8,10,13
14:15,16 16:21
16:24 29:21
30:7 31:1,5,9
31:12 54:17,18
55:14,16 74:20
75:1
**Defendant** 2:14
  2:20
**Defendants** 1:9
**delete** 57:4,7,9
**deleted** 57:11
**deliver** 56:1
**Delivery** 9:13
**DEPARTME...**
  2:9
**deponent** 8:10
**deposition** 1:16
  18:21 27:9
  38:18 59:14
  87:20 88:24
**depositions** 7:8
**DEPUTY** 2:10
**Describe** 14:23
  70:15
**DESIGNATED**
  21:5
**desk** 11:21 49:4
**Details** 4:13,23
  43:2 82:10
**device** 56:25
  57:1
**different** 60:19
  76:7
**difficulty** 69:19
**direct** 25:2
  83:10
**directly** 32:5,7
  53:15
**discovery** 38:17
  81:7
**discussed** 76:23
**DISCUSSION**
  27:11 36:18,21
**dishes** 9:13
**dismissed** 78:9

80:7,24
**disputing** 59:1
**distinguishing**
  69:5,10
**DISTRICT** 1:1
**dmo160west...**
  2:19
**document** 21:12
  21:25 22:5
  23:3,3,18 24:1
  24:10,11 29:7
  29:10 35:18,20
  36:3,5,10
  39:19 41:2,5,8
  41:14,17 43:5
  43:9 60:8,11
  60:19 71:22
  72:9,17,22
  73:2,7 76:6,12
  76:16,21,24
  82:13,16,19,23
  83:2,21 86:14
**documents** 42:8
  58:21 62:20
  72:18
**dogs** 14:19
  15:10,11 17:15
  30:20
**doing** 46:20,23
  48:17 62:19
  70:3 78:22
  79:16
**dollars** 10:19,21
  11:6,12 46:25
  63:1,3 73:15
  73:16,24
**DOMER** 2:11
**door** 14:19 15:7
  15:21,22,23
  16:2,9 30:15
  30:18
**draw** 83:9
**drive** 27:13
**drugs** 8:12
**duly** 7:1
**Dunne** 1:18 2:3

2:3 27:8 43:21
43:25 50:18,21
76:3,6,13,24
83:23 84:2
86:16 87:8
88:16
**Dunne's** 69:22
75:23
**duration** 84:22

**E**

**E** 2:1,1 3:1,1 4:1
6:1 89:1,1
**earlier** 27:19,22
30:7
**early** 42:21
**EASTERN** 1:1
**easy** 86:5
**either** 64:24
88:5
**electric** 67:11
**elevator** 46:18
**emblem** 70:25
**employee** 89:11
89:13
**ended** 10:15
**English** 38:9
39:25 80:20
**entered** 49:5
75:18
**ENTERS** 27:8
**entire** 33:16,18
**envelope** 50:14
**especially** 55:5
**ESQUIRE** 2:3,4
2:17
**established** 54:8
61:17
**estimate** 69:15
**ethnicity** 68:16
68:18
**everybody** 8:10
**evict** 28:6 47:13
54:15,21,24
74:2
**evicted** 73:14

**Eviction** 73:1
**exact** 76:8 87:1
**exactly** 9:18
13:9 18:20
30:14,25 31:4
54:6
**exam** 39:25
**Examination**
3:3 7:3 63:11
73:11 74:12
80:1 86:13
**examined** 7:2
**Excuse** 39:13
**EXCUSED**
88:23
**exhibit** 4:3,5,8
4:11,13,16,18
4:21,23 23:15
23:16,19,20,23
29:1,3,4 33:5
35:13,24,25
40:17,18,22
43:1,1,2 60:1,2
60:9 71:14,15
71:19 72:1,2,7
72:15,16,20
82:9,10,14
86:14
**EXHIBITS** 5:13
**exist** 52:11
**express** 88:16
**extension** 38:22
**extensions** 38:20
38:23

**F**

**F** 2:11 4:3 23:16
23:19,23 24:15
29:2,3 33:5
89:1
**fact** 13:3 44:19
55:5
**fair** 21:16 33:12
45:18 62:25
74:10
**falsification**

25:17 26:12
**familiar** 9:23
**familiarity** 10:1
**family** 34:6 35:1
51:1
**far** 54:7
**feature** 69:10
**February** 81:24
**feel** 24:7 39:6
**feels** 39:10
**fees** 75:16
**fence** 15:1
**field** 84:16
**fifth** 46:14,17
70:20,21 79:5
**figure** 61:14
**file** 41:5 59:7,9
**filed** 23:20 47:2
47:8,11 48:2,6
57:22 58:7,9
61:18 62:20
75:20
**filing** 38:20
**filings** 43:6
**Filipovic** 2:4 3:5
7:3 17:25 18:6
18:9 20:8,14
20:19 21:3,7
21:21,24 22:9
22:17,25 23:11
23:25 27:10,12
28:25 29:6
31:11 34:17
35:23 36:4,7
36:17,22 37:11
38:11,15 39:2
39:17,24 40:17
40:20 42:6
43:4,16,19
44:6,13,18,25
45:6,10,18
46:1 48:15
52:22 53:5,23
54:4 55:1,9
57:23 58:1,4
58:12 59:4

60:1,6,18,24
63:6 73:11
74:10 76:9
77:2 79:23
80:1 81:12
82:3,7,9,12,18
82:24 83:8,14
86:9 87:3,16
87:19 88:6,19
**fill** 19:6 24:12
35:18 36:19
39:15,19 42:7
75:15
**filled** 19:11,22
24:8 36:2,14
36:16 39:20
42:11
**filling** 20:15
21:10
**finally** 32:22
**financially**
89:14
**find** 22:4 26:19
**fine** 20:20
**finished** 47:21
**first** 8:18 14:14
16:12 17:12
19:14 24:14
29:2 43:7
55:12,13,15
85:20
**five** 85:15
**five-minute**
43:17
**floor** 46:12,15
46:18 70:20,21
79:6
**folks** 12:18 65:1
**follow-up** 63:16
**follow-ups**
73:12
**followed** 57:20
**following** 49:23
**follows** 7:2
28:17
**foregoing** 25:13

26:8 89:5
**forget** 27:22
33:2
**form** 31:10
37:10 58:18
77:2 87:3,16
88:7
**forth** 25:13 26:8
89:8
**forward** 39:8
79:10
**fought** 80:3
**found** 11:21
**four** 16:9 17:24
41:21,22,24
64:8,11
**frame** 84:2
**free** 24:7
**Friday** 62:6,7,8
62:11,13,14
**friend** 28:4
65:13,15 66:19
**friend's** 28:10
81:17
**friends** 65:8
**front** 11:21,22
14:20 29:8
49:4 54:3
**full-time** 9:19
27:23,24
**fund** 65:20
**further** 63:6
68:4 73:9
74:11 88:22
89:10

**G**

**G** 4:8 35:13,24
35:25
**gas** 67:9,10
**generally** 64:21
**gentleman** 68:12
69:10,18
**gestures** 7:24,25
**getting** 47:24
67:17

**give** 7:7 8:13
  16:22 20:24
  22:22 32:8
  46:21 52:3
  63:4 66:2
  69:14 70:11
  71:4 75:10,17
**given** 22:7 23:6
  23:9 24:2,12
  74:19 81:9
**giving** 23:22
**glad** 7:14 16:16
**glasses** 84:19
**go** 11:19,22
  13:15,25 14:4
  14:14 15:4
  17:18 18:8,18
  24:14,16 26:16
  30:7 33:5,6
  35:13 36:20
  38:2 42:22
  46:14,16 47:16
  53:9 56:5
  62:13,21 65:11
  73:21 78:2,5
  78:17,22,25
  79:5 80:16
  85:9
**goes** 62:11
**going** 7:7 18:25
  20:3 21:8,17
  23:15,16 24:9
  25:2 28:25
  32:9 38:19
  39:2,3,7,7,9
  42:25 48:20
  52:7,22 53:7
  58:1,4 71:13
  71:25 73:18
  74:2 76:15,18
  78:15 79:9
  86:11
**gonna** 18:14
**good** 7:4 30:9
  38:9 63:12
  82:23

**grade** 85:20
**guarantee** 75:18
**guy** 32:9,11,21
  55:24 81:3

**H**

**H** 4:1
**hair** 32:11 68:14
  68:22,25
**half** 38:17
**Hall** 73:21
**hand** 20:3 21:17
  23:15 41:20
  82:19
**hand-deliver**
  19:17
**handed** 24:14
  36:13 43:5
  60:7
**handing** 28:25
  40:21
**handled** 55:24
**handwriting**
  41:7 73:6
**Handwritten**
  4:5 29:4
**happen** 9:18
**happened** 15:9
  34:3 48:14
**happens** 18:12
**happy** 16:18
**Harper** 2:10 3:6
  31:10 37:10
  38:21 58:18
  63:9,11,13
  68:23 70:19
  71:7,13,17,25
  72:4,10,13
  73:9
**Hassan** 1:7,8,16
  2:20 3:3 7:1,3
  7:4,5 8:20,21
  9:7 24:1,23
  39:21 43:20
  52:25 53:9
  63:11,12 71:18

  72:5 73:11
  74:12,13 80:1
  82:25 86:13
**hear** 7:11,12
**heard** 14:19
  15:10 17:14
  82:5
**held** 1:17 79:8
**help** 37:18 65:20
  65:23 66:1
  75:13
**hereinbefore**
  89:8
**highlighted**
  60:10,13 61:1
**highlighter**
  60:14
**hired** 62:24
**history** 51:7,10
  51:21 52:23,24
**holiday** 62:12
**home** 29:24 34:4
  34:13,14 66:18
  85:9
**house** 9:2 12:1
  14:5,6,12,20
  14:24 15:20,21
  16:15,16,17,19
  17:8,9,11,19
  18:14 20:24
  29:22 30:2,12
  31:18,19 32:3
  37:2 42:19,21
  45:9 50:7,8,11
  55:14 59:16,17
  59:20,21 61:11
  65:13 68:9
  70:11 75:17,17
  77:21,22

**I**

**ID** 49:2,8,12,13
**identification**
  23:24 29:5
  36:1 40:19
  43:3 60:3

  71:16 72:3
  82:11
**identified** 60:8
**ignorant** 62:11
**inappropriate**
  55:5
**include** 38:20
**indicating** 18:5
  24:4 26:25
  32:13 39:16
  42:11,19 47:23
  69:1
**inform** 29:13
**information**
  25:14 26:9
  35:20 43:11
  61:3
**inside** 9:1
  14:24 78:5
**instructions** 7:7
  12:20
**insulting** 8:9
**interested** 89:14
**interpreter**
  36:23 37:1,4,9
  37:12 38:12,16
  80:13,15,17,22
**interrupt** 60:21
**intervene** 39:10
**issue** 38:24
  63:24 64:3,10
**issued** 78:18

**J**

**J** 4:11 40:17,18
  40:22
**January** 17:3
  32:15,16,18
  48:1 56:10,11
**Jersey** 89:24
**Jewell** 1:6 2:15
  63:14
**job** 9:12
**jobs** 27:19,24
**John** 2:11
**JOSHUA** 2:11

**joshua.domer...**
  2:14
**judge** 20:24
  75:18 80:3,7
  80:16
**judgment** 23:21
  35:15
**July** 51:11,22
  52:5
**juncture** 38:16
**June** 56:5

**K**

**K** 4:13 43:1,2
**KAPLAN** 1:23
**keep** 23:12
  82:14
**Kennedy** 2:11
**kept** 34:22 46:20
**kick** 61:10
**kids** 9:5 85:6,14
  85:15,23 86:6
**kind** 51:1 52:11
  75:22 77:24
  78:18 88:15
**knew** 38:13 50:8
**knock** 14:18
  30:18
**knocked** 15:6,8
  17:14 30:19
**know** 7:10,22
  8:9 9:18 10:4
  15:18 16:10,21
  19:19,21,23,25
  20:15,18,21
  21:9,14 22:24
  26:14,15 28:22
  30:12,21,25
  31:6,8,15,17
  31:18,18,21,23
  31:24 32:18
  38:25 43:7
  44:2,9,11,15
  44:18,23,24
  45:16,17,19,20
  46:14 47:7

48:3 50:12
51:17,19 52:8
52:18 54:5
59:5,8,10,13
59:24,25 60:22
63:7,19,20
65:8,11 66:17
66:18 70:16
71:20 72:5
77:17 82:1,21
86:5,6
**knowledge**
25:14 26:9
65:1

**L**

**label** 82:14
**lady** 16:2,23
17:17 30:24
46:17 48:9
70:17 74:4
**lady's** 16:10
**Lansdowne** 8:22
**late** 64:13,22
**law** 1:18 2:3,9
2:16 32:1 77:5
**lawsuit** 53:21,24
**lawyer** 39:10
62:24
**leading** 76:9
88:6
**LEAMAN** 1:23
**learn** 65:5,10
**leave** 30:14
86:25 88:2
**left** 11:19,23,24
30:10,11,13
55:11 87:25
88:5,5,9,12
**legal** 20:22,23
21:9,11 22:5
22:23 23:5
42:22 57:20
58:7
**legally** 74:14
**length** 87:1

**Let's** 33:5,6
35:13
**letter** 43:21,24
44:1,3 45:3,9
45:20,21,24
46:9,13,18,20
47:7,16,20,22
48:5,19 49:16
49:23,25 50:3
50:13,15 54:5
61:13 69:21,25
77:15,16 79:8
**letters** 42:12
**level** 46:14
70:18
**light** 55:6
**lines** 51:10 52:4
**list** 13:22
**listen** 82:1
**litigation** 38:16
**little** 47:24
**live** 9:4 34:8
**lived** 8:24 16:3
34:10 40:15
**lives** 15:14 16:4
16:6 17:9,18
17:20 18:3
19:23
**living** 19:23
20:17 32:4,19
54:15 78:12
**located** 29:11
**location** 9:15
**locked** 86:1
**long** 8:24 13:8
32:11 68:14,22
84:22
**look** 24:1,7 27:6
40:24 54:25
78:2 81:15
**looked** 49:13
66:5 69:6 78:5
79:8
**looking** 71:18
82:22
**looks** 72:17

**Lori** 1:21 89:4
89:23
**lost** 63:19 86:3
**lot** 37:17 65:8
**loud** 24:21
**loudly** 7:11
**Lyft** 27:14,21
**Lyndel** 1:3
57:16

**M**

**M** 2:3,16,17
**mail** 12:22,23
13:4,6 19:14
88:16
**mailed** 19:14
**making** 65:1
**March** 32:10,12
78:15 81:4
**mark** 21:18
**marked** 23:17
23:19,24 24:15
29:1,3,4 36:1
40:19 43:2
60:3 71:16,19
72:3,6,15
82:11,14 86:14
**Market** 1:18 2:5
9:11,12 62:5
**marking** 72:1
**matter** 7:17
63:15
**mean** 8:4 11:10
21:11,12 33:17
42:10 45:5
51:25 55:13
57:6 62:10
66:2 70:8 80:5
80:15 83:24
85:3,5 86:2
**meaning** 12:18
**means** 8:6 26:14
26:15 45:6
52:2 68:18
88:4
**meant** 26:1,2

50:12 70:6
**Megan** 2:10
63:13
**megan.harper...**
2:13
**memory** 69:9
**mention** 27:22
**mentioned**
64:21 69:21
**message** 52:24
57:13 82:1,5
86:25 88:1,2,5
88:5,9,12
**messages** 51:22
57:4,9,11
81:22
**met** 16:12 32:12
46:17
**Michelle** 9:7,8,9
**middle** 20:12
83:11
**mine** 59:21
**minute** 84:23
86:18,21 87:5
87:11,25 88:3
88:9,13
**misunderstood**
28:2
**money** 11:9,15
12:3,4,15 52:7
52:10 59:19,22
63:5 66:2,4
73:13,18 74:3
74:6
**month** 11:2
13:11,12 16:22
67:7,19,21
**monthly** 67:17
**mop** 9:13
**morning** 7:4
61:22
**mosque** 62:13
**motion** 23:20,21
35:15
**move** 32:10 39:5
78:15 79:10

**moving** 32:12
78:14 81:3
**Mubarak** 28:3,5
30:24 38:6,7
65:19,20 66:17
**Mubarak's**
28:20,21 81:18

**N**

**N** 2:1,10 3:1,1
6:1
**Nafie** 36:12
39:20
**name** 8:19 9:6
16:10,13 19:22
19:23 20:17,18
24:18 28:10
31:1,9,13
32:25 43:8
49:11 50:13
63:13 66:22,25
67:4 70:14,16
71:2,8,11
81:25 82:2
**necessary** 38:22
39:6
**need** 37:17 44:6
53:6 55:4
**needed** 38:24
**needs** 8:2
**neighbor** 15:13
15:15,19 17:23
**neighborhood**
62:17
**neighbors** 18:8
**neither** 89:10,12
**never** 51:16
52:20,21 76:3
78:24
**New** 89:24
**night** 39:1
**non-issue** 21:24
**Notary** 89:4,24
**note** 4:5 29:4
30:10,11,13,23
55:6 67:18

notice 1:17 4:16
4:18,21 57:16
60:2,16 71:15
72:2 73:1
77:11 78:21
79:1 88:16
November 1:12
10:8,10 31:2,3
37:20 55:7
68:1
number 24:19
24:24 28:16,18
28:20,21,23
29:16 33:7,9
33:15,19,21,22
33:23 34:3,15
34:16,18 35:4
50:18,21 56:22
57:1 83:1,1,19
84:8,10
numbers 33:6
33:13 35:11
51:3 52:24
76:7 83:5,17
83:19,23

**O**

O 6:1,1,1
oath 27:19 44:8
object 22:1
45:14
objection 22:25
23:1 31:10
37:10 51:20,24
57:18,23 58:18
58:19 60:15
76:9 77:2 87:3
87:16 88:6,19
obviously 48:2
occasions 37:20
64:15,24 65:9
66:15
occupants 19:18
28:6,7 47:14
occupation 9:10
occupied 27:3

occur 16:20
October 10:8,10
37:20 42:21
54:8,9,24
55:15
off-street 15:2,3
OFF-THE-RE...
27:11 36:18,21
Offen 2:16,17
3:8 17:22 20:7
20:10 21:19,23
22:1,15,20
23:1 34:12
36:2,20 38:13
38:23 42:2
44:5,9,21
45:13 48:14
53:21,24 54:23
57:18,25 58:3
58:6,19 59:1
60:4,15 68:18
70:15 71:4
72:8 74:12
76:11 77:3
79:21 81:9
82:5,8,22 83:7
86:11,13 87:4
87:17,23 88:8
88:21
office 10:22
11:11,17 12:19
18:23 21:10
36:24 37:7,13
38:1 46:4,10
46:11 48:22
50:18 61:14,19
62:19 63:10
64:18,25 69:22
69:23 73:18
74:17 75:1,6
75:23 78:25
79:4
offices 1:18 2:3
2:16 43:21,25
okay 8:7 11:24
12:25 17:4

20:20 21:15,23
25:4 30:9
46:19 48:19
52:5,17 79:25
82:23 86:12
old 85:14
oldest 85:16
once 13:24
one-page 29:7
82:16
one-way 7:21
open 45:21
61:19 62:1,2
opened 45:24
opens 16:9
opportunity
71:21 72:6,14
oppose 38:21
opposed 23:3
Oral 1:16
order 42:3,4,9
63:18 78:17,18
originally 20:11
outside 78:5
overnight 88:15
owner 29:11
74:22

**P**

P 2:1,1 6:1,1,1
P.C 1:18 2:3
P.M 88:24
PA 2:6,12,18
29:12
Pa.C.S.4904
25:16 26:11
page 3:6 4:4,6,9
4:12,14,17,19
4:22,24 24:17
25:2,8 26:16
26:19,22 27:6
27:7 72:18,22
83:11
pages 3:5,8 24:6
41:17,19,22,24
paid 11:1 46:25

59:19,20 63:3
68:2 73:13,15
74:16
paper 19:13,14
19:17,22 20:21
32:8,9 36:13
42:18,23 54:14
55:25 80:21
papers 19:19,21
19:25 20:4,15
20:16 21:9
25:19 47:2,8
47:10 56:1
58:17
paperwork 19:6
19:10,11 37:17
47:21 48:6
57:22 58:8,9
58:23 59:2
61:18 75:10,12
75:13,16,20
paraphrase 55:4
part 24:16 35:1
40:1 50:5
particular 51:7
62:12
parties 89:12
pass 63:9
passed 39:25
40:7,14
password 86:4,5
pay 10:21,24
11:2 65:23
66:1 75:16
paying 10:16
penalties 25:16
26:11
pending 7:15
41:1
Pennsylvania
1:1,19,24 8:23
people 15:14
18:16,17,19,20
19:3,18 31:11
32:3 54:21,24
63:3 65:7

70:11 73:14
74:3
period 32:1 51:7
person 15:18
36:13 56:7
70:12 78:11
81:25
personally 53:13
53:15
pfesq@ifight4...
2:7
Philadelphia
1:19,24 2:6,9
2:12,18 9:16
12:10 29:12
54:2 55:11
63:15 64:19,25
Philadelphia's
63:10
phone 24:19,24
28:16,18,20,21
28:22 33:6
50:17,20 51:21
53:4 56:16,19
56:25 57:7
79:13 81:2,16
81:17,18 82:25
83:1,17,19,19
83:23 84:1,10
84:11,13 85:9
86:1,4
phones 85:24
Photocopy 4:18
4:21 71:15
72:2
picture 78:7
place 87:20,21
89:8
plan 34:6 35:1,8
51:1
play 85:10,23
playing 85:6
pleadings 23:21
35:15
please 8:18 10:3
21:4 24:21

25:11 29:10
41:17,19 47:19
56:21 63:19,21
64:20 72:20
82:7,19,20
**point** 7:16,22
23:12 36:24
82:4
**police** 47:3
48:12
**porch** 14:22,25
**portion** 60:11
61:1
**Porto** 1:21 89:4
89:23
**posed** 20:9
**position** 9:19
39:3,7
**Possession** 4:11
40:19 42:15
**Praecipe** 4:11
40:18 42:15
**prayer** 62:6,11
**PREDRAG** 2:4
**preliminary**
64:17
**premises** 29:11
29:14
**presents** 72:16
**previously** 60:8
**price** 10:15
13:23 65:24
66:1
**prior** 23:20 43:6
63:23 64:2,11
**probably** 13:12
**problem** 82:8
**proceed** 8:16
79:4
**proceeding**
59:14
**process** 57:20
58:7
**proficiency**
39:25
**proof** 76:18

**property** 9:23
10:2,4,5 12:1
13:15,16 26:17
26:23 28:5
31:20 49:24
50:2 53:25
54:25 58:17
63:24 64:3,10
66:21 67:16
68:6,9 74:14
74:17,23 75:6
77:25 78:2,12
78:18,19,23
80:7
**provide** 7:23
51:9,18,21
52:11,19
**provided** 33:23
43:6
**Public** 89:4,24
**pull** 56:21
**punctual** 7:10
**purchase** 65:20
65:24 66:1
**purchased** 63:23
64:2,10 66:11
66:20 67:15,16
**purchasing**
66:22
**purports** 76:13
**purpose** 22:5
**pursuant** 1:17
**put** 22:19 24:24
35:23 66:21,24
82:21 84:19

**Q**

**question** 7:13,15
18:2 20:6,8,11
20:13,25 21:2
21:5 22:2,16
22:22 23:2,7,8
37:23 41:1
44:4,22 45:1
45:13 47:19
57:19 58:2,7

58:20 65:23
76:22 87:22
**questions** 7:9,19
7:20 8:8,11
21:1 22:13
24:9 29:15
42:24 48:13
55:2 60:20
63:6,8,16,21
72:10 73:10
74:11 79:21,23
86:10 88:22

**R**

**R** 2:1 6:1 89:1
**re-depose** 82:3
**read** 21:4,6
24:21 25:11
26:4,5,6 29:10
40:6 42:12
46:19 49:16
72:24 84:16
**reads** 42:16
**realize** 30:6
87:13
**reasonable**
13:23
**recall** 11:8 12:17
27:18 43:24
64:15,23 67:6
67:20 69:11
70:12
**receipt** 11:16
12:12
**receive** 12:11,20
13:8 43:21
44:20 45:3
56:13 57:12,14
75:22 77:24
84:3
**received** 44:1,19
45:8 57:10
78:21 79:1
83:22 84:1
**receiving** 67:5
69:21

**RECESS** 43:18
**recognize** 69:2
73:5
**recollection**
83:22
**record** 18:11
22:12,19 23:13
23:18 24:22
25:11 27:10
31:12 35:24
36:17,20 39:17
41:16,23 52:23
53:7 55:3 60:7
78:16 87:18
**recorded** 31:8
**recording** 81:2
**records** 51:18
52:11
**refer** 72:20
**reference** 30:22
**reflect** 23:18
39:17 41:16,23
60:7
**reflected** 72:18
**refresh** 83:22
**refund** 73:20
**relating** 25:16
26:11 79:15
**relation** 62:12
80:10
**relative** 89:11
89:13
**relegated** 34:23
**remember** 33:3
40:9 46:5
61:16 71:9,11
81:14 84:10
**remembered**
30:8 44:13
**remove** 82:20
**repeat** 7:13
**rephrase** 22:14
**rephrasing**
22:20
**reporter** 1:22
8:2 89:5

**represent** 21:12
**representative**
64:18
**representing**
63:14
**request** 6:3
38:11,15 51:6
52:22,23 53:7
**respect** 12:1
52:10 68:5
**restaurant** 9:14
**Result** 84:17
**Return** 4:8
35:25
**review** 71:21
72:6,14 82:15
**right** 11:20
17:15 18:3
19:4 25:19
30:3 31:6
32:19 42:14,23
46:4 48:2,12
53:16 54:8,10
54:13,22 60:9
79:2,22 81:15
83:5
**rights** 31:19,21
**Ring** 4:23 82:10
**room** 2:12 27:9
65:2
**rule** 45:2

**S**

**S** 2:1 3:1,1 4:1
4:23 6:1,1 82:9
82:10,14 86:14
**sale** 10:12 11:1,3
13:21 30:4
31:19 37:2,5
63:23 64:2,12
64:16 65:2,7
65:10,12,14
66:9 74:14
77:21
**sales** 63:22 64:1
64:5,22 65:5

saw 13:22,23
  36:15 39:18
  46:13 69:3
  78:6
saying 18:7
  22:17 76:20
  86:24
says 17:17 25:3
  26:16 27:2
  72:22 81:3
  83:10 84:17
  86:15,18,21
  87:5 88:4
scared 16:17
school 85:19
second 19:15
  76:8 84:25
  87:2,14
seconds 82:6
  84:23 86:19,22
  87:6,11,25
  88:4,10,13
see 8:1 14:12
  16:18 18:13
  24:18 27:2,5
  29:7 30:2
  39:15 43:8
  49:11,24 50:13
  55:14 60:10,25
  65:7 77:23
  79:20 82:25
  83:4,6,6,8,12
  83:18 84:3,8
  84:18,20 86:18
  86:21 87:5,10
  87:24 88:3
seeing 84:10
seen 29:17 35:16
  41:2 71:22
  72:8 73:2
selling 65:4
send 28:5
sent 53:20 81:20
serve 57:15
  58:16
Service/Affida...

4:8 35:25
set 25:12 26:7
  89:8
share 81:6
shared 35:14
sheet 4:3 23:23
  48:21
sheriff 10:6,7
  12:10 17:6,18
  17:19 18:2,13
  18:16 30:25
  31:8,12 49:19
  57:15 58:8,10
  58:16 60:5
  63:23 73:25
  77:16
sheriff's 10:12
  10:22 11:3,11
  11:17 12:19
  18:23 21:10
  30:3 36:24
  37:2,5,7,13
  38:1 46:3,10
  46:11 48:22
  55:16 61:14,19
  62:19 63:10,22
  64:1,4,12,16
  64:18,22,24
  65:2,5,7,10,12
  65:14 66:5,9
  69:22 73:17
  74:14,17 75:1
  75:6 78:25
  79:3
show 76:13,18
  87:17,20
showed 69:25
  76:13,16 79:3
  80:21 81:8,10
showing 82:13
shows 76:7,8
  83:18
shut 67:19
sidewalk 54:3
sign 25:5 36:5
  48:24

sign-in 48:21
signature 20:18
  25:7 36:10
signed 25:21,22
  25:25 26:3
  36:3,8 42:5
significance
  20:22,23 21:9
  21:11 22:6,23
  23:5,10
simple 37:3
sir 8:19,25 9:23
  14:10 18:19
  20:6 21:8 24:6
  24:16 25:5
  27:13 28:14
  29:17 31:17
  36:5,23 41:2
  41:24 43:5
  45:3 50:23
  51:5 56:16
  57:4 60:11,18
  61:9 82:15
  84:19,24 85:14
  86:7
sit 53:8 59:10
situation 17:7
six 85:18,20,21
skin 68:19
skip 63:19
slightest 79:19
SOLICITOR
  2:10,11
somebody 17:19
  17:23 18:3
  32:18,22 37:18
  37:19,24 53:20
sorry 18:22 53:2
  53:23
sort 64:16 65:1
  65:15
sound 62:10
sounds 68:7
  73:5
South 1:23 9:24
  11:7,18 28:8

29:12 30:16
  53:10 57:16
  63:24 65:21,24
  66:12,20 67:6
  80:10
speak 7:11
  22:12 84:8
  85:11 86:16
  87:1
specifically 23:2
spell 28:14
spent 87:10
spoke 16:23
  68:9,12 76:3
  80:20 83:24
  85:13 87:24
stage 88:21
stairs 15:4,5,6
start 67:5
started 13:22
  64:14 65:2,3,4
State 89:24
stated 29:16
  73:13
statement 64:17
  65:1
statements
  25:12,15 26:7
  26:10
STATES 1:1
stay 78:19
stenographica...
  89:7
step 75:9
STEPHEN 2:3
stephen@dun...
  2:7
steps 46:18
stick 69:9
stipulating
  38:22
stop 46:20,22
  48:16,20 62:19
  70:2 74:2 79:9
storage 47:6
street 1:18,23

2:5,17 7:21
  9:24 28:8
  29:12 30:16
  53:10 57:17
  63:25 65:21,24
  66:12,21 67:6
  80:11
strike 39:5
  45:11 67:15
  76:21
stuff 16:17
  20:18 65:14
subject 7:17
  25:15 26:10
Suite 1:19,23 2:5
  2:18
supplied 76:13
  76:24
supply 81:11
supposed 47:3
  48:11 70:10
supposedly
  76:17
sure 10:9 13:9
  31:4,16 57:13
  68:21,25
surety 45:7
sweater 70:24
sworn 7:1

T
T 3:1 4:1 6:1,1
  89:1,1
T-Mobile 33:25
  34:1,25 50:24
  51:9,17,21
  52:3,18
take 7:16 11:6
  24:1,7 27:6
  39:3 40:24
  43:16 48:11
  49:19 81:15
  85:9
taken 1:17 89:7
talk 7:14,16 56:7
  80:16 84:4,5

talked 49:22
talking 26:24
  28:7 36:9 39:9
tall 69:13
taxes 67:7 68:2
telephone 75:23
tell 8:18 11:9,25
  12:14 17:7
  18:20 32:5
  34:25 42:25
  43:7 45:2,6
  46:9 68:16
  72:25 73:17,23
  73:25 78:14
  81:16 84:16
telling 48:5
  61:15
tells 65:15
terms 70:13
test 40:6
testified 7:2 18:4
  30:6 42:20
testify 22:10
  44:7
testifying 17:21
testimony 7:18
  8:13 26:13
  32:23 39:18
  54:10,19 89:6
text 51:22 52:24
  56:13 77:14
texts 56:22
  75:25
thank 8:15
  12:15 41:22
  45:10 62:16
  84:24
thing 21:4 37:3
  53:2 76:8
  77:15
things 65:16
think 10:8 13:9
  17:8,19 18:3
  30:1,24 31:2
  32:15 38:12
  46:11 67:18

68:20 69:2,13
  70:23 71:2
  72:12 86:9
thinking 59:18
third 46:12
thought 32:4
three 15:17 16:5
  16:7,8,24
  17:23 53:11,14
  64:11 85:18,22
threw 80:4
ticket 54:3,12
  55:10 78:10
  80:3,6,7,24
time 13:10 16:12
  17:2,12 19:7
  19:14,15 27:8
  27:21 30:18
  32:1 39:3
  40:15 42:25
  44:17 46:7
  47:24 51:7,8
  52:4 53:19
  55:12,13,15
  58:14 66:8
  78:7 82:15
  83:6 84:2
  85:24 87:1,19
  89:7
time-line 68:5
times 37:8 45:15
  53:9,11,12,14
  64:4,8,9,11
  85:7
title 23:3
today 7:20 8:12
  26:13 30:7
  51:6 53:8
  59:10 69:3
  81:10
told 11:3,22
  12:21 15:13,15
  16:15 18:2,8
  18:14,15,17,23
  19:1,3 29:23
  32:7,9,21,23

45:8 46:13,15
  46:22 47:5
  48:16 62:18
  65:13 70:2,13
  73:21 74:1
top 61:1 70:18
  72:22
Toppin 1:3
  57:16 59:14
torch 63:9
total 53:9
tow 47:5
transaction
  11:20
transcript 5:13
  89:6
translation 40:3
  40:4
translator 49:21
trash 54:2,13
  78:6,8 80:6
tried 14:18
  59:16 61:10
  76:25 87:9
truck 47:5
true 25:13,19
  26:8 27:13
  41:10,13,14,24
  89:6
truthful 8:13
try 7:10,11
  52:14,15 63:18
  86:25
trying 22:4
  47:13 61:14
  68:4
twice 55:18
two 15:16 16:5,7
  16:24 19:15
  33:3 35:10
  51:10 52:4
  72:17 83:5,23
  85:1

_____

**U**

U 6:1

Uber 27:14
Uh-huh 12:24
  24:3 43:13
underlined
  72:25
Underneath
  73:5
understand 7:11
  7:12,25 8:5
  13:24 18:1,10
  22:11 23:11
  25:15,22,23
  26:1,2,10
  39:14 45:23,25
  46:2 47:18
  49:15,17,20
  50:10 52:1
  58:15 63:20
  68:4 70:8
understanding
  25:20 70:5
understood 50:5
  50:11 77:6
Unfortunately
  7:20
uniform 70:22
UNITED 1:1
unnecessary
  23:14
unoccupied
  26:18,23 27:3
  27:4
unresponsive
  45:11
unsworn 25:17
  26:12
upper 60:9
urgent 88:16
use 7:24 35:10
utilities 66:21,24

_____

**V**

vacate 4:18,21
  29:14 57:16
  71:15 72:2
verbally 7:23

verification 25:3
  25:8
verify 25:12
  26:7
video 8:1
violation 53:21
  53:25 54:1
  77:24 78:3
  80:3
visit 13:16
vocal 8:3,4,6
vs 1:5

_____

**W**

W 3:1
walked 11:19
  48:24 78:4
Walnut 2:17
want 14:9 21:22
  22:1 45:2
  51:13 61:9
  62:15 67:19
  72:24 81:22
  87:17
wants 63:7
wash 9:13
wasn't 23:10
  54:12 65:22
water 67:4,8,14
  67:17
way 7:21 19:4
  23:17 69:6
we'll 21:17
  35:23 40:21
  82:14
we're 23:13
  38:19 39:9
  47:24 48:11,16
  48:20 51:6
  59:1,13 61:14
  62:19 70:3
  86:9
we've 54:7 61:17
website 66:6
WEDNESDAY
  1:12

**week** 61:20
**weeks** 15:16,17
  16:5,7,9,25
  17:24 19:15
**welcome** 62:14
**went** 11:8,11,15
  11:21 13:21
  14:2,3,7,8,11
  14:18 15:6
  16:22 17:6,11
  18:13 19:16
  26:21 29:23
  30:1 31:20
  32:8 37:7,8
  42:18,20 46:11
  46:12,12 47:16
  47:20 48:6
  53:13,14 54:8
  54:14,17,23,24
  55:7,16,20,25
  56:1,11 58:21
  61:23,25 62:6
  64:4,7,7,13,16
  64:22 65:3
  66:8 68:5,8
  69:22 73:19,23
  74:1,25 75:6
  77:16 78:9
  80:2,14,19
**West** 2:18
**white** 70:23
**wife** 9:5 34:4,7,8
  34:12,23 35:10
  51:2 53:1,3
  84:14 85:23
**wife's** 9:6
**Williams** 1:6
  2:15 63:14
**window** 11:22
  12:19
**winning** 10:17
**wish** 46:21
**withdraw** 62:20
**witness** 18:5,7
  20:16 23:22
  34:14 36:6,19

39:13,23 44:17
44:24 45:5,8
45:22 53:2
54:1 55:8
58:22 59:3
60:22 68:20
70:16 71:5
72:12 76:10
79:25 83:13
86:12 88:23
**WOLFE** 1:23
**woman** 70:15
  79:7
**words** 8:6
**work** 9:11 62:5
  62:7
**wouldn't** 22:7
  23:6,9
**Writ** 4:11 40:18
  42:15
**write** 29:19
  49:11 75:16
**written** 42:3
**wrong** 68:8
  77:18,20,23
  79:19,20
**wrote** 41:10,13
  41:25 72:12
**www.klwrepo...**
  1:25

---

**X**

**X** 3:1 4:1
**XI01577** 89:24

---

**Y**

**yard** 14:20 15:1
**yeah** 9:20 10:14
  13:7,12,14,18
  14:8,17 15:5
  15:12 16:1,8
  17:13 27:15,17
  27:23 28:24
  29:9 30:5,11
  31:2,7,14
  32:17,20,24

35:9 37:16
40:2,5 49:4
75:11 78:4
**year** 17:1 33:16
  33:18 40:8
  85:17
**years** 9:1 33:3
  40:11,13,14
  52:19 85:18,18
  85:20
**yellow** 60:13,25
**younger** 85:21
**youngest** 85:16

---

**Z**

---

**0**

---

**1**

**1** 4:18 71:14,15
  71:19
**1:11** 88:24
**1:56** 85:2 87:13
**1:57** 87:13
**10** 9:1
**100** 11:7,18
**100-percent**
  45:7
**11:00** 1:20 38:14
**11th** 54:9,24
**12** 9:1
**1200** 1:19 2:5
**13** 85:16
**1303** 1:23
**1401** 2:11
**144** 15:25 16:1,2
**146** 9:24 28:8
  29:12 30:16
  53:9 57:16
  63:24 65:21,24
  66:12,20 67:6
  80:10
**1515** 1:18 2:5
**160** 2:18
**18** 25:16 26:11
**18-13098-MDC**
  1:2

**18th** 57:17
**19** 40:10
**19050** 8:23
**19102** 1:24 2:12
**19106** 2:18
**19109** 2:6
**19139** 29:12

---

**2**

**2** 4:21 72:1,2,7
  72:15,16,20
**20** 40:11
**2017** 10:8 31:3,6
  31:7 33:13,14
  34:18,19,21
  37:20 54:9
  55:7 68:1
**2018** 17:3 32:18
  33:13,14,15
  34:10 43:20,24
  44:16,20 45:4
  48:1 51:11,23
  52:5 55:23
  56:14 57:2,8
  57:17 67:7
  68:3,8 81:24
**2019** 1:12
**215** 1:24
**215-551-7109**
  56:13,23
**215.551.7109**
  2:6
**215.625.9734**
  2:19
**215.686.0503**
  2:13
**21st** 81:24
**22nd** 48:1
**23** 4:4
**230** 1:23
**267-670-4481**
  28:19
**27** 11:2,4
**27,000** 11:6,12
**29** 4:6

---

**3**

**3-0** 10:18
**3,000** 11:1
**30** 10:24 40:13
  40:14 82:6
**30,000** 10:18,19
  10:21
**300** 63:1,3
**309** 8:22
**30s** 69:16
**35** 4:9
**350** 46:25 73:15
  73:16,24
**39** 71:5
**3901** 9:17
**39th** 9:16

---

**4**

**4:00** 61:25
**4:30** 62:3
**40** 4:12 71:5
**40s** 69:16
**43** 4:14
**484** 33:7,15
  34:18,22 35:5
  50:21 51:2
  56:19 82:25
**484-557-1737**
  24:23 52:24

---

**5**

**500** 67:22
**52** 6:3
**56** 86:22 87:11
  88:4,10
**57** 84:23 86:19
  87:6,25 88:13
**580** 2:12

---

**6**

**6** 1:12
**6-14-18** 83:16
**60** 4:17
**600** 67:22
**601** 2:17
**610** 33:9,23 34:1

34:23 35:5
50:17 51:2
83:1
**610-818-5463**
28:17 52:25
**62nd** 9:24 28:8
29:12 30:16
53:10 57:16
63:24 65:21,24
66:12,20 67:6
80:10
**63** 3:6

| **7** |
|---|
| **7** 3:5 |
| **71** 4:19 |
| **72** 4:22 |
| **73** 3:5 |
| **74** 3:8 |

| **8** |
|---|
| **80** 3:5 |
| **82** 4:24 |
| **86** 3:8 |
| **8th** 56:14 |

| **9** |
|---|
| **922-7112** 1:24 |

```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EATERN DISTRICT OF PENNSYLVANIA


------------------------------:
      IN RE:                   :  Chapter 13
                              :
      LYNDELL TOPPIN,          :  Bankruptcy No. 18-13098-MDC
                              :
          Debtor              :
------------------------------:
------------------------------:
                              :
      LYNDEL TOPPIN,           :
                              :
          Plaintiff          :  Adv. Pro. No. 18-00137-MDC
                              :
             V.               :
                              :
  JEWELL WILLIAMS SHERIFF OF   :
  THE CITY OF PHILADELPHIA     :
  and ABDELDAYEM HASSAN a/k/a  :
                              :
          Defendant          :
------------------------------:
```

ABDELDAYEM HASSAN'S ANSWERS TO REQUEST FOR ADMISSIONS

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 7033 and 9014, Fed. R. Civ. P. 33 and Local Bankr. R. 7026-1, defendant Abdeldayem Hassan (herein after, the "Defendant"), hereby submits the following Answers to Request for Admissions of Plaintiff, Lyndel Toppin. These Answers are continuing up to and including the time of the trial.

ANSWERS

1.   Admit that You understand the responsibilities of a tax sale purchase in Philadelphia County?

ANSWER: I did not understand all the rules.

C I T Y - 2 4

2.   Admit that an owner of a property in Philadelphia has a 9 month right of redemption under the Philadelphia Tax Act (53 P.S. § 7293) in connection with a property sold at tax sale?

ANSWER: If the owner occupies the property as his primary residence, he may have a claim.

3.   Admit that the purchaser at a sheriff's tax sale does not obtain title to the property until the passage of the redemption period?

ANSWER: Not if the owner is not living in this property as his primary residence.

4.   Admit that the owner of a property sold at tax sale retains the right of possession during the statutory period?

ANSWER: Not if the owner is not living in this property as his primary residence.

5.   Admit that a purchaser of a sheriff's tax sale has no claim to possession or right to ejectment against an owner during the redemption period?

ANSWER: The property appeared vacant and the person that I met said he would be out by March.

6.   Admit that executing on a Writ of Possession during the statutory period would be a violation of the owner's property rights under the Philadelphia Tax Act?

ANSWER: Denied.

7.   Admit that executing on a Writ of Possession during the statutory period is illegal?

ANSWER: Denied based on the facts.

8.   Admit that You acknowledged the deed in your name on November 9, 2017?

ANSWER: I am uncertain of the exact date.

9.   Admit that You recorded the deed in your name on November 21, 2017?

ANSWER: I am uncertain of the exact date.

10.  Admit that evicting an owner of a property 2 months into the
     9 month statutory period is illegal?


ANSWER: Denied. The property appeared vacant and the person
living there stated that he would be out of the property by
March.


11.  Admit that the owner's redemption period and right to
     possession expired on August 10, 2018?

ANSWER: Denied based on the facts here.

12.      Admit that You provided your contact details to the
         Sheriff as follows:
     a) Abdeldayem Hassan
     b) 309 Barker Avenue, Lansdowne, PA 19050
     c) 484-557-1737

ANSWER: Admitted.

13.      Admit Your telephone number was: (484-557-1737) on May
         8, 2018?

ANSWER: Admitted.

14.  Admit Your telephone number was: (610-818-5463) on May 8,
     2018?

ANSWER: Denied.

15.  Admit Your telephone number was: (267-670-4481) on October
     11, 2017?

ANSWER: Denied.

16.  Admit that You received notice of the Lyndel Toppin
     bankruptcy on May 8, 2018?

ANSWER: Denied.

17.  Admit the You received notice of the Lyndel Toppin
     bankruptcy from the Bankruptcy Noticing Center at the
     following mailing address: 309 Barker Avenue, Lansdowne, PA
     19050?

ANSWER: Admitted.

18.  Admit that you received a telephone call at the following

telephone number (484-557-1737) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: Denied. I never spoke to Mr. Dunne and did not get any Notice of the Bankruptcy from him.

19. Admit that You receive a telephone call at the following telephone number (610-818-5463) from Stephen Dunne (215-551-7109)notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: Denied.

20. Admit that You [received] a text at the following telephone number (484-557-1737) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: I am not aware of the same.

21. Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

ANSWER: I filed with the Sheriff for the Writ of Possession.

22. Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?.

ANSWER: Denied.

23. Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?.

ANSWER: Denied.

24. Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?.

ANSWER: Denied.

25. Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?.

<u>ANSWER:</u> Denied.

26.   Admit that You caused the Sheriff to serve a Notice to
      Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia,
      PA 19139 on June 7, 2018?.

<u>ANSWER:</u> Denied.

Date: August 9, 2019                    <u>BY: /s/ David M. Offen</u>
                                        David M. Offen, Esquire
                                        Attorney for Defendant
                                        601 Walnut Street
                                        Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600
                                        Fax: 215-625-9734
                                        dmo160west@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

```
------------------------------:
     IN RE:                    :    Chapter 13
                               :
     LYNDELL TOPPIN,           :    Bankruptcy No. 18-13098-MDC
                               :
          Debtor              :
------------------------------:
------------------------------:
                               :
     LYNDEL TOPPIN,            :
                               :
          Plaintiff           :    Adv. Pro. No. 18-00137-MDC
                               :
             V.                :
                               :
JEWELL WILLIAMS SHERIFF OF     :
THE CITY OF PHILADELPHIA       :
and ABDELDAYEM HASSAN a/k/a    :
                               :
          Defendant           :
------------------------------:
```

ABDELDAYEM HASSAN'S FIRST SET OF ANSWERS TO
INTERROGATORIES OF PLAINTIFF LYNDEL TOPPIN

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 7033 and 9014, Fed. R. Civ. P. 33 and Local Bankr. R. 7026-1, defendant Abdeldayem Hassan (herein after, the "Defendant"), hereby submits the following Answers to Interrogatories of Plaintiff, Lyndel Toppin. These Interrogatories are continuing up to and including the time of the trial.

ANSWER TO INTERROGATORIES

1. State your present full name, current address, and who, if anyone, currently resides with you.
ANSWER:  Abdeldayem M. Hassan, 309 Barker Avenue, Lansdowne, PA 19050. My wife and my five children live with me at the address.

CITY-25

2. State all addresses where you lived for the last five (5) years, up to your present address as stated above in your answer to Interrogatory No. 1, with approximate dates of when you resided at those address and who resided there with you, if anyone.

ANSWER: I have not lived anywhere else in the last five years.

3. State your present employer, length of employment and nature of employment.

ANSWER: Boston Market, 11 Years with various job duties.

4. State the number of Sheriff Sale properties that you have purchased in the last 10 years in Philadelphia County and provide their addresses?

ANSWER: I purchased one other property before this but did not proceed and gave up the deposit.

5. Explain your rights and responsibilities after you purchase a property at a Tax Sheriff Sale

ANSWER: I was told the property was vacant, that someone comes every two weeks, and it appeared that no one was living there. I did speak to a person who said he would get his stuff out by March.

6. How long does the owner have to redeem his/her property after a Sheriff Sale?

ANSWER: See Answer to #5 as it appeared as no one was living in the property

7. When did the owner's right to exclusive possession expire after you purchased 146 S. 62nd Street, Philadelphia, 19139.

ANSWER: See Answer to #5 as it appeared as no one was living in the property

8. Why did you file a Complaint in Ejectment on January 22, 2018 if you had no claim to possession during the redemption period?

ANSWER: See Answer to #5 as it appeared as no one was living in the property

9. What is the race; gender; and age of the unknown defendant on the Return of Service/Affidavit in connection with

your Complaint in Ejectment filed January 29, 2018?

ANSWER: Unknown. See Answers #5-8 above.


    10. What phone number and address did you list for yourself on the Motion for Writ of Possession?

ANSWER: 484-557-1737

    11. Why did you attempt to evict the Owner 2 months into 9 month statutory redemption period?

ANSWER: See Answer to #5 above.

    12. Did you receive "any" letters from Dunne Law Offices pertaining to the Toppin bankruptcy?

ANSWER: I got one Notice and when I read the same, I gave it to the Sheriff's Office. The Sheriff kept the Notice with the Bankruptcy information on it.

    13. What is the first notice that you received pertaining to the Toppin bankruptcy?

ANSWER: I gave it to the Sheriff.

    14. Do you use the name Mubarak?

ANSWER: No.

    15. Does a person by the name of Mubarak work for you?

ANSWER: He is no friend of mine.

    16. How many times did you visit 146 S. 62nd Street, Philadelphia, 19139 to ask the occupants to vacate the property between November 2017 and May 2018?

ANSWER: I visited the property and it appeared to be vacant. Someone who was there informed me they needed until March to get out of the property as his friend had stuff there.

    17. How many notices did you post or mail to 146 S 62nd Street, Philadelphia, 19139 to ask the occupants to vacate the property between November 2017 and May 2018?

ANSWER: I never sent a Notice to this property, just legal

documents in accordance with the law.

18. Did you provide your phone number - 610-818-5463 to the Sheriff's Office?

ANSWER: When I bought the home I had that number but then I changed the number to 484-557-1737 and the Sheriff was given Notice of the same.

19. Did the Sheriff explain the owner's Right of Redemption to you after a Tax Delinquent Sale?

ANSWER: No.

Date: August 9, 2019                    BY: /s/ David M. Offen
                                        David M. Offen, Esquire
                                        Attorney for Defendant
                                        601 Walnut Street
                                        Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600
                                        Fax: 215-625-9734
                                        dmo160west@gmail.com

PHILADELPHIA SHERIFF'S OFFICE

DATE:            May 12, 1988, Revised August 1, 2014
DIRECTIVE:    #28
SUBJECT: ENFORCEMENT       (STAY ORDER)

## I. PURPOSE

The purpose of this Directive is to establish a policy of receiving, recording and the handling of stay order, bankruptcy, petitions and appeals when received by the Sheriff's Office.

## II. POLICY

A. Bankruptcy.

1. When received by the Sheriff's Office, all legal action is to stop. Details, numbers and other particulars are to be recorded in division docket and on writ. If there is any question as to the validity, postpone any action. Must check with attorney on writ for Bar Order.

B. Orders and Stays

1. When received by the Sheriff's Office, will stop only the action that the order or stay pertains to. Details, numbers and other particulars are to be recorded in division docket and on writ.

C. Petitions and Appeals

1. When received by the Sheriff's Office, will stop legal action only if so stated in the petition and/or appeal. Details, numbers and other particulars are to be recorded in division docket and on writ.
2. All appeals don't stop action.

D. Property Claim and Exemption Claims

1. When received by the Sheriff's Office, will stop action on a Sheriff's Sale (Personal Property) temporarily, until the Under-Sheriff makes a determination on property claims. Exemption claims will be heard at a hearing. Details, numbers and other particulars are to be recorded in division docket and on writ.

CITY-26

E. Culmination of Stays

   1. Bankruptcy Orders, Stays, Petitions and Appeals will be held in abeyance for disposition.

   2. Upon receipt of determination, the division supervisor will abandon or continue enforcement, if requested, depending on contents of determination.

   3. The time lapse between the filing of the Bankruptcy Order, Stays, Petitions and Appeals when received, and the determination date of the said orders are to be computed and added to the "Life of the Writ. Determination and further sheriff's action is to be recorded in division docket.

III. This Directive supersedes all other Enforcement Division procedures.

IV. This Directive is effective immediately.

BY ORDER OF:

_____

SHERIFF

PHILADELPHIA COURT OF COMMON PLEAS
PETITION/MOTION COVER SHEET

**CONTROL NUMBER:**

**045073**

*(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)*

FOR COURT USE ONLY

ASSIGNED TO JUDGE: _____    ANSWER/RESPONSE DATE

RESPONSE DATE
APR 2 5 2018
OFFICE OF JUDICIAL RECORDS

*Do not send Judge courtesy copy of Petition, Motion or Response.
Status may be obtained online at http://c...*

_____ Term, ____
*Month*                *Year*

No. 1801034CC

Hassan

vs.

unknown occupants

Name of Filing Party: Abdeldyem Hassan

*(Check one)* ☒ Plaintiff    ☐ Defendant

*(Check one)* ☒ Movant    ☐ Respondent

Has another petition/motion been decided in this case? ☐ Yes ☐ No
Is another petition/motion pending?

*If the answer to either question is yes, you must identify the judge(s):* ☐ Yes ☐ No

INDICATE NATURE OF DOCUMENT FILED:

☐ Petition (Attach Rule to Show Cause)    ☒ Motion

☐ Answer to Petition    ☐ Response to Motion

TYPE OF PETITION/MOTION *(see list on reverse side)*

motion for writ of possession

PETITION/MOTION CODE
*(see list on reverse side)*
MTWPS

ANSWER/RESPONSE FILED TO *(Please insert the title of the corresponding petition/motion to which you are responding):*

**I. CASE PROGRAM**

Is this case in the *(answer all questions)*:

A. COMMERCE PROGRAM

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

B. DAY FORWARD/MAJOR JURY PROGRAM — Year ____

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

C. NON JURY PROGRAM

Date Listed: ✓

D. ARBITRATION PROGRAM

Arbitration Date: _____

E. ARBITRATION APPEAL PROGRAM

Date Listed: _____

F. OTHER PROGRAM: _____

Date Listed: _____

**II. PARTIES** (required for proof of service)
(Name, address and *telephone number* of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

unknown occupants
146 S. 62 St.
Phila. PA 19139

309 BARKer AVE
Lansdowne PA 19050
HASSAN Abdeldyem
4845571337

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6. Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____    4-5-2018    HASSAN Abdeldyem    _____
*(Attorney Signature/Unrepresented Party)*    *(Date)*    *(Print Name)*    *(Attorney I.D. No.)*

The Petition, Motion and Answer or Response, if any, will be forwarded ... ate. No extension of the
Answer/Response Date will be granted

Hassan Vs Unknown Occupants-MTWPS

30-1061 (Rev. 8/2014)



18010340000006

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL**

H355~ ~

——————————————
        Plaintiff/Petitioner

v.

Unknown Occupants ~

——————————————
        Defendant/Respondent

:
:
:
:
:
:
:
:
:

_____ Term, 20_____

No. 1801063400

Control No. __045073__

## RULE

    AND NOW, this _____ day of _____, _____, upon consideration of the

foregoing Motion/Petition _____

_____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested

therein should not be granted.

    RULE RETURNABLE on the _____ day of _____, _____, at

_____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA  19107.

                                  BY THE COURT:

                                                                   J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Hasan

_____
                              Plaintiff

v.

unknown occupants

_____
                              Defendant

: : : : : : : : : : : : :

_____Term, 20_____

No. 1801034CC

Control No. **045073**

ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Motion/Petition _____

_____, and

any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____

_____.

_____

_____

_____

_____.

BY THE COURT:

_____
                                                    J.

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

Hassan

_____
                                                        Plaintiff

                                    v.

unknown occupants

_____
                                                        Defendant

_____ Term, 20_____

No. 180103400

**045073**

Control No._____

motion for writ of possession

_____
(Please fill in information below)

See attached

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

Hassan _____    :    _____ TERM, _____

     :

_____    :

       **Plaintiff(s)**

     :    No. 80103400 _____

**vs.**

unknown occupants    :    **045073**

_____    :

       **Defendant(s)**

---

### MOTION FOR WRIT OF POSSESSION

1. On, 10/5/2017 _____, Plaintiff became the record owner of the property

   located at 146 S. 52nd Street _____, Philadelphia, PA 19139 _____

   by virtue of a DEED recorded on 11/21/2017 _____ at Document Identification

   Number 53294873 _____. A true and correct copy of the DEED is

   attached hereto as Exhibit "A".

2. Plaintiff commenced this Civil Action in Ejectment by Complaint on

   1/22/2018 _____.

3. Service process/Affidavit of Service was made in accordance with PA. R.C.P. and/or

   Court Order for Alternative Service against the occupants of the Property.

4. Judgment by Default was entered of record on __4\5\2018__

against the occupants of the Property. A true and correct copy of the Plaintiff's Praecipe

to Enter Default Judgment is attached hereto as Exhibit "B" and made a part hereof.

5. With respect to enforcement of judgments in ejectment actions, PA. R.C.P. 3160

provides (in pertinent part) the following: "[a] judgment for possession shall be enforced

by a Writ of Possession substantially in the form provided by Rule 3254."

6. The Property continues to be occupied by individuals other than the legal owner,

necessitating issuance of a Writ of Possession followed by scheduling of a lock-out.

7. Plaintiff has not permitted or authorized any individual to occupy the Property.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order

authorizing the issuance of a Writ of Possession of the real property situated at

__146 S. 62nd Street__, Philadelphia, PA __19139__.

Respectfully submitted,

__HASSAN ABdul__
Print

__Gille__
Sign

Date: __4.5.18__

C I T Y - 2 7
P .   6

## VERIFICATION

I, _HASSAN ABdel dem_, Plaintiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_HASSAN ABdel dem_
(Print Name)

_(signature)_
(Signature)

Date: _4-5-2018_

CITY-27
P.  7

## CERTIFICATION OF SERVICE

I, _HASSAN ABdd el/il_, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____(date):

Name: _Unknown occupants_

Address: _146 S. 62rd street_

Address: _____

City, State, Zip Code: _Phila. PA 1913⁹_

Name: _____

Address: _____

Address: _____

City, State, Zip Code: _____

Name: _____

Address: _____

Address: _____

City, State, Zip Code: _____

Date: _4-5-2018_

By: _____

eRecorded in Philadelphia PA    Doc Id: 53294873
11/21/2017 05:01 PM    Page 1 of 6    Rec Fee: $252.00
Receipt#: 17-121162                                    1707-5002
Records Department    Doc Code: DS
State RTT: $343.40    Local RTT: $1,064.54

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for*

*and in consideration of the sum of THIRTY THOUSAND AND XX / 100 [$30,000.00] dollars, to me in*

*hand paid, do hereby grant and convey to ABDELDAYEM HASSAN .*

## DESCRIPTION

BRT#: 031193800

Premises Being:    **146 S 62ND ST, PHILADELPHIA, PA 19139-2928**

SEE ATTACHED LEGAL DESCRIPTION

*The same having been sold, on the 5th day of October Anno Domini Two Thousand Seventeen, after due advertisement,*

*according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of*

*April Term, Two Thousand Fifteen Number T0192 as the suit of:*

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

**In witness whereof, I have hereunto affixed my signature this 9th day of November Anno Domini Two**

**Thousand Seventeen.**

**SEALED AND DELIVERED**
**IN THE PRESENCE OF:**

*Marilyn R Franks*
Marilyn R Franks (Nov 10, 2017)
_____
Witness

**Jewell Williams, SHERIFF**

**BY**

*Richard Tyer*
Richard Tyer (Nov 10, 2017)
_____
Witness

*Inspector Richard Verrecchio*
Inspector Richard Verrecchio (Nov 10, 2017)
_____
Richard Verrecchio, Real Estate Inspector

C I T Y - 2 7
P . 1 0

**Commonwealth of Pennsylvania**    :

**County of Philadelphia**    :

*On this, the 09 Nov 2017, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER REAL ESTATE INSPECTOR RICHARD VERRECCHIO, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.*

*In Witness Whereof, I hereunto set my hand and official seal.*

Steven J. Wulko
Steven J. Wulko (Nov 10, 2017)

**Office of Judicial Records**
Steven  J. Wulko, Deputy Director

Book No.  1707
Writ No.  5002
Control No.

# Deed = Poll

Jewell Williams, SHERIFF

TO

ABDELDAYEM HASSAN

Apr. T. 2015

No.  T0192

Premises:
146 S 62ND ST
PHILADELPHIA, PA19139-2928

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

**Sheriff of the County of Philadelphia**
Captain Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
309 BARKER AVENUE
LANSDOWNE, PA19050
On behalf of the Grantee

Jewell Williams, SHERIFF
Philadelphia Sheriff Office

C I T Y - 2 7
P .    1 1

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

53294873   Page 4 of **RECORDER'S USE ONLY**

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

| | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT - All inquiries may be directed to the following person:

| Name | | | Telephone Number |
|---|---|---|---|
| Sheriff of the County of Philadelphia | | | **(215) 686-3530** |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| Land Title Building 100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

## B. TRANSFER DATA
Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| **Jewell Williams, Sheriff** | **ABDELDAYEM HASSAN** |

| Mailing Address | Mailing Address |
|---|---|
| Land Title Building 100 South Broad Street 5th Floor | 309 BARKER AVENUE |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | LANSDOWNE | PA | 19050 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 146 S 62ND ST | PHILADELPHIA |

| County | School District | Tax Parcel Number |
|---|---|---|
| Philadelphia | | 031193800 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $30,000.00 | + $0.00 | = $30,000.00 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| $34,000.00 | x 1.01 | = $34,340.00 |

## E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| | | |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____
　　　　　　　　　　　　　　　(Name of Descendant)　　　　　　　(Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____
　　If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Tiffany Harrison | 11/09/2017 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

CITY-27
P     12

| | BOOK NO. | PAGE NO. |
|---|---|---|

## PHILADELPHIA REAL ESTATE
## TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

### A. CORRESPONDENT - All inquiries may be directed to the following person:

NAME
**Sheriff of the County of Philadelphia**

TELEPHONE NUMBER
**(215) 686-3530**

| STREET ADDRESS **Land Title Building100 South Broad Street 5th Floor** | CITY **Philadelphia** | STATE **PA** | ZIP CODE **19110** |
|---|---|---|---|

### B. TRANFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) **Jewell Williams, Sheriff** | GRANTEE(S)/LESSEE(S) **ABDELDAYEM HASSAN** |
|---|---|

| STREET ADDRESS **Land Title Building100 South Broad Street 5th Floor** | STREET ADDRESS **309 BARKER AVENUE** |
|---|---|

| CITY **Philadelphia** | STATE **PA** | ZIP CODE **19110** | CITY **LANSDOWNE** | STATE **PA** | ZIP CODE **19050** |
|---|---|---|---|---|---|

### C. PROPERTY LOCATION

| STREET ADDRESS **146 S 62ND ST** | CITY, TOWNSHIP, BOROUGH **PHILADELPHIA** |
|---|---|

| COUNTY **PHILADELPHIA** | SCHOOL DISTRICT | TAX PARCEL NUMBER **031193800** |
|---|---|---|

### D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION **$30,000.00** | 2. OTHER CONSIDERATION **+ $0.00** | 3. TOTAL CONSIDERATION **= $30,000.00** |
|---|---|---|
| 4. COUNTY ASSESSED VALUE **$34,000.00** | 5. COMMON LEVEL RATIO FACTOR **X 1.01** | 6. FAIR MARKET VALUE **= $34,340.00** |

### E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | **Transfer Tax:  $1,407.94** |
|---|---|---|

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____
    _____(NAME OF DECEDENT)_____ (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____ .

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____
    _____
    _____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY **Tiffany Harrison** | DATE **11/9/2017** |
|---|---|

CITY 27
P . 13

53294873    Page 6 of 6    11/21/2017 05:01 PM

1  1708 - 5002

## Legal Description

BRT/OPA #:    031193800

Assessed Legal Description:    139' 3" S OF SANSOM  15' 4" X 94' 5"

Abbreviated Legal Description:    15' 4" X 94' 5-7/8"

146 S 62ND ST

Actual Legal Description for Premises:
ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the West side of 62nd Street at the distance of 138 feet 3 inches Southward from the South side of Sansom Street.

CONTAINING in front or breadth on 62nd Street 15 feet 4 inches and extending of that width in length or depth Westwardly at right angles with 62nd Street 94 feet 5-7/8 inches to a certain 3 feet wide alley leading Northward and Southward between Sansom Street and Walnut Street.

BEING the same premises which Patricia Roberts Harris, Secretary of Housing and Urban Development, of Washington, D.C. by Deed dated 02/01/1978 and recorded 03/08/1978 at Philadelphia in Deed Book DCC 1603 - 269 granted and conveyed unto Stanley Zaikin and Eleanor, h/w in fee.

C I T Y - 2 7
P . 1 4

Case ID: 1504T0192

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

___HASSAN_____

Plaintiff

vs.

___UNKOWN OCCUPANTS___

Defendant

COURT OF COMMON PLEAS

_____ Term, 20_____

NO. 180103400

# Praecipe for Writ of Possession

### TO THE OFFICE OF JUDICIAL RECORDS:

Issue Writ of Possession in the above matter, for possession of: *(describe property)*

146 S 62nd ST

Phila PA 19039

_____

_____

_____

_____

_____

_____

_____

_____

*Attorney(s) for Plaintiff(s)*

Hassan Vs Unknown Occupants-WRPOS

Ejectment Quiet Title

5-116 (Rev. 8/2014)

18010340000010

C I T Y - 2 8
P .    1

Form C.P. 109

*Ejectment*
*Quiet Title*

# Commonwealth of Pennsylvania
# County of Philadelphia

HASSAN

COURT OF COMMON PLEAS

*vs.* UNKOWN
OCCPANTS

_____ Term, 20_____

No. 180103460 _____

# Writ of Possession

To the Sheriff of Philadelphia County:

(1)  To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to:

HASSAN ABdd yer

(2)  To satisfy the costs against

NNoWN OCCUP CCANTS

you are

directed to levy upon any property of

146 S. 62 nd ST
PHila PA 19139

and sell

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By N. Jampp _____
*Clerk*

Date May 7, 2018 _____

10-207 (Rev. 1/01)

C I T Y - 2 8
P .    2

**Court of Common Pleas**

_____ Term, 20____

No. 1 80103400

HASSAN    vs. UNKOWN occupMTS

_____

WRIT OF POSSESSION
_____

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

HASAN                                      :        Case No.  180103400
                                           :
        v.                                 :        Control No.  18045073
                                           :
UNKNOWN OCCUPANTS                          :

ORDER

AND NOW, this 27th day of April, 2018, upon consideration of Plaintiff's Motion for

Writ of Possession, it is hereby ORDERED tnat the Motion is GRANTED.

It is further ORDERED that the Office of Judicial Records for the First Judicial District is

directed to issue a Writ of Possession for the real property located at 146 S. 62nd Street,

Philadelphia, PA 19139 upon Praecipe of Plaintiff.



BY THE COURT:

                                                                              J.

RECEIVED

APR 3 0 2018

OFFICE OF JUDICIAL
RECORDS

Hassan Vs Unknown Occup-ORDER

18010340000008

CITY - 28
P.    4

Sean Thornton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC

_____

LYNDEL TOPPIN,

        Debtor/Plaintiff,

   vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,

        Defendants.

_____

        *     *     *     *

      THURSDAY, DECEMBER 12, 2019

        *     *     *     *


    Oral deposition of LIEUTENANT SEAN

THORNTON, taken pursuant to notice, was

held at the Municipal Services Building,

1401 John F. Kennedy Boulevard, Philadelphia,

Pennsylvania, commencing at 12:00 p.m.,

on the above date, before Lori A. Porto,

a Certified Court Reporter.

KAPLAN, LEAMAN & WOLFE
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112
www.klwreporters.com

Sean Thornton

```
                                                        Page 2

 1    A P P E A R A N C E S:

 2

 3         DUNNE LAW OFFICES, P.C.
           BY:  STEPHEN M. DUNNE, ESQUIRE
 4                 - and
               PREDRAG FILIPOVIC, ESQUIRE
 5         1515 Market Street
           Suite 1200
 6         Philadelphia, PA 19109
           215.551.7109
 7         stephen@dunnelawoffices.com
           pfesq@ifight4justice.com
 8         Counsel for the Debtor/Plaintiff

 9
           CITY OF PHILADELPHIA LAW DEPARTMENT
10         BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
                 - and -
11             JOSHUA DOMER, ASSISTANT CITY SOLICITOR
           1401 John F. Kennedy Boulevard
12         Room 580
           Philadelphia, PA 19102
13         215.686.0503
           megan.harper@phila.gov
14         joshua.domer@phila.gov
           Counsel for the Defendant
15         Jewell Williams

16

17

18

19

20    A L S O   P R E S E N T:

21

22         JETARIA TAYLOR

23

24

25
```

Sean Thornton

Page 3

1              W I T N E S S   I N D E X

2

3    Examination of Lieutenant Thornton

4
         By Mr. Filipovic:  Pages 7, 49
5

6        By Ms. Harper:  Pages 48, 57

7
         By Mr. Domer:  Page 48
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sean Thornton

Page 4

1                    E X H I B I T S

2

3    Exhibit PS-1:  Order dated 9-10-19

4         Page 16

5

     Exhibit PS-2:  Fax Cover Sheet with attachments
6
          Page 18
7

8    Exhibit PS-3:  Notice to Vacate dated 5-8-18

9         Page 26

10
     Exhibit PS-4:  Notice to Vacate dated 5-24-18
11
          Page 32
12

13   Exhibit PS-5:  Notice to Vacate dated 5-30-18

14        Page 33

15
     Exhibit PS-6:  Eviction Notice dated 6-1-18
16
          Page 34
17

18   Exhibit PS-7:  Eviction Notice dated 6-5-18

19        Page 35

20
     Exhibit PS-8:  Eviction Notice and Envelope
21
          Page 36
22

23   Exhibit PS-9:  Handwritten Notes

24        Page 37

25

Sean Thornton

Page 5

1                E X H I B I T S   (Continued)

2

3    Exhibit PS-10:   Sheriff's Return of Service Sheet

4          Page 43

5

     Exhibit PS-11:   Service Event Report

6

          Page 47

7

8

9

10

11

12

13

14

15

16              (EXHIBITS ARE ATTACHED
                 TO THE TRANSCRIPT)

17

18

19

20

21

22

23

24

25

Sean Thornton

Page 6

1           D E P O S I T I O N   S U P P O R T

2

3     (REQUEST).....................................15
      (REQUEST).....................................29
4     (REQUEST).....................................30

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sean Thornton

Page 7

1  (Sean Thornton, having been duly sworn, was examined

2  and testified as follows:)

3  (EXAMINATION OF LT. THORNTON BY MR. FILIPOVIC:)

4        Q.      Good afternoon, Lieutenant Thornton.

5        A.      Good afternoon.

6        Q.      My name is Attorney Predrag Filipovic.

7                I will be conducting this deposition.

8                I'm just going to give you a few

9  general pointers that we are required to provide each

10  time.

11       A.      Okay.

12               MR. FILIPOVIC:  Counsel, usual

13  stipulations in this one?

14               MS. HARPER:  Yes.

15  BY MR. FILIPOVIC:

16       Q.      I'll be asking the questions and I'll

17  try to be succinct with my questions.

18               If your attorney has an objection, she

19  will so say for the record.

20               We may discuss the objection and she

21  will instruct you whether or not to answer the

22  question in lieu of the objection.

23               I would ask that your responses be

24  vocal, so that while I can notice your gestures,

25  which we all do in day-to-day conversation, for

Sean Thornton

Page 8

1  purposes of today's questioning, I need your answers

2  to be verbal, so the court reporter can jot them down

3  for the record.

4           Is that understood?

5     A.    Yes (indicating).

6     Q.    I saw you nodding your head.

7     A.    Yes.

8     Q.    I'll also give you this instruction and

9  it's just going to be a question, but please don't

10 think anything by it.  We ask every deponent, every

11 single deponent.

12           Are you under the effects of drugs or

13 alcohol today that would prevent you from providing

14 truthful testimony?

15    A.    No.

16    Q.    Please state your full name for the

17 record.

18    A.    Sean Thornton.

19    Q.    What is your occupation, Mr. Thornton?

20    A.    Deputy Sheriff Lieutenant with the

21 Philadelphia Sheriff's Office, assigned to the Civil

22 Enforcement Unit.

23    Q.    Lieutenant Thornton, how long have you

24 been with the sheriff's office?

25    A.    In total, 11 years.

Sean Thornton

Page 9

1          Q.     Can you describe your duties, your

2     general duties, in your current position?

3          A.     Civil Enforcement Unit.

4                 We enforce civil complaints, which

5     include writ possessions, whether they are

6     executions, injunctions.

7          Q.     Is this the position that you held

8     between April and August of 2018?

9                 Is it the same position that you have

10    now?

11         A.     No, I was assigned to another unit at

12    that time.

13         Q.     Okay.

14                So, at the time that we are here

15    inquiring about, what was your job then?

16         A.     I was assigned to the Fugitive Warrant

17    Unit.

18         Q.     So, between April and August of 2018,

19    you really had nothing to do with Civil Enforcement,

20    is that correct?

21         A.     I was not assigned -- yeah, I was not

22    assigned to Civil Enforcement, that is correct.

23         Q.     Do you know who was with the Civil

24    Enforcement Unit at the time?

25         A.     Are you --

Sean Thornton

Page 10

1          Q.      Which deputy or lieutenant?

2                  MR. DOMER:  Could you clarify what

3    level?

4                  MR. FILIPOVIC:  Okay.

5                  The job that you are doing now for

6    Civil Enforcement, do you know who did that job for

7    Civil Enforcement, that same job, same level, in the

8    time frame that I've specified?

9                  THE WITNESS:  We had Inspector Monte

10   Guess and Inspector Al Innaurato.

11                 I can spell that.

12                 It's I-n-n-a-u-r-a-t-o.

13                 MR. FILIPOVIC:  Just one second.

14                 I would like to confer with counsel and

15   step out.

16                 Off the record.

17                 (OFF-THE-RECORD DISCUSSION)

18                 (BRIEF RECESS)

19   BY MR. FILIPOVIC:

20         Q.      Lieutenant Thornton, when did you become

21   assigned to the Civil Enforcement Unit?

22                 Do you know the exact date?

23         A.      January of 2015.

24         Q.      January of 2015?

25         A.      Correct.

Sean Thornton

Page 11

1       Q.      So how long were you with the Civil

2   Enforcement Unit prior to getting reassigned to

3   Warrants?

4       A.      I was reassigned September -- excuse me,

5   October of 2017, and I returned to the Civil

6   Enforcement Unit in December of 2018.

7       Q.      When you returned to the Civil

8   Enforcement Unit in September of 2018, did any

9   policies and procedures change from the time that you

10  would have been there until October of 2017?

11      A.      No.

12      Q.      Excuse my unfamiliarity with the ranks

13  in your office, but, you're a lieutenant, so is there

14  anybody that you reported to within the Civil

15  Enforcement Unit at the time that you were there

16  higher than you?

17              MS. HARPER:  Can you narrow that down,

18  maybe break it down to the time frames --

19              MR. FILIPOVIC:  Well, I'm only

20  interested in his time with the Civil Enforcement

21  Unit.

22              So who did you report to?

23              THE WITNESS:  At what time?

24              MR. FILIPOVIC:  September.

25              THE WITNESS:  September of 2018?

Sean Thornton

Page 12

1              MR. FILIPOVIC:  Yes.

2              THE WITNESS:  Inspector Monte Guess.

3    BY MR. FILIPOVIC:

4         Q.    Until October of 2017?

5         A.    I'm sorry?

6         Q.    Until October of 2017, prior to getting

7    reassigned, who did you report to until then?

8         A.    Inspector Innaurato.

9         Q.    Do you know if Inspector -- do you know

10   when Inspector Monte Guess took over for Inspector

11   Innaurato?

12        A.    September of 2018.

13        Q.    So the same time you got reassigned?

14        A.    Yes.

15              It was simultaneous.

16              Inspector Innaurato retired and

17   Inspector Monte Guess assumed command of the unit.

18        Q.    Okay.

19              Sir, in your time with the -- I'm

20   asking about the entire time with the sheriff's

21   office.

22              To your knowledge, do you know what

23   generally happens when the sheriff finds out or gets

24   notice that a debtor has filed for bankruptcy?

25        A.    Generally speaking?

Sean Thornton

Page 13

1        Q.      Yes.

2        A.      When we get notice, we cease operations,

3    cease action on any, I guess, complaints or writ

4    possessions or writ executions.

5        Q.      Within the sheriff's office, is there

6    any specific phone line or toll-free number or, maybe

7    not a toll-free number, but a number that is

8    designated specifically for debtors to call in and

9    notify the sheriff of, hey, we filed bankruptcy?

10              Is there any such number?

11       A.      There are several numbers, but it all

12   depends on what unit -- well, the sheriff's office,

13   we enforce court orders, so a court order could come

14   from different areas of the office, so it all depends

15   on who files the bankruptcy and what unit -- where

16   the enforcement is needed, so -- a general number are

17   you asking?

18       Q.      No.

19              I'm asking if there is a specific

20   number that says to the public, hey, if you file

21   bankruptcy and you want to notify the sheriff, this

22   is the number to call.

23              Is there any such number that is only

24   for that?

25       A.      Only for that, there is no such number.

Sean Thornton

Page 14

1          Q.      Okay, that's fine.

2                  Do you know -- same question for a fax

3      number, where it says to the public, a fax line that

4      says to the public, hey, if you filed for bankruptcy

5      and you want to notify the sheriff, this is the fax

6      number to send that notice to?

7          A.      No.

8          Q.      The same question for e-mail address.

9          A.      No.

10         Q.      Now, you've answered my question about

11     what generally happens, you know, with respect to

12     enforcement efforts once there is a notice of

13     bankruptcy, and thank you for that, but did you

14     receive any training on that from the sheriff's

15     office at any point?

16         A.      Training for --

17         Q.      Training in regards to how bankruptcy

18     affects actions of the sheriff.

19         A.      Yeah.

20                 It's actually -- we speak with our

21     superiors and they explain during the training

22     process before you are, sort of, for lack of a better

23     word, on your own to enforce court orders.

24         Q.      So it's something that you were trained

25     on as a part of your initial training process?

Sean Thornton

Page 15

1      A.      Yes.

2      Q.      Is there any written material that you

3   were provided, like a PowerPoint to that effect, or

4   anything like that?

5      A.      Yes.

6              We do have a training manual, so to

7   speak.

8      Q.      And it's in the training manual?

9      A.      Yes.

10  (REQUEST)    MR. FILIPOVIC:  I would like to make a

11  request on the record for production of the said

12  training manual, as it was requested in discovery and

13  we have not received it.

14              That is a household matter between

15  counsel, but nothing to do with your questioning.

16              Thank you.

17              To the best of your recollection, does

18  the training manual say that, once the notice is

19  given to the sheriff of the bankruptcy, you are to

20  cease enforcement of any pending writs, complaints,

21  so forth?

22              THE WITNESS:  Yes.

23  BY MR. FILIPOVIC:

24      Q.      You said, sir, that your office

25  generally enforces court orders.

Sean Thornton

Page 16

1          Do you know -- how many court orders

2    have you seen in your time with the sheriff's office?

3          And, this could be a large number or a

4    small number, but how many actual court orders have

5    you seen with your own eyes, where the judges in

6    Philadelphia have signed an order that directs the

7    sheriff or litigant to do one thing or another?

8      A.    A couple hundred.

9      Q.    A couple hundred, okay, fair enough.

10          In your experience, from having seen a

11   couple hundred of these, do you know what the court

12   in Philadelphia considers to be a proper fax number

13   for notifying the sheriff of real estate-related

14   executions?

15     A.    Can you repeat that?

16     Q.    In your experience, having seen a couple

17   hundred of these, do you know, has it come to your

18   attention, what fax number may appear on these court

19   orders as the fax number for judges to rely on for

20   notices to the sheriff's office with respect to real

21   estate-related executions?

22     A.    I'm not sure if I understand your

23   question.

24          MR. FILIPOVIC:  We will mark this PS-1.

25          (Exhibit PS-1, Order dated 9-10-19, is

Sean Thornton

1   marked for identification)

2   BY MR. FILIPOVIC:

3       Q.    Sir, I'm going to hand you an exhibit

4   that has been marked as PS-1.

5            Sir, what I've given you, does that

6   appear to be a court order?

7       A.    Yes.

8       Q.    We've had to redact the entire caption,

9   but do you see that that is a Philadelphia Court of

10  Common Pleas Order?

11      A.    Yes.

12      Q.    Can you read what it says under number 1

13  here for the record?

14      A.    The petition to postpone the sheriff's

15  sale of real property is granted, and granted is

16  circled, and the sale is postponed to 10-1-2019.

17      Q.    Can you also read what is under prong 2,

18  the next prong?

19      A.    A copy of this order shall be served on

20  the sheriff by the petitioner by either faxing it to

21  215-686-3971 or by delivering a copy to the sheriff's

22  office at the Real Estate Division, fifth floor, Land

23  Title Building, 100 South Broad Street, Philadelphia,

24  PA 19110.

25      Q.    Thank you, sir.

Sean Thornton

Page 18

1               Does this order appear to be signed by

2    the judge below and entered into the docket?

3         A.    Yes.

4         Q.    Now, going back to the fax number that

5    you read off the order, 215-686-3971, is the judge

6    correct, is that one of the fax numbers in the

7    sheriff's office?

8         A.    I'm not sure.

9               I don't know.

10        Q.    That's fine.

11              We're done with that exhibit.

12              Sir, I'm going to hand you the next

13   exhibit, we'll call this one -- this one will have

14   three pages.

15              This will be PS-2.

16         (Exhibit PS-2, Fax Cover Sheet with

17   attachments, is marked for identification)

18              MS. HARPER:  I would just request that

19   you give him an opportunity to look at the document

20   before asking your questions.

21              MR. FILIPOVIC:  Thank you, counsel.

22              Please, absolutely, take your time in

23   looking it over.

24              THE WITNESS:  Okay.

25   BY MR. FILIPOVIC:

Sean Thornton

Page 19

1       Q.      Lieutenant Thornton, you've had a chance
2   to review the document.
3               What does it appear to you to be?
4       A.      It is a fax cover sheet -- the cover
5   sheet and the fax of a bankruptcy, notice of a
6   bankruptcy.
7       Q.      Does it indicate to you that it was
8   successfully transmitted?
9       A.      Yes.
10      Q.      And do you see the date of such
11  transmission?
12      A.      Yes, I do.
13      Q.      What is the date?
14      A.      Tuesday, May 8th, 2018.
15      Q.      And, sir, do you see the number that it
16  was transmitted to?
17      A.      Yes.
18      Q.      And what is that number?
19      A.      215-686-3971.
20      Q.      Now, let's recall Exhibit PS-1, the
21  prior exhibit.
22              The number I asked you about on that
23  order that you read into the record, these two
24  numbers, do they appear to be the same?
25      A.      They do.

Sean Thornton

Page 20

1          Q.     Thank you.

2                 Just to be clear, PS-2, which you are

3    still reading, is a Notice of Bankruptcy pertaining

4    to Lyndel Toppin.

5                 Do you see the name Lyndel Toppin?

6          A.     Yes, I do.

7          Q.     Sir, do you know how many times the

8    sheriff's office attempted to serve a writ of

9    possession or ejectment on the property under

10   book/writ 1707-5002 at 146 South 62nd Street, in

11   Philadelphia, Pennsylvania?

12         A.     You said how many?

13         Q.     How many times?

14                Do you know if the sheriff's office

15   went out there at all?

16         A.     Yes.

17         Q.     Let me ask you again.

18                Do you know if the sheriff's office

19   went out to execute on a writ at 146 South 62nd

20   Street in Philadelphia, PA in this case?

21         A.     Yes.

22         Q.     And do you know how many times the

23   sheriff's office went out there to execute on the

24   writ in total?

25                MS. HARPER:  Objection to the form.

Sean Thornton

Page 21

1              I think there are two different types

2    of writs or notices.

3              MR. FILIPOVIC:  Well, for our purposes,

4    they are indistinguishable.

5              To repeat my question, do you know how

6    many times the sheriff's office went out there to

7    execute on the writ of this property?

8              THE WITNESS:  Two times.

9    BY MR. FILIPOVIC:

10        Q.    Two times, okay.

11              Can you tell us which dates?

12        A.    I do not have the dates.

13              I don't know the dates.

14        Q.    May I ask how you know that it was two

15    times if you don't recall the dates?

16        A.    That's our policy.

17        Q.    The policy is to go out two times?

18        A.    Correct.

19        Q.    Now, you weren't with the Civil

20    Enforcement Unit at this time, correct?

21        A.    At what point?

22        Q.    Between May and August of 2018.

23        A.    That is correct.

24        Q.    Would the person that was in your

25    position at that time have a better recollection of

Sean Thornton

Page 22

1   how many times and the dates?

2        A.     I can't tell you what a person could

3   remember.

4                I wouldn't know.

5        Q.     So you don't have any personal knowledge

6   of serving the writ or being at that property?

7        A.     No.

8        Q.     Would Monte Guess know?

9        A.     I don't know.

10                MR. DOMER:  Calls for speculation.

11   BY MR. FILIPOVIC:

12        Q.     Who personally goes out to serve these?

13                Is that within the scope of your job

14   now?

15        A.     Are we still talking about the same

16   address?

17        Q.     We're talking about any address -- we're

18   not talking about the same address.

19                We're now talking generally, if you

20   have an order and a writ for execution on an

21   ejectment, would you personally be out there serving

22   it at this time?

23        A.     No.

24        Q.     Okay.

25                Who in the Civil Enforcement Unit goes

Sean Thornton

Page 23

1   out there?

2          A.      We have several deputies that make

3   service throughout the city of Philadelphia.

4          Q.      Okay.

5                  Do you know which deputy went out to

6   serve this the two times that you say the sheriff's

7   office went out to this property, 146 South 62nd

8   Street?

9          A.      Yes, Deputy Taylor.

10         Q.      Deputy Taylor both times?

11         A.      Yes.

12         Q.      Do you believe, sir, that the sheriff's

13  office received notice of Lyndel Toppin's bankruptcy

14  by virtue of the notice that you saw on May 8th,

15  marked as PS-2?

16                 Do you believe that the sheriff's

17  office received notice of his bankruptcy on that

18  date?

19         A.      On that date, I don't know.

20         Q.      Well, what was the date that you -- why

21  don't we recall the exhibit?

22                 Why don't you take it back and review

23  it, if you need to?

24                 I will ask more questions.

25         A.      Which one?

Sean Thornton

Page 24

1         Q.      PS-2.

2                 You said the date was May 8th, correct?

3         A.      Okay, yes.

4         Q.      And you said there was a notice of

5    bankruptcy and it was filed by Toppin?

6         A.      Correct.

7         Q.      And we identified that there is a number

8    that appears to be a fax number?

9         A.      Right.

10        Q.      Do you believe that the sheriff's office

11   did, in fact, receive notice of Mr. Toppin's

12   bankruptcy on May 8th of 2018 based on that document?

13        A.      Based on this document, Exhibit 2, yes,

14   I believe so.

15        Q.      To your knowledge of the case, do you

16   know if there was compliance with -- strike that.

17        After the notice was received, let's say, as it

18   stands, would that indicate to you, according to the

19   procedure that you've been trained on, that the

20   sheriff's office was to cease execution enforcement

21   against that particular debtor?

22        A.      Can you repeat that?

23                I just want to make sure I'm clear.

24        Q.      Would it appear to you, based on the

25   training that you testified to earlier, that the

Sean Thornton

Page 25

1   sheriff's office should have ceased all efforts to

2   execute on that debtor, Mr. Toppin, who filed

3   bankruptcy and sent notification after May 8th?

4          A.     Yes.

5          Q.     Is that yes?

6          A.     That is yes.

7          Q.     As you sit here today, sir,

8   understanding that you weren't with this unit at the

9   time, do you believe that the sheriff's office did

10  comply and did the sheriff's office cease trying to

11  enforce against that particular debtor after May 8th?

12                 MS. HARPER:  Objection.

13                 I think it calls for speculation.

14                 MR. FILIPOVIC:  I'll just repeat the

15  question and we'll go from there.

16                 After May 8th, do you know if the

17  sheriff's office went out there to execute on this

18  writ and to try to evict Mr. Toppin from his

19  property?

20                 THE WITNESS:  I'm not sure exactly

21  when, if it was after or before.

22                 I'm not sure.

23                 MR. FILIPOVIC:  Counsel, a copy for

24  you, and, sir, this will be PS-3.

25                 I will ask you to tell me if you've

Sean Thornton

Page 26

1    seen a document like that before.

2              THE WITNESS:  Yes.

3              (Exhibit PS-3, Notice to Vacate dated

4    5-8-18, is marked for identification)

5    BY MR. FILIPOVIC:

6         Q.    Do you know what it is?

7         A.    It is a notice to vacate a property or

8    writ possession of real property from the sheriff's

9    office.

10        Q.    Is there a number that identifies it?

11        A.    Yes, there's a sheriff's number.

12        Q.    What is the number?

13        A.    231566.

14        Q.    What does that number represent, the

15   sheriff's number?

16        A.    It is a unique number pertaining to the

17   type of enforcement that we must execute on, whether

18   it is a writ of possession, complaint.

19              Anything that comes in our office is

20   identified by a six-digit number.

21        Q.    Would it be the same number for each

22   time that you attempt to serve or execute on the

23   particular debtor?

24        A.    Yes.

25        Q.    The number stays the same?

Sean Thornton

Page 27

1      A.      Yes.

2      Q.      So it can be tied in to a particular

3   debtor --

4      A.      Correct.

5      Q.      -- whose name is on the writ, right?

6              MR. DOMER:  Objection.

7              I think that misstates the testimony

8   that he gave about what the identifier means.

9              If you could --

10             MR. FILIPOVIC:  Do you want to have the

11  court reporter read back the prior question and

12  answer?

13             (DESIGNATED QUESTION AND ANSWER ARE

14  READ)

15             MR. FILIPOVIC:  What is your objection?

16             I don't know if you are objecting to my

17  question or his answer.

18             I don't see any room for the objection

19  there.

20             MR. DOMER:  Fair enough.

21             MS. HARPER:  Can I ask, for a point of

22  clarification, going forward, are you using the term

23  debtor to refer to individuals upon whom writs are

24  being served in the context of a general question?

25             I don't think that's -- it's assuming

Sean Thornton

Page 28

1   you're serving these on debtors only.

2              MR. FILIPOVIC:  Well, not on debtors

3   only, but in this particular --

4              MS. HARPER:  I think the term debtors

5   is lacking a bit of clarification because it seems to

6   imply this is the procedure when we are serving on

7   debtors.

8              MR. FILIPOVIC:  Counsel, you can hash

9   that out in your redirect.

10             MS. HARPER:  That is fine.

11  BY MR. FILIPOVIC:

12       Q.    Is there a log or database where these

13  sheriff's numbers are recorded as you embark on the

14  service?

15       A.    Yes.

16       Q.    Is that being kept within the sheriff's

17  office, that database or log?

18       A.    Yes.

19       Q.    Is it kept in the regular course of the

20  sheriff's business?

21       A.    Yes.

22       Q.    And it's part of the sheriff's regular

23  business to keep this log?

24       A.    I'm sorry?

25       Q.    Is it the sheriff's day-to-day business,

Sean Thornton

Page 29

1   one of its operations, to keep this log, keep this

2   database, up-to-date?

3        A.    Yes.

4   (REQUEST)    MR. FILIPOVIC:  Counsel, I want to make

5   a request that this log be produced, this database

6   that contains the number.

7                MS. HARPER:  I'm not totally sure we've

8   established that it hasn't.

9                MR. FILIPOVIC:  We did ask for it and

10  it has not been produced.

11               MS. HARPER:  What are you looking for?

12               MR. DOMER:  Which log?

13               MR. FILIPOVIC:  We're looking for the

14  log that the deponent testified exists where it is a

15  database that would contain this number identifying

16  the particular debtor and all their attempts to serve

17  on it.

18               That is what we are looking for and

19  we've asked for it.

20               MR. DOMER:  I don't know if that is the

21  log he testified to as having existed.

22               MR. FILIPOVIC:  He testified, in plain

23  English, that there is a log.

24               He just testified to it.

25               MR. DOMER:  It will be addressed on

Sean Thornton

Page 30

1    redirect.

2    BY MR. FILIPOVIC:

3        Q.     Lieutenant Thornton, let me ask you

4    this.

5               Say you go back to your office and you

6    want to look up something with regard to this Lyndel

7    Toppin person.

8               Can you pull that up on the database

9    that you just mentioned by using this number that you

10   just identified?

11       A.     If Lyndel Toppin's name is associated

12   with this number or any number, then, yes, it would

13   be there, if Lyndel Toppin's name comes up.

14              We can look up a person by name or

15   address or this number here (indicating).

16       Q.     Okay, great.

17              So, if you were to type in the number

18   there that you see on PS-3, if it's in the database,

19   it would be sufficient to show you everything the

20   sheriff did on that particular number or all the

21   actions of service, at least, trips they made to the

22   property, to the debtor?

23       A.     Yes.

24   (REQUEST)   MR. FILIPOVIC:  That is what we are

25   requesting, on the record, again, that that portion

Sean Thornton

Page 31

1    of the database be produced.

2              MS. HARPER:  I think we can point to

3    you that it has been produced and we will do that on

4    redirect.

5    BY MR. FILIPOVIC:

6         Q.    Sir, I asked you earlier if the sheriff

7    did comply after receiving the notice and did it make

8    anymore trips to the property and you said you

9    weren't sure if it was before or after.

10             Do you recall that?

11             We can read it.

12        A.    Are you talking about the May 8th date?

13        Q.    Yes.

14        A.    I can't remember if it was that day.

15        Q.    You can't remember if the sheriff made

16   anymore trips to the property after May 8th, correct?

17        A.    Yeah, I'm not sure exactly.

18        Q.    Okay.

19             Now, if you were to type in the number

20   we've talked about from PS-3 called the sheriff's

21   number into the database that we mentioned, would you

22   be able to see all the efforts that were made and

23   give us an answer to the question?

24        A.    Yes.

25        Q.    Thank you.

Sean Thornton

Page 32

1              Back to questions on PS-3.

2              Do you see the date in the bottom

3    left-hand corner?

4        A.    Yes.

5        Q.    What is the date there?

6        A.    It says 5-18-18.

7        Q.    Is this the notice or a true and correct

8    copy of the notice that the sheriff's department left

9    at Lyndel Toppin's residence, 146 South 62nd Street,

10   on May 18th, 2018?

11             MS. HARPER:  Objection to form.

12             MR. FILIPOVIC:  You can answer.

13             As long as she doesn't instruct you not

14   to answer, you can answer the question, if you know.

15             THE WITNESS:  I don't know what

16   property this is associated with (indicating).

17   BY MR. FILIPOVIC:

18       Q.    But, if you were to run the sheriff's

19   number through the database, it would tell you?

20       A.    Yes.

21             MR. FILIPOVIC:  This will be PS-4.

22             (Exhibit PS-4, Notice to Vacate dated

23   5-24-18, is marked for identification)

24   BY MR. FILIPOVIC:

25       Q.    Do you see the document there I just

Sean Thornton

Page 33

1   handed you?

2        A.    Yes.

3        Q.    What does it appear to be?

4        A.    It appears to be a duplicate of PS-3.

5        Q.    When you say duplicate, is everything

6   exactly the same as PS-3, feel free to compare, or is

7   maybe a date different in the bottom left-hand

8   corner?

9        A.    Everything appears the same except the

10  date in the bottom left-hand corner.

11       Q.    And the sheriff's number is the same as

12  in PS-3?

13       A.    That is correct.

14             MR. FILIPOVIC:  PS-5.

15             (Exhibit PS-5, Notice to Vacate dated

16  5-30-18, is marked for identification)

17  BY MR. FILIPOVIC:

18       Q.    Same question for PS-5.

19             Is everything the same on the PS-5

20  document?

21       A.    Yes, everything is the same except the

22  date.

23       Q.    Is that handwritten date there on all

24  these exhibits, PS-3, 4 and 5?

25       A.    I believe so, yeah.

Sean Thornton

Page 34

1          Q.      Do you recognize the handwriting by any

2    chance?

3          A.      I do not.

4                  MR. FILIPOVIC:  PS-6.

5                  (Exhibit PS-6, Eviction Notice dated

6    6-1-18, is marked for identification)

7    BY MR. FILIPOVIC:

8          Q.      Sir, looking at PS-6, have you seen that

9    document before?

10         A.      This particular one (indicating)?

11         Q.      Yes.

12         A.      Yes.

13         Q.      What does that seem to be?

14                 Can you describe it for us?

15         A.      This is a final eviction notice.

16         Q.      For which address?

17         A.      Well, it's consistent with sheriff's

18   number 231566 and it looks like 146 South 62nd

19   Street.

20         Q.      What is the date on that document?

21         A.      The date -- which date?

22         Q.      The date that you -- so, in the

23   left-hand corner, the handwritten date, do you see

24   what it is?

25         A.      The handwritten date is 6-1-2018.

Sean Thornton

Page 35

1       Q.      And there is another date from the Court
2   stamped below, correct?
3       A.      Yes.
4       Q.      The date we are concerned with here
5   appears next to the address, correct, to the left of
6   the address?
7       A.      Yes.
8               MR. FILIPOVIC:  PS-7.
9               (Exhibit PS-7, Eviction Notice dated
10  6-5-18, is marked for identification)
11  BY MR. FILIPOVIC:
12      Q.      Sir, the same line of questioning for
13  that particular document.
14      A.      Yes, it's the same as PS-6.
15              It's the same document, but the date is
16  different in the left-hand corner.
17      Q.      Same address?
18      A.      Yes.
19      Q.      What is the date on the latest document?
20      A.      6-5-2018.
21      Q.      Now, you said you had seen these
22  documents when I just asked you now.
23              Is this generally what the document
24  looks like that the sheriff's department serves on --
25      A.      That is correct.

Sean Thornton

Page 36

1              MR. FILIPOVIC:  This will be marked

2    next as PS-8.

3              (Exhibit PS-8, Eviction Notice and

4    Envelope, is marked for identification)

5    BY MR. FILIPOVIC:

6         Q.    I will hand you another one in this

7    series.

8              That document, can you describe the

9    bottom portion below what appears to be the envelope?

10              Do you see the bottom part of it?

11        A.    Yes.

12        Q.    Now, could you tell us what that is?

13              Is it the same address, first of all?

14        A.    It is the same address as PS-6 and PS-7

15    minus -- I'm sorry.

16        Q.    Go ahead.

17        A.    It doesn't have the writ itself.

18        Q.    What about the sheriff's number?

19        A.    It has the same sheriff's number.

20        Q.    Same as all the other exhibits?

21        A.    That is correct.

22        Q.    Is there a date on that one that is

23    handwritten?

24        A.    There's two dates that are handwritten

25    on this document.

Sean Thornton

Page 37

1      Q.      Go ahead and tell us what they are.

2      A.      One date says 6-7-2018.

3      Q.      And that is on the envelope?

4      A.      That is on the envelope.

5      Q.      What about the actual document below?

6      A.      It has June 25th, 2018.

7      Q.      Is that a final eviction notice?

8      A.      Yes.

9              MR. FILIPOVIC:  PS-9.

10             Counsel, you've been provided this

11     document in discovery.

12             I don't have copies.

13             MR. DOMER:  I can make copies.

14             (BRIEF RECESS)

15             (Exhibit PS-9, Handwritten Notes, is

16     marked for identification)

17     BY MR. FILIPOVIC:

18     Q.      Before we get into that, do you recall

19     me asking you about a database?

20     A.      Yes.

21     Q.      Is there a name that you associate with

22     that database?

23             Is that the Jewell system?

24     A.      Yes, that is called the Jewell system,

25     that is correct.

Sean Thornton

Page 38

1        Q.      Going back to PS-9, do you know, this

2   document has been provided by your attorneys or the

3   attorneys for Philadelphia, do you know what this is?

4        A.      A copy of the logbook of June 25th.

5        Q.      June 25th logbook?

6        A.      A page in the logbook dated June 25th.

7        Q.      2018?

8        A.      It doesn't have the year.

9        Q.      Have you ever seen this before?

10       A.      I have not, sir.

11       Q.      Do you know who Hassan is?

12               You wouldn't know.

13               June 25th, it says at the top of the

14   page, right?

15       A.      That is correct.

16       Q.      And then it has 12:00 p.m.

17               That is the first one, Metropolitan

18   Contracting, right?

19       A.      Yes.

20       Q.      Below that are some other names, but

21   they are earlier, correct?

22       A.      Earlier --

23       Q.      Earlier than 12:00 p.m.

24       A.      That is correct.

25       Q.      It appears that they are 9:00 a.m.

Sean Thornton

Page 39

1        A.      That is correct.

2        Q.      And the last one at the bottom is 10:00?

3        A.      That is correct.

4        Q.      Do you see the date on the left-hand

5    side that starts with 230615?

6               Do you see a date in the left-hand

7    corner, in the margin, to the left?

8        A.      I see numbers.

9               I wouldn't know if it is a date or

10   anything.

11              I see numbers.

12       Q.      Yes, numbers are what I'm asking for.

13       A.      Yes, I do.

14       Q.      Do you know what those numbers represent

15   or how they are assigned?

16       A.      That is a sheriff's number, unique

17   sheriff's number.

18       Q.      So that is the same number that would be

19   on the -- the sheriff's number that was on the

20   exhibits, same type of number?

21       A.      Same type of six-digit number that is

22   assigned to a particular case.

23       Q.      So, let's scroll down to where you see

24   the address in the middle of the page, 146 South 62nd

25   Street.

Sean Thornton

Page 40

1                    Do you see that?

2        A.        Yes.

3        Q.        Could you read that line for us, 231566?

4        A.        It says, unknown occupants, it has the

5    address, has the time, 146 South 62nd Street, and

6    then it says bankruptcy filed, then it has a circle

7    next to a name that has Hassan, then it has a phone

8    number, 484-557-1737.

9        Q.        Okay.

10                 Sir, have you seen, not this particular

11   page, but the visitors log sign-in sheet?

12                 Have you seen that --

13       A.        Visitors log sign-in sheet?

14       Q.        The visitors log.

15       A.        I don't understand.

16       Q.        The sheriff's office, when people come

17   in for service, do they have to give their ID?

18       A.        Yes.

19       Q.        And then an employee of the sheriff's

20   office signs -- it's not the actual visitors who

21   write in this book, but the sheriff's person writes

22   in this book, right?

23       A.        Yes.

24       Q.        And they are supposed to write their

25   name?

Sean Thornton

Page 41

1       A.      Yes.

2       Q.      I'm just wondering if you've ever seen

3  this book where they write these names.

4       A.      No, I have not.

5       Q.      Is it possible that the close of the day

6  on Friday would be on the same page with the

7  beginning of the day on Monday?

8               MS. HARPER:  Objection to form.

9               You can answer.

10  BY MR. FILIPOVIC:

11      Q.      In other words, say the last person that

12  came in on Friday was signed in by the sheriff's

13  office and they did their business and they left and

14  now the sheriff's office closed over the weekend,

15  presumably, that unit, and then, when it opens up on

16  Monday, the first visitor comes in on Monday, could

17  it be possible that they would be on the same page in

18  the book?

19              MS. HARPER:  Objection to form, calls

20  for speculation.

21              He said he's never seen it.

22              MR. FILIPOVIC:  I'm asking him if he

23  thinks it's possible.

24              THE WITNESS:  Anything --

25              MR. FILIPOVIC:  Let me rephrase it.

Sean Thornton

Page 42

1                    Other than this June 25th date, how do

2      you know that these people whose names appear here

3      were, in fact, at the sheriff's office on June 25th

4      and any day prior?

5                    MS. HARPER:  Objection, assumes facts

6      not in evidence.

7                    You are assuming this is the logbook of

8      visitors.

9      BY MR. FILIPOVIC:

10          Q.    Do you know where this sheet came from?

11          A.    This sheet looks similar to how we

12     schedule evictions.

13          Q.    Okay, all right.

14                So who do you think wrote this?

15          A.    I can't tell.

16                I have no idea.

17          Q.    Who schedules evictions?

18          A.    I schedule evictions.

19          Q.    Okay.

20                So does that mean that Inspector Monte

21     would have been the one to have written a schedule of

22     these evictions given the time period?

23          A.    Not necessarily.

24          Q.    Could you explain who -- we're looking

25     to identify the person who scheduled the eviction.

Sean Thornton

Page 43

1              Could you share any knowledge of that

2     fact?

3          A.     I do not know.

4              I can just tell you that, when I

5     returned to the unit, I took on the responsibility of

6     scheduling evictions.

7          Q.     Sure.

8              Do you know who had that responsibility

9     prior to your return to the unit?

10         A.     I do not recall.

11         Q.     Fair enough.

12             Would the scheduling of evictions be

13    logged in the Jewell system as well?

14         A.     Yes.

15             MR. FILIPOVIC:  PS-10.

16             (Exhibit PS-10, Sheriff's Return of

17    Service Sheet, is marked for identification)

18    BY MR. FILIPOVIC:

19         Q.     Sir, I'm going to hand you PS-10.

20             Have you seen a document like that

21    before?

22             Do you know what that is?

23         A.     It looks like a sheriff's return of

24    service.

25         Q.     Is it signed by anybody at the bottom?

Sean Thornton

Page 44

1          A.      Yes, the sheriff, Jewell Williams.

2          Q.      Anywhere in the document is it indicated

3    that the bankruptcy was filed?

4          A.      It says bankruptcy filed in sheriff's

5    office, 5-9-2018.

6          Q.      So, it says, 5-9-2018, okay, and it's

7    signed by Jewell Williams.

8                  Is it fair to say that Jewell Williams,

9    the sheriff of Philadelphia, according to this

10   document, was aware of bankruptcy being filed in this

11   case even as early as the 9th of May, 2018?

12                 MS. HARPER:  Objection to form, calls

13   for speculation.

14                 MR. FILIPOVIC:  Can he answer the

15   question?

16                 MS. HARPER:  Yes.

17                 THE WITNESS:  I'm not sure if he was

18   aware of this.

19   BY MR. FILIPOVIC:

20         Q.      Going to the date of 5-9-2018, can you

21   read it again for us for the record?

22         A.      Bankruptcy filed in sheriff's office.

23         Q.      Okay.

24                 Look at the top caption of the page,

25   the case number.

Sean Thornton

Page 45

1                    To your knowledge, is this tied to the

2    property at 146 South 62nd Street that we've been

3    discussing here today?

4         A.    I don't know.

5         Q.    I'm going to represent to you that it is

6    that case number and the writ number and that the

7    person in question is Lyndel Toppin.

8                    MS. HARPER:  Objection to form.

9                    There is no writ number on this

10   document.

11                   MR. FILIPOVIC:  The writ number is in

12   the parenthesis below the case number.

13                   MS. HARPER:  Oh, you mean like the book

14   and writ number?

15                   MR. FILIPOVIC:  Yes.

16                   MS. HARPER:  Okay.

17   BY MR. FILIPOVIC:

18        Q.    Now, I will represent to you that this

19   case caption and the writ number pertain to the

20   property at 146 South 62nd Street and Lyndel Toppin.

21                   Now, having said that, I'm sure your

22   counsel will not object, going back to this line,

23   bankruptcy filed in sheriff's office and signed by

24   Jewell Williams, does that now represent to you, is

25   it fair to say that Jewell Williams was aware that

Sean Thornton

Page 46

1   there was a bankruptcy filed by Mr. Toppin as early

2   as the 9th of May, 2018?

3        A.    If you are asking me was he aware

4   personally, I don't know, but --

5        Q.    When I say personally, I mean the

6   sheriff as in the Office of the Sheriff.

7        A.    Well, yes.

8        Q.    I should rephrase that.

9             Not personally Mr. Williams, but the

10  sheriff's office that he represents in his capacity

11  as the sheriff.

12            Let's ask that question cleanly now

13  that we got all that out of the way.

14            Is it fair to say, according to this

15  document --

16            MS. HARPER:  Objection, asked and

17  answered.

18            MR. FILIPOVIC:  Let me ask it.

19            -- that the Philadelphia Sheriff's

20  Office was aware that Mr. Toppin filed for bankruptcy

21  as early as the 9th of May, 2018?

22            MS. HARPER:  Objection, assumes facts

23  not in evidence.

24            MR. FILIPOVIC:  You can answer.

25            THE WITNESS:  Yes.

Sean Thornton

Page 47

1                   MR. FILIPOVIC:  This will be marked as

2    PS-11.

3                   (Exhibit PS-11, Service Event Report, is

4    marked for identification)

5    BY MR. FILIPOVIC:

6        Q.    I've handed you a document that says

7    Service Event Report and I'm going to ask you, does

8    this document look familiar?

9                   Have you seen these types of entries

10   before?

11       A.    Yes.

12       Q.    What do they represent to you?

13       A.    It represents the actions taken

14   according to this particular sheriff's number.

15       Q.    What is the action taken here that is

16   described in this document?

17       A.    It says that the deputy posted a copy of

18   a writ of possession on the address at 146 South 62nd

19   Street.

20       Q.    Was that done on the 10th of May, 2018?

21       A.    That is correct.

22       Q.    Do you have any reason in the universe

23   to doubt the accuracy of what that represents, that

24   entry?

25       A.    I do not.

Sean Thornton

Page 48

1              MR. FILIPOVIC:  Sir, thank you so much

2      for coming.

3              We have no more questions for you.

4              THE WITNESS:  Thank you.

5      (EXAMINATION OF LT. THORNTON BY MS. HARPER:)

6          Q.    Lieutenant Thornton, earlier there was

7      some discussion that you were present for regarding a

8      record that is kept of actions taken with respect to

9      the sheriff's numbers we've identified here.

10             Here, we're looking at a sheriff's

11     number on P-11 of 231566.

12             Do you see that in the top left corner?

13         A.    Yes.

14         Q.    Is this the database of the record you

15     were referring to earlier?

16         A.    Yes.

17             MR. DOMER:  Could we have a brief

18     moment to consult in case there is anything else we

19     missed?

20             MR. FILIPOVIC:  Certainly.

21             (BRIEF RECESS)

22     (EXAMINATION OF LT. THORNTON BY MR. DOMER:)

23         Q.    Lieutenant Thornton, referring now back

24     to PS-11, the Service Event Report that we just

25     talked about, just clarify, do you have any personal

Sean Thornton

Page 49

1    knowledge about this particular report and when it

2    was entered, how it was entered?

3                    Personal knowledge.

4        A.     On this date, when it happened?

5        Q.     I'm just asking if you know personally

6    about the entry on this Service Event Report.

7        A.     No.

8                    MR. DOMER:  Nothing further.

9    (EXAMINATION OF LT. THORNTON BY MR. FILIPOVIC:)

10       Q.     Just a brief follow-up based on what was

11   asked subsequent to my questioning.

12                   Sir, you were asked if PS-11 and PS-10

13   were part or documents that would be contained in the

14   Jewell database and you answered affirmatively,

15   right?

16                   MS. HARPER:  Objection to form.

17                   I asked about --

18                   MR. DOMER:  We asked about it being in

19   the Jewell system.

20                   MR. FILIPOVIC:  Please reread Counsel

21   Harper's questions.

22                   (DESIGNATED QUESTION AND ANSWER ARE

23   READ)

24   BY MR. FILIPOVIC:

25       Q.     PS-10 and PS-11, would these be the

Sean Thornton

Page 50

1    types of documents that are kept in Jewell, and is

2    this from Jewell, these excerpts, if you will, of the

3    record?

4           A.     It is kept in Jewell.

5           Q.     So it's kept in the regular course of

6    the sheriff's business, these two documents?

7           A.     That is correct.

8           Q.     And they are entered and maintained by

9    sheriff's staff?

10          A.     Yes.

11          Q.     And is it part of the

12   regularly-conducted business activities of the

13   sheriff to create and maintain these types of logs?

14          A.     Yes, according to the division.

15          Q.     Thank you.

16                 The last question, probably the last

17   question, these are only some of the contents of

18   Jewell, but all the attempts or all the actions and

19   attempts to serve and execute on the writ are not

20   anywhere in these two documents, correct?

21                 MS. HARPER:  Objection.

22                 It assumes facts not in evidence.

23   BY MR. FILIPOVIC:

24          Q.     Well, do you see on either of these two

25   documents where there is -- I am going to respond to

Sean Thornton

Page 51

1    that.

2              This is in evidence.

3              He testified that all the attempts that

4    the sheriff would make would be logged in to Jewell

5    and I'm asking that he confirm that these attempts

6    are not to be found in these two pieces of paper.

7              MS. HARPER:  What attempts?

8              MR. FILIPOVIC:  The attempts of the

9    sheriff and all the dates that he went out.

10             MS. HARPER:  Do you realize that your

11   client admitted to putting those dates on the

12   documents?

13             Again, you're assuming facts in

14   evidence.

15             MR. FILIPOVIC:  I'm not going to share

16   my litigation strategy, but maybe because of that we

17   need the record from the sheriff that we now know

18   exists.

19             MS. HARPER:  I'm still not sure what is

20   missing.

21             MR. FILIPOVIC:  I'm pretty sure it is

22   in plain English.

23             If you type in the number, this

24   database will reveal all the attempts of the sheriff

25   to serve or execute or evict based on that number and

Sean Thornton

Page 52

1    it will tie in to the property and Mr. Toppin.

2               That is the part of the record that was

3    not produced and it's very critical evidence,

4    counsel.

5               Sir, one more time, on these two

6    documents that are a part of the Jewell database,

7    PS-10 and PS-11, but for May 10th, they don't show

8    all the times that the sheriff went out to 142 South

9    62nd Street, is that correct?

10              THE WITNESS:  Other than May 10th, they

11   do not show.

12   BY MR. FILIPOVIC:

13       Q.    Sir, once again, if you go to Jewell and

14   type in the sheriff's identifying number from the

15   prior exhibits, you could get all the times and

16   occurrences when the sheriff went out?

17       A.    No, that is not correct.

18       Q.    That is not correct?

19       A.    No.

20       Q.    How would you go about knowing how many

21   times the sheriff went out there?

22       A.    You would type in a number, the unique

23   number that we discussed, in this case, the 231566.

24              In this case, there is a writ of

25   possession, that is the category, so we highlight it,

Sean Thornton

Page 53

1    we go into the field, and what you would see is this

2    particular date and this drop-down, we put in posted,

3    that is what Deputy Jetaria Taylor posted, this

4    information, where it says posted, and that field

5    would be highlighted.

6              There is a drop-down and you enter the

7    time and date that it actually happened (indicating).

8         Q.    Okay.

9              What about, in the category other than

10   writ and possession, we saw an eviction notice, that

11   would be a different drop-down, correct?

12        A.    Eviction notice?

13        Q.    Right.

14        A.    And the actual date?

15        Q.    The writ of possession was done on this

16   date, correct, May 10th?

17        A.    I'm sorry, repeat that.

18        Q.    The writ of possession -- PS-11 pertains

19   to the writ of possession, correct?

20        A.    That is correct.

21        Q.    Other paper, other than the writ of

22   possession, was discussed here today, correct?

23        A.    Yes.

24        Q.    And, the exhibits, PS-3 through PS-9,

25   the notices, as it pertains to Exhibits PS-3 through

Sean Thornton

Page 54

1   PS-9, would the Jewell system contain an entry where

2   each of those was served and posted?

3       A.      No.

4       Q.      It would not?

5       A.      No.

6       Q.      Is there any record within the sheriff's

7   office that you could reference that would contain

8   how many times the sheriff went out to do what they

9   did?

10      A.      Other than what is here, on PS-11?

11      Q.      Other than what is in the Jewell.

12      A.      No, there is no other entry.

13      Q.      Every time the sheriff goes out

14  somewhere to serve a writ or whatnot, they are

15  supposed to log it in Jewell, correct?

16      A.      Every time they go out?

17      Q.      Every time they go out.

18      A.      No, that is not true.

19      Q.      So the sheriff could have gone out more

20  -- is there ever a time when the sheriff would -- so

21  there are times when the sheriff would go out, but

22  wouldn't note it in Jewell?

23      A.      That is correct.

24      Q.      But, if it's noted in Jewell that they

25  went out, that means they went out?

Sean Thornton

Page 55

1        A.      Repeat that.

2        Q.      There is no time when the sheriff noted

3    in Jewell to have gone to the property to either

4    serve or evict that they didn't actually do it?

5                Do you follow me?

6        A.      No.

7        Q.      You told me there could be a time when

8    the sheriff goes out to serve or evict, but it's not

9    noted in the Jewell system, correct?

10       A.      You're confusing what you are saying,

11   serve and evict.

12               They are two different actions.

13       Q.      I know it is two different actions and

14   that is why I'm listing them differently.

15       A.      There is an issue, notice, which is

16   highlighted here, on PS-11.

17               In this case -- this drop-down box

18   gives you different types of actions that the deputy

19   would have done.

20               In this case, the deputy posted it.

21               Had someone answered the door, this

22   field category here would have been different.  It

23   would have said served.

24               I'm letting you know there are a lot of

25   different actions.

Sean Thornton

Page 56

1                She posted the property, meaning Deputy

2    Taylor, she posted the property on this particular

3    date at this particular time.

4                Now, the next time that an entry would

5    have been made would have been the actual eviction

6    date, where we go out and evict an occupant from the

7    property.

8                Other than that, again, we --

9        Q.    I understand that.

10       A.    That would be the only entry that would

11   have been made.

12       Q.    We're only interested in entries that

13   were made that are associated with each action that

14   the sheriff took under that sheriff's number.

15       A.    Okay.

16       Q.    And Jewell would have that, correct?

17       A.    Yes.

18       Q.    An entry for each action the sheriff

19   took on a given sheriff's number?

20       A.    Yes, but you also have to understand

21   that we do -- for writ possessions, there are only

22   two attempts or two times you go to the property.

23                Actually, if you include the eviction,

24   it will be three, total.

25                I wasn't clear on that, I apologize.

Sean Thornton

Page 57

1              The first time is to give initial

2    notice, the second time is to give the eviction date,

3    and the third time is to do the eviction.

4              The only time -- of those three times

5    there, there would be two entries in the Jewell

6    system, the first initial time to give notice and the

7    actual eviction date.

8              The second time, to give the eviction

9    date, there is not a log in the Jewell system.

10        Q.    And that was my question earlier that

11   was, maybe, misunderstood.

12             There could be times that the sheriff

13   takes action to either evict or serve that is not

14   noted in the Jewell system?

15        A.    Correct.

16             MR. FILIPOVIC:  No further questions.

17   (EXAMINATION OF LT. THORNE BY MS. HARPER:)

18        Q.    If notice is mailed, would that be

19   logged into the Jewell system?

20        A.    No.

21        Q.    In general, when you are serving a

22   notice to vacate, is it not only customary to post it

23   on the property, but also to mail it to the property?

24             MR. FILIPOVIC:  Objection to form,

25   compound question.

Sean Thornton

Page 58

1              MS. HARPER:  You can answer, if you

2    understand.

3              I can clarify it.

4              THE WITNESS:  What deputies -- when we

5    post the property, if we have to post a property,

6    that means we did not make contact with the occupant.

7    Therefore, to ensure that the occupant has notice, we

8    leave multiple notices.  One would be posted and the

9    other would be left in the mail slot and the other

10   would be mailed out, just to ensure the occupant has

11   notice, if we do not make contact with the occupant.

12   BY MS. HARPER:

13      Q.     But that mailing is not something that

14   is generally recorded in Jewell?

15      A.     That is correct.

16      Q.     I am going to ask you a question.

17             This is something that was produced in

18   discovery by the sheriff's office or on behalf of the

19   sheriff's office.

20             Does this record represent to your

21   knowledge the complete record in the Jewell system

22   for the Civil Enforcement Unit with respect to

23   execution of the sheriff's number 231566?

24      A.     Correct.

25             MS. HARPER:  Thank you.

Sean Thornton

Page 59

1              MR. FILIPOVIC:  Nothing further, sir.

2              Thank you.

3              (WITNESS EXCUSED)

4              (DEPOSITION CONCLUDED AT 1:30 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sean Thornton

Page 60

1                      C E R T I F I C A T E

2

3

4          I, Lori A. Porto, a Notary Public and Certified

5    Court Reporter do hereby certify that the foregoing

6    is a true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth, to the

9    best of my ability.

10         I do further certify that I am neither a

11   relative nor employee nor attorney nor counsel of any

12   of the parties to this action, and that I am neither

13   a relative nor employee of such attorney or counsel,

14   and that I am not financially interested in the

15   action.

16

17

18

19

20

21

22

23         _____
           Lori A. Porto, CCR
24         Notary Public, State of New Jersey
           Certificate No. XI01577
25

**A**

a.m 38:25
a/k/a 1:7
ABDELDAY...
  1:7
ABDELDYEM
  1:7
ability 60:9
able 31:22
absolutely 18:22
accuracy 47:23
accurate 60:6
action 13:3
  47:15 56:13,18
  57:13 60:12,15
actions 14:18
  30:21 47:13
  48:8 50:18
  55:12,13,18,25
activities 50:12
actual 16:4 37:5
  40:20 53:14
  56:5 57:7
address 14:8
  22:16,17,18
  30:15 34:16
  35:5,6,17
  36:13,14 39:24
  40:5 47:18
addressed 29:25
admitted 51:11
affirmatively
  49:14
afternoon 7:4,5
ahead 36:16
  37:1
Al 10:10
alcohol 8:13
answer 7:21
  27:12,13,17
  31:23 32:12,14
  32:14 41:9
  44:14 46:24
  49:22 58:1
answered 14:10
  46:17 49:14

55:21
answers 8:1
anybody 11:14
  43:25
anymore 31:8
  31:16
apologize 56:25
appear 16:18
  17:6 18:1 19:3
  19:24 24:24
  33:3 42:2
appears 24:8
  33:4,9 35:5
  36:9 38:25
April 9:8,18
areas 13:14
asked 19:22
  29:19 31:6
  35:22 46:16
  49:11,12,17,18
asking 7:16
  12:20 13:17,19
  18:20 37:19
  39:12 41:22
  46:3 49:5 51:5
assigned 8:21
  9:11,16,21,22
  10:21 39:15,22
ASSISTANT
  2:11
associate 37:21
associated 30:11
  32:16 56:13
assumed 12:17
assumes 42:5
  46:22 50:22
assuming 27:25
  42:7 51:13
ATTACHED
  5:16
attachments 4:5
  18:17
attempt 26:22
attempted 20:8
attempts 29:16
  50:18,19 51:3

51:5,7,8,24
  56:22
attention 16:18
attorney 7:6,18
  60:11,13
attorneys 38:2,3
August 9:8,18
  21:22
aware 44:10,18
  45:25 46:3,20

**B**

B 4:1 5:1
back 18:4 23:22
  27:11 30:5
  32:1 38:1
  45:22 48:23
bankruptcy 1:1
  12:24 13:9,15
  13:21 14:4,13
  14:17 15:19
  19:5,6 20:3
  23:13,17 24:5
  24:12 25:3
  40:6 44:3,4,10
  44:22 45:23
  46:1,20
based 24:12,13
  24:24 49:10
  51:25
beginning 41:7
behalf 58:18
believe 23:12,16
  24:10,14 25:9
  33:25
best 15:17 60:9
better 14:22
  21:25
bit 28:5
book 40:21,22
  41:3,18 45:13
book/writ 20:10
bottom 32:2
  33:7,10 36:9
  36:10 39:2
  43:25

Boulevard 1:19
  2:11
box 55:17
break 11:18
brief 10:18
  37:14 48:17,21
  49:10
Broad 1:23
  17:23
Building 1:18
  17:23
business 28:20
  28:23,25 41:13
  50:6,12

**C**

C 2:1 60:1,1
call 13:8,22
  18:13
called 31:20
  37:24
calls 22:10 25:13
  41:19 44:12
capacity 46:10
caption 17:8
  44:24 45:19
case 1:2 20:20
  24:15 39:22
  44:11,25 45:6
  45:12,19 48:18
  52:23,24 55:17
  55:20
category 52:25
  53:9 55:22
CCR 60:23
cease 13:2,3
  15:20 24:20
  25:10
ceased 25:1
Certainly 48:20
Certificate
  60:24
Certified 1:22
  60:4
certify 60:5,10
chance 19:1

34:2
change 11:9
circle 40:6
circled 17:16
city 2:9,10,11
  23:3
civil 8:21 9:3,4
  9:19,22,23
  10:6,7,21 11:1
  11:5,7,14,20
  21:19 22:25
  58:22
clarification
  27:22 28:5
clarify 10:2
  48:25 58:3
cleanly 46:12
clear 20:2 24:23
  56:25
client 51:11
close 41:5
closed 41:14
come 13:13
  16:17 40:16
comes 26:9
  30:13 41:16
coming 48:2
command 12:17
commencing
  1:20
Common 17:10
compare 33:6
complaint 26:18
complaints 9:4
  13:3 15:20
complete 58:21
compliance
  24:16
comply 25:10
  31:7
compound
  57:25
concerned 35:4
CONCLUDED
  59:4
conducting 7:7

confer 10:14
confirm 51:5
confusing 55:10
considers 16:12
consistent 34:17
consult 48:18
contact 58:6,11
contain 29:15
54:1,7
contained 49:13
contains 29:6
contents 50:17
context 27:24
Continued 5:1
Contracting
38:18
conversation
7:25
copies 37:12,13
copy 17:19,21
25:23 32:8
38:4 47:17
corner 32:3 33:8
33:10 34:23
35:16 39:7
48:12
correct 9:20,22
10:25 18:6
21:18,20,23
24:2,6 27:4
31:16 32:7
33:13 35:2,5
35:25 36:21
37:25 38:15,21
38:24 39:1,3
47:21 50:7,20
52:9,17,18
53:11,16,19,20
53:22 54:15,23
55:9 56:16
57:15 58:15,24
counsel 2:8,14
7:12 10:14
15:15 18:21
25:23 28:8
29:4 37:10

45:22 49:20
52:4 60:11,13
couple 16:8,9,11
16:16
course 28:19
50:5
court 1:1,22 8:2
13:13,13 14:23
15:25 16:1,4
16:11,18 17:6
17:9 27:11
35:1 60:5
cover 4:5 18:16
19:4,4
create 50:13
critical 52:3
current 9:2
customary
57:22

**D**

D 3:1 6:1
database 28:12
28:17 29:2,5
29:15 30:8,18
31:1,21 32:19
37:19,22 48:14
49:14 51:24
52:6
date 1:21 10:22
19:10,13 23:18
23:19,20 24:2
31:12 32:2,5
33:7,10,22,23
34:20,21,21,22
34:23,25 35:1
35:4,15,19
36:22 37:2
39:4,6,9 42:1
44:20 49:4
53:2,7,14,16
56:3,6 57:2,7,9
60:8
dated 4:3,8,10
4:13,15,18
16:25 26:3

32:22 33:15
34:5 35:9 38:6
dates 21:11,12
21:13,15 22:1
36:24 51:9,11
day 31:14 41:5,7
42:4
day-to-day 7:25
28:25
debtor 12:24
24:21 25:2,11
26:23 27:3,23
29:16 30:22
Debtor/Plaintiff
1:4 2:8
debtors 13:8
28:1,2,4,7
December 1:12
11:6
Defendant 2:14
Defendants 1:9
delivering 17:21
department 2:9
32:8 35:24
depends 13:12
13:14
deponent 8:10
8:11 29:14
deposition 1:16
7:7 59:4
deputies 23:2
58:4
deputy 2:10
8:20 10:1 23:5
23:9,10 47:17
53:3 55:18,20
56:1
describe 9:1
34:14 36:8
described 47:16
designated 13:8
27:13 49:22
different 13:14
21:1 33:7
35:16 53:11
55:12,13,18,22

55:25
differently
55:14
directs 16:6
discovery 15:12
37:11 58:18
discuss 7:20
discussed 52:23
53:22
discussing 45:3
discussion 10:17
48:7
DISTRICT 1:1
division 17:22
50:14
docket 18:2
document 18:19
19:2 24:12,13
26:1 32:25
33:20 34:9,20
35:13,15,19,23
36:8,25 37:5
37:11 38:2
43:20 44:2,10
45:10 46:15
47:6,8,16
documents
35:22 49:13
50:1,6,20,25
51:12 52:6
doing 10:5
Domer 2:11 3:7
10:2 22:10
27:6,20 29:12
29:20,25 37:13
48:17,22 49:8
49:18
door 55:21
doubt 47:23
drop-down 53:2
53:6,11 55:17
drugs 8:12
duly 7:1
DUNNE 2:3,3
duplicate 33:4,5
duties 9:1,2

55:25

**E**

E 2:1,1,20,20 3:1
3:1 4:1 5:1 6:1
60:1,1
e-mail 14:8
earlier 24:25
31:6 38:21,22
38:23 48:6,15
57:10
early 44:11 46:1
46:21
EASTERN 1:1
effect 15:3
effects 8:12
efforts 14:12
25:1 31:22
either 17:20
50:24 55:3
57:13
ejectment 20:9
22:21
embark 28:13
employee 40:19
60:11,13
enforce 9:4
13:13 14:23
25:11
enforcement
8:22 9:3,19,22
9:24 10:6,7,21
11:2,6,8,15,20
13:16 14:12
15:20 21:20
22:25 24:20
26:17 58:22
enforces 15:25
English 29:23
51:22
ensure 58:7,10
enter 53:6
entered 18:2
49:2,2,5 50:8
entire 12:20
17:8
entries 47:9
56:12 57:5

entry 47:24 49:6
54:1,12 56:4
56:10,18
envelope 4:20
36:4,9 37:3,4
ESQUIRE 2:3,4
established 29:8
Estate 17:22
estate-related
16:13,21
Event 5:5 47:3,7
48:24 49:6
evict 25:18
51:25 55:4,8
55:11 56:6
57:13
eviction 4:15,18
4:20 34:5,15
35:9 36:3 37:7
42:25 53:10,12
56:5,23 57:2,3
57:7,8
evictions 42:12
42:17,18,22
43:6,12
evidence 42:6
46:23 50:22
51:2,14 52:3
exact 10:22
exactly 25:20
31:17 33:6
Examination
3:3 7:3 48:5,22
49:9 57:17
examined 7:1
excerpts 50:2
excuse 11:4,12
EXCUSED 59:3
execute 20:19,23
21:7 25:2,17
26:17,22 50:19
51:25
execution 22:20
24:20 58:23
executions 9:6
13:4 16:14,21

exhibit 4:3,5,8
4:10,13,15,18
4:20,23 5:3,5
16:25 17:3
18:11,13,16
19:20,21 23:21
24:13 26:3
32:22 33:15
34:5 35:9 36:3
37:15 43:16
47:3
exhibits 5:16
33:24 36:20
39:20 52:15
53:24,25
existed 29:21
exists 29:14
51:18
experience
16:10,16
explain 14:21
42:24
eyes 16:5

F

F 1:19 2:11 60:1
fact 24:11 42:3
43:2
facts 42:5 46:22
50:22 51:13
fair 16:9 27:20
43:11 44:8
45:25 46:14
familiar 47:8
fax 4:5 14:2,3,5
16:12,18,19
18:4,6,16 19:4
19:5 24:8
faxing 17:20
feel 33:6
field 53:1,4
55:22
fifth 17:22
file 13:20
filed 12:24 13:9
14:4 24:5 25:2

40:6 44:3,4,10
44:22 45:23
46:1,20
files 13:15
Filipovic 2:4 3:4
7:3,6,12,15
10:4,13,19
11:19,24 12:1
12:3 15:10,23
16:24 17:2
18:21,25 21:3
21:9 22:11
25:14,23 26:5
27:10,15 28:2
28:8,11 29:4,9
29:13,22 30:2
30:24 31:5
32:12,17,21,24
33:14,17 34:4
34:7 35:8,11
36:1,5 37:9,17
41:10,22,25
42:9 43:15,18
44:14,19 45:11
45:15,17 46:18
46:24 47:1,5
48:1,20 49:9
49:20,24 50:23
51:8,15,21
52:12 57:16,24
59:1
final 34:15 37:7
financially
60:14
finds 12:23
fine 14:1 18:10
28:10
first 36:13 38:17
41:16 57:1,6
floor 17:22
follow 55:5
follow-up 49:10
follows 7:2
foregoing 60:5
form 20:25
32:11 41:8,19

44:12 45:8
49:16 57:24
forth 15:21 60:8
forward 27:22
found 51:6
frame 10:8
frames 11:18
free 33:6
Friday 41:6,12
Fugitive 9:16
full 8:16
further 49:8
57:16 59:1
60:10

G

general 7:9 9:2
13:16 27:24
57:21
generally 12:23
12:25 14:11
15:25 22:19
35:23 58:14
gestures 7:24
getting 11:2
12:6
give 7:8 8:8
18:19 31:23
40:17 57:1,2,6
57:8
given 15:19 17:5
42:22 56:19
gives 55:18
go 21:17 25:15
30:5 36:16
37:1 52:13,20
53:1 54:16,17
54:21 56:6,22
goes 22:12,25
54:13 55:8
going 7:8 8:9
17:3 18:4,12
27:22 38:1
43:19 44:20
45:5,22 47:7
50:25 51:15

58:16
Good 7:4,5
granted 17:15
17:15
great 30:16
guess 10:10 12:2
12:10,17 13:3
22:8

H

H 4:1 5:1
hand 17:3 18:12
36:6 43:19
handed 33:1
47:6
handwriting
34:1
handwritten
4:23 33:23
34:23,25 36:23
36:24 37:15
happened 49:4
53:7
happens 12:23
14:11
Harper 2:10 3:6
7:14 11:17
18:18 20:25
25:12 27:21
28:4,10 29:7
29:11 31:2
32:11 41:8,19
42:5 44:12,16
45:8,13,16
46:16,22 48:5
49:16 50:21
51:7,10,19
57:17 58:1,12
58:25
Harper's 49:21
hash 28:8
Hassan 1:7,8
38:11 40:7
head 8:6
held 1:18 9:7
hereinbefore

60:8
**hey** 13:9,20 14:4
**higher** 11:16
**highlight** 52:25
**highlighted** 53:5
55:16
**household** 15:14
**hundred** 16:8,9
16:11,17

**I**

**I-n-n-a-u-r-a-t...**
10:12
**ID** 40:17
**idea** 42:16
**identification**
17:1 18:17
26:4 32:23
33:16 34:6
35:10 36:4
37:16 43:17
47:4
**identified** 24:7
26:20 30:10
48:9
**identifier** 27:8
**identifies** 26:10
**identify** 42:25
**identifying**
29:15 52:14
**imply** 28:6
**include** 9:5
56:23
**indicate** 19:7
24:18
**indicated** 44:2
**indicating** 5:5
30:15 32:16
34:10 53:7
**indistinguisha...**
21:4
**individuals**
27:23
**information**
53:4
**initial** 14:25

57:1,6
**injunctions** 9:6
**Innaurato** 10:10
12:8,11,16
**inquiring** 9:15
**Inspector** 10:9
10:10 12:2,8,9
12:10,10,16,17
42:20
**instruct** 7:21
32:13
**instruction** 8:8
**interested** 11:20
56:12 60:14
**issue** 55:15

**J**

**January** 10:23
10:24
**Jersey** 60:24
**Jetaria** 2:22
53:3
**Jewell** 1:6 2:15
37:23,24 43:13
44:1,7,8 45:24
45:25 49:14,19
50:1,2,4,18
51:4 52:6,13
54:1,11,15,22
54:24 55:3,9
56:16 57:5,9
57:14,19 58:14
58:21
**job** 9:15 10:5,6,7
22:13
**John** 1:19 2:11
**JOSHUA** 2:11
**joshua.domer...**
2:14
**jot** 8:2
**judge** 18:2,5
**judges** 16:5,19
**June** 37:6 38:4,5
38:6,13 42:1,3

**K**

**KAPLAN** 1:23
**keep** 28:23 29:1
29:1
**Kennedy** 1:19
2:11
**kept** 28:16,19
48:8 50:1,4,5
**know** 9:23 10:6
10:22 12:9,9
12:22 14:2,11
16:1,11,17
18:9 20:7,14
20:18,22 21:5
21:13,14 22:4
22:8,9 23:5,19
24:16 25:16
26:6 27:16
29:20 32:14,15
38:1,3,11,12
39:9,14 42:2
42:10 43:3,8
43:22 45:4
46:4 49:5
51:17 55:13,24
**knowing** 52:20
**knowledge**
12:22 22:5
24:15 43:1
45:1 49:1,3
58:21

**L**

**L** 2:20
**lack** 14:22
**lacking** 28:5
**Land** 17:22
**large** 16:3
**latest** 35:19
**LAW** 2:3,9
**LEAMAN** 1:23
**leave** 58:8
**left** 32:8 35:5
39:7 41:13
48:12 58:9
**left-hand** 32:3
33:7,10 34:23

35:16 39:4,6
**let's** 19:20 24:17
39:23 46:12
**letting** 55:24
**level** 10:3,7
**lieu** 7:22
**lieutenant** 1:16
3:3 7:4 8:20,23
10:1,20 11:13
19:1 30:3 48:6
48:23
**line** 13:6 14:3
35:12 40:3
45:22
**listing** 55:14
**litigant** 16:7
**litigation** 51:16
**log** 28:12,17,23
29:1,5,12,14
29:21,23 40:11
40:13,14 54:15
57:9
**logbook** 38:4,5,6
42:7
**logged** 43:13
51:4 57:19
**logs** 50:13
**long** 8:23 11:1
32:13
**look** 18:19 30:6
30:14 44:24
47:8
**looking** 18:23
29:11,13,18
34:8 42:24
48:10
**looks** 34:18
35:24 42:11
43:23
**Lori** 1:21 60:4
60:23
**lot** 55:24
**LT** 7:3 48:5,22
49:9 57:17
**Lyndel** 1:3 20:4
20:5 23:13

30:6,11,13
32:9 45:7,20

**M**

**M** 2:3
**mail** 57:23 58:9
**mailed** 57:18
58:10
**mailing** 58:13
**maintain** 50:13
**maintained** 50:8
**manual** 15:6,8
15:12,18
**margin** 39:7
**mark** 16:24
**marked** 17:1,4
18:17 23:15
26:4 32:23
33:16 34:6
35:10 36:1,4
37:16 43:17
47:1,4
**Market** 2:5
**material** 15:2
**matter** 15:14
**mean** 42:20
45:13 46:5
**meaning** 56:1
**means** 27:8
54:25 58:6
**MEGAN** 2:10
**megan.harper...**
2:13
**mentioned** 30:9
31:21
**Metropolitan**
38:17
**middle** 39:24
**minus** 36:15
**missed** 48:19
**missing** 51:20
**misstates** 27:7
**misunderstood**
57:11
**moment** 48:18
**Monday** 41:7,16

41:16
**Monte** 10:9 12:2
  12:10,17 22:8
  42:20
**multiple** 58:8
**Municipal** 1:18

---
**N**

N 2:1,10,20 3:1
  3:1 6:1
**name** 7:6 8:16
  20:5 27:5
  30:11,13,14
  37:21 40:7,25
**names** 38:20
  41:3 42:2
**narrow** 11:17
**necessarily**
  42:23
**need** 8:1 23:23
  51:17
**needed** 13:16
**neither** 60:10,12
**never** 41:21
**New** 60:24
**nodding** 8:6
**Notary** 60:4,24
**note** 54:22
**noted** 54:24 55:2
  55:9 57:14
**Notes** 4:23 37:15
**notice** 1:17 4:8
  4:10,13,15,18
  4:20 7:24
  12:24 13:2
  14:6,12 15:18
  19:5 20:3
  23:13,14,17
  24:4,11,17
  26:3,7 31:7
  32:7,8,22
  33:15 34:5,15
  35:9 36:3 37:7
  53:10,12 55:15
  57:2,6,18,22
  58:7,11

**notices** 16:20
  21:2 53:25
  58:8
**notification** 25:3
**notify** 13:9,21
  14:5
**notifying** 16:13
**number** 13:6,7,7
  13:10,16,20,22
  13:23,25 14:3
  14:6 16:3,4,12
  16:18,19 17:12
  18:4 19:15,18
  19:22 24:7,8
  26:10,11,12,14
  26:15,16,20,21
  26:25 29:6,15
  30:9,12,12,15
  30:17,20 31:19
  31:21 32:19
  33:11 34:18
  36:18,19 39:16
  39:17,18,19,20
  39:21 40:8
  44:25 45:6,6,9
  45:11,12,14,19
  47:14 48:11
  51:23,25 52:14
  52:22,23 56:14
  56:19 58:23
**numbers** 13:11
  18:6 19:24
  28:13 39:8,11
  39:12,14 48:9

---
**O**

O 2:20 6:1,1,1
**object** 45:22
**objecting** 27:16
**objection** 7:18
  7:20,22 20:25
  25:12 27:6,15
  27:18 32:11
  41:8,19 42:5
  44:12 45:8
  46:16,22 49:16

50:21 57:24
**occupant** 56:6
  58:6,7,10,11
**occupants** 40:4
**occupation** 8:19
**occurrences**
  52:16
**October** 11:5,10
  12:4,6
**OFF-THE-RE...**
  10:17
**office** 8:21,24
  11:13 12:21
  13:5,12,14
  14:15 15:24
  16:2,20 17:22
  18:7 20:8,14
  20:18,23 21:6
  23:7,13,17
  24:10,20 25:1
  25:9,10,17
  26:9,19 28:17
  30:5 40:16,20
  41:13,14 42:3
  44:5,22 45:23
  46:6,10,20
  54:7 58:18,19
**OFFICES** 2:3
**Oh** 45:13
**okay** 7:11 9:13
  10:4 12:18
  14:1 16:9
  18:24 21:10
  22:24 23:4
  24:3 30:16
  31:18 40:9
  42:13,19 44:6
  44:23 45:16
  53:8 56:15
**once** 14:12
  15:18 52:13
**opens** 41:15
**operations** 13:2
  29:1
**opportunity**
  18:19

**Oral** 1:16
**order** 4:3 13:13
  16:6,25 17:6
  17:10,19 18:1
  18:5 19:23
  22:20
**orders** 13:13
  14:23 15:25
  16:1,4,19

---
**P**

P 2:1,1,20 6:1,1
  6:1
**P-11** 48:11
**P.C** 2:3
**p.m** 1:20 38:16
  38:23 59:4
**PA** 2:6,12 17:24
  20:20
**page** 3:7 4:4,6,9
  4:11,14,16,19
  4:21,24 5:4,6
  38:6,14 39:24
  40:11 41:6,17
  44:24
**pages** 3:4,6
  18:14
**paper** 51:6
  53:21
**parenthesis**
  45:12
**part** 14:25 28:22
  36:10 49:13
  50:11 52:2,6
**particular** 24:21
  25:11 26:23
  27:2 28:3
  29:16 30:20
  34:10 35:13
  39:22 40:10
  47:14 49:1
  53:2 56:2,3
**parties** 60:12
**pending** 15:20
**Pennsylvania**
  1:1,20,24

20:11
**people** 40:16
  42:2
**period** 42:22
**person** 21:24
  22:2 30:7,14
  40:21 41:11
  42:25 45:7
**personal** 22:5
  48:25 49:3
**personally** 22:12
  22:21 46:4,5,9
  49:5
**pertain** 45:19
**pertaining** 20:3
  26:16
**pertains** 53:18
  53:25
**petition** 17:14
**petitioner** 17:20
**pfesq@ifight4...**
  2:7
**Philadelphia**
  1:19,24 2:6,9
  2:12 8:21 16:6
  16:12 17:9,23
  20:11,20 23:3
  38:3 44:9
  46:19
**phone** 13:6 40:7
**pieces** 51:6
**place** 60:8
**plain** 29:22
  51:22
**Pleas** 17:10
**please** 8:9,16
  18:22 49:20
**point** 14:15
  21:21 27:21
  31:2
**pointers** 7:9
**policies** 11:9
**policy** 21:16,17
**portion** 30:25
  36:9
**Porto** 1:21 60:4

60:23
**position** 9:2,7,9
  21:25
**possession** 20:9
  26:8,18 47:18
  52:25 53:10,15
  53:18,19,22
**possessions** 9:5
  13:4 56:21
**possible** 41:5,17
  41:23
**post** 57:22 58:5
  58:5
**posted** 47:17
  53:2,3,4 54:2
  55:20 56:1,2
  58:8
**postpone** 17:14
**postponed** 17:16
**PowerPoint**
  15:3
**Predrag** 2:4 7:6
**present** 48:7
**presumably**
  41:15
**pretty** 51:21
**prevent** 8:13
**prior** 11:2 12:6
  19:21 27:11
  42:4 43:9
  52:15
**probably** 50:16
**procedure** 24:19
  28:6
**procedures** 11:9
**process** 14:22,25
**produced** 29:5
  29:10 31:1,3
  52:3 58:17
**production**
  15:11
**prong** 17:17,18
**proper** 16:12
**property** 17:15
  20:9 21:7 22:6
  23:7 25:19

26:7,8 30:22
  31:8,16 32:16
  45:2,20 52:1
  55:3 56:1,2,7
  56:22 57:23,23
  58:5,5
**provide** 7:9
**provided** 15:3
  37:10 38:2
**providing** 8:13
**PS-1** 4:3 16:24
  16:25 17:4
  19:20
**PS-10** 5:3 43:15
  43:16,19 49:12
  49:25 52:7
**PS-11** 5:5 47:2,3
  48:24 49:12,25
  52:7 53:18
  54:10 55:16
**PS-2** 4:5 18:15
  18:16 20:2
  23:15 24:1
**PS-3** 4:8 25:24
  26:3 30:18
  31:20 32:1
  33:4,6,12,24
  53:24,25
**PS-4** 4:10 32:21
  32:22
**PS-5** 4:13 33:14
  33:15,18,19
**PS-6** 4:15 34:4,5
  34:8 35:14
  36:14
**PS-7** 4:18 35:8,9
  36:14
**PS-8** 4:20 36:2,3
**PS-9** 4:23 37:9
  37:15 38:1
  53:24 54:1
public 13:20
  14:3,4 60:4,24
**pull** 30:8
**purposes** 8:1
  21:3

**pursuant** 1:17
**put** 53:2
**putting** 51:11

___

**Q**

**question** 7:22
  8:9 14:2,8,10
  16:23 21:5
  25:15 27:11,13
  27:17,24 31:23
  32:14 33:18
  44:15 45:7
  46:12 49:22
  50:16,17 57:10
  57:25 58:16
**questioning** 8:1
  15:15 35:12
  49:11
**questions** 7:16
  7:17 18:20
  23:24 32:1
  48:3 49:21
  57:16

___

**R**

**R** 2:1,20 6:1
  60:1
**ranks** 11:12
**read** 17:12,17
  18:5 19:23
  27:11,14 31:11
  40:3 44:21
  49:23
**reading** 20:3
**real** 16:13,20
  17:15,22 26:8
**realize** 51:10
**really** 9:19
**reason** 47:22
**reassigned** 11:2
  11:4 12:7,13
**recall** 19:20
  21:15 23:21
  31:10 37:18
  43:10
**receive** 14:14

24:11
**received** 15:13
  23:13,17 24:17
**receiving** 31:7
**RECESS** 10:18
  37:14 48:21
**recognize** 34:1
**recollection**
  15:17 21:25
**record** 7:19 8:3
  8:17 10:16
  15:11 17:13
  19:23 30:25
  44:21 48:8,14
  50:3 51:17
  52:2 54:6
  58:20,21
**recorded** 28:13
  58:14
**redact** 17:8
**redirect** 28:9
  30:1 31:4
**refer** 27:23
**reference** 54:7
**referring** 48:15
  48:23
**regard** 30:6
**regarding** 48:7
**regards** 14:17
**regular** 28:19,22
  50:5
**regularly-con...**
  50:12
**relative** 60:11
  60:13
**rely** 16:19
**remember** 22:3
  31:14,15
**repeat** 16:15
  21:5 24:22
  25:14 53:17
  55:1
**rephrase** 41:25
  46:8
**report** 5:5 11:22
  12:7 47:3,7

48:24 49:1,6
**reported** 11:14
**reporter** 1:22
  8:2 27:11 60:5
**represent** 26:14
  39:14 45:5,18
  45:24 47:12
  58:20
**represents** 46:10
  47:13,23
**request** 6:3,3,4
  15:10,11 18:18
  29:4,5 30:24
**requested** 15:12
**requesting**
  30:25
**required** 7:9
**reread** 49:20
**residence** 32:9
**respect** 14:11
  16:20 48:8
  58:22
**respond** 50:25
**responses** 7:23
**responsibility**
  43:5,8
**retired** 12:16
**return** 5:3 43:9
  43:16,23
**returned** 11:5,7
  43:5
**reveal** 51:24
**review** 19:2
  23:22
**right** 24:9 27:5
  38:14,18 40:22
  42:13 49:15
  53:13
**room** 2:12 27:18
**run** 32:18

___

**S**

**S** 2:1,20,20 3:1,1
  4:1 5:1 6:1,1
**sale** 17:15,16
**saw** 8:6 23:14

53:10
**saying** 55:10
**says** 13:20 14:3
   14:4 17:12
   32:6 37:2
   38:13 40:4,6
   44:4,6 47:6,17
   53:4
**schedule** 42:12
   42:18,21
**scheduled** 42:25
**schedules** 42:17
**scheduling** 43:6
   43:12
**scope** 22:13
**scroll** 39:23
**Sean** 1:16 7:1
   8:18
**second** 10:13
   57:2,8
**see** 17:9 19:10
   19:15 20:5
   27:18 30:18
   31:22 32:2,25
   34:23 36:10
   39:4,6,8,11,23
   40:1 48:12
   50:24 53:1
**seen** 16:2,5,10
   16:16 26:1
   34:8 35:21
   38:9 40:10,12
   41:2,21 43:20
   47:9
**send** 14:6
**sent** 25:3
**September** 11:4
   11:8,24,25
   12:12
**series** 36:7
**serve** 20:8 22:12
   23:6 26:22
   29:16 50:19
   51:25 54:14
   55:4,8,11
   57:13

**served** 17:19
   27:24 54:2
   55:23
**serves** 35:24
**service** 5:3,5
   23:3 28:14
   30:21 40:17
   43:17,24 47:3
   47:7 48:24
   49:6
**Services** 1:18
**serving** 22:6,21
   28:1,6 57:21
**set** 60:8
**share** 43:1 51:15
**sheet** 4:5 5:3
   18:16 19:4,5
   40:11,13 42:10
   42:11 43:17
**sheriff** 8:20
   12:23 13:9,21
   14:5,18 15:19
   16:7,13 17:20
   30:20 31:6,15
   44:1,9 46:6,6
   46:11 50:13
   51:4,9,17,24
   52:8,16,21
   54:8,13,19,20
   54:21 55:2,8
   56:14,18 57:12
**sheriff's** 5:3
   8:21,24 12:20
   13:5,12 14:14
   16:2,20 17:14
   17:21 18:7
   20:8,14,18,23
   21:6 23:6,12
   23:16 24:10,20
   25:1,9,10,17
   26:8,11,15
   28:13,16,20,22
   28:25 31:20
   32:8,18 33:11
   34:17 35:24
   36:18,19 39:16

39:17,19 40:16
   40:19,21 41:12
   41:14 42:3
   43:16,23 44:4
   44:22 45:23
   46:10,19 47:14
   48:9,10 50:6,9
   52:14 54:6
   56:14,19 58:18
   58:19,23
**show** 30:19 52:7
   52:11
**side** 39:5
**sign-in** 40:11,13
**signed** 16:6 18:1
   41:12 43:25
   44:7 45:23
**signs** 40:20
**similar** 42:11
**simultaneous**
   12:15
**single** 8:11
**sir** 12:19 15:24
   17:3,5,25
   18:12 19:15
   20:7 23:12
   25:7,24 31:6
   34:8 35:12
   38:10 40:10
   43:19 48:1
   49:12 52:5,13
   59:1
**sit** 25:7
**six-digit** 26:20
   39:21
**slot** 58:9
**small** 16:4
**SOLICITOR**
   2:10,11
**sorry** 12:5 28:24
   36:15 53:17
**sort** 14:22
**South** 1:23
   17:23 20:10,19
   23:7 32:9
   34:18 39:24

40:5 45:2,20
   47:18 52:8
**speak** 14:20
   15:7
**speaking** 12:25
**specific** 13:6,19
**specifically** 13:8
**specified** 10:8
**speculation**
   22:10 25:13
   41:20 44:13
**spell** 10:11
**staff** 50:9
**stamped** 35:2
**stands** 24:18
**starts** 39:5
**state** 8:16 60:24
**STATES** 1:1
**stays** 26:25
**stenographica...**
   60:7
**step** 10:15
**STEPHEN** 2:3
**stephen@dun...**
   2:7
**stipulations**
   7:13
**strategy** 51:16
**Street** 1:23 2:5
   17:23 20:10,20
   23:8 32:9
   34:19 39:25
   40:5 45:2,20
   47:19 52:9
**strike** 24:16
**subsequent**
   49:11
**successfully**
   19:8
**succinct** 7:17
**sufficient** 30:19
**Suite** 1:23 2:5
**superiors** 14:21
**supposed** 40:24
   54:15
**sure** 16:22 18:8

24:23 25:20,22
   29:7 31:9,17
   43:7 44:17
   45:21 51:19,21
**sworn** 7:1
**system** 37:23,24
   43:13 49:19
   54:1 55:9 57:6
   57:9,14,19
   58:21

---

**T**

**T** 2:20 3:1 4:1
   5:1 6:1,1 60:1
   60:1
**take** 18:22 23:22
**taken** 1:17 47:13
   47:15 48:8
   60:7
**takes** 57:13
**talked** 31:20
   48:25
**talking** 22:15,17
   22:18,19 31:12
**Taylor** 2:22 23:9
   23:10 53:3
   56:2
**tell** 21:11 22:2
   25:25 32:19
   36:12 37:1
   42:15 43:4
**term** 27:22 28:4
**testified** 7:2
   24:25 29:14,21
   29:22,24 51:3
**testimony** 8:14
   27:7 60:6
**thank** 14:13
   15:16 17:25
   18:21 20:1
   31:25 48:1,4
   50:15 58:25
   59:2
**thing** 16:7
**think** 8:10 21:1
   25:13 27:7,25

28:4 31:2
42:14
**thinks** 41:23
**third** 57:3
**THORNE** 57:17
**Thornton** 1:17
3:3 7:1,3,4
8:18,19,23
10:20 19:1
30:3 48:5,6,22
48:23 49:9
**three** 18:14
56:24 57:4
**THURSDAY**
1:12
**tie** 52:1
**tied** 27:2 45:1
**time** 7:10 9:12
9:14,24 10:8
11:9,15,18,20
11:23 12:13,19
12:20 16:2
18:22 21:20,25
22:22 25:9
26:22 40:5
42:22 52:5
53:7 54:13,16
54:17,20 55:2
55:7 56:3,4
57:1,2,3,4,6,8
60:7
**times** 20:7,13,22
21:6,8,10,15
21:17 22:1
23:6,10 52:8
52:15,21 54:8
54:21 56:22
57:4,12
**Title** 17:23
**today** 8:13 25:7
45:3 53:22
**today's** 8:1
**told** 55:7
**toll-free** 13:6,7
**top** 38:13 44:24
48:12

**Toppin** 1:3 20:4
20:5 24:5 25:2
25:18 30:7
45:7,20 46:1
46:20 52:1
**Toppin's** 23:13
24:11 30:11,13
32:9
**total** 8:25 20:24
56:24
**totally** 29:7
**trained** 14:24
24:19
**training** 14:14
14:16,17,21,25
15:6,8,12,18
24:25
**transcript** 5:16
60:6
**transmission**
19:11
**transmitted**
19:8,16
**trips** 30:21 31:8
31:16
**true** 32:7 54:18
60:6
**truthful** 8:14
**try** 7:17 25:18
**trying** 25:10
**Tuesday** 19:14
**two** 19:23 21:1,8
21:10,14,17
23:6 36:24
50:6,20,24
51:6 52:5
55:12,13 56:22
56:22 57:5
**type** 26:17 30:17
31:19 39:20,21
51:23 52:14,22
**types** 21:1 47:9
50:1,13 55:18

**U**
**U** 6:1

**understand**
16:22 40:15
56:9,20 58:2
**understanding**
25:8
**understood** 8:4
**unfamiliarity**
11:12
**unique** 26:16
39:16 52:22
**unit** 8:22 9:3,11
9:17,24 10:21
11:2,6,8,15,21
12:17 13:12,15
21:20 22:25
25:8 41:15
43:5,9 58:22
**UNITED** 1:1
**universe** 47:22
**unknown** 40:4
**up-to-date** 29:2
**usual** 7:12

**V**
**vacate** 4:8,10,13
26:3,7 32:22
33:15 57:22
**verbal** 8:2
**virtue** 23:14
**visitor** 41:16
**visitors** 40:11,13
40:14,20 42:8
**vocal** 7:24
**vs** 1:5

**W**
**W** 3:1
**want** 13:21 14:5
24:23 27:10
29:4 30:6
**Warrant** 9:16
**Warrants** 11:3
**wasn't** 56:25
**way** 46:13
**we'll** 18:13
25:15

**we're** 18:11
22:17,17,19
29:13 42:24
48:10 56:12
**we've** 17:8 29:7
29:19 31:20
45:2 48:9
**weekend** 41:14
**went** 20:15,19
20:23 21:6
23:5,7 25:17
51:9 52:8,16
52:21 54:8,25
54:25
**weren't** 21:19
25:8 31:9
**whatnot** 54:14
**Williams** 1:6
2:15 44:1,7,8
45:24,25 46:9
**WITNESS** 10:9
11:23,25 12:2
15:22 18:24
21:8 25:20
26:2 32:15
41:24 44:17
46:25 48:4
52:10 58:4
59:3
**WOLFE** 1:23
**wondering** 41:2
**word** 14:23
**words** 41:11
**wouldn't** 22:4
38:12 39:9
54:22
**writ** 9:5 13:3,4
20:8,19,24
21:7 22:6,20
25:18 26:8,18
27:5 36:17
45:6,9,11,14
45:19 47:18
50:19 52:24
53:10,15,18,19
53:21 54:14

56:21
**write** 40:21,24
41:3
**writes** 40:21
**writs** 15:20 21:2
27:23
**written** 15:2
42:21
**wrote** 42:14
**www.klwrepo...**
1:25

**X**
**X** 3:1 4:1 5:1
**XI01577** 60:24

**Y**
**yeah** 9:21 14:19
31:17 33:25
**year** 38:8
**years** 8:25

**Z**

**0**

**1**
**1** 17:12
**1:30** 59:4
**10-1-2019** 17:16
**10:00** 39:2
**100** 17:23
**10th** 47:20 52:7
52:10 53:16
**11** 8:25
**12** 1:12
**12:00** 1:20 38:16
38:23
**1200** 2:5
**1303** 1:23
**1401** 1:19 2:11
**142** 52:8
**146** 20:10,19
23:7 32:9
34:18 39:24
40:5 45:2,20
47:18

**15** 6:3
**1515** 2:5
**16** 4:4
**1707-5002** 20:10
**18** 4:6
**18-13098-MDC**
  1:2
**18th** 32:10
**19102** 1:24 2:12
**19109** 2:6
**19110** 17:24

**2**
**2** 17:17 24:13
**2015** 10:23,24
**2017** 11:5,10
  12:4,6
**2018** 9:8,18 11:6
  11:8,25 12:12
  19:14 21:22
  24:12 32:10
  37:6 38:7
  44:11 46:2,21
  47:20
**2019** 1:12
**215** 1:24
**215-686-3971**
  17:21 18:5
  19:19
**215.551.7109**
  2:6
**215.686.0503**
  2:13
**230** 1:23
**230615** 39:5
**231566** 26:13
  34:18 40:3
  48:11 52:23
  58:23
**25th** 37:6 38:4,5
  38:6,13 42:1,3
**26** 4:9
**29** 6:3

**3**
**30** 6:4

**32** 4:11
**33** 4:14
**34** 4:16
**35** 4:19
**36** 4:21
**37** 4:24

**4**
**4** 33:24
**43** 5:4
**47** 5:6
**48** 3:6,7
**484-557-1737**
  40:8
**49** 3:4

**5**
**5** 33:24
**5-18-18** 32:6
**5-24-18** 4:10
  32:23
**5-30-18** 4:13
  33:16
**5-8-18** 4:8 26:4
**5-9-2018** 44:5,6
  44:20
**57** 3:6
**580** 2:12

**6**
**6-1-18** 4:15 34:6
**6-1-2018** 34:25
**6-5-18** 4:18
  35:10
**6-5-2018** 35:20
**6-7-2018** 37:2
**62nd** 20:10,19
  23:7 32:9
  34:18 39:24
  40:5 45:2,20
  47:18 52:9

**7**
**7** 3:4

**8**
**8th** 19:14 23:14

24:2,12 25:3
25:11,16 31:12
31:16

**9**
**9-10-19** 4:3
  16:25
**9:00** 38:25
**922-7112** 1:24
**9th** 44:11 46:2
  46:21

Jetaria Taylor

---

**Page 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC
_____

LYNDEL TOPPIN,

    Debtor/Plaintiff,

    vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,
    Defendants.
_____

*  *  *  *

THURSDAY, DECEMBER 12, 2019

*  *  *  *

   Oral deposition of DEPUTY JETARIA
TAYLOR, taken pursuant to notice, was
held at the Municipal Services Building,
1401 John F. Kennedy Boulevard, Philadelphia,
Pennsylvania, commencing at 1:30 a.m.,
on the above date, before Lori A. Porto,
a Certified Court Reporter.
    KAPLAN, LEAMAN & WOLFE
   230 SOUTH BROAD STREET, SUITE 1303
   PHILADELPHIA, PENNSYLVANIA 19102
    (215) 922-7112
    www.klwreporters.com

---

**Page 2**

1
2
3  A P P E A R A N C E S:

   DUNNE LAW OFFICES, P.C.
   BY:  STEPHEN M. DUNNE, ESQUIRE
4     - and
    PREDRAG FILIPOVIC, ESQUIRE
5   1515 Market Street
   Suite 1200
6   Philadelphia, PA 19109
   215.551.7109
7   stephen@dunnelawoffices.com
   pfesq@ifight4justice.com
8   Counsel for the Debtor/Plaintiff
9
   CITY OF PHILADELPHIA LAW DEPARTMENT
10  BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
    - and -
11    JOSHUA DOMER, ASSISTANT CITY SOLICITOR
   1401 John F. Kennedy Boulevard
12   Room 580
   Philadelphia, PA 19102
13   215.686.0503
   megan.harper@phila.gov
14   joshua.domer@phila.gov
   Counsel for the Defendant
15   Jewell Williams
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1
2
3     W I T N E S S   I N D E X
4
   Examination of Deputy Taylor

    By Mr. Filipovic:  Pages 6, 36
5
6    By Ms. Harper:  Pages 33, 35
7
    By Mr. Domer:  Page 34
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 4**

1
2     E X H I B I T S
3
4
5
6
7
8
9
10
11
12
13   (NO EXHIBITS WERE MARKED)
14
15
16
17
18
19
20
21
22
23
24
25

---

Jetaria Taylor

Page 5

1    DEPOSITION SUPPORT
2
3    (REQUEST)....................................16
     (REQUEST)....................................29
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1    substance, that would prevent you from giving
2    truthful testimony today?
3         A.    No.
4         Q.    Could you say your name for the record,
5    please?
6         A.    Jetaria, J-e-t-a-r-i-a, Taylor,
7    T-a-y-l-o-r.
8         Q.    Ms. Taylor, what is your current
9    occupation?
10        A.    I am a deputy sheriff with the
11   Philadelphia Sheriff's Office assigned to the Civil
12   Enforcement Unit.
13        Q.    How long have you been in that position?
14        A.    For two years.
15        Q.    So you were there from May until, say,
16   July of 2018?
17        A.    Yes.
18        Q.    Ms. Taylor, are you familiar -- describe
19   your job duties that are associated with your
20   position.
21        A.    I am responsible for enforcing court
22   orders, I handle evictions, and that is really about
23   it.
24        Q.    Do you go to the field and do you go to
25   the properties for evictions, posting notices, and

Page 6

1    (Jetaria Taylor, having been duly sworn, was examined
2    and testified as follows:)
3    (EXAMINATION OF DEPUTY TAYLOR BY MR. FILIPOVIC:)
4         Q.    Good afternoon, Ms. Taylor.
5              I'm Counsel Filipovic for Lyndel Toppin
6    and co-counsel is Stephen Dunne.  We're going to be
7    conducting this deposition.
8              The rules, I have to repeat them for
9    the record.
10             I will ask questions and I will try to
11   be succinct.
12             When you answer, please do so verbally,
13   so the court reporter can write the answers down for
14   the record, and, I can understand your gestures, but
15   it's difficult for her to write them down.
16             If you should, at any point, want me to
17   clarify a question, I will, to the best of my
18   ability, and we'll go from there.
19        A.    Okay.
20        MR. FILIPOVIC:  Usual stipulations in
21   this one, counsel?
22        MS. HARPER:  Sure.
23   BY MR. FILIPOVIC:
24        Q.    Ms. Taylor, again, I have to ask you,
25   are you under the influence of anything, any

Page 8

1    such?
2         A.    Yes.
3         Q.    Do you go alone or do you have a partner
4    or how does that work?
5         A.    I go alone as far as postings, but I
6    have a partner when I do the actual eviction.
7         Q.    Do you take a vehicle?
8         A.    Yes.
9         Q.    What type of vehicle?
10        A.    Ford Taurus.
11        Q.    Ford Taurus?
12        A.    Uh-huh, personal vehicle.
13        Q.    Personal vehicle?
14        A.    Yes.
15        Q.    It does not have sheriff's indications
16   on there?
17        A.    No.
18        Q.    Are you generally wearing a uniform?
19        A.    No.
20        Q.    I notice you have a gun here on you
21   today.
22             Do you usually have a gun when you are
23   in the field serving evictions and posting notices?
24        A.    I have a gun every time I am at work.
25        Q.    So is that a yes?

2 (Pages 5 to 8)

Jetaria Taylor

## Page 9

1  A.  Yes.
2  Q.  Now, when you have a partner, do you
3  then travel in a marked vehicle or is it still
4  unmarked?
5  A.  No, still personal vehicles.
6  Q.  Two personal vehicles?
7  A.  Uh-huh, yes.
8  Q.  Is that the same practice that was
9  employed between May and June of last year?
10  A.  Yes.
11  Q.  Do you have a badge on you if you are
12  asked to show it?
13  A.  Yes.
14  Q.  How do you post a notice of eviction?
15  A.  So I would knock first to personally
16  serve.
17    If I don't get an answer, I post one to
18  the door and another copy I would put in the mailbox.
19  Q.  The one that you post on the door, how
20  do you affix it to the door?
21  A.  Just with some tape (indicating).
22  Q.  How long does that usually take?
23  A.  Two minutes, if that.
24  Q.  Do you use any color-coding?
25  A.  No.

## Page 10

1  Q.  Are they preprinted -- what are the
2  colors that are on these notices?
3    Are they noticeable, bright colors?
4  A.  It depends.
5    We were using -- I think it was red,
6  the notice to vacate, but we didn't have anymore, so
7  it would just be a photocopy of that.
8    We didn't have color.
9  Q.  If you run out?
10  A.  Yes.
11  Q.  But they are supposed to be red?
12  A.  I'm not going to say supposed to be.
13  Q.  But they were?
14  A.  Yes.
15  Q.  Red?
16  A.  Uh-huh.
17  Q.  Why do you think that they were in red?
18  A.  No particular reason.
19  Q.  We're here for the case of Lyndel Toppin
20  and the particular property is at 146 South 62nd
21  Street.
22    Do you know what this case is about and
23  why you are here getting deposed today?
24  A.  Yes.
25  Q.  Can you tell us what your understanding

## Page 11

1  of that is?
2  A.  That we continued after he filed for
3  bankruptcy.
4  Q.  Continued to -- continued what?
5  A.  I guess continued service on this
6  particular address after bankruptcy.
7  Q.  Were you one of the deputies in charge
8  of servicing this writ?
9  A.  Yes.
10  Q.  Mr. Lyndel Toppin's writ?
11  A.  Yes.
12  Q.  My question to you, Ms. Taylor -- if you
13  could, take a look at Exhibits PS-3 through 8.
14    These are the copies of all the notices
15  and there should be six of them.
16    Ms. Taylor, do you know what these
17  documents represent?
18  A.  Yes.
19  Q.  What are they?
20  A.  They are the initial notice to vacate
21  and then the eviction notice that gives the actual
22  eviction date.
23  Q.  Could you be specific and refer to them
24  by the numbers that they are identified as?
25  A.  One-by-one or --

## Page 12

1  Q.  If you don't mind, yeah, one-by-one.
2  A.  PS-3 is the initial notice to vacate,
3  PS-4 is the initial notice to vacate, PS-5 is the
4  initial notice to vacate. Basically, it is a 21-day
5  notice.
6    Then, you have PS-6, which is the
7  actual eviction notice, attached with the writ.
8    PS-8 is an envelope with the annual
9  eviction notice with the date of the eviction and
10  then PS-7 is the final eviction notice with a copy of
11  the writ.
12  Q.  Okay, thank you.
13    Do you see the entry on all of them,
14  the sheriff's number?
15  A.  Yes.
16  Q.  That sheriff's number, do you know it to
17  be associated with Mr. Lyndel Toppin and the property
18  at 146 South 62nd Street?
19  A.  I'm not sure.
20  Q.  You testified that you were in charge of
21  servicing the Lyndel Toppin evictions and notices to
22  vacate, correct?
23  A.  Yes.
24    MS. HARPER:  Objection.
25    I don't think she testified to that.

3  (Pages 9 to 12)

Jetaria Taylor

Page 13

1           MR. FILIPOVIC:  Counsel, I think she
2    did.
3           Do you want to see the record --
4           MS. HARPER:  That's fine.
5           MR. FILIPOVIC:  Court Reporter, could
6    you go back and read my question about were you the
7    deputy in charge of servicing the address?
8           (DESIGNATED QUESTION AND ANSWER WERE
9    READ)
10   BY MR. FILIPOVIC:
11       Q.   Do you know if that sheriff's number on
12   these several notices pertain to Mr. Toppin and that
13   particular property?
14       A.   Yes.
15       Q.   It does?
16       A.   Yes.
17       Q.   Did you personally serve these?
18       A.   Personally serve them, no.
19           I posted them.
20       Q.   Oh, right, I'm sorry.
21           You were the deputy that posted these
22   on the premises?
23       A.   Yes.
24       Q.   At 146 South 62nd Street?
25       A.   Yes.

Page 14

1        Q.   How many dates are we talking about
2    here, for you to have posted these?
3        A.   I would have only went out twice.
4            Once was for the initial notice and
5    once was for the final notice.
6        Q.   What about the letter?
7        A.   Every time we do a posting, you mail one
8    out, you post one to the door, and then you put one
9    in the mailbox.
10           So, essentially, each time, you give
11   three notices.
12       Q.   Three notices or three attempts to
13   notify, right, whatever you want to call it?
14       A.   Yes.
15       Q.   But there was three each time you went
16   out?
17       A.   Yes.
18       Q.   Now, let's go with PS-3.
19           Do you see the date that is in the
20   bottom corner there?
21       A.   Yes.
22       Q.   Does that sound accurate, that that was
23   the first time you went out?
24       A.   That doesn't look like my handwriting.
25       Q.   I didn't say it was your handwriting.

Page 15

1            Did I say it was your handwriting?
2        A.   You're asking me about a date.
3            MS. HARPER:  Counsel, you're getting
4    argumentative with her.
5            I think it is unnecessary.
6            MR. FILIPOVIC:  It is certainly not
7    necessary, but I'm just asking for an answer to my
8    question.
9            My question is -- I didn't even ask
10   that, but the date that you see on the earliest
11   notice, what is the date?
12           It's in the bottom left-hand corner.
13           THE WITNESS:  It says May 18th, 2018.
14   BY MR. FILIPOVIC:
15       Q.   Does that sound correct to you as the
16   first date you went out?
17       A.   No.
18       Q.   No?
19       A.   No.
20       Q.   So you would have done -- whenever you
21   had gone out, you would have done it in a personal
22   vehicle?
23       A.   Yes.
24       Q.   Do you get reimbursed for mileage for
25   these trips?

Page 16

1        A.   Yes.
2        Q.   To get reimbursed for mileage, you
3    submit a log of times and dates when you traveled?
4        A.   It's not a log, it's the date and then
5    the mileage.
6        Q.   Uh-huh.
7            Is this in a document?
8        A.   Yes.
9        Q.   And you filled out a document of some
10   sort to get reimbursed?
11       A.   Yes.
12   (REQUEST)   MR. FILIPOVIC:  Counsel, we're going to
13   be requesting that document because there is an issue
14   about, you know, she doesn't agree to that date and
15   we contend there is an issue.
16           MS. HARPER:  I will ask a follow-up
17   question, but that's fine.
18   BY MR. FILIPOVIC:
19       Q.   Do you call them expense reports or how
20   do you refer to them?
21       A.   Mileage form.
22           MS. HARPER:  You're going to ask for
23   that today, at this deposition?
24           MR. FILIPOVIC:  Correct.
25           MS. HARPER:  That's fine.

4  (Pages 13 to 16)

Jetaria Taylor

Page 17

```
 1   BY MR. FILIPOVIC:
 2      Q.    So the mileage form would have notations
 3   of the times and dates that you went out.
 4            Does it have the address?
 5      A.    No.
 6      Q.    What does it have?
 7      A.    It has the date and how many miles I did
 8   for the day.
 9      Q.    Is there a sheriff's number or --
10      A.    No.
11      Q.    No?
12      A.    No.
13      Q.    How do you -- just a date and how many
14   miles you did for the day?
15      A.    Yes.
16            MS. HARPER:  Do you still need that
17   document?
18            MR. FILIPOVIC:  Yes.
19            MS. HARPER:  We'll see if it was
20   requested in discovery.
21            MR. FILIPOVIC:  We can argue about
22   that.
23            When would you say was the first time
24   you went out?
25            THE WITNESS:  I'm not sure.
```

Page 18

```
 1   BY MR. FILIPOVIC:
 2      Q.    Can we agree that you went out on
 3   5-10-2018?
 4      A.    If that is what is in the log, then yes.
 5      Q.    Let's go to PS-11.
 6            The middle of the page, it has a date
 7   of May 10th, 2018, correct?
 8      A.    Yes.
 9      Q.    There is a note there.
10            Could you read it for the record?
11      A.    Deputy Jetaria Taylor, being duly sworn
12   according to law, posted one true and attested copy
13   of the within writ of possession upon real estate
14   located at 146 South 62nd Street, Philadelphia, PA
15   19139, and the next one says 21-day notice posted.
16      Q.    Did you enter this note?
17      A.    Yes.
18      Q.    It sounds like you went out earlier than
19   May 18th if this is dated May 10th.
20      A.    Yes.
21      Q.    What about, on June 1st, did you post an
22   eviction notice on the property at 146 South 62nd
23   Street?
24      A.    Yes.
25      Q.    Did you enter a note in the system about
```

Page 19

```
 1   that particular posting such as the one that we see
 2   in PS-11 that you just read from?
 3      A.    No.
 4      Q.    Are there any other times that you went
 5   to the property that you did not enter into the
 6   Jewell system?
 7      A.    No.
 8      Q.    Now, the notice to vacate that you
 9   served or posted on the property on May 10th, can you
10   find it or do you see it in front of you in any of
11   these documents?
12      A.    It would be one of these (indicating).
13      Q.    Well, can you tell me which one
14   according to its number?
15            The one you are holding up now, what is
16   the number?
17      A.    PS-4.
18      Q.    PS-4?
19      A.    Uh-huh.
20      Q.    Thank you.
21            What about the eviction notice on the
22   property that you served in June, do you see it in
23   front of you there?
24      A.    Let me just clarify, because, going back
25   to the initial ones you asked me about, I can't tell
```

Page 20

```
 1   you which one was posted, because these have two
 2   different dates on it, but it would have been any one
 3   of these that say notice to vacate (indicating).
 4      Q.    Right, okay.
 5      A.    And then, for the final posting, it
 6   would have been any one of these -- well, not this
 7   one, because that has an envelope, so that was mailed
 8   out (indicating).
 9      Q.    When you say this one --
10      A.    I'm sorry, PS-6 or PS-7.
11      Q.    It could be one of those?
12      A.    It's either one of these, yes
13   (indicating).
14      Q.    It's either one of those that you
15   posted?
16      A.    Yes.
17      Q.    Which one is not the one that was
18   posted?
19      A.    PS-8 was mailed out.
20      Q.    Okay, thank you.
21            What is the date on PS-8?
22      A.    Are you asking about the envelope?
23      Q.    Yes.
24      A.    June 7th.
25      Q.    Did you report to Inspector Guess at
```

5  (Pages 17 to 20)

Jetaria Taylor

|  | Page 21 |
| --- | --- |

1  this time, between May and July of 2018?
2      A.   Not directly to him.
3          I had a direct supervisor.
4      Q.   Who was your direct supervisor?
5      A.   Omar Appling, A-p-p-l-i-n-g.
6      Q.   Was there a time when you -- it says you
7  posted an eviction notice on June 1st.
8          You testified, when you went out to
9  post eviction notices, you may have taken a deputy
10 with you or --
11     A.   No.
12     Q.   That was only when you were evicting
13 people?
14     A.   Yes.
15     Q.   So you were alone on both May 10th and
16 June 1st?
17     A.   Yes.
18     Q.   Okay.
19         To the best of your knowledge, did
20 anybody ever come to this particular property with
21 you?
22     A.   No.
23     A.   It was always --
24     A.   Always by myself.
25     Q.   Did you contact any neighbors at any

|  | Page 22 |
| --- | --- |

1  time?
2      A.   No.
3      Q.   Or did you see anybody there?
4      A.   No.
5      Q.   Did it appear to you that somebody was
6  living there?
7      A.   I can't make that determination.
8      Q.   Sure, okay.
9          We're going back to PS-11.
10         It says here, unknown occupants.
11         Did you write that, unknown occupants,
12 or is that generic?
13     A.   It was on the actual writ.
14     Q.   Uh-huh.
15         So you wrote it from the writ?
16     A.   No, I didn't write anything.
17         That is how it was put into the system.
18     Q.   The system already had it pre-filled --
19     A.   Yes.
20     Q.   Part of your notes say possession date,
21 6-25-18.
22         Did anybody go out on June 25th, 2018?
23     A.   No.
24     Q.   And there was no other deputy, to the
25 best of your knowledge, that served anything on this

|  | Page 23 |
| --- | --- |

1  property?
2      A.   To my knowledge, no.
3      Q.   When you were out in the field serving,
4  do you usually go back to the hospital before
5  checking out for the day or do you go straight home?
6      A.   It depends.
7      Q.   What does it depend on?
8      A.   It just depends on what my schedule
9  looks like.
10         Some days I might do half my time in
11 the field and half my time in the office or I may do
12 where I'm in the office in the morning and out in the
13 field in the afternoon.
14     Q.   So, if you are out in the field in the
15 afternoon, is that when you are more likely to not go
16 back to the office and just go straight home?
17     A.   Yes.
18     Q.   Now, did you ever put anything besides
19 this note on May 10th in the Jewell system?
20     A.   No.
21     Q.   Do you recall the parking situation in
22 the 146th block of South 62nd Street?
23     A.   Yes.
24     Q.   What is the parking like there?
25     A.   It's just --

|  | Page 24 |
| --- | --- |

1      Q.   Street parking?
2      A.   Yeah.
3      Q.   There is no meter, right?
4      A.   No.
5      Q.   Who prepares the notices you serve?
6      A.   I do.
7      Q.   Do you print them out from a printer
8  or --
9      A.   They are already printed out, I just
10 have to fill them in.
11     Q.   By hand?
12     A.   Yes.
13     Q.   Let's start with the earliest one.
14         Would the sheriff's number that is
15 handwritten on that notice -- first of all, PS-3, 4
16 and 5, which are the notices to vacate, do you see a
17 sheriff's number on there?
18     A.   Yes.
19     Q.   Lieutenant Thornton testified about
20 that?
21     A.   Yes.
22     Q.   Does that appear to be handwritten?
23     A.   Yes.
24     Q.   Did you handwrite that number?
25     A.   Yes.

6 (Pages 21 to 24)

Jetaria Taylor

## Page 25

1    Q.    Which information did you reference to
2    know what number to put there?
3    A.    The writ.
4    Q.    The writ?
5    A.    Yes.
6    Q.    So the numbers on the writ are assigned
7    by the sheriff's office?
8    A.    Yes.
9    Q.    Where is this writ in relation to when
10   you are preparing the notice?
11         Is it in the computer or --
12   A.    I have a physical copy.
13   Q.    You have a physical copy of the actual
14   writ?
15   A.    Yes.
16   Q.    The writ in this particular case --
17   let's go to PS-10.
18         It is another Jewell printout.
19         Do you know if this number in
20   parenthesis, 1707-5002, is the writ number?
21   A.    I'm not sure what that is.
22   Q.    Other than filling out the mileage on
23   your expense report or the mileage form as you
24   testified to, is there a process of you advising your
25   supervisor of when you would be in the office and

## Page 26

1    when you were in the field?
2    A.    No.
3    Q.    So your supervisor would not know
4    whether you were in the office or not prior to you
5    leaving?
6         Is that your testimony?
7    A.    What do you mean, prior to me leaving?
8    Q.    Let's say that you were working in the
9    morning or -- let's go with this scenario.  You say
10   you are in in the morning and you want to go serve some
11   paperwork in the afternoon and you are not planning
12   to come back.
13         Would you have to let your supervisor
14   know?
15   A.    I just tell him I'm leaving and that is
16   it.
17   Q.    What if he's not immediately available?
18         Is there a requirement to check in a
19   log --
20   A.    I sign-in in the morning and, when I'm
21   done, I'm done.
22   Q.    You sign-out when you are leaving?
23   A.    Yes.
24   Q.    Even if you are working, serving the
25   writs, you still have to sign-out?

## Page 27

1    A.    Yes.
2    Q.    Where do you sign-in and out of?
3         Is there a log --
4    A.    Sign-in sheet.
5    Q.    Employee sign-in sheet?
6    A.    Yes.
7    Q.    In the event that you were planning to
8    -- as you testified, sometimes you're in the field in
9    the morning, but you're in in the afternoon, how do
10   you go about noting your absence in the morning?
11         Do you call your supervisor, do you
12   send him an e-mail?
13   A.    What do you mean?
14   Q.    Say you're in the office all day, until
15   4:30, and you have a bunch of paperwork and you are
16   planning to serve it in the morning.
17         At that point, you're not just not
18   going to show up in the morning, you have to let
19   somebody know that you are not going to be there in
20   the morning, so how do you go about that?
21   A.    I have my own schedule.
22         I make my own schedule.
23         I don't have to notify my supervisor
24   that I'm not going to be there in the morning because
25   I'm out in the field doing work.

## Page 28

1    Q.    How is she able to differentiate -- do
2    you let anybody know or is there any notation of you
3    being out in the field doing work?
4    A.    No.
5    Q.    So, correct me if I'm wrong, if you are
6    not in the office in the morning, at first, your
7    supervisor doesn't know if you are out doing work or
8    if you are home sick?
9    A.    If I'm home sick, I will call and let
10   them know I'm sick.
11   Q.    So, unless they hear from you, you are
12   out doing work?
13   A.    Yes.
14   Q.    Now, the employee sign-in sheet, is that
15   -- do you note it in the employee sign-in sheet if
16   you are going to be out in the morning?
17         Do you note it the day before?
18   A.    No.
19   Q.    Just when you come back, you sign-in?
20   A.    Yes.
21   Q.    Do you recall, on these two dates that
22   you testified to being there at the property, was it
23   morning or afternoon?
24   A.    I'm not sure.
25   Q.    So you don't recall, okay.

7 (Pages 25 to 28)

Jetaria Taylor

Page 29

1    A.    Let me clarify.
2          According to the document I put into
3    the Jewell system, the one time I went out, it was
4    9:45 a.m.
5    Q.    You are talking about --
6    A.    PS-11.
7    Q.    You gathered that from time out, 9:45?
8    A.    Yes.
9    Q.    It says here, mileage, zero?
10   A.    We don't insert our mileage into the
11   computer.
12   Q.    I'm reading what it says here.
13   A.    Okay.
14   (REQUEST)    MR. FILIPOVIC:  In addition to the
15   mileage form, we would also like to request the
16   employee sign-in sheet between May 8th and June 25th
17   of 2018.
18         MS. HARPER:  Uh-huh.
19   BY MR. FILIPOVIC:
20   Q.    Have you ever seen Mr. Toppin?
21   A.    No.
22   Q.    What about anybody else at that home?
23   A.    No.
24   Q.    In your conversations with your
25   supervisors, did you ever discuss this case with your

Page 30

1    supervisors?
2          To be clear, I'm not talking about this
3    litigation now, I'm talking about the case of service
4    of this paperwork with your supervisors.
5    A.    No.
6    Q.    Did any one of them ever tell you that
7    the bankruptcy was filed?
8    A.    No.
9          Let me clarify.
10         I only got that information after we
11   were informed about the litigation, but, prior to
12   that, I didn't know about the bankruptcy.
13   Q.    When you say you only got the
14   information, what information did you get?
15   A.    In terms of a bankruptcy was filed.
16   Q.    If you refer to PS-10, this document, it
17   says Sheriff's Return of Service on it?
18   A.    Yes.
19   Q.    And, the gentleman here, Lieutenant
20   Thornton, I believe, testified that this is in the
21   Jewell system, and I will direct you to this entry of
22   May 9th, 2018.
23         Would this have been available to your
24   supervisor, the information that is on this document?
25   A.    We don't have access to this

Page 31

1    information.
2    Q.    You don't have access?
3    A.    No.
4    Q.    Who is we?
5    A.    Civil Enforcement Unit.
6          I'm not able to go into my system and
7    pull this up.
8          This isn't Civil Enforcement Unit
9    stuff.
10         This looks like real estate stuff.
11   Q.    But it's the Sheriff's Office of
12   Philadelphia County?
13   A.    We still don't -- I can't see into
14   somebody else's system.
15   Q.    Would it have been helpful for you to be
16   able to see that there was a bankruptcy filed?
17   A.    Typically, if it's a bankruptcy, we
18   receive the information.
19   Q.    But you didn't in this case?
20   A.    No.
21   Q.    Who do you receive it from?
22   A.    It depends.
23         Sometimes the defendant will fax over
24   something or they will bring us something.  If they
25   get something in another division, they'll give it to

Page 32

1    us.
2    Q.    Another division will give it to you?
3    A.    Yes.
4    Q.    And you didn't get anything from anybody
5    in this case?
6    A.    No.
7    Q.    At the time?
8    A.    No, and we would only get something from
9    another division if they knew it was an eviction.
10         This here looks like all sheriff's sale
11   stuff, which are two different things (indicating).
12   Q.    Do you know the bankruptcy law within
13   your own right?
14         Do you know what happens to the
15   effective bankruptcy?
16         It's the same question I asked
17   Lieutenant Thornton.
18   A.    If they file?
19   Q.    Yes.
20   A.    Yes.
21   Q.    What is it?
22   A.    We are to stop all action unless there
23   is a bar order.
24   Q.    All action?
25   A.    Yes.

8 (Pages 29 to 32)

Jetaria Taylor

## Page 33

1     Q.   All action, to you, does that mean
2 eviction?
3     A.   Yes.
4     Q.   Posting notices of vacate, does that
5 fall within all action?
6     A.   Yes.
7     Q.   Executing, garnishing writs, is that all
8 action?
9     A.   Yes.
10     MR. FILIPOVIC: Ma'am, I don't think I
11 have any other questions for you.
12     Thank you, Deputy Taylor.
13 (EXAMINATION OF DEPUTY TAYLOR BY MS. HARPER:)
14     Q.   Deputy Taylor, if you could, just look
15 at what is marked PS-8.
16     Do you have that in front of you?
17     A.   Yes.
18     Q.   You were asked a question about the date
19 that appears on the envelope.
20     Do you see that?
21     A.   Yes.
22     Q.   Is that your handwriting, the date that
23 says 6-7-18?
24     A.   No.
25     Q.   Do you know who wrote that?

## Page 34

1     A.   No.
2     MS. HARPER: I don't think I have
3 anything else.
4 (EXAMINATION OF DEPUTY TAYLOR BY MR. DOMER:)
5     Q.   You were asked about this.
6     Correct me if I'm wrong, PS-11, you
7 said that you wrote in the notes?
8     A.   Yes.
9     Q.   Did you write in all the notes on there?
10     A.   No.
11     Q.   What notes did you write?
12     A.   Well, technically, I only wrote -- I
13 didn't really have to write anything.
14     So, this is already pre-done, so this
15 is --
16     Q.   Can you talk in words, so the court
17 reporter can take it down?
18     A.   Deputy Jetaria Taylor, being duly sworn
19 according to law, that whole sentence is already
20 pre-recorded in the system, I guess, so the only
21 thing I have to do is put my name into the drop-down
22 box, and, once I put in my name, it goes to the sign
23 field, and then, as far as the possession date, when
24 I entered the 21-day notice on May 10th, we didn't
25 have a possession date at that time, so that spot was

## Page 35

1 blank, and then this information about cancelled per
2 defendant filed bankruptcy, that information wasn't
3 in the system, either.
4     Q.   When you put this note?
5     A.   On May 10th, yes, neither one of those
6 were in there.
7     Q.   Is it your statement that you didn't put
8 that in there?
9     A.   Yes.
10     Q.   Do you know who did?
11     A.   I'm not sure.
12     As far as the possession dates,
13 typically a supervisor would do that, and, if
14 somebody received a bankruptcy, they would put the
15 information in, but this was after the May 10th date
16 and I don't know what date that is.
17     MR. DOMER: I don't have anything else.
18 (EXAMINATION OF DEPUTY TAYLOR BY MS. HARPER:)
19     Q.   We talked about two instances where you
20 went to the property at 146 South 62nd Street.
21     One of them was June 1st to post the
22 eviction notice, correct?
23     A.   Yes.
24     Q.   That date is not reflected on this
25 record that is marked PS-11, is that correct?

## Page 36

1     A.   Yes.
2     Q.   Did you have any other records that you
3 kept with respect to that activity?
4     A.   Yes.
5     Q.   What other records did you keep?
6     A.   I would use a form that we have to fill
7 out and you have to put down the first time you go
8 out and the second time you go out.
9     You list the dates and the times.
10     Q.   I know you haven't seen it in front of
11 you here today, but do you believe you did fill out
12 that form?
13     A.   Yes.
14     Q.   Any other means by which you personally
15 keep a record of times you go to a property?
16     A.   Yes.
17     I keep a record in my phone.
18     MS. HARPER: I have nothing further.
19 (EXAMINATION OF DEPUTY TAYLOR BY MR. FILIPOVIC:)
20     Q.   Just limited questions based only on
21 what was now discussed.
22     You keep it in your personal phone
23 or --
24     A.   My personal phone.
25     Q.   As far as PS-11, did you review both --

9 (Pages 33 to 36)

Jetaria Taylor

Page 37

1  you testified that there was some information here
2  such as your name and being duly sworn according to
3  law.
4         That was pre-typed when you went
5  inside?
6      A.    Uh-huh.
7      Q.    And you only entered the remainder, up
8  to 21, where it is posted?
9      A.    Yes.
10        I noted 21, they noted posted.
11     Q.    Thanks.
12        Do you review the entire entry, both
13 the one that you printed and what was preprinted
14 before you entered it?
15        Do you read it?
16     A.    Maybe I explained it wrong.
17        If you look, it says category, and it
18 says posted --
19     Q.    Ma'am, if you could just answer the
20 question.
21        I understand what you are trying to
22 say.
23        We'll get through this quicker if you
24 answer my questions.
25        Did you read the entire entry, the

Page 38

1  portion that was preprinted and the portion you put
2  in, prior to clicking approve or enter?
3      A.    Yes.
4      Q.    That's all.
5         Your testimony is that somebody else
6  wrote in the possession date, 6-25-18?
7      A.    Yes.
8      Q.    And your testimony is that somebody else
9  wrote in cancelled per defendant filed bankruptcy?
10     A.    Yes.
11     Q.    Would the Jewell system be able to
12 identify who that person is by sign-in credentials,
13 let's say?
14     A.    No.
15     Q.    Does anybody outside of the Philadelphia
16 Sheriff's Office have access to this system?
17     A.    Outside the sheriff's office?
18     Q.    Yes.
19     A.    Not to my knowledge.
20        MR. FILIPOVIC:  Thanks.
21        No further questions.
22        (WITNESS EXCUSED)
23        (DEPOSITION CONCLUDED AT 2:21 P.M.)
24
25

Page 39

1         C E R T I F I C A T E
2
3
4      I, Lori A. Porto, a Notary Public and Certified
5  Court Reporter do hereby certify that the foregoing
6  is a true and accurate transcript of the testimony as
7  taken stenographically by and before me at the time,
8  place, and on the date hereinbefore set forth, to the
9  best of my ability.
10     I do further certify that I am neither a
11 relative nor employee nor attorney nor counsel of any
12 of the parties to this action, and that I am neither
13 a relative nor employee of such attorney or counsel,
14 and that I am not financially interested in the
15 action.
16
17
18
19
20
21
22
23     _____
       Lori A. Porto, CCR
24     Notary Public, State of New Jersey
       Certificate No. XI01577
25

**A**

A-p-p-l-i-n-g
21:5
**a.m** 1:20 29:4
**a/k/a** 1:7
**ABDELDAY...**
1:7
**ABDELDYEM**
1:7
**ability** 6:18 39:9
**able** 28:1 31:6
31:16 38:11
**absence** 27:10
**access** 30:25
31:2 38:16
**accurate** 14:22
39:6
**action** 32:22,24
33:1,5,8 39:12
39:15
**activity** 36:3
**actual** 8:6 11:21
12:7 22:13
25:13
**addition** 29:14
**address** 11:1
13:7 17:4
**advising** 25:24
**affix** 9:20
**afternoon** 6:4
23:13,15 26:11
27:9 28:23
**agree** 16:14 18:2
**annual** 12:8
**answer** 6:12
9:17 13:8 15:7
37:19,24
**answers** 6:13
**anybody** 21:20
22:3,22 28:2
29:22 32:4
38:15
**anymore** 10:6
**appear** 22:5
24:22
**appears** 33:19

**Appling** 21:5
**approve** 38:2
**argue** 17:21
**argumentative**
15:4
**asked** 9:12
19:25 32:16
33:18 34:5
**asking** 15:2,7
20:22
**assigned** 7:11
25:6
**ASSISTANT**
2:11
**associated** 7:19
12:17
**attached** 12:7
**attempts** 14:12
**attested** 18:12
**attorney** 39:11
39:13
**available** 26:17
30:23

**B**

**B** 4:1
**back** 13:6 19:24
22:9 23:4,16
26:12 28:19
**badge** 9:11
**bankruptcy** 1:1
11:3,6 30:7,12
30:15 31:16,17
32:12,15 35:2
35:14 38:9
**bar** 32:23
**based** 36:20
**Basically** 12:4
**believe** 30:20
36:11
**best** 6:17 21:19
22:25 39:9
**blank** 35:1
**block** 23:22
**bottom** 14:20
15:12

**Boulevard** 1:19
2:11
**box** 34:22
**bright** 10:3
**bring** 31:24
**BROAD** 1:23
**Building** 1:18
**bunch** 27:15

**C**

**C** 2:1 39:1,1
**call** 14:13 16:19
27:11 28:9
**cancelled** 35:1
38:9
**case** 1:2 10:19
10:22 25:16
29:25 30:3
31:19 32:5
**category** 37:17
**CCR** 39:23
**certainly** 15:6
**Certificate**
39:24
**Certified** 1:22
39:4
**certify** 39:5,10
**charge** 11:7
12:20 13:7
**check** 26:18
**checking** 23:5
**CITY** 2:9,10,11
**Civil** 7:11 31:5,8
**clarify** 6:17
19:24 29:1
30:9
**clear** 30:2
**clicking** 38:2
**co-counsel** 6:6
**color** 10:8
**color-coding**
9:24
**colors** 10:2,3
**come** 21:20
26:12 28:19
**commencing**

1:20
**computer** 25:11
29:11
**CONCLUDED**
38:23
**conducting** 6:7
**contact** 21:25
**contend** 16:15
**continued** 11:2
11:4,4,5
**conversations**
29:24
**copies** 11:14
**copy** 9:18 12:10
18:12 25:12,13
**corner** 14:20
15:12
**correct** 12:22
15:15 16:24
18:7 28:5 34:6
35:22,25
**counsel** 2:8,14
6:5,21 13:1
15:3 16:12
39:11,13
**County** 31:12
**court** 1:1,22
6:13 7:21 13:5
34:16 39:5
**credentials**
38:12
**current** 7:8

**D**

**D** 3:1 5:1
**date** 1:21 11:22
12:9 14:19
15:2,10,11,16
16:4,14 17:7
17:13 18:6
20:21 22:20
33:18,22 34:23
34:25 35:15,16
35:24 38:6
39:8
**dated** 18:19

**dates** 14:1 16:3
17:3 20:2
28:21 35:12
36:9
**day** 17:8,14 23:5
27:14 28:17
**days** 23:10
**Debtor/Plaintiff**
1:4 2:8
**DECEMBER**
1:12
**defendant** 2:14
31:23 35:2
38:9
**Defendants** 1:9
**DEPARTME...**
2:9
**depend** 23:7
**depends** 10:4
23:6,8 31:22
**deposed** 10:23
**deposition** 1:16
6:7 16:23
38:23
**deputies** 11:7
**deputy** 1:16
2:10 3:3 6:3
7:10 13:7,21
18:11 21:9
22:24 33:12,13
33:14 34:4,18
35:18 36:19
**describe** 7:18
**DESIGNATED**
13:8
**determination**
22:7
**different** 20:2
32:11
**differentiate**
28:1
**difficult** 6:15
**direct** 21:3,4
30:21
**directly** 21:2
**discovery** 17:20

discuss 29:25
discussed 36:21
**DISTRICT** 1:1
division 31:25
  32:2,9
document 16:7
  16:9,13 17:17
  29:2 30:16,24
documents
  11:17 19:11
doing 27:25 28:3
  28:7,12
**Domer** 2:11 3:7
  34:4 35:17
door 9:18,19,20
  14:8
drop-down
  34:21
duly 6:1 18:11
  34:18 37:2
**Dunne** 2:3,3 6:6
duties 7:19

**E**

**E** 2:1,1 3:1,1 4:1
  5:1 39:1,1
e-mail 27:12
earlier 18:18
earliest 15:10
  24:13
**EASTERN** 1:1
effective 32:15
either 20:12,14
  35:3
else's 31:14
employed 9:9
employee 27:5
  28:14,15 29:16
  39:11,13
**Enforcement**
  7:12 31:5,8
enforcing 7:21
enter 18:16,25
  19:5 38:2
entered 34:24
  37:7,14

entire 37:12,25
entry 12:13
  30:21 37:12,25
envelope 12:8
  20:7,22 33:19
**ESQUIRE** 2:3,4
essentially 14:10
estate 18:13
  31:10
event 27:7
evicting 21:12
eviction 8:6 9:14
  11:21,22 12:7
  12:9,9,10
  18:22 19:21
  21:7,9 32:9
  33:2 35:22
evictions 7:22
  7:25 8:23
  12:21
**Examination**
  3:3 6:3 33:13
  34:4 35:18
  36:19
examined 6:1
**EXCUSED**
  38:22
**Executing** 33:7
**Exhibits** 4:13
  11:13
expense 16:19
  25:23
explained 37:16

**F**

**F** 1:19 2:11 39:1
fall 33:5
familiar 7:18
far 8:5 34:23
  35:12 36:25
fax 31:23
field 7:24 8:23
  23:3,11,13,14
  26:1 27:8,25
  28:3 34:23
file 32:18

filed 11:2 30:7
  30:15 31:16
  35:2 38:9
**Filipovic** 2:4 3:4
  6:3,5,20,23
  13:1,5,10 15:6
  15:14 16:12,18
  16:24 17:1,18
  17:21 18:1
  29:14,19 33:10
  36:19 38:20
fill 24:10 36:6
  36:11
filled 16:9
filling 25:22
final 12:10 14:5
  20:5
financially
  39:14
find 19:10
fine 13:4 16:17
  16:25
first 9:15 14:23
  15:16 17:23
  24:15 28:6
  36:7
follow-up 16:16
follows 6:2
**Ford** 8:10,11
foregoing 39:5
form 16:21 17:2
  25:23 29:15
  36:6,12
forth 39:8
front 19:10,23
  33:16 36:10
further 36:18
  38:21 39:10

**G**

garnishing 33:7
gathered 29:7
generally 8:18
generic 22:12
gentleman 30:19
gestures 6:14

getting 10:23
  15:3
give 14:10 31:25
  32:2
gives 11:21
giving 7:1
go 6:18 7:24,24
  8:3,5 13:6
  14:18 18:5
  22:22 23:4,5
  23:15,16 25:17
  26:9,10 27:10
  27:20 31:6
  36:7,8,15
goes 34:22
going 6:6 10:12
  16:12,22 19:24
  22:9 27:18,19
  27:24 28:16
**Good** 6:4
guess 11:5 20:25
  34:20
gun 8:20,22,24

**H**

**H** 4:1
half 23:10,11
hand 24:11
handle 7:22
handwrite 24:24
handwriting
  14:24,25 15:1
  33:22
handwritten
  24:15,22
happens 32:14
**Harper** 2:10 3:6
  6:22 12:24
  13:4 15:3
  16:16,22,25
  17:16,19 29:18
  33:13 34:2
  35:18 36:18
**HASSAN** 1:7,8
hear 28:11
held 1:18

helpful 31:15
hereinbefore
  39:8
holding 19:15
home 23:5,16
  28:8,9 29:22
hospital 23:4

**I**

identified 11:24
identify 38:12
immediately
  26:17
indicating 9:21
  19:12 20:3,8
  20:13 32:11
indications 8:15
influence 6:25
information
  25:1 30:10,14
  30:14,24 31:1
  31:18 35:1,2
  35:15 37:1
informed 30:11
initial 11:20
  12:2,3,4 14:4
  19:25
insert 29:10
inside 37:5
**Inspector** 20:25
instances 35:19
interested 39:14
issue 16:13,15

**J**

**J-e-t-a-r-i-a** 7:6
**Jersey** 39:24
**Jetaria** 1:16 6:1
  7:6 18:11
  34:18
**Jewell** 1:6 2:15
  19:6 23:19
  25:18 29:3
  30:21 38:11
job 7:19
**John** 1:19 2:11

**JOSHUA** 2:11
**joshua.domer...**
  2:14
**July** 7:16 21:1
**June** 9:9 18:21
  19:22 20:24
  21:7,16 22:22
  29:16 35:21

**K**
**KAPLAN** 1:23
**keep** 36:5,15,17
  36:22
**Kennedy** 1:19
  2:11
**kept** 36:3
**knew** 32:9
**knock** 9:15
**know** 10:22
  11:16 12:16
  13:11 16:14
  25:2,19 26:3
  26:14 27:19
  28:2,7,10
  30:12 32:12,14
  33:25 35:10,16
  36:10
**knowledge**
  21:19 22:25
  23:2 38:19

**L**
**law** 2:3,9 18:12
  32:12 34:19
  37:3
**LEAMAN** 1:23
**leaving** 26:5,7
  26:15,22
**left-hand** 15:12
**let's** 14:18 18:5
  24:13 25:17
  26:8,9 38:13
**letter** 14:6
**Lieutenant**
  24:19 30:19
  32:17

**limited** 36:20
**list** 36:9
**litigation** 30:3
  30:11
**living** 22:6
**located** 18:14
**log** 16:3,4 18:4
  26:19 27:3
**long** 7:13 9:22
**look** 11:13 14:24
  33:14 37:17
**looks** 23:9 31:10
  32:10
**Lori** 1:21 39:4
  39:23
**Lyndel** 1:3 6:5
  10:19 11:10
  12:17,21

**M**
**M** 2:3
**Ma'am** 33:10
  37:19
**mail** 14:7
**mailbox** 9:18
  14:9
**mailed** 20:7,19
**marked** 4:13 9:3
  33:15 35:25
**Market** 2:5
**mean** 26:7 27:13
  33:1
**means** 36:14
**MEGAN** 2:10
**megan.harper...**
  2:13
**meter** 24:3
**middle** 18:6
**mileage** 15:24
  16:2,5,21 17:2
  25:22,23 29:9
  29:10,15
**miles** 17:7,14
**mind** 12:1
**minutes** 9:23
**morning** 23:12

  26:9,10,20
  27:9,10,16,18
  27:20,24 28:6
  28:16,23
**Municipal** 1:18

**N**
**N** 2:1,10 3:1,1
  5:1
**name** 7:4 34:21
  34:22 37:2
**necessary** 15:7
**need** 17:16
**neighbors** 21:25
**neither** 35:5
  39:10,12
**New** 39:24
**Notary** 39:4,24
**notation** 28:2
**notations** 17:2
**note** 18:9,16,25
  23:19 28:15,17
  35:4
**noted** 37:10,10
**notes** 22:20 34:7
  34:9,11
**notice** 1:17 8:20
  9:14 10:6
  11:20,21 12:2
  12:3,4,5,7,9,10
  14:4,5 15:11
  18:15,22 19:8
  19:21 20:3
  21:7 24:15
  25:10 34:24
  35:22
**noticeable** 10:3
**notices** 7:25
  8:23 10:2
  11:14 12:21
  13:12 14:11,12
  21:9 24:5,16
  33:4
**notify** 14:13
  27:23
**noting** 27:10

**number** 12:14
  12:16 13:11
  17:9 19:14,16
  24:14,17,24
  25:2,19,20
**numbers** 11:24
  25:6

**O**
**O** 5:1,1,1
**Objection** 12:24
**occupants** 22:10
  22:11
**occupation** 7:9
**office** 7:11 23:11
  23:12,16 25:7
  25:25 26:4
  27:14 28:6
  31:11 38:16,17
**OFFICES** 2:3
**Oh** 13:20
**okay** 6:19 12:12
  20:4,20 21:18
  22:8 28:25
  29:13
**Omar** 21:5
**once** 14:4,5
  34:22
**one-by-one**
  11:25 12:1
**ones** 19:25
**Oral** 1:16
**order** 32:23
**orders** 7:22
**outside** 38:15,17

**P**
**P** 2:1,1 5:1,1,1
**P.C** 2:3
**P.M** 38:23
**PA** 2:6,12 18:14
**page** 3:7 18:6
**Pages** 3:4,6
**paperwork**
  26:11 27:15
  30:4

**parenthesis**
  25:20
**parking** 23:21
  23:24 24:1
**Part** 22:20
**particular** 10:18
  10:20 11:6
  13:13 19:1
  21:20 25:16
**parties** 39:12
**partner** 8:3,6
  9:2
**Pennsylvania**
  1:1,20,24
**people** 21:13
**person** 38:12
**personal** 8:12,13
  9:5,6 15:21
  36:22,24
**personally** 9:15
  13:17,18 36:14
**pertain** 13:12
**pfesq@ifight4...**
  2:7
**Philadelphia**
  1:19,24 2:6,9
  2:12 7:11
  18:14 31:12
  38:15
**phone** 36:17,22
  36:24
**photocopy** 10:7
**physical** 25:12
  25:13
**place** 39:8
**planning** 26:11
  27:7,16
**please** 6:12 7:5
**point** 6:16 27:17
**portion** 38:1,1
**Porto** 1:21 39:4
  39:23
**position** 7:13,20
**possession** 18:13
  22:20 34:23,25
  35:12 38:6

post 9:14,17,19
  14:8 18:21
  21:9 35:21
posted 13:19,21
  14:2 18:12,15
  19:9 20:1,15
  20:18 21:7
  37:8,10,18
posting 7:25
  8:23 14:7 19:1
  20:5 33:4
postings 8:5
practice 9:8
pre-done 34:14
pre-filled 22:18
pre-recorded
  34:20
pre-typed 37:4
PREDRAG 2:4
premises 13:22
prepares 24:5
preparing 25:10
preprinted 10:1
  37:13 38:1
prevent 7:1
print 24:7
printed 24:9
  37:13
printer 24:7
printout 25:18
prior 26:4,7
  30:11 38:2
process 25:24
properties 7:25
property 10:20
  12:17 13:13
  18:22 19:5,9
  19:22 21:20
  23:1 28:22
  35:20 36:15
PS-10 25:17
  30:16
PS-11 18:5 19:2
  22:9 29:6 34:6
  35:25 36:25
PS-3 11:13 12:2

14:18 24:15
PS-4 12:3 19:17
  19:18
PS-5 12:3
PS-6 12:6 20:10
PS-7 12:10
  20:10
PS-8 12:8 20:19
  20:21 33:15
Public 39:4,24
pull 31:7
pursuant 1:17
put 9:18 14:8
  22:17 23:18
  25:2 29:2
  34:21,22 35:4
  35:7,14 36:7
  38:1

Q
question 6:17
  11:12 13:6,8
  15:8,9 16:17
  32:16 33:18
  37:20
questions 6:10
  33:11 36:20
  37:24 38:21
quicker 37:23

R
R 2:1 5:1 39:1
read 13:6,9
  18:10 19:2
  37:15,25
reading 29:12
real 18:13 31:10
really 7:22
  34:13
reason 10:18
recall 23:21
  28:21,25
receive 31:18,21
received 35:14
record 6:9,14
  7:4 13:3 18:10

35:25 36:15,17
records 36:2,5
red 10:5,11,15
  10:17
refer 11:23
  16:20 30:16
reference 25:1
reflected 35:24
reimbursed
  15:24 16:2,10
relation 25:9
relative 39:11
  39:13
remainder 37:7
repeat 6:8
report 20:25
  25:23
reporter 1:22
  6:13 13:5
  34:17 39:5
reports 16:19
represent 11:17
request 5:3,3
  16:12 29:14,15
requested 17:20
requesting
  16:13
requirement
  26:18
respect 36:3
responsible 7:21
Return 30:17
review 36:25
  37:12
right 13:20
  14:13 20:4
  24:3 32:13
Room 2:12
rules 6:8
run 10:9

S
S 2:1 3:1,1 4:1
  5:1,1
sale 32:10
says 15:13 18:15

21:6 22:10
  29:9,12 30:17
  33:23 37:17,18
scenario 26:9
schedule 23:8
  27:21,22
second 36:8
see 12:13 13:3
  14:19 15:10
  17:19 19:1,10
  19:22 22:3
  24:16 31:13,16
  33:20
seen 29:20 36:10
send 27:12
sentence 34:19
serve 9:16 13:17
  13:18 24:5
  26:10 27:16
served 19:9,22
  22:25
service 11:5
  30:3,17
Services 1:18
servicing 11:8
  12:21 13:7
serving 8:23
  23:3 26:24
set 39:8
sheet 27:4,5
  28:14,15 29:16
sheriff 7:10
sheriff's 7:11
  8:15 12:14,16
  13:11 17:9
  24:14,17 25:7
  30:17 31:11
  32:10 38:16,17
show 9:12 27:18
sick 28:8,9,10
sign 34:22
sign-in 26:20
  27:2,4,5 28:14
  28:15,19 29:16
  38:12
sign-out 26:22

26:25
situation 23:21
six 11:15
SOLICITOR
  2:10,11
somebody 22:5
  27:19 31:14
  35:14 38:5,8
sorry 13:20
  20:10
sort 16:10
sound 14:22
  15:15
sounds 18:18
South 1:23
  10:20 12:18
  13:24 18:14,22
  23:22 35:20
specific 11:23
spot 34:25
start 24:13
State 39:24
statement 35:7
STATES 1:1
stenographica...
  39:7
Stephen 2:3 6:6
stephen@dun...
  2:7
stipulations
  6:20
stop 32:22
straight 23:5,16
Street 1:23 2:5
  10:21 12:18
  13:24 18:14,23
  23:22 24:1
  35:20
stuff 31:9,10
  32:11
submit 16:3
substance 7:1
succinct 6:11
Suite 1:23 2:5
supervisor 21:3
  21:4 25:25

Jetaria Taylor

26:3,13 27:11
27:23 28:7
30:24 35:13
**supervisors**
29:25 30:1,4
**supposed** 10:11
10:12
**sure** 6:22 12:19
17:25 22:8
25:21 28:24
35:11
**sworn** 6:1 18:11
34:18 37:2
**system** 18:25
19:6 22:17,18
23:19 29:3
30:21 31:6,14
34:20 35:3
38:11,16

---
**T**
---

**T** 3:1 4:1 5:1,1
39:1,1
**T-a-y-l-o-r** 7:7
**take** 8:7 9:22
11:13 34:17
**taken** 1:17 21:9
39:7
**talk** 34:16
**talked** 35:19
**talking** 14:1
29:5 30:2,3
**tape** 9:21
**Taurus** 8:10,11
**Taylor** 1:17 3:3
6:1,3,4,24 7:6
7:8,18 11:12
11:16 18:11
33:12,13,14
34:4,18 35:18
36:19
**technically**
34:12
**tell** 10:25 19:13
19:25 26:15
30:6

**terms** 30:15
**testified** 6:2
12:20,25 21:8
24:19 25:24
27:8 28:22
30:20 37:1
**testimony** 7:2
26:6 38:5,8
39:6
**thank** 12:12
19:20 20:20
33:12
**Thanks** 37:11
38:20
**thing** 34:21
**things** 32:11
**think** 10:5,17
12:25 13:1
15:5 33:10
34:2
**Thornton** 24:19
30:20 32:17
**three** 14:11,12
14:12,15
**THURSDAY**
1:12
**time** 8:24 14:7
14:10,15,23
17:23 21:1,6
22:1 23:10,11
29:3,7 32:7
34:25 36:7,8
39:7
**times** 16:3 17:3
19:4 36:9,15
**today** 7:2 8:21
10:23 16:23
36:11
**Toppin** 1:3 6:5
10:19 12:17,21
13:12 29:20
**Toppin's** 11:10
**transcript** 39:6
**travel** 9:3
**traveled** 16:3
**trips** 15:25

**true** 18:12 39:6
**truthful** 7:2
**try** 6:10
**trying** 37:21
**twice** 14:3
**two** 7:14 9:6,23
20:1 28:21
32:11 35:19
**type** 8:9
**typically** 31:17
35:13

---
**U**
---

**U** 5:1
**Uh-huh** 8:12 9:7
10:16 16:6
19:19 22:14
29:18 37:6
**understand** 6:14
37:21
**understanding**
10:25
**uniform** 8:18
**Unit** 7:12 31:5,8
**UNITED** 1:1
**unknown** 22:10
22:11
**unmarked** 9:4
**unnecessary**
15:5
**use** 9:24 36:6
**Usual** 6:20
**usually** 8:22
9:22 23:4

---
**V**
---

**vacate** 10:6
11:20 12:2,3,4
12:22 19:8
20:3 24:16
33:4
**vehicle** 8:7,9,12
8:13 9:3 15:22
**vehicles** 9:5,6
**verbally** 6:12
**vs** 1:5

---
**W**
---

**W** 3:1
**want** 6:16 13:3
14:13 26:10
**wasn't** 35:2
**we'll** 6:18 17:19
37:23
**we're** 6:6 10:19
16:12 22:9
**wearing** 8:18
**went** 14:3,15,23
15:16 17:3,24
18:2,18 19:4
21:8 29:3
35:20 37:4
**Williams** 1:6
2:15
**WITNESS**
15:13 17:25
38:22
**WOLFE** 1:23
**words** 34:16
**work** 8:4,24
27:25 28:3,7
28:12
**working** 26:8,24
**writ** 11:8,10
12:7,11 18:13
22:13,15 25:3
25:4,6,9,14,16
25:20
**write** 6:13,15
22:11,16 34:9
34:11,13
**writs** 26:25 33:7
**wrong** 28:5 34:6
37:16
**wrote** 22:15
33:25 34:7,12
38:6,9
**www.klwrepo...**
1:25

---
**X**
---

**X** 3:1 4:1
**XI01577** 39:24

---
**Y**
---

**yeah** 12:1 24:2
**year** 9:9
**years** 7:14

---
**Z**
---

**zero** 29:9

---
**0**
---

---
**1**
---

**1:30** 1:20
**10th** 18:7,19
19:9 21:15
23:19 34:24
35:5,15
**12** 1:12
**1200** 2:5
**1303** 1:23
**1401** 1:19 2:11
**146** 10:20 12:18
13:24 18:14,22
35:20
**146th** 23:22
**1515** 2:5
**16** 5:3
**1707-5002** 25:20
**18-13098-MDC**
1:2
**18th** 15:13 18:19
**19102** 1:24 2:12
**19109** 2:6
**19139** 18:15
**1st** 18:21 21:7
21:16 35:21

---
**2**
---

**2:21** 38:23
**2018** 7:16 15:13
18:7 21:1
22:22 29:17
30:22
**2019** 1:12
**21** 37:8,10
**21-day** 12:4
18:15 34:24
**215** 1:24

Jetaria Taylor

**215.551.7109**
  2:6
**215.686.0503**
  2:13
**230** 1:23
**25th** 22:22 29:16
**29** 5:3

---
**3**

**33** 3:6
**34** 3:7
**35** 3:6
**36** 3:4

---
**4**

**4** 24:15
**4:30** 27:15

---
**5**

**5** 24:16
**5-10-2018** 18:3
**580** 2:12

---
**6**

**6** 3:4
**6-25-18** 22:21
  38:6
**6-7-18** 33:23
**62nd** 10:20
  12:18 13:24
  18:14,22 23:22
  35:20

---
**7**

**7th** 20:24

---
**8**

**8** 11:13
**8th** 29:16

---
**9**

**9:45** 29:4,7
**922-7112** 1:24
**9th** 30:22