3dIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TOPPIN,<br><br>　　　　　Debtor.<br><br>LYNDEL TOPPIN<br><br>　　　　　Appellant,<br><br>　　v.<br><br>JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA,<br><br>　　　　　Appellee. | CIVIL ACTION<br><br>NO.  21-cv-5144-WB |

# O R D E R

**AND NOW**, this 3d day of November, 2022, upon consideration of Appellant Lyndel Toppin's brief (ECF 10), Appellee/Cross-Appellant Jewell Williams' and the Sheriff of the City of Philadelphia's response (ECF 11), Appellant/Cross-Appellee's brief in reply thereto (ECF 12), and Appellee/Cross-Appellant's reply brief, **IT IS HEREBY ORDERED** that the decision and order of the Bankruptcy Court are **AFFIRMED**.

The Clerk of Court is hereby directed to **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**